# APPENDIX I

**Appendix I: Summary of Defendant's Arguments for Dismissal of Plaintiffs' State Antitrust Claims**

| | Fails to State A Claim Under *Twombly* | No Standing | Requires Predominantly Intrastate Activity | Fails to State a Claim Because State Antitrust Statute Requires Concerted Action | No Appreciable Difference with Section 2 Sherman Act | Bars Class Actions |
|---|---|---|---|---|---|---|
| Arizona | X | X | | | X | |
| California | X | | | X | | |
| District of Columbia | X | | | | X | |
| Iowa | X | X | | | X | |
| Kansas | X | X | | X | | |
| Maine | X | X | | | X | |
| Michigan | X | X | | | X | |
| Minnesota | X | X | | | | |
| Mississippi | X | X | X | | | |
| Nebraska | X | X | | | X | |
| Nevada | X | X | X | | | |
| New Mexico | X | X | | | X | |
| New York | X | X | | X | | X |
| North Carolina | X | X | | | | |
| North Dakota | X | X | | | X | |
| South Dakota | X | X | X | | X | |
| Tennessee | X | X | X | X | | |
| Vermont | X | X | | | X | |
| West Virginia | X | X | | | X | |
| Wisconsin | X | X | X | | X | |