# APPENDIX II

## Appendix II: Summary of Defendant's Arguments for Dismissal of Plaintiffs' State Consumer Protection Claims

| | No Standing | Bars Consumer Protection Claims by Indirect Purchasers | Requires Fraudulent or Deceptive Conduct or Unconscionable Trade Practices | Requires Fraudulent or Deceptive Conduct | Requires Predomin-antly Intrastate Commerce | Requires Pre-Filing Notice | Bars Claims Based Solely on Antitrust Violations when Antitrust Claim Fails | Does Not Provide Causes of Action for Price Fixing and/or Antitrust Violations | Bars Class Actions |
|---|---|---|---|---|---|---|---|---|---|
| Alaska | X | | | | | | | | X |
| Arkansas | X | | X | | | | | | |
| California | | | | | | | X | | |
| District of Columbia | | | X | | | | | | |
| Florida | X | | | | | | X | | |
| Idaho | X | | X | | | | | | |
| Kansas | X | | X | | | | | | |
| Louisiana | X | X | | | | | | | X |
| Maine | X | | | X | | X | | | |
| Massachusetts | X | | | | | X | X | | |
| Nebraska | X | | | | | | X | | |
| Nevada | X | | | X | | | | | |
| New Hampshire | X | | | | X | | X | | |
| New Mexico | X | X | X | | | | | | |
| New York | X | | | X | X | | | | X |
| North Carolina | X | | | | X | | | | |
| Rhode Island | X | X | | | | | | X | |
| Utah | X | | X | | | | | | X |
| Vermont | X | | | X | | | | | |
| West Virginia | X | | | | | X | | X | |