Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of persons similarly situated, | ) ) ) | No. 08-cv-02820 VRW |
| | ) | STIPULATION AND [PROPOSED] |
| Plaintiffs, | ) ) ) | PROTECTIVE ORDER REGARDING EXPERT DISCOVERY |
| v. | ) ) | |
| ELECTRONIC ARTS, INC., a Delaware Corporation, | ) ) ) | ACTION FILED: June 5, 2008 |
| Defendant. | ) ) | |

COUNSEL FOR THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1.     In order to avoid consuming the parties' and the Court's time and resources on potential discovery issues relating to experts, the parties have agreed to certain limitations on the scope of expert-related discovery and testimony in this matter.  Neither the terms of this Stipulation nor the parties' agreement to them implies that any of the information restricted from discovery in this Stipulation would otherwise be discoverable.

2.     The following categories of data, information, or documents need not be disclosed by any party, and are outside the scope of permissible discovery (including deposition questions):

a.     Any notes or other writings taken or prepared by or for an expert witness in connection with this matter including, but not limited to, correspondence or memos to or from, and notes of conversations with, the expert's assistants and/or clerical or support staff, other expert witnesses or non-testifying expert consultants, or attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon those notes or other writings in connection with the expert witness' opinions in this matter;

b.     Draft reports, draft studies, or draft work papers; preliminary or intermediate calculations, computations, or data runs; or other preliminary, intermediate or draft materials prepared by, for or at the direction of an expert witness, but any documents, data or computer programs, relied on or used to generate final results relied on by the expert shall be subject to discovery and shall be produced; and

c.     Any oral or written communication between an expert witness and the expert's assistants and/or clerical or support staff, other expert witnesses or non-testifying expert consultants, or attorneys for the party offering the testimony of such expert witness, unless the expert witness is relying upon the communication in connection with the expert witness' opinions in this matter.

d.     In addition to the limitations on discovery set forth in paragraph 2 above, the parties agree that other data or information that may have been considered by an expert but was not relied on by the expert in forming her or his opinions need not be disclosed or produced.  Nothing in paragraphs 2 or 3 however, shall be construed to prevent substantive deposition questions with

respect to any data or other non-privileged information that may be relevant to the substance of the expert's opinions (including alternative theories, methodologies, variables or assumptions that the expert may have considered in formulating her or his opinions or in preparing her or his report).

3.     To the extent that the specific stipulations agreed to herein waive disclosure requirements under Federal Rules of Civil Procedure 26(a)(2)(B) or (C), the Parties agree to such waiver.

**IT IS SO STIPULATED.**

DATED:  December 10, 2008          HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/s/ Shana E. Scarlett_____
                              SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 626-4486
Facsimile:  (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiffs

DATED:  December 10, 2008          LATHAM & WATKINS LLP


By _____/s/ Timothy L. O'Mara_____
                              TIMOTHY L. O'MARA

Daniel M. Wall (102580)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

1

dan.wall@lw.com
tim.omara@lw.com

2

3

Attorneys for Defendant

4

    I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this

5

STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING EXPERT
DISCOVERY.  In compliance with General Order 45, X.B., I hereby attest that Timothy L.
O'Mara has concurred in this filing.

6

7

        *       *       *

8

**IT IS SO ORDERED.**

9

10

DATED: _____12/12/2008_____



11

HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett
SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-02820-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Timothy L. O'Mara**
  linda.tam@lw.com,#sfdocket@lw.com,tim.omara@lw.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)