Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRONIC ARTS, INC., a Delaware Corporation, <br><br> Defendant. | No. 08-cv-02820 VRW <br><br> AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER CASE DEADLINES <br><br> ACTION FILED: June 5, 2008 |

010017-11 287689 V1

1       WHEREAS Plaintiffs filed the complaint in this action on June 5, 2008;

2       WHEREAS on August 25, 2008, Defendant moved to dismiss the complaint, which
3 Plaintiffs thereafter opposed and arguments on which were heard by this Court on November 4,
4 2008;

5       WHEREAS the Court has not yet ruled on Defendant's motion to dismiss, and while the
6 parties await that decision, Plaintiffs have attempted to work cooperatively with Defendant to
7 minimize certain discovery burdens, such as pricing related discovery, while still undertaking
8 substantial amounts of less burdensome discovery;

9       WHEREAS the parties are currently cooperating in the production of discovery, including
10 responses to multiple sets of requests for production of documents and special interrogatories;

11       WHEREAS Defendant has produced a total of 7,840 pages of documents to date and
12 anticipates continuing to produce documents in a rolling fashion;

13       WHEREAS the parties are currently negotiating the scope of further search terms to be
14 applied to the Defendant's collection of electronic documents;

15       WHEREAS Plaintiffs have served eight subpoenas on third parties requesting documents
16 relevant to this action;

17       WHEREAS Plaintiffs' motion for class certification is currently due on March 5, 2009,
18 Defendant's opposition thereto on May 7, 2009 and the hearing on class certification is currently
19 scheduled for June 10, 2009 at 10:00 a.m.; and

20       WHEREAS the parties agree that a motion for class certification would be premature at this
21 time while Defendant's motion to dismiss is under submission and has not yet been ruled upon, and
22 given the amount of outstanding discovery;

23       WHEREAS pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1(b) and
24 6.2, and subject to approval by the Court, the parties stipulate to a 90-day extension of time on the
25 filing and hearing of Plaintiffs' motion for class certification and all other currently scheduled court
26 deadlines;

27
28

AMENDED STIP. AND [PROP] ORD. EXTENDING TIME FOR   - 1 -
PLS.' MOT. FOR CLASS CERT – 08-cv-02820 VRW
010017-11 287689 V1

1  WHEREAS the only previous time modification to the schedule in this case has been, by

2  stipulation and Court order, the advancement of the hearing on Defendant's motion to dismiss,

3  from December 4, 2008 to November 4, 2008 at 10:00 a.m.;

4  WHEREAS this stipulation and order extending time will delay the Court's hearing on the

5  motion for class certification and the trial date currently set for September 14, 2009 at 8:30 a.m.

6  and other related case deadlines;

7  WHEREAS the stipulation filed on February 18, 2009 incorrectly referred to deadlines

8  from the Joint Case Management Statement and Rule 26(f) Report (filed Sept. 4, 2008, Ct. Rec. 20)

9  rather than the [Proposed] Scheduling Order (filed Oct. 15, 2008, Ct. Rec. 25);

10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the

11  undersigned counsel for Plaintiffs and counsel for Defendant, subject to the approval of the Court

12  that:

13  1.  The deadline for Plaintiffs' motion for class certification is extended 90 days from

14  March 5, 2009 to June 3, 2009;

15  2.  The deadline for Defendant's opposition to Plaintiffs' motion for class certification

16  is extended 90 days from May 7, 2009 to August 5, 2009;

17  3.  The hearing on Plaintiffs' motion for class certification is extended 90 days from

18  June 10, 2009 at 10:00 a.m. to ~~September 8, 2009 at 10:00 a.m.;~~  SEPTEMBER 10, 2009 at 2:30PM.

19  4.  Jury Selection is extended 90 days from September 9, 2009 at 8:30 a.m. to

20  December 8, 2009 at 8:30 a.m.; and

21  5.  The trial date in this action is extended 90 days from September 14, 2009 at 9:30

22  a.m. to December 14, 2009 at ~~9:30 a.m.~~  at 8:30 AM.

23  6.  All other proposed dates contained in the parties' [Proposed] Scheduling Order

24  (filed Oct. 15, 2008, Ct. Rec. 25) for the pre-trial schedule in this action are likewise extended 90

25  days.

26  DATED: February 23, 2009                HAGENS BERMAN SOBOL SHAPIRO LLP

27

28                                          By     /s/ Shana E. Scarlett
                                                   SHANA E. SCARLETT

AMENDED STIP. AND [PROP] ORD. EXTENDING TIME FOR      - 2 -
PLS.' MOT. FOR CLASS CERT – 08-cv-02820 VRW
010017-11 287689 V1

|     |                              |                                                                                                                                                          |
| --- | ---------------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                              |                                                                                                                                                          |
| 2   |                              | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710                                                                                                       |
| 3   |                              | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001                                                                                                   |
| 4   |                              | shanas@hbsslaw.com<br>Stuart M. Paynter (226147)                                                                                                         |
| 5   |                              | THE PAYNTER LAW FIRM PLLC<br>1200 G Street N.W., Suite 800                                                                                               |
| 6   |                              | Washington, DC 20005<br>Telephone: (202) 626-4486                                                                                                        |
| 7   |                              | Facsimile: (866) 734-0622<br>stuart@smplegal.com                                                                                                         |
| 8   |                              | Steve W. Berman (*Pro Hac Vice*)                                                                                                                         |
| 9   |                              | HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900                                                                                         |
| 10  |                              | Seattle, WA 98101<br>Telephone: (206) 623-7292                                                                                                           |
| 11  |                              | Facsimile: (206) 623-0594<br>steve@hbsslaw.com                                                                                                           |
| 12  |                              | Attorneys for Plaintiffs                                                                                                                                 |
| 13  | DATED: February 23, 2009     | LATHAM & WATKINS LLP                                                                                                                                     |
| 14  |                              |                                                                                                                                                          |
| 15  |                              | By _____/s/ Timothy L. O'Mara_____<br>TIMOTHY L. O'MARA                                                                                                |
| 16  |                              | 505 Montgomery Street, Suite 2000                                                                                                                        |
| 17  |                              | San Francisco, California 94111-6538<br>Telephone: (415) 391-0600                                                                                        |
| 18  |                              | Facsimile: (415) 395-8095<br>Email: Dan.Wall@lw.com                                                                                                      |
| 19  |                              | Email: Tim.OMara@lw.com                                                                                                                                  |
| 20  |                              | Attorneys for Defendant Electronic Arts, Inc.                                                                                                            |

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this AMENDED STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND OTHER CASE DEADLINES. In compliance with General Order 45, X.B., I hereby attest that Timothy L. O'Mara has concurred in this filing.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 24, 2009

_____
THE HONORABLE
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Vaughn R Walker*

AMENDED STIP. AND [PROP] ORD. EXTENDING TIME FOR
PLS.' MOT. FOR CLASS CERT – 08-cv-02820 VRW
010017-11  287689 V1

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                  /s/ Shana E. Scarlett
                                                  SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-02820-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Timothy L. O'Mara**
  linda.tam@lw.com,#sfdocket@lw.com,tim.omara@lw.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)