```
                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA


GEOFFREY PECOVER, et al.,    )
                             )
          Plaintiff(s),      )    No. C08-2820 VRW (BZ)
                             )
     v.                      )
                             )    ORDER DENYING MOTION TO
ELECTRONIC ARTS INC.,        )    COMPEL DISCOVERY
                             )
          Defendant(s).      )
                             )
```

By order dated June 19, 2009, Judge Walker referred to me a dispute over defendant's document production. Following a telephonic discovery conference on June 24, 2009, at which all parties were represented by counsel, **IT IS HEREBY ORDERED,** that plaintiffs' motion to compel is **DENIED** without prejudice. If plaintiffs believe they are entitled to additional documents, having in mind the views of the Court, they should file by June 29, 2009 a declaration of an expert explaining with some particularity why further documents are needed. In that event, defendant should file by July 6, 2009 one or more

///

///

1

1  declarations explaining with some particularity the burden it
2  would bear in producing the additional requested documents.
3  Dated: June 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

10  G:\BZALL\-REFS\PECOVER V. ELECTRONIC ARTS\DISC ORD 1.wpd

2