LATHAM & WATKINS LLP
   Daniel M. Wall (Bar No. 102580)
   Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation<br><br>    Defendant. | CASE NO. C 08-02820 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE DECLARATIONS IDENTIFIED IN THE COURT'S JUNE 25, 2009 ORDER** |

WHEREAS, the Court heard argument on plaintiffs' motion to compel on June 24, 2009;

WHEREAS, the Court issued an Order on June 25, 2009 denying the motion to compel without prejudice;

WHEREAS, the Court's June 25, 2009 Order states: "If plaintiffs believe they are entitled to additional documents, having in mind the views of the Court, they should file by June 29, 2009 a declaration of an expert explaining with some particularity why further documents are needed. In that event, defendant should file by July 6, 2009 one or more declarations explaining with some particularity the burden it would bear in producing the additional requested documents.";

WHEREAS, as the Court suggested, the parties have been meeting and conferring in an effort to reach a compromise on this issue;

WHEREAS, the parties believe a one week extension on the deadlines to file the declarations identified in the Court's June 25 Order will allow the parties sufficient time to complete the meet and confer on this issue, and hopefully resolve or narrow the issue without further burden on the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties as follows:

1.  In accord with the Court's June 25, 2009 Order, if plaintiffs believe they are entitled to additional documents, having in mind the views of the Court, they will file by July 6, 2009 a declaration of an expert explaining with some particularity why further documents are needed.

2.  In that event, defendant will file by July 13, 2009 one or more declarations

\\\\

explaining with some particularity the burden it would bear in producing the additional requested documents.

**IT IS SO STIPULATED.**

Dated: June 29, 2009　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　Daniel M. Wall
　　　　　　　　　　　　　　　　　　　　　　Timothy L. O'Mara


　　　　　　　　　　　　　　　　　　　　　By _____/s/ Timothy L. O'Mara_____
　　　　　　　　　　　　　　　　　　　　　　Timothy L. O'Mara
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　ELECTRONIC ARTS, INC.

Dated: June 29, 2009　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　　　　Shana Scarlett


　　　　　　　　　　　　　　　　　　　　　THE PAYNTER LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　　　Stuart M. Paynter

　　　　　　　　　　　　　　　　　　　　　By _____/s/ Shana Scarlett_____
　　　　　　　　　　　　　　　　　　　　　　Shana Scarlett
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　G. PECOVER and J. LAWRENCE


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2009　　　　　　　　　　　_____[signature]_____
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

# ELECTRONIC CASE FILING ATTESTATION
### (General Order No. 45(X)(B))

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION ENLARGING TIME TO FILE DECLARATIONS IDENTIFIED IN THE COURT'S JUNE 25, 2009 ORDER. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Shana Scarlett.

Dated: June 29, 2009

Respectfully submitted,

LATHAM & WATKINS LLP
   Daniel M. Wall
   Timothy L. O'Mara

By    /s/ Timothy L. O'Mara
   Timothy L. O'Mara
   Attorneys for Defendant
   ELECTRONIC ARTS, INC.

SF\710950.1