UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ELECTRONIC ARTS INC., ) <br> ) <br> Defendant(s). ) <br> ) | No. C08-2820 VRW (BZ) <br><br> **BRIEFING ORDER** |

In view of the fact that the hearing has been continued to **August 12, 2009**, defendant is **ORDERED** by **August 3, 2009** to file a brief of up to **5 pages** explaining the basis for its objection to the Tentative Ruling.  If plaintiffs wish, they may respond in kind by **August 7, 2009.**

Dated: July 28, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PECOVER V. ELECTRONIC ARTS\DISC ORD4.wpd

1