IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>      v<br><br>ELECTRONIC ARTS INC, a Delaware Corporation,<br><br>      Defendant. | No   C 08-2820 VRW<br><br>ORDER |

The court is in receipt of defendant Electronic Arts Inc's administrative motion to file under seal certain confidential materials filed by plaintiffs (Doc #84), and plaintiffs' opposition (Doc #90). Electronic Arts Inc is ORDERED to file a reply to plaintiffs' opposition on or before December 21, 2009. In its reply, which shall be no longer than five pages, defendant should

address why the court should not grant in part and deny in part its motion (Doc #84) on the terms stated in plaintiffs' proposed order, (Doc #90-1).

IT IS SO ORDERED

VAUGHN R WALKER
United States District Chief Judge