| | |
|---|---|
| 1 | Richard A. Jones, SB #135248 |
| 2 | COVINGTON & BURLING LLP |
|   | One Front Street |
| 3 | San Francisco, CA  94111-5356 |
|   | Telephone:  (415) 591-7065 |
| 4 | Facsimile:  (415) 591-6091 |
|   | E-Mail:  rjones@cov.com |
| 5 | |
| 6 | Attorney for Third Party |
|   | NATIONAL FOOTBALL LEAGUE. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>    Defendant. | Civil Action No. C08-02820 VRW<br><br>[~~PROPOSED~~] ORDER SEALING CONFIDENTIAL DOCUMENTS<br><br>[CIVIL L.R. 79-5] |

[PROPOSED] ORDER              Civil Action No. C08-02820 VRW

1   Pursuant to Civil L.R. 79-5(d), Plaintiffs have filed an Administrative Motion to File
2   Under Seal certain documents attached as exhibits to their Notice of Motion and Motion for
3   Class Certification, including Plaintiffs' Exhibit 20.  Exhibit 20 is a document produced by the
4   National Football League ("NFL"), a third party to this litigation, in response to a subpoena
5   served by Plaintiffs.  The NFL has submitted a declaration in support of Plaintiffs' request to
6   file Exhibit 20 under seal ("Danias Declaration"), accompanied by a proposed redaction of
7   Exhibit 20.  The Danias Declaration establishes that the redacted portions of Exhibit 20 contain
8   highly sensitive business information that, if disclosed, would damage current and future
9   business opportunities for both the NFL and those parties with whom it conducts business.
10   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:
11   A.   Pursuant to Civil L.R. 79-5(a), Civil L.R. 79-5(d), and the Court's inherent
12  authority over the papers filed in this Court, the following document is to be sealed:

**An unredacted version of Exhibit 20 to Plaintiffs' Notice of Motion and Motion for Class Certification.**

16   B.   A public version of Exhibit 20 may be filed in redacted form as set forth in the
17  attachment to the Danias Declaration dated November 17, 2009.

**IT IS SO ORDERED**

Dated: Dec. 18, 2009



Judge Vaughn R Walker

[PROPOSED] ORDER                                                                                           Civil Action No. C08-02820 VRW