LATHAM & WATKINS LLP
Daniel M. Wall (Bar No. 102580)
Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION JUDICIAL DISTRICT

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Appellant. | CASE NO. C 08-02820 VRW<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

* * * **REDACTED VERSION** * * *

I, Timothy L. O'Mara, hereby declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am a partner with the law firm of Latham & Watkins LLP ("Latham"), and counsel for Defendant Electronic Arts Inc. ("EA") in this action. Unless otherwise noted, I have personal knowledge of the facts stated in this declaration, and, if called upon to do so, could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

3. **Exhibit 1**, "EA Sports Madden Analysis" (Dec. 2003), NFL 001914, produced in this matter by third party National Football League.

4. **Exhibit 2**, "Electronic Arts" (Mar. 2004), NFL 000153, produced in this matter by third party National Football League.

5. **Exhibit 3**, "Electronic Arts: Discussion Document" (Mar. 2004), NFL 000174, produced in this matter by third party National Football League.

6. **Exhibit 4**, Chart containing NFL's strategic licensing considerations, NFL 001546, produced in this matter by third party National Football League.

7. **Exhibit 5**, Chart containing NFL's strategic licensing considerations, NFL 000259, produced in this matter by third party National Football League.

8. **Exhibit 6**, "2003 Overview, NFL Video Games" NFL 001256, produced in this matter by third party National Football League.

9. **Exhibit 7**, "Video Game Recap" (Dec. 2004), NFL 000196, produced in this matter by third party National Football League.

10. **Exhibit 8**, Handwritten notes (Jan. 2004), NFL 000054, produced in this matter by third party National Football League.

11. **Exhibit 9**, Document containing NFL's strategic licensing considerations (Mar. 2004), NFL 000056, produced in this matter by third party National Football League.

12. **Exhibit 10**, Apr. 2004 letter, NFL 001633, produced in this matter by third party National Football League.

13. **Exhibit 11**, Apr. 2004 Document, NFL 000068, produced in this matter by third party National Football League.

14. **Exhibit 12**, "EA Status Update - July 7 2004" NFL 001827, produced in this matter by third party National Football League.

15. **Exhibit 13**, Document containing NFL strategic licensing considerations, NFL 000026, produced in this matter by third party National Football League.

16. **Exhibit 14**, "Video Games - Strategic Issues" (July 2004), NFL 001282, produced in this matter by third party National Football League.

17. **Exhibit 15**, Aug. 2004 email chain, NFL 000253, produced in this matter by third party National Football League.

18. **Exhibit 16**, "Video Game Update" (Oct. 2004), NFL 000270, produced in this matter by third party National Football League.

19. **Exhibit 17**, "NFL Videogame Strategy" (Aug. 2007), NFL 000355, produced in this matter by third party National Football League.

20. **Exhibit 18**, Griffin McElroy, *Cost of Next-Gen Game Product is a Burden on Developers*, Joystiq.com, Dec. 29, 2007, available at http://www.joystiq.com/2007/12/29/cost-of-next-gen-game-production-is-a-burden-on-developers/.

21. **Exhibit 19**, Brendan Sinclair, *Activision exec prices PS3 games*, Gamespot.com, Sept. 13, 2006, available at http://www.gamespot.com/xbox360/action/spiderman3/news.html?sid=6157548&mode=news.

22. **Exhibit 20**, *ESPN NFL 2K5 Golden, Ships July* 20, Gamepro.com, July 12, 2004, available at http://www.gamepro.com/article/news/36716/espn-nfl-2k5-golden-ships-july-20/.

23. **Exhibit 21**, Stephen Coleman, *Madden NFL 2005 Hits Stores*, IGN.com, Aug. 9, 2004, available at http://games.ign.com/articles/537/537002p1.html.

24. **Exhibit 22**, Press Release, Take-Two Awarded Long-Term, Third-Party Exclusives with Major League Baseball (Jan. 31, 2005), available at http://ir.take2games.com/Release Detail.cfm?releaseid=154141.

25. **Exhibit 23**, Doug Perry, *THQ and Pixar Games*, IGN.com, May 8, 2002, available at http://movies.ign.com/articles/358/358898p1.html.

26. **Exhibit 24**, Andrew Wilson, *THQ & Nickelodeon Extend Licensing Agreement*, Gamasutra.com, Oct. 25, 2004, available at http://www.gamasutra.com/php-bin/news_index.php?story=4455.

27. **Exhibit 25**, Jeremy Reimer, *Cross-Platform Game Development and The Next-Generation of Consoles*, ARS Technica, Nov. 7, 2005, available at http://arstechnica.com/old/content/2005/11/crossplatform.ars.

28. **Exhibit 26**, Jason Dobson, Press Release, Sega Signs Up Iron Man, (Nov. 6, 2006), available at http://www.gamespot.com/pages/unions/read_article.php?topic_id=25115817&union_id=5520.

29. **Exhibit 27**, Press Release, Activision, *MGM and EON Grant Activision Rights to James Bond Video Game License,* (May 3, 2006), available at http://investor.activision.com/release detail.cfm?ReleaseID=195153.

30. **Exhibit 28**, Eric Caoili, *Electronic Arts Passes on AFL Deal Extension*, Gamasutra.com, Nov. 18, 2008, available at http://www.gamasutra.com/view/news/21148/Electronic_Arts_Passes_On_AFL_Deal_Extension.php.

31. **Exhibit 29**, Tor Thorsen, *ESPN NFL 2K5 Officially $19.99*, Gamespot.com, June 11, 2004, available at http://www.gamespot.com/news/2004/06/11/news_6100505.html.

32. **Exhibit 30**, Ben Fritz, *Video game Call of Duty: Modern Warfare 2 Gets Hollywood-scale launch*, L.A. Times, Nov. 18, 2009, available at http://articles.latimes.com/2009/nov/18/business/fi-ct-duty18.

33. **Exhibit 31**, Henry Grabowski & John Vernon, Brand Loyalty, Entry and Price Competition in Pharmaceuticals After the 1984 Drug Act, 35 J. of L. & Econ. 331-350 (1992).

34. **Exhibit 32**, Richard G. Frank & David S. Salkever, *Generic Entry and the Pricing for Pharmaceuticals*, 6(1) J. of Econ. & Mgmt. Strategy 75-90 (1997).

35. **Exhibit 33**, John Lombardo, All that's Left of the AFL on the block, Sports Business Journal, Nov. 2, 2009, http://www.sportsbusinessjournal. com/article/63923.

36. **Exhibit 34**, Ralph Winter, *Vertical Control and Price Versus Nonprice Competition*, 108(1) Q. J. of Econ. 61-76 (Feb. 1993).

37. **Exhibit 35**, Marc Saltzman, GAME CREATION AND CAREERS 94. (1st ed. 2003).

38. **Exhibit 36**, Jason Dobson, EA Sports Football Tech Licensed for Training Sim, Gamasutra.com, Apr 30, 2007, available at http://www.gamasutra.com/view/news/13728/EA_Sports_Football_Tech_Licensed_For_Training_Sim.php.

39. **Exhibit 37**, Leigh Alexander, Analyst: EA Sports Looking to Broaden Audience, GAMASUTRA.COM, Dec. 10, 2007, available at http://www.gamasutra.com/view/news/16562/Analyst_EA_Sports_Looking_To_Broaden_Audience.php.

40. **Exhibit 38**, Tim Martin, NCAA 2005 Review (PS2), SPORTS GAMING NETWORK, Aug. 25, 2004, available at http://www.sports-gaming.com/football/ncaa_2005/review_ps2.php.

41. **Exhibit 39**, Inside EA Sports, Madden NFL 10: Franchise Mode Improvements, Apr. 6, 2009, available at http://insideblog.easports.com/archive/2009/04/06/madden-nfl-10-franchise-mode-improvements.aspx.

42. **Exhibit 40**, Tom Loftus, *Top Video Game May Soon Cost More*, MSNBC.com, June 17, 2003, available at http://www.msnbc.msn.com/id/3078404/.

43. **Exhibit 41**, Daniel Terdiman, The State of the Next-Gen Video Game Console, CNET.COM, May 21, 2008, available at http://news.cnet.com/8301-13772_3-9948454-52.html.

44. **Exhibit 42**, The Next Generation of Gaming Consoles, CNBC.COM, June 12, 2009, available at http://www.cnbc.com/id/31331241/page/2/.

45. **Exhibit 43**, David Jenkins, Sony's Hirari Comments on PS3 Game Prices, GAMASUTRA.COM, June 29, 2006, available at http://www.gamasutra.com/view/news/9901/sony_hirari_comments_o.

46. **Exhibit 44**, Ben Stahl, Kurt Warner's Arena Football Unleashed Preview, GAMESPOT.COM, April 4, 2000, available at http://www.gamespot.com/ps/sports/kurtwarnersarenafu/index.html?tag=result;title;0.

47. **Exhibit 45**, *Cost of Making Games Set to Soar*, BBC News, Nov. 17, 2005, available at http://news.bbc.co.uk/go/pr/fr/-/2/hi/technology/4442346.stm.

48. **Exhibit 46**, Yo Takatsuki, *Cost Headache for Game Developers*, BBC News, Dec. 27, 2007, available at http://news.bbc.co.uk/2/hi/business/7151961.stm.

49. **Exhibit 47**, Mary Jane Irwin, *A 'Survivor' for gaming?*, CNNMoney.com, Oct. 3, 2006, available at http://money.cnn.com/2006/10/01/magazines/business2/episodic_gaming/index.htm.

50. **Exhibit 48**, *The Next Generation of Gaming Consoles*, CNBC.com, June 12, 2009, available at http://m.cnbc.com/us_news/31331241.

51. **Exhibit 49**, Brandon Boyer, *Ubisoft: Wii to Rule Them All, Microsoft / Sony Battle Split In U.S/Europe,* Gamasutra.com, Apr. 24, 2008, available at http://www.gamasutra.com/view/news/18389/Ubisoft_Wii_To_Rule_Th

52. **Exhibit 50**, Travis Fahs, IGN Presents the History of Madden, IGN.COM, available at http://retro.ign.com/articles/896/896893p1.html.

53. **Exhibit 51**, Matt Peckham, 20 Years of Madden, PC WORLD, available at http://www.pcworld.com/article/149558/20_years_of_madden.html.

54. **Exhibit 52**, Deposition of Michael S. Drucker, Oct. 22, 2009, Geoffrey Pecover et al. v. Electronic Arts Inc., Case No. 08-02820 VRW (N.D. Cal.).

55. **Exhibit 53**, Harold L. Vogel, *Entertainment Industry Economics: A Guide for Financial Analysis* 93 (6th ed., Cambridge U. Press 2004).

56. **Exhibit 54**, Michael L. Katz & Carl Shapiro, *How to License Intangible Property*, 101 Q. J of Econ. 3, 567-589 (Aug. 1986), pp. 567-589.

57. **Exhibit 55**, Michael L. Katz & Carl Shapiro, *On the Licensing of Innovations*, 16 RAND J. of Econ. 4, 504-520 (Winter 1985).

58. **Exhibit 56**, Richard J. Gilbert & Carl Shapiro, *An Economic Analysis of Unilateral Refusals to License Intellectual Property*, 93 Proceedings of the Nat'l Acad. of Sci. of the U.S.A., 23, 12749-12755 (Nov. 12, 1996).

59. **Exhibit 57**, Football Forum, 2008 AFL Season Begins February 29, available at http://www.footballforum.com/arena-football-leagues/86099-news-11-1-a.html (Feb. 19, 2010).

60. **Exhibit 58**, Richard Gilbert & Carl Shapiro, *Antitrust Issues in the Licensing of Intellectual Property: The Nine No-No's Meet the Nineties*, Brookings Papers on Econ. Activity, Microeconomics 283-349 (1997).

61. **Exhibit 59**, Madden Planet, Madden NFL 2004 Features, available at http://www. madden04.com/maddenplanet/legacy/04.shtml (last visited Feb. 18, 2010).

62. **Exhibit 60**, Xbox.com, Madden NFL 2005 Features, available at http://www.xbox.com/en-US/games/m/maddennfl2005/default.htm (last visited Feb. 18, 2010).

63. **Exhibit 61**, MyGamer.com, Madden NFL 2005 (DS) Homepage, available at http://www.mygamer.com/index.php?page=gameportal&id=550455 (last visited Feb. 18, 2010).

64. **Exhibit 62**, MobyGames.com, Madden NFL 06, available at http://www.mobygames.com/game/madden-nfl-06/adblurbs (last visited Feb. 18, 2010).

65. **Exhibit 63**, EASports.com, Madden NFL 07 Features, available at http://games.easports.com/madden07/features.jsp (last visited Feb. 18, 2010).

66. **Exhibit 64**, Madden NFL 08 Overview (Xbox 360), available at http://xbox360.gamespy.com/xbox-360/madden-nfl-08/ (last visited Feb. 18, 2010).

67. **Exhibit 65**, GameSpy.com, Madden NFL 09 Overview (PS2), available at http://ps2.gamespy.com/playstation-2/madden-nfl-09/ (last visited Feb. 18, 2010).

68. **Exhibit 66**, Madden NFL 09 (PS3), available at http://eastore.ea.com/store/ea/ContentTheme/pbPage.madden_ 09/ (last visited Feb. 18, 2010).

69. **Exhibit 67**, Madden NFL 10 Features (Xbox 360), available at http://maddennfl.easports.com/features.action?platform=xbox (last visited Feb. 18, 2010).

70. **Exhibit 68**, Madden NFL 10 Features (PS3), available at http://maddennfl.easports.com/features.action? platform=ps3 (last visited Feb. 18, 2010).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed on February 19, 2009 in San Francisco, California.

Dated: February 19, 2009

[signature]

Timothy L. O'Mara

SF\739602