# EXHIBIT 27

**Certified Copy**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of persons similarly situated,

Plaintiffs,

vs.

Case No. 08-cv-02820 VRW

ELECTRONIC ARTS, INC., a Delaware corporation,

Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**CONFIDENTIAL**

**ATTORNEYS' EYES ONLY**

**DEPOSITION OF**

**JACOB J. SCHATZ**

September 4, 2009
9:32 a.m.

505 Montgomery Street, Suite 2200

San Francisco, California

Rita R. Lerner, CSR No. 3179

ESQUIRE

Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

BY MR. PAYNTER:

Q Sure. I'm not trying to make this a trick question, but EA online terms and conditions are incorporated by reference on the packaging of EA's packaged football video games; correct?

MR. O'MARA: Same objection. Also, calls for a legal conclusion. Vague and ambiguous as to what you mean by "incorporated."

THE WITNESS: The notice is on the back of the packaging.

BY MR. PAYNTER:

Q What notice?

A The statement you pointed me to: "Registration required to access online features."

Q And then it goes on to say, "EA online terms and conditions and feature updates are found at www.ea.com." Correct?

A Right.

Q So, again, would it be accurate to say that EA online terms and conditions are incorporated by reference on the packaging of EA's packaged football video games?

MR. O'MARA: Objection. Calls for a legal conclusion. Same objections.

THE WITNESS: A user does not have to accept

EA's online terms and conditions to play the game.

BY MR. PAYNTER:

Q When a purchaser purchases the packaged football game, if they wanted to know what provisions govern the use of online features, they would look at EA online terms and conditions; correct?

A Could you repeat the question?

(Record read as follows:

"Q. When a purchaser purchases the packaged football game, if they wanted to know what provisions govern the use of online features, they would look at EA online terms and conditions; correct?")

THE WITNESS: The online terms and conditions are available for review on our website at www.ea.com.

BY MR. PAYNTER:

Q In fact, on every packaged video game sold since August 2005, those online terms and conditions are expressly referred to; correct?

MR. O'MARA: Objection. Assumes facts not in evidence. Outside the scope of the deposition notice.

THE WITNESS: I don't know whether that's true.

BY MR. PAYNTER:

Q Let me just refer you to Exhibit 1, which was our deposition notice, and it asks you to testify as to

testimony. This is what I have a witness to testify about. I understand you've represented that, but I'm trying to get testimony as to that fact from an Electronic Arts witness under oath.

MR. O'MARA: But you're asking about questions clearly outside of scope of the deposition notice. He's here to testify about your notice, and I'm telling you there are no end user license agreements that are responsive to this notice.

MR. PAYNTER: I understand you're telling me that. I'm asking the witness.

THE WITNESS: There are no end user license agreements that are responsive to this notice.

BY MR. PAYNTER:

Q So what I'm asking you is, to what does this end user license agreement apply?

MR. O'MARA: Objection. Outside the scope of the deposition notice; lacks foundation; calls for speculation.

THE WITNESS: Other PC products first commercially released by Electronic Arts after December 2007.

BY MR. PAYNTER:

Q And in the period 2005 to the present, has Electronic Arts ever made football video games for the

end user license agreement is made available when EA asks a user to accept within the game itself. This is an affirmative "I accept" agreement where the user is asked to review the terms. So it is within the game itself. And if an end user license agreement is not within the game itself or within the packaged good product itself, there is no end user license agreement.

MR. PAYNTER: I'm going to hand you a copy of PC product EULAs. I'll ask this be marked as Exhibit 10. Is the list of PC product EULAs that you were just referring to?

(Exhibit 10 marked)

THE WITNESS: I believe so.

BY MR. PAYNTER:

Q And there's no EULA for any football video game; correct?

A I don't see any of the football games at issue listed here.

Q Let me ask you to look again at the Scarlett declaration.

Are you aware that at the time the Scarlett declaration was filed, the link on Exhibit 9, "end user license agreement," led to a copy of Exhibit A?

MR. O'MARA: Objection. Assumes facts not in evidence. Calls for speculation.

Q You just told me, though, that you did not know whether the website had been changed or modified since the filing of the Scarlett declaration.

A We have never used or included an end user license agreement in connection with any football SKUs at issue, period.

Q Since the filing of the Scarlett declaration, has Electronic Arts retained copies of all changes made to its website that impacted the existence or placement on the website of EULAs with California choice of law provisions?

MR. O'MARA: Objection. Outside of the deposition notice. Calls for speculation.

THE WITNESS: End user license agreements -- there have been no end user license agreements that apply to any football products at issue here.

BY MR. PAYNTER:

Q I'm asking, to your knowledge, since the filing of the Scarlett declaration, has Electronic Arts retained copies of any changes made to its website that impacted the existence or the placement on the website of EULAs with California choice of law provisions?

MR. O'MARA: Same objections.

THE WITNESS: I'm here to testify about terms and conditions and EULAs, quote, "relating to

interactive football products," close quote, and there are no EULAs used in connection with interactive football products at issue here.

BY MR. PAYNTER:

Q I'm aware that's your position. What I'm asking, though, is whether since the filing of the Scarlett declaration, Electronic Arts retained copies of changes made to its website, if any, that impacted the existence or placement on the website of EULAs with California choice of law provisions.

MR. O'MARA: Objection.

MR. PAYNTER: If you don't know, you can say you don't know.

MR. O'MARA: Outside the scope of the deposition notice.

THE WITNESS: There are no EULAs that are used in connection with interactive football products at issue here.

BY MR. PAYNTER:

Q Okay. And I'm not asking whether they are or aren't EULAs. What I'm asking is, since the Scarlett declaration was filed, did EA retain copies of changes made to its website that impacted the existence or placement on the website of any EULA with California choice of law provisions?

CERTIFICATE OF REPORTER

I, Rita R. Lerner, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript {} was {X} was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: September 14, 2009

/s/ Rita R. Lerner


Toll Free: 800.770.3363
Facsimile: 415.591.3335

Suite 1100
44 Montgomery Street
San Francisco, CA 94104
www.esquiresolutions.com

LATHAM & WATKINS LLP
Daniel M. Wall (Bar No. 102580)
Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 08-02820 VRW<br><br>**MANUAL FILING NOTIFICATION OF EXHIBIT 28 OF JACOB SCHATZ'S DECLARATION IN SUPPORT OF DEFENDANT ELECTRONIC ARTS INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

**MANUAL FILING NOTIFICATION**

PLEASE TAKE NOTICE that Defendant Electronic Arts Inc. has conditionally lodged under seal Exhibit 28 of Jacob Schatz's Declaration in Support of Defendant Electronic Arts Inc.'s Opposition to Plaintiffs' Motion for Class Certification.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): ______________________________________

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Items Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): ______________________________________________

Dated: February 19, 2010

LATHAM & WATKINS LLP
Daniel M. Wall
Timothy L. O'Mara

By __/s/ Timothy L. O'Mara_____
Timothy L. O'Mara
Attorneys for Defendant
ELECTRONIC ARTS INC.

# EXHIBIT 29

REDACTED

# NA FY09 Plan - Appendix

**February 2008**

# Table of Contents


- **FY09 NA Roadmap – R&O……………………………………………………………………………… 3 – 5**
- **Retail Landscape and Market Data Backup…...……………………………………………...…….. 6 – 16**
  - Retail Landscape / Market Gap and Segment Share Analysis ……………………………………….….... 7 – 14
  - CY07 Top 10 Titles MC Score and Ad/Retail Spend$…………………………………………………… 15 - 16
- **FY09 EA SKU Plan………..……………………………………………………………………… 17 - 22**
- **Industry Genre Analysis Backup……..……………………………………………………………. 23 - 47**
  - CY03 – CY07 Genre Recap…………………………….............................................……………… 24 – 35
  - CY08 Genre Assumptions………………………………………………………………………………. 36 – 47
- **Top 20 Chart Projection by Platform.……………..………………………………………………….. 48 – 62**
  - FY09 Chart Projections……………………………...............................................……………… 49 – 56
  - Top 5/10/15/20 Projection Scenario……………………………………………………………………. 57 – 60
  - CY07 Top 20 Charts by Units……..…………………………………………………………............... 61 - 62
- **FY09 Financials Backup………………….…………………………………………………………….. 63 – 81**
  - P&L Overview……………………………………………………………………………………………... 64 – 67
  - Financials Breakdown (Franchise Var, Top 40 Titles, GAWP, Frontline/Catalog)…….………………….. 68 - 75
  - Label Financials……………………………………………………………………………………………. 75 - 81
- **FY09 Product Assumptions…………………………………………………………………….…..... 82 – 156**
  - EA SPORTS………………………...............................................……………………………. 83 – 106
  - Games……………………………………………………………………………………………….. 107 - 133
  - The Sims…………………………………………………………………………………………….. 134 - 145
  - Casual……………………………………………………………………………... ……………………….. 146 - 156





Counsel Only: Confidential - Subject to Protective Order
EA00030478

# FY09 Roadmap


Counsel Only: Confidential - Subject to Protective Order

# FY09 Roadmap

## What's In Our FY09 Plan / PG Revenue

REDACTED

| What's In Our Est. | Scenarios | | | | | |
|---|---|---|---|---|---|---|
| | Upside | | | Downside | | |
| Current Forecast | Driver | Est. | Impact | Driver | Est. | Impact |

REDACTED

Industry

EA

*Note: Negative Placeholder based on historical avg of franchise slips



Counsel Only: Confidential - Subject to Protective Order

EA00030480

# NA Double Down Recommendations

| Opportunities | | | | |
|---|---|---|---|---|
| | FY09 Forecast | Stretch Target | Net Rev Gain | Notes |
| 1) | | REDACTED | | |
| 2) | | | | |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |
| 6) | | | | |
| 7) | | | | |



Counsel Only: Confidential - Subject to Protective Order

# NA FY09 Retail Landscape & Market Analysis Backup


Counsel Only: Confidential - Subject to Protective Order

# CY08 Industry Retail Landscape

- REDACTED
- 
- 
- 
- 
- 
- 
- 
- 
- 



Counsel Only: Confidential - Subject to Protective Order

# Industry Software Assumptions

## FY09 vs. FY08

- REDACTED
- REDACTED
- REDACTED
- REDACTED
- REDACTED

**NA GAP Industry Estimate**

| Industry ($MM) by Platform | FY08 Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| PS2 | | | REDACTED | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| Industry ($MM) by Platform | FY09 Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| PS2 | | | REDACTED | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| Variance (%) by Platform | FY09 vs. FY08 Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| PS2 | | | REDACTED | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NA GAP – Platform SW$ Mix

| Platforms | CY07 | CY08 |
|---|---|---|
| **PC** | REDACTED | |
| ***PC % of Total*** | | |
| PS2 | | |
| Xbox | | |
| NGC | | |
| PS3 | | |
| *PS3 % of Total* | | |
| Xbox 360 | | |
| *X360 % of Total* | | |
| Wii | | |
| *Wii % of Total* | | |
| **TOTAL CONSOLES** | | |
| ***Consoles % of Total*** | | |
| GBA | | |
| NDS | | |
| PSP | | |
| **TOTAL HANDHELDS** | | |
| ***HH % of Total*** | | |
| **TOTAL INDUSTRY** | | |

Note: Software Dollars in Wholesale $K

REDACTED

Source: NA GAP (Jan 08)



Counsel Only: Confidential - Subject to Protective Order

# NA GAP – Platform Unit Mix

| Platforms | CY07 | CY08 |
|---|---|---|
| **PC** | REDACTED | |
| ***PC % of Total*** | | |
| PS2 | | |
| Xbox | | |
| NGC | | |
| PS3 | | |
| *PS3 % of Total* | | |
| Xbox 360 | | |
| *X360 % of Total* | | |
| Wii | | |
| *Wii % of Total* | | |
| **TOTAL CONSOLES** | | |
| ***Consoles % of Total*** | | |
| GBA | | |
| NDS | | |
| PSP | | |
| **TOTAL HANDHELDS** | | |
| ***HH % of Total*** | | |
| **TOTAL INDUSTRY** | | |

Note: Units in K

REDACTED

Source: NA GAP (Jan 08)



Counsel Only: Confidential - Subject to Protective Order

# EA Software Forecast (Sell-Thru)

## EA FY09 vs. FY08

- REDACTED
- Current FY08 revenue forecast = REDACTED
- FY09 revenue REDACTED
- REDACTED

**EA Sell-Thru NPD Retail SW$ Est.**

| EA NPD Est. ($MM) by Platform | FY08 Q1 Act | Q2 Act | Q3 Act. | Q4 | TOTAL |
|---|---|---|---|---|---|
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| EA NPD Est. ($MM) by Platform | FY09 Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| Variance (%) by Platform | FY09 vs. FY08 Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

Source: Feb D7

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EA Software Forecast (Sell-Thru ex-EAP)

## EA FY09 vs. FY08

- REDACTED
- Current FY08 revenue forecast REDACTED
- FY09 revenue REDACTED
- PS3, X360, and Wii REDACTED

**EA Sell-Thru NPD Retail SW$ Est.**

| EA NPD Est. ($MM) by Platform | FY08 Q1 Act | FY08 Q2 Act | FY08 Q3 Act. | FY08 Q4 | FY08 TOTAL |
|---|---|---|---|---|---|
| PS2 | | | REDACTED | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| EA NPD Est. ($MM) by Platform | FY09 Q1 | FY09 Q2 | FY09 Q3 | FY09 Q4 | FY09 TOTAL |
|---|---|---|---|---|---|
| PS2 | | | REDACTED | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| Variance (%) by Platform | FY09 vs. FY08 Q1 | Q2 | Q3 | Q4 | TOTAL |
|---|---|---|---|---|---|
| PS2 | | | REDACTED | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

Source: Feb D7

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EA Segment Share

## EA FY09 vs. FY08

- Based on SW$ market assumptions and latest forecast….
- REDACTED
- REDACTED
- REDACTED
- REDACTED

| EA NA Segment Share | | | | | |
|---|---|---|---|---|---|
| EA Segment Share by Platform | FY08 | | | | |
| | Q1 | Q2 | Q3 | Q4 | TOTAL |
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| EA Segment Share by Platform | FY09 | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TOTAL |
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| Variance Pts by Platform | FY09 vs. FY08 | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TOTAL |
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

Source: Feb D7

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EA Segment Share (ex EAP)

## EA FY09 vs. FY08

- REDACTED
- REDACTED
- REDACTED
- REDACTED

| EA NA Segment Share | | | | | |
|---|---|---|---|---|---|
| EA Segment Share by Platform | FY08 | | | | |
| | Q1 | Q2 | Q3 | Q4 | TOTAL |
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| EA Segment Share by Platform | FY09 | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TOTAL |
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

| Variance Pts by Platform | FY09 vs. FY08 | | | | |
|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TOTAL |
| PS2 | REDACTED | | | | |
| Xbox | | | | | |
| NGC | | | | | |
| PS3 | | | | | |
| Xbox 360 | | | | | |
| Wii | | | | | |
| GBA | | | | | |
| PSP | | | | | |
| NDS | | | | | |
| PC | | | | | |
| TOTAL | | | | | |

Source: Feb D7

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# CY07 Top 10 Titles by Platform – MC Scores

**Xbox 360**

| Rank | Title | Publisher | Units | Revenue | MC |
|---|---|---|---|---|---|
| 1 | Halo 3* | Microsoft | 4,819 | $320,711 | 94 |
| 2 | Call Of Duty 4* | Activision | 3,037 | $172,905 | 94 |
| 3 | Guitar Hero 3* | Activision | 1,486 | $129,904 | 85 |
| 4 | Guitar Hero 2* | Activision | 1,533 | $128,835 | 93 |
| **5** | **Rock Band*** | **EA/MTV** | **775** | **$125,982** | **93** |
| 6 | Assassin's Creed* | Ubisoft | 1,874 | $110,394 | 81 |
| **7** | **Madden NFL 08** | **EA** | **1,647** | **$95,519** | **84** |
| 8 | Mass Effect* | Microsoft | 874 | $52,407 | 91 |
| 9 | Gears Of War* | Microsoft | 872 | $51,011 | 94 |
| 10 | Bioshock | Take 2 | 824 | $48,829 | 96 |

**PS3**

| Rank | Title | Publisher | Units | Revenue | MC |
|---|---|---|---|---|---|
| 1 | Call Of Duty 4 | Activision | 966 | $54,550 | 94 |
| 2 | Assassin's Creed* | Ubisoft | 782 | $45,050 | 81 |
| 3 | Guitar Hero 3 | Activision | 436 | $43,306 | 82 |
| **4** | **Rock Band*** | **EA/MTV** | **247** | **$41,335** | **92** |
| **5** | **Madden NFL 08** | **EA** | **663** | **$38,681** | **81** |
| 6 | Resistance | Sony | 531 | $31,344 | 89 |
| 7 | Motorstorm | Sony | 346 | $20,643 | 82 |
| 8 | Uncharted | Sony | 323 | $19,207 | 88 |
| 9 | Heavenly Sword | Sony | 279 | $16,056 | 79 |
| 10 | Ratchet & Clank | Sony | 270 | $16,050 | 88 |

REDACTED

**Wii*** *(Excludes Wii Play)*

| Rank | Title | Publisher | Units | Revenue | MC |
|---|---|---|---|---|---|
| 1 | Super Mario Galaxy | Nintendo | 2,520 | $122,796 | 97 |
| 2 | Guitar Hero 3 | Activision | 1,230 | $110,053 | 85 |
| 3 | Mario Party 8 | Nintendo | 1,821 | $89,982 | 65 |
| 4 | Zelda: Twilight Princess | Nintendo | 1,015 | $50,254 | 95 |
| 5 | Mario And Sonic: Olympics | Sega | 941 | $45,918 | 68 |
| 6 | Super Paper Mario | Nintendo | 899 | $44,482 | 86 |
| 7 | Warioware: Smooth Moves | Nintendo | 646 | $31,925 | 83 |
| 8 | Metroid Prime 3: Corruption | Nintendo | 604 | $29,946 | 90 |
| 9 | HS Musical: Sing It* | Disney | 431 | $25,569 | 64 |
| **10** | **Madden NFL 08** | **EA** | **499** | **$24,310** | **76** |

**PS2**

| Rank | Title | Publisher | Units | Revenue | MC |
|---|---|---|---|---|---|
| 1 | Guitar Hero 3* | Activision | 2,721 | $203,709 | 82 |
| 2 | Guitar Hero 2* | Activision | 2,045 | $145,368 | 92 |
| **3** | **Madden NFL 08** | **EA** | **1,898** | **$72,754** | **78** |
| 4 | God Of War 2 | Sony | 1,217 | $58,643 | 93 |
| 5 | Guitar Hero 80s | Activision | 782 | $37,755 | 68 |
| 6 | WWE vs. Raw 2008 | THQ | 641 | $31,373 | 71 |
| **7** | **NCAA Football 08** | **EA** | **680** | **$27,000** | **82** |
| 8 | Spider-Man 3 | Activision | 593 | $22,213 | 50 |
| 9 | MLB '07: The Show | Sony | 568 | $22,123 | 82 |
| 10 | Transformers | Activision | 578 | $20,378 | 56 |

**PC**

| Rank | Title | Publisher | Units | Revenue | MC |
|---|---|---|---|---|---|
| 1 | WoW: Burning Crusade* | Vivendi | 2,246 | $85,828 | 91 |
| 2 | World Of Warcraft* | Vivendi | 914 | $19,739 | 93 |
| 3 | Call Of Duty 4* | Activision | 383 | $18,641 | 93 |
| **4** | **The inSs * 2** | **EA** | **505** | **$18,504** | **90** |
| **5** | **C&C 3*** | **EA** | **350** | **$17,289** | **85** |
| 6 | MS Flight Simulator X* | Microsoft | 280 | $14,568 | 80 |
| **7** | **The Sims 2 Seasons** | **EA** | **433** | **$12,227** | **78** |
| 8 | LOTR: Shadows Of Angr | Midway | 244 | $11,771 | 86 |
| 9 | MS Age Of Empires III* | Microsoft | 289 | $11,341 | 83 |
| **10** | **The Orange Box** | **EA** | **235** | **$10,461** | **96** |

REDACTED

**NDS**

| Rank | Title | Publisher | Units | Revenue | MC |
|---|---|---|---|---|---|
| 1 | Pokemon Diamond | Nintendo | 2,485 | $85,691 | 85 |
| 2 | Pokemon Pearl | Nintendo | 1,756 | $60,797 | 85 |
| 3 | New Super Mario Bros | Nintendo | 1,483 | $50,568 | 89 |
| 4 | Zelda: Phantom Hourglass | Nintendo | 1,111 | $38,038 | 90 |
| 5 | Mario Kart | Nintendo | 1,082 | $37,376 | 91 |
| 6 | Brain Age 2 | Nintendo | 1,258 | $24,778 | 78 |
| 7 | Diddy Kong Racing | Nintendo | 797 | $24,486 | 62 |
| 8 | Mario Party | Nintendo | 629 | $19,956 | 73 |
| 9 | Brain Age | Nintendo | 994 | $19,330 | 77 |
| 10 | HS Musical: Makin The Cut | Disney | 620 | $18,222 | 66 |

**PSP**

| Rank | Title | Publisher | Units | Revenue | MC |
|---|---|---|---|---|---|
| **1** | **Madden NFL 08** | **EA** | **523** | **$20,685** | **75** |
| 2 | Ratchet & Clank: Size M | Sony | 309 | $12,157 | 84 |
| 3 | GTA: Vice City Stories | Take 2 | 443 | $11,940 | 85 |
| 4 | MLB '07: The Show | Sony | 283 | $10,782 | 82 |
| 5 | Transformers | Activision | 307 | $10,592 | 47 |
| 6 | Transformers | THQ | 247 | $9,854 | 68 |
| **7** | **NFS Carbon** | **EA** | **310** | **$8,432** | **73** |
| 8 | Socom Bravo 2 | Sony | 321 | $8,394 | 82 |
| 9 | FF Tactics | Square Enix | 210 | $8,256 | 88 |
| 10 | GTA: Liberty City Storie | Take 2 | 433 | $8,192 | 88 |
| | | | | **Top 10 MC avg** | **77** |
| | | | | **Industry MC Avg** | **69** |
| | | | | ***Vpts*** | ***8*** |

REDACTED

Note: Units in K

REDACTED

Source: NPD



Counsel Only: Confidential - Subject to Protective Order

# CY07 Top 10 Titles - Ad Spend

## Investing in Ads for Top Titles

- REDACTED

REDACTED

- REDACTED

REDACTED

- REDACTED

Source: Competitive Ad Spend

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EA FY09 SKU Plan



Counsel Only: Confidential - Subject to Protective Order

# EA FY09 SKU Plan Summary

- REDACTED
- REDACTED
- REDACTED
- REDACTED
- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EA FY09 SKU Plan

R

## SKU Plan as of 1/21/08

REDACTED

Note: Distribution, Special Edition, and Mac SKUs are not included in SKU Count

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EA FY09 SKU Plan: Sept - Nov

## SKU Plan as of 1/21/08

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# FY09 Release Calendar

## EA vs. Competitors

| | FYQ1 | FYQ2 | FYQ3 | FYQ4 |
|---|---|---|---|---|
| Key EA Titles | REDACTED | | | |
| Key Competitor Titles | | | | |

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NA FY09 Net Revenue Forecast by Quarters

REDACTED

Source: SKU Plan (1/21/08), Final Feb D7



Counsel Only: Confidential - Subject to Protective Order

# Industry Genre Analysis Backup

# CY03 – CY07 Genre Recap


Counsel Only: Confidential - Subject to Protective Order

# Executive Summary

- REDACTED
- REDACTED
- REDACTED
- REDACTED
- REDACTED
- REDACTED
- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order 

# Industry Genre Overview

## Last 5 Years

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EA Genre Overview

## Last 5 Years

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Action/Adventure

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Family Entertainment

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Fighting

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Racing

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# RPG

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Shooter

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Sports

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Strategy

REDACTED

REDACTED

# CY08 Genre Assumptions



Counsel Only: Confidential - Subject to Protective Order 

# CY08 Genre Assumptions

REDACTED

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Action/Adventure Market

REDACTED

**Note**: Please see Appendix for Platform Scenarios

REDACTED

Source: NA GAP (Jan 08), NPD

# NA Racing Market

REDACTED

**Note**: Please see Appendix for Platform Scenarios

REDACTED

Source: NA GAP (Jan 08), NPD

# NA Sports Market

REDACTED

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Shooter Market

REDACTED

**Note**: Please see Appendix for Platform Scenarios

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Family Entertainment Market

REDACTED

**Note**: Please see Appendix for Platform Scenarios

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Action/Adv Market – Platform Details

REDACTED

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Racing Market – Platform Details

REDACTED

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Shooter Market – Platform Details

REDACTED

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Sports Market – Platform Details

**CY08 X360 Scenario**

REDACTED

**CY08 PS3 Scenario**

REDACTED

PS3% of Total

**CY08 Wii Scenario**

REDACTED

- REDACTED
- REDACTED

Sports Faces Market Share Battle with Other Genres

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Family Market – Platform Details

**CY08 X360 Scenario**

REDACTED

**CY08 PS3 Scenario**

REDACTED

**CY08 Wii Scenario**

REDACTED

- REDACTED
- REDACTED

Family Driven by Music Expect to be Big Contributors on the Consoles

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# FY09 NA Top 20 Chart Projections By Platforms



Counsel Only: Confidential - Subject to Protective Order

# NA All Platform FY09 Title Chart Projections

REDACTED Top 20 Title Unit Charts

REDACTED

## EA All Platform Stack Rank

| Title | FY09 Sell-In | FY09 Sell-Thru | Industry FY09 Rank | Release Date |
|---|---|---|---|---|

REDACTED

Key Competitors

| QUALITY | TITLE | PLATFORMS |
|---|---|---|

REDACTED

NOTE:

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data



Counsel Only: Confidential - Subject to Protective Order

# NA Xbox 360 FY09 Chart Projections

## Industry X360 Top 20 Unit Charts

| Rank | Units | % of Total Units | Attach Rate |
|---|---|---|---|

REDACTED

## EA X360 Stack Rank

| Title | FY09 Sell-In | FY09 Sell-Thru | Industry FY09 Rank | Release Date |
|---|---|---|---|---|

REDACTED

**Key Competitors**

| Quality | Title |
|---|---|

REDACTED

**NOTE:**

REDACTED

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data

*** Rock Band will make the Top 10 when sorted by Revenue



Counsel Only: Confidential - Subject to Protective Order

# NA PS3 FY09 Chart Projections

## Industry PS3 Top 20 Unit Charts

| Rank | Units | % of Total Units | Attach Rate |
|---|---|---|---|

REDACTED

## EA PS3 Stack Rank

| Title | FY09 Sell-In | FY09 Sell-Thru | Industry FY09 Rank | Release Date |
|---|---|---|---|---|

REDACTED

**Key Competitors**

| Quality | Title |
|---|---|

REDACTED

NOTE:

REDACTED

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data

*** Rock Band will make the Top 10 when sorted by Revenue



Counsel Only: Confidential - Subject to Protective Order

# NA Wii FY09 Chart Projections

## Industry Wii Top 20 Unit Charts

REDACTED

## EA Wii Stack Rank

| Title | FY09 Sell-In | FY09 Sell-Thru | Industry FY09 Rank | Release Date |
|---|---|---|---|---|

REDACTED

**Key Competitors**

| Quality | Title |
|---|---|

REDACTED

**NOTE:**

REDACTED

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data



Counsel Only: Confidential - Subject to Protective Order

# NA PS2 FY09 Chart Projections

**Industry PS2 Top 20 Unit Charts**

REDACTED

**EA PS2 Stack Rank**

| Title | FY09 Sell-In | FY09 Sell-Thru | Industry FY09 Rank | Release Date |
|---|---|---|---|---|

REDACTED

**Key Competitors**

| Quality | Title |
|---|---|

REDACTED

**NOTE:**

REDACTED

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data



Counsel Only: Confidential - Subject to Protective Order

# NA PC FY09 Chart Projections

## Industry PC Top 20 Unit Charts

| Rank | Units | % of Total Units |
|---|---|---|

REDACTED

## EA PC Stack Rank

| Title | FY09 Sell-In | FY09 Sell-Thru | Industry FY09 Rank | Release Date |
|---|---|---|---|---|

REDACTED

**Key Competitors**

| Quality | Title |
|---|---|

REDACTED

**NOTE:** REDACTED

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data



Counsel Only: Confidential - Subject to Protective Order

# NA NDS FY09 Chart Projections

## Industry NDS Top 20 Unit Charts

| Rank | Units | % of Total Units | Attach Rate |
| --- | --- | --- | --- |

REDACTED

## EA NDS Stack Rank

| | FY09 | FY09 | Industry | Release |
| --- | --- | --- | --- | --- |

REDACTED

**CY07 Top 10 Titles**

| Rank | Title | Units (K) | % of Total |
| --- | --- | --- | --- |

REDACTED

**NOTE:** REDACTED

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NA PSP FY09 Chart Projections

## Industry PSP Top 20 Unit Charts

| Rank | Units | % of Total Units | Attach Rate |
|---|---|---|---|

REDACTED

## EA PSP Stack Rank

| Title | FY09 Sell-In | FY09 Sell-Thru | Industry FY09 Rank | Release Date |
|---|---|---|---|---|

REDACTED

**Key Competitors**

| Quality | Title |
|---|---|

REDACTED

**NOTE:**

REDACTED

REDACTED

Source: NA GAP (Jan 08), January Competitor Release Calendar, NPD TRST Data

# NA X360 – FY09 Top 20 Chart Scenarios

REDACTED

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA PS3 – FY09 Top 20 Chart Scenarios

**Units to Break into Top 5**

REDACTED

**Units to Break into Top 10**

REDACTED

**Units to Break into Top 15**

REDACTED

**Units to Break into Top 20**

REDACTED

REDACTED

Source: NA GAP (Jan 08), NPD



Counsel Only: Confidential - Subject to Protective Order

# NA Wii – FY09 Top 20 Chart Scenarios

**Units to Break into Top 5**

**Units to Break into Top 10**

REDACTED

**Units to Break into Top 15**

**Units to Break into Top 20**

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NA PC – FY09 Top 20 Chart Scenarios

**Units to Break into Top 5**

Units in K

**Units to Break into Top 10**

Units in K

REDACTED

**Units to Break into Top 15**

Units in K

% of PC Units - Top 15 Cutoff

**Units to Break into Top 20**

Units in K

% of PC Units - Top 20 Cutoff

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# CY07 Top 20 – Sorted by Units

### X360

| Rank | Title | Units (K) | % of Total |
|---|---|---|---|
| 1 | HALO 3 | 4,819 | 11.9% |
| 2 | CALL OF DUTY 4: MODERN WARFARE | 3,037 | 7.5% |
| 3 | ASSASSIN'S CREED | 1,874 | 4.6% |
| **4** | **MADDEN NFL 08** | **1,647** | **4.1%** |
| 5 | GUITAR HERO 2 | 1,533 | 3.8% |
| 6 | GUITAR HERO III: LEGENDS OF ROCK | 1,486 | 3.7% |
| 7 | MASS EFFECT | 874 | 2.2% |
| 8 | GEARS F OARW | 872 | 2.1% |
| 9 | BIOSHOCK | 824 | 2.0% |
| 10 | GRAW 2 | 790 | 1.9% |
| **11** | **ROCK BAND** | **775** | **1.9%** |
| 12 | CRACKDOWN | 717 | 1.8% |
| 13 | LOST PLANET: EXTREME CONDITION | 711 | 1.8% |
| **14** | **NCAA FOOTBALL 08** | **633** | **1.6%** |
| 15 | TOM CLANCY'S RAINBOW SIX: VEGAS | 617 | 1.5% |
| 16 | FORZA MOTORSPORT 2 | 529 | 1.3% |
| 17 | MAJOR LEAGUE BASEBALL 2K7 | 488 | 1.2% |
| 18 | ELDER SCROLLS IV: OBLIVION | 454 | 1.1% |
| 19 | THE ORANGE BOX | 416 | 1.0% |
| **20** | **SKATE** | **391** | **1.0%** |

### PS3

| Rank | Title | Units (K) | % of Total |
|---|---|---|---|
| 1 | CALL OF DUTY 4: MODERN WARFARE | 966 | 7.7% |
| 2 | ASSASSIN'S CREED | 782 | 6.2% |
| **3** | **MADDEN NFL 08** | **663** | **5.3%** |
| 4 | RESISTANCE: FALL OF MAN | 531 | 4.2% |
| 5 | GUITAR HERO III: LEGENDS OF ROCK | 436 | 3.5% |
| 6 | MOTORSTORM | 346 | 2.8% |
| 7 | UNCHARTED DRAKE'S FORTUNE | 323 | 2.6% |
| 8 | HEAVENLY SWORD | 279 | 2.2% |
| 9 | RATCHET & CLANK FUTURE: TOOLS OF | 270 | 2.1% |
| **10** | **NCAA FOOTBALL 08** | **256** | **2.0%** |
| 11 | ELDER SCROLLS IV: OBLIVION | 252 | 2.0% |
| 12 | TOM CLANCY'S RAINBOW SIX: VEGAS | 249 | 2.0% |
| **13** | **ROCK BAND** | **247** | **2.0%** |
| 14 | NINJA GAIDEN SIGMA | 222 | 1.8% |
| **15** | **NEED FOR SPEED: PRO STREET** | **210** | **1.7%** |
| **16** | **FIGHT NIGHT ROUND 3** | **206** | **1.6%** |
| 17 | SPIDER-MAN 3 | 188 | 1.5% |
| **18** | **MADDEN NFL 07** | **183** | **1.5%** |
| **19** | **NEED FOR SPEED: CARBON** | **180** | **1.4%** |
| **20** | **FIFA SOCCER 08** | **175** | **1.4%** |

### Wii

| Rank | Title | Units (K) | % of Total |
|---|---|---|---|
| 1 | WII PLAY | 4,121 | 13.2% |
| 2 | SUPER MARIO GALAXY | 2,520 | 8.1% |
| 3 | MARIO PARTY 8 | 1,821 | 5.8% |
| 4 | GUITAR HERO III: LEGENDS OF ROCK | 1,230 | 3.9% |
| 5 | LEGEND OF ZELDA: TWILIGHT PRINCE | 1,015 | 3.3% |
| 6 | MARIO AND SONIC: OLYMPIC GAMES | 941 | 3.0% |
| 7 | SUPER PAPER MARIO | 899 | 2.9% |
| 8 | WARIOWARE: SMOOTH MOVES | 646 | 2.1% |
| 9 | METROID PRIME 3: CORRUPTION | 604 | 1.9% |
| 10 | CARNIVAL GAMES | 562 | 1.8% |
| 11 | RESIDENT EVIL 4 | 502 | 1.6% |
| **12** | **MADDEN NFL 08** | **499** | **1.6%** |
| 13 | MARIO STRIKERS: CHARGED | 491 | 1.6% |
| 14 | LEGO STAR WARS: COMPLETE SAGA | 433 | 1.4% |
| 15 | HIGH SCHOOL MUSICAL: SING IT | 431 | 1.4% |
| 16 | POKEMON BATTLE REVOLUTION | 428 | 1.4% |
| 17 | RAYMAN RAVING RABBIDS | 404 | 1.3% |
| 18 | SONIC AND THE SECRET RINGS | 393 | 1.3% |
| **19** | **TIGER WOODS PGA TOUR 07** | **352** | **1.1%** |
| 20 | BIG BRAIN ACADEMY: WII DEGREE | 342 | 1.1% |

### PS2

| Rank | Title | Units (K) | % of Total |
|---|---|---|---|
| 1 | GUITAR HERO III: LEGENDS OF ROCK | 2,721 | 4.9% |
| **2** | **MADDEN NFL 08** | **1,898** | **3.4%** |
| 3 | GUITAR HERO 2 | 1,890 | 3.4% |
| 4 | GOD OF WAR II | 1,217 | 2.2% |
| 5 | GUITAR HERO ENCORE: ROCKS THE 80 | 782 | 1.4% |
| **6** | **NCAA FOOTBALL 08** | **680** | **1.2%** |
| 7 | WWE SMACKDOWN VS. RAW 2008 | 641 | 1.1% |
| 8 | DANCE DANCE REVOLUTION SUPER NOV | 638 | 1.1% |
| 9 | DRAGONBALL Z: BUDOKAI TENKAICHI | 617 | 1.1% |
| 10 | SPIDER-MAN 3 | 593 | 1.1% |
| 11 | TRANSFORMERS: THE GAME | 578 | 1.0% |
| 12 | GOD OF WAR | 569 | 1.0% |
| 13 | MLB '07: THE SHOW | 568 | 1.0% |
| 14 | GRAND THEFT AUTO: SAN ANDREAS | 559 | 1.0% |
| 15 | GUITAR HERO | 483 | 0.9% |
| 16 | LEGO STAR WARS II: THE ORIGINAL | 472 | 0.8% |
| 17 | WWE SMACKDOWN VS. RAW 2007 | 456 | 0.8% |
| **18** | **NEED FOR SPEED: PRO STREET** | **441** | **0.8%** |
| 19 | KINGDOM HEARTS II | 402 | 0.7% |
| **20** | **FIFA SOCCER 08** | **402** | **0.7%** |

### NDS

| Rank | Title | Units (K) | % of Total |
|---|---|---|---|
| 1 | POKEMON DIAMOND VERSION | 2,485 | 5.4% |
| 2 | POKEMON PEARL VERSION | 1,756 | 3.8% |
| 3 | NEW SUPER MARIO BROS | 1,483 | 3.2% |
| 4 | BRAIN AGE 2: MORE TRAINING | 1,258 | 2.7% |
| 5 | ZELDA: PHANTOM HOURGLASS | 1,111 | 2.4% |
| 6 | MARIO KART | 1,082 | 2.3% |
| 7 | BRAIN AGE: TRAIN YOUR BRAIN | 994 | 2.2% |
| 8 | DIDDY KONG RACING | 797 | 1.7% |
| 9 | HANNAH MONTANA | 685 | 1.5% |
| 10 | MARIO PARTY | 629 | 1.4% |
| 11 | HS MUSICAL: MAKIN THE CUT | 620 | 1.3% |
| 12 | COOKING MAMA | 613 | 1.3% |
| 13 | SUPER MARIO 64 DS | 594 | 1.3% |
| 14 | NINTENDOGS: DALMATIAN & FRIENDS | 589 | 1.3% |
| **15** | **MY SIMS** | **585** | **1.3%** |
| 16 | ANIMAL CROSSING: WILD WORLD | 517 | 1.1% |
| 17 | NINTENDOGS: DACHSHUND | 510 | 1.1% |
| 18 | BIG BRAIN ACADEMY | 497 | 1.1% |
| 19 | NINTENDOGS: LABRADOR & FRIENDS | 486 | 1.1% |
| 20 | FLASH FOCUS: VISION TRAINING | 472 | 1.0% |

### PSP

| Rank | Title | Units (K) | % of Total |
|---|---|---|---|
| **1** | **MADDEN NFL 08** | **523** | **2.9%** |
| 2 | GTA: VICE CITY STORIES | 443 | 2.5% |
| 3 | GTA: LIBERTY CITY STORIES | 433 | 2.4% |
| 4 | MIDNIGHT CLUB 3: DUB EDITION | 362 | 2.0% |
| 5 | SOCOM: U.S. NAVY SEALS FIRETEAM | 321 | 1.8% |
| **6** | **NEED FOR SPEED: MOST WANTED** | **314** | **1.7%** |
| **7** | **NEED FOR SPEED: CARBON** | **310** | **1.7%** |
| 8 | RATCHET & CLANK: SIZE MATTERS | 309 | 1.7% |
| 9 | TRANSFORMERS: THE GAME | 307 | 1.7% |
| 10 | MLB '07: THE SHOW | 283 | 1.6% |
| 11 | WWE SMACKDOWN VS. RAW 2007 | 269 | 1.5% |
| 12 | WWE SMACKDOWN VS. RAW 2008 | 247 | 1.4% |
| 13 | SONIC RIVALS | 242 | 1.3% |
| **14** | **MEDAL OF HONOR: HEROES** | **232** | **1.3%** |
| 15 | STAR WARS: BATTLEFRONT II | 219 | 1.2% |
| 16 | DAXTER | 213 | 1.2% |
| 17 | FINAL FANTASY TACTICS | 210 | 1.2% |
| 18 | NAMCO MUSEUM BATTLE | 204 | 1.1% |
| 19 | SW BATTLEFRONT: RENEGADE | 197 | 1.1% |
| 20 | TONY HAWK'S PROJECT 8 | 195 | 1.1% |

### PC

| Rank | Title | Units (K) | % of Total |
|---|---|---|---|
| 1 | WoW: BURNING CRUSADE | 2,246 | 6.2% |
| 2 | WORLD OF WARCRAFT | 914 | 2.5% |
| **3** | **THE IMSS 2** | **534** | **1.5%** |
| **4** | **THE SIMS 2 SEASONS** | **443** | **1.2%** |
| 5 | CALL OF DUTY 4: MODERN WARFARE | 383 | 1.1% |
| **6** | **LoTR BFME II** | **371** | **1.0%** |
| **7** | **COMMAND & CONQUER 3** | **350** | **1.0%** |
| 8 | AGE OF EMPIRES 3 | 313 | 0.9% |
| 9 | BATTLEFIELD 2: MODERN COMBAT | 306 | 0.8% |
| **10** | **SIM CITY 4** | **284** | **0.8%** |
| **11** | **THE SIMS 2 BON VOYAGE EXPANSION** | **271** | **0.7%** |
| 12 | ROLLER COASTER TYCOON 3 | 259 | 0.7% |
| **13** | **THE SIMS 2: PETS** | **236** | **0.6%** |
| 14 | LORD OF THE RINGS ONLINE | 244 | 0.7% |
| **15** | **THE ORANGE BOX** | **235** | **0.6%** |
| 16 | CIVILIZATION IV | 212 | 0.6% |
| 17 | STAR WARS: EMPIRE AT WAR | 422 | 1.2% |
| 18 | WARCRAFT III BATTLE CHEST | 211 | 0.6% |
| **19** | **BATTLEFIELD 2142** | **210** | **0.6%** |
| 20 | HALO: COMBAT EVOLVED | 197 | 0.5% |

Source: NPD



Counsel Only: Confidential - Subject to Protective Order

# CY07 and CY06 Top 20 All Platform – Sorted by Units

## CY07 All Platforms

| RANK | TITLE | UNITS | % of TOTAL |
|---|---|---|---|
| 1 | GUITAR HERO III: LEGENDS OF ROCK | 5,912 | 2.2% |
| **2** | **MADDEN NFL 08** | **5,795** | **2.2%** |
| 3 | HALO 3 | 4,819 | 1.8% |
| 4 | CALL OF DUTY 4: MODERN WARFARE | 4,535 | 1.7% |
| 5 | WII PLAY | 4,121 | 1.5% |
| 6 | GUITAR HERO 2 | 3,422 | 1.3% |
| 7 | ASSASSIN'S CREED | 2,655 | 1.0% |
| 8 | SUPER MARIO GALAXY | 2,520 | 0.9% |
| 9 | POKEMON DIAMOND VERSION | 2,485 | 0.9% |
| 10 | WORLD OF WARCRAFT: BURNING CRUSADE | 2,246 | 0.8% |
| 11 | SPIDER-MAN 3 | 1,833 | 0.7% |
| 12 | MARIO PARTY 8 | 1,821 | 0.7% |
| 13 | POKEMON PEARL VERSION | 1,756 | 0.7% |
| **14** | **NCAA FOOTBALL 08** | **1,671** | **0.6%** |
| 15 | LEGO STAR WARS II: THE ORIGINAL | 1,635 | 0.6% |
| 16 | WWE SMACKDOWN VS. RAW 2008 | 1,615 | 0.6% |
| 17 | NEW SUPER MARIO BROS | 1,483 | 0.6% |
| 18 | TRANSFORMERS: THE GAME | 1,453 | 0.5% |
| **19** | **MADDEN NFL 07** | **1,411** | **0.5%** |
| 20 | LEGEND OF ZELDA: TWILIGHT PRINCESS | 1,380 | 0.5% |

## CY06 All Platforms

| RANK | TITLE | UNITS | % of TOTAL |
|---|---|---|---|
| **1** | **MADDEN NFL 07** | **6,230** | **2.6%** |
| 2 | CARS | 2,583 | 1.1% |
| 3 | LEGO STAR WARS II: THE ORIGINAL TRILOGY | 2,425 | 1.0% |
| **4** | **NCAA FOOTBALL 07** | **2,143** | **0.9%** |
| 5 | NEW SUPER MARIO BROS | 1,987 | 0.8% |
| **6** | **NEED SPEED: MOST WANTED** | **1,954** | **0.8%** |
| **7** | **NEED FOR SPEED: CARBON** | **1,848** | **0.8%** |
| 8 | GEARS OF WAR | 1,815 | 0.8% |
| 9 | LEGO STAR WARS | 1,758 | 0.7% |
| 10 | CALL OF DUTY 3 | 1,709 | 0.7% |
| 11 | GRAND THEFT AUTO: SAN ANDREAS | 1,684 | 0.7% |
| **12** | **THE SIMS 2** | **1,676** | **0.7%** |
| **13** | **FIGHT NIGHT ROUND 3** | **1,651** | **0.7%** |
| 14 | KINGDOM HEARTS II | 1,650 | 0.7% |
| 15 | GRAND THEFT AUTO: LIBERTY CITY STORIES | 1,580 | 0.7% |
| 16 | TOM CLANCY'S GHOST RECON: ADVANCED W. | 1,495 | 0.6% |
| 17 | LEGEND OF ZELDA: TWILIGHT PRINCESS | 1,465 | 0.6% |
| 18 | ELDER SCROLLS IV: OBLIVION | 1,440 | 0.6% |
| 19 | GUITAR HERO 2 | 1,321 | 0.5% |
| 20 | STAR WARS: BATTLEFRONT II | 1,301 | 0.5% |

Source: NPD



Counsel Only: Confidential - Subject to Protective Order

# NAP FY09 Financials
# Backup


Counsel Only: Confidential - Subject to Protective Order

# P&L Overview



Counsel Only: Confidential - Subject to Protective Order

# NA Revenue Submission

## North American Revenue ($MM)

### Package Vs Non Package ($MM)

| | FY 09 | FY08 | VOY$ | V% |
|---|---|---|---|---|
| | | | REDACTED | |
| Casual | | | | |
| Sims | | | | |
| Sports | | | | |
| Games | | | | |
| **Total Packaged** | | | | |
| Total Non Package | | | | |
| **Total North America** | | | | |
| **Gross Margin** | | | | |
| *GM%* | | | | |
| **Ex-Rock Band and Valve** | | | | |
| Gross Margin | | | | |
| *GM%* | | | | |

Source: Feb D7

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# FY09 vs. FY08 (with and without Valve/MTV)

| **Net Revenue ($MM)** | **FY 09** | **FY08** | **V$** | ***V%*** |
| --- | --- | --- | --- | --- |
| | | REDACTED | | |
| Total North America | | | | |
| Valve | | | | |
| Rock Band | | | | |
| **Ex Rock Band and Valve** | | | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Gross Margin FY09 vs. FY08

## Total North America

| | FY09 | FY08 | VPY $ | VPY% |
|---|---|---|---|---|
| | | REDACTED | | |
| Net Revenue | | | | |
| Gross Margin | | | | |
| *GM %* | | | | |

## Total Excl Rock Band & Valve

| | FY09 | FY08 | VPY | VPY% |
|---|---|---|---|---|
| | | REDACTED | | |
| Net Revenue | | | | |
| Gross Margin | | | | |
| *GM %* | | | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order
EA00030543

# Financials Breakdown


Counsel Only: Confidential - Subject to Protective Order

# Franchise Variance FY09 vs. FY08

| | FY09 Feb E | FY08 Feb E | V $ | V % |
|---|---|---|---|---|
| Mercenaries | | | | |
| Rock Band | | | | |
| Spore | | | | |
| Warhammer | | | | |
| Dead Space | | | | |
| Battlefield | | | | |
| Mirrors Edge | | | | |
| Tiberium | | | | |
| Fight Night BIG | | | | |
| Saboteur | | | | |
| Hasbro Littlest Pet Shop | | | | |
| Spielberg | | | | |
| Godfather | | | | |
| Fight Night | | | | |
| Hasbro Nerf Shootout | | | | |
| Lord of the Rings | | | | |
| The Sims | | | | |
| Command and Conquer | | | | |
| Batman | | | | |
| Skate | | | | |
| Mass Effect | | | | |
| Dragon Age | | | | |
| 4330 | | | | |
| Monopoly HN | | | | |
| NCAA Football | | | | |
| Trivial Pursuit | | | | |
| Euro | | | | |
| Hasbro Digital Playroom | | | | |
| Battleforge | | | | |
| NFL Head Coach | | | | |
| NBA Live | | | | |
| Smarty Pants | | | | |
| PGA/Tiger Woods | | | | |
| Hellgate | | | | |
| Crysis | | | | |
| Boogie | | | | |
| Need for Speed | | | | |
| Madden | | | | |
| Army of Two | | | | |
| Half-Life | | | | |
| Simpsons | | | | |
| Medal of Honor | | | | |
| **Total** | | | | |

REDACTED

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Platform Summary FY09 Vs FY08

| Units | FY09 Feb E | | | | | FY08 Feb E | | | | | V $ | | | | | V % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MM** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** |
| PS2 | | | | | | | | | | REDACTED | | | | | | | | | | |
| PS3 | | | | | | | | | | | | | | | | | | | | |
| Wii | | | | | | | | | | | | | | | | | | | | |
| Xbox 360 | | | | | | | | | | | | | | | | | | | | |
| **Total Console** | | | | | | | | | | | | | | | | | | | | |
| NDS | | | | | | | | | | | | | | | | | | | | |
| PSP | | | | | | | | | | | | | | | | | | | | |
| **Total Handheld** | | | | | | | | | | | | | | | | | | | | |
| PC | | | | | | | | | | | | | | | | | | | | |
| All Other | | | | | | | | | | | | | | | | | | | | |
| **Total Package** | | | | | | | | | | | | | | | | | | | | |
| Rock Band Peripherals | | | | | | | | | | | | | | | | | | | | |
| **Total Including Rock Band** | | | | | | | | | | | | | | | | | | | | |

| Net Revenue | FY09 Feb E | | | | | FY08 Feb E | | | | | V $ | | | | | V % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **$MM** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** |
| PS2 | | | | | | | | | | REDACTED | | | | | | | | | | |
| PS3 | | | | | | | | | | | | | | | | | | | | |
| Wii | | | | | | | | | | | | | | | | | | | | |
| Xbox 360 | | | | | | | | | | | | | | | | | | | | |
| **Total Console** | | | | | | | | | | | | | | | | | | | | |
| NDS | | | | | | | | | | | | | | | | | | | | |
| PSP | | | | | | | | | | | | | | | | | | | | |
| **Total Handheld** | | | | | | | | | | | | | | | | | | | | |
| PC | | | | | | | | | | | | | | | | | | | | |
| All Other | | | | | | | | | | | | | | | | | | | | |
| **Total Package** | | | | | | | | | | | | | | | | | | | | |
| Rock Band Peripherals | | | | | | | | | | | | | | | | | | | | |
| **Total Including Rock Band** | | | | | | | | | | | | | | | | | | | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# GAWP Summary FY09 Vs FY08

| GAWP $ | FY09 Feb E | | | | | FY08 Feb E | | | | | V $ | | | | | V % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Total*** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** |
| PS2 | | | | | | | | | | | | | | | | | | | | |
| PS3 | | | | | | | | | | | | | | | | | | | | |
| Wii | | | | | | | | | | | | | | | | | | | | |
| Xbox 360 | | | | | | | | | | | | | | | | | | | | |
| **Total Console** | | | | | | | | | | | | | | | | | | | | |
| NDS | | | | | | | | | | | | | | | | | | | | |
| PSP | | | | | | | | | | | | | | | | | | | | |
| **Total Handheld** | | | | | | | | | | | | | | | | | | | | |
| PC | | | | | | | | | | | | | | | | | | | | |
| All Other | | | | | | | | | | | | | | | | | | | | |
| **Total** | | | | | | | | | | | | | | | | | | | | |
| Rock Band Peripherals | | | | | | | | | | | | | | | | | | | | |
| **Total Plus Rock Band** | | | | | | | | | | | | | | | | | | | | |

REDACTED

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Top 40 Units FY09 vs FY08

REDACTED

| **Gross Units** | **FY09 Feb D7** | | | | | **V** (vs Feb D7) | | | | | **V %** (vs Feb D7) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **'000** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **Total** | **Q1** | **Q2** | **Q3** | **Q4** | **Total** | **FY08 Comp Title** (where possible) |
| MADDEN 2009 | | | | | | | | | | | | | | | | |
| ROCK BAND | | | | | | | | | | | | | | | | |
| NCAA FOOTBALL 2009 | | | | | | | | | | | | | | | | |
| NFS 2009 | | | | | | | | | | | | | | | | |
| MERCENARIES 2 | | | | | | | | | | | | | | | | |
| NBA LIVE 2009 | | | | | | | | | | | | | | | | |
| TIGER PGA TOUR 2009 | | | | | | | | | | | | | | | | |
| FIFA 2009 | | | | | | | | | | | | | | | | |
| MYSIMS 2 | | | | | | | | | | | | | | | | |
| HARRY POTTER - HALF BLOOD PRINCE | | | | | | | | | | | | | | | | |
| BATTLEFIELD: BAD COMPANY | | | | | | | | | | | | | | | | |
| DEAD SPACE | | | | | | | | | | | | | | | | |
| SKATE.2 | | | | | | | | | | | | | | | | |
| NFS PRO STREET | | | | | | | | | | | | | | | | |
| SPORE | | | | | | | | | | | | | | | | |
| NHL 2009 | | | | | | | | | | | | | | | | |
| HASBRO LITTLEST PET SHOP | | | | | | | | | | | | | | | | |
| C&C RED ALERT 3 | | | | | | | | | | | | | | | | |
| BURNOUT PARADISE | | | | | | | | | | | | | | | | |
| SIMS 3 | | | | | | | | | | | | | | | | |
| NASCAR 2009: CHASE FOR THE CUP | | | | | | | | | | | | | | | | |
| FIGHT NIGHT 4 | | | | | | | | | | | | | | | | |
| MIRRORS EDGE | | | | | | | | | | | | | | | | |
| TIBERIUM | | | | | | | | | | | | | | | | |
| FACEBREAKER | | | | | | | | | | | | | | | | |
| SIMANIMALS | | | | | | | | | | | | | | | | |
| HASBRO NERF SHOOTOUT | | | | | | | | | | | | | | | | |
| BOOM BLOX | | | | | | | | | | | | | | | | |
| LORD OF THE RINGS: ACTION | | | | | | | | | | | | | | | | |
| GODFATHER 2 | | | | | | | | | | | | | | | | |
| SABOTEUR | | | | | | | | | | | | | | | | |
| ROCK BAND EP | | | | | | | | | | | | | | | | |
| LEFT4DEAD | | | | | | | | | | | | | | | | |
| SIMS 2 CASTAWAY | | | | | | | | | | | | | | | | |
| WARHAMMER: AGE OF RECKONING - PC | | | | | | | | | | | | | | | | |
| PLAYGROUND 2 | | | | | | | | | | | | | | | | |
| MARCH MADNESS 2009 | | | | | | | | | | | | | | | | |
| MASS EFFECT 1 | | | | | | | | | | | | | | | | |
| MYSIMS PARTY | | | | | | | | | | | | | | | | |
| BATMAN 2 | | | | | | | | | | | | | | | | |
| All Other | | | | | | | | | | | | | | | | |
| **Total Packaged Goods** | | | | | | | | | | | | | | | | |
| *Top 40 % of Total* | | | | | | | | | | | | | | | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

EA00030548

# Top 40 Net Revenue FY09 vs FY08

| **Net revenue** | **FY09 Feb D7** | | | | | **V** (vs Feb D7) | | | | | **V %** (vs Feb D7) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **$MM** | **Q1** | **Q2** | **Q3** | **Q4** | **FY** | **Q1** | **Q2** | **Q3** | **Q4** | **Total** | **Q1** | **Q2** | **Q3** | **Q4** | **Total** | **FY08 Comp Title** (where possible) |
| ROCK BAND | | | | | | | | | | REDACTED | | | | | | |
| MADDEN 2009 | | | | | | | | | | | | | | | | |
| NCAA FOOTBALL 2009 | | | | | | | | | | | | | | | | |
| NFS 2009 | | | | | | | | | | | | | | | | |
| MERCENARIES 2 | | | | | | | | | | | | | | | | |
| NBA LIVE 2009 | | | | | | | | | | | | | | | | |
| TIGER PGA TOUR 2009 | | | | | | | | | | | | | | | | |
| FIFA 2009 | | | | | | | | | | | | | | | | |
| BATTLEFIELD: BAD COMPANY | | | | | | | | | | | | | | | | |
| DEAD SPACE | | | | | | | | | | | | | | | | |
| MYSIMS 2 | | | | | | | | | | | | | | | | |
| SKATE.2 | | | | | | | | | | | | | | | | |
| SPORE | | | | | | | | | | | | | | | | |
| HARRY POTTER - HALF BLOOD PRINCE | | | | | | | | | | | | | | | | |
| NHL 2009 | | | | | | | | | | | | | | | | |
| FIGHT NIGHT 4 | | | | | | | | | | | | | | | | |
| C&C RED ALERT 3 | | | | | | | | | | | | | | | | |
| MIRRORS EDGE | | | | | | | | | | | | | | | | |
| TIBERIUM | | | | | | | | | | | | | | | | |
| SIMS 3 | | | | | | | | | | | | | | | | |
| NASCAR 2009: CHASE FOR THE CUP | | | | | | | | | | | | | | | | |
| BURNOUT PARADISE | | | | | | | | | | | | | | | | |
| FACEBREAKER | | | | | | | | | | | | | | | | |
| GODFATHER 2 | | | | | | | | | | | | | | | | |
| SABOTEUR | | | | | | | | | | | | | | | | |
| LORD OF THE RINGS: ACTION | | | | | | | | | | | | | | | | |
| HASBRO LITTLEST PET SHOP | | | | | | | | | | | | | | | | |
| LEFT4DEAD | | | | | | | | | | | | | | | | |
| BOOM BLOX | | | | | | | | | | | | | | | | |
| NFS PRO STREET | | | | | | | | | | | | | | | | |
| HASBRO NERF SHOOTOUT | | | | | | | | | | | | | | | | |
| SIMANIMALS | | | | | | | | | | | | | | | | |
| MARCH MADNESS 2009 | | | | | | | | | | | | | | | | |
| WARHAMMER: AGE OF RECKONING - PC | | | | | | | | | | | | | | | | |
| SIMS 2 CASTAWAY | | | | | | | | | | | | | | | | |
| BATMAN 2 | | | | | | | | | | | | | | | | |
| ROCK BAND EP | | | | | | | | | | | | | | | | |
| MASS EFFECT 1 | | | | | | | | | | | | | | | | |
| PLAYGROUND 2 | | | | | | | | | | | | | | | | |
| MYSIMS PARTY | | | | | | | | | | | | | | | | |
| All Other | | | | | | | | | | | | | | | | |
| **Total Packaged Goods** | | | | | | | | | | | | | | | | |
| *Top 40 % of Total* | | | | | | | | | | | | | | | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Package Vs Non Package Detail FY09 vs. FY08

**Package Vs Non Package ($MM)**

| | FY 09 | FY08 | VOY$ | V% |
|---|---|---|---|---|
| Casual | | REDACTED | | |
| Sims | | | | |
| Sports | | | | |
| Games | | | | |
| **Total Packaged** | | | | |
| Total Non Package | | | | |
| **Total North America** | | | | |

**Non Package Detail**

| $MM | FY09 | FY08 | VOY$ | FY% |
|---|---|---|---|---|
| Dynamic In-Game | | REDACTED | | |
| Advertising - Gameshow | | | | |
| Advertising - IGA | | | | |
| Advertising - Web Site | | | | |
| Static In-Game | | | | |
| **Advertising** | | | | |
| DAoC | | | | |
| Warhammer | | | | |
| UO/TSO | | | | |
| Xbox Live Rev Share | | | | |
| **Subscription** | | | | |
| PC Downloads | | | | |
| MTX - Xbox Live Market Plac | | | | |
| MTX - Xbox Live Arcade | | | | |
| UO - MTX | | | | |
| **Digital Distribution / MTX** | | | | |
| MSG | | | | |
| EA Store Package | | | | |
| **Total Online** | | | | |
| License | | | | |
| Other | | | | |
| **Total Non Packaged** | | | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Frontline/Catalog

*Net Revenue before deferrals in MMs*

| | FY07 Q1 | | FY08 Q1 | | FY09 Q1 | |
|---|---|---|---|---|---|---|
| | $ | % | $ | % | $ | % |
| Frontline | $ | | | | | |
| Catalog | $ | | | | | |
| Total | $ | | | | | |
| | | | | | | |
| Frontline | $ | | | | | |
| Catalog | $ | | | | | |
| Total | $ | | | | | |
| | | | | | | |
| Frontline | $ | | | | | |
| Catalog | $ | | | | | |
| Total | $ | | | | | |
| | | | | | | |
| Frontline | $ | | | | | |
| Catalog | $ | | | | | |
| Total | $ | | | | | |

*Units* in $000s*

| FY07 Q1 | | FY08 Q1 | | FY09 Q1 | |
|---|---|---|---|---|---|
| Units | % | Units | % | Units | % |

REDACTED

* REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Label Financials


Counsel Only: Confidential - Subject to Protective Order

# Sports FY09 vs. FY08

| Sports Titles | FY09 (Feb E) Units K | FY09 (Feb E) Net Rev $'000 |
|---|---|---|
| *$MM 08 Plan Rates* | REDACTED | |
| MADDEN 2009 | | |
| NCAA FOOTBALL 2009 | | |
| NBA LIVE 2009 | | |
| TIGER PGA TOUR 2009 | | |
| FIFA 2009 | | |
| NHL 2009 | | |
| FIGHT NIGHT 4 | | |
| NASCAR 2009: CHASE FOR THE CUP | | |
| FACEBREAKER | | |
| MARCH MADNESS 2009 | | |
| PLAYGROUND 2 | | |
| 4330 | | |
| NASCAR 2010 PDLC | | |
| EURO 2008 | | |
| NFL HEAD COACH 2 | | |
| ZANY GOLF 2009 | | |
| CHAMPIONS LEAGUE SOCCER 2009 | | |
| EA SPORTS GAME SHOW | | |
| NFL FOOTBALL ACADEMY | | |
| MADDEN NFL EN ESPANOL 2 | | |
| **Total Frontline** | | |
| *FL % of Total* | | |
| Catalog | | |
| *Catalog % of Total* | | |
| **Total Sports** | | |
| **YOY Growth** | | |

| Sports Titles | FY08 (Feb E) Units K | FY08 (Feb E) Net Rev $'000 |
|---|---|---|
| | REDACTED | |
| MADDEN 2008 | | |
| NCAA FOOTBALL 2008 | | |
| TIGER PGA TOUR 2008 | | |
| NBA LIVE 2008 | | |
| FIFA 2008 | | |
| NHL 2008 | | |
| NASCAR 2008: CHASE FOR THE CUP | | |
| MARCH MADNESS 2008 | | |
| PLAYGROUND | | |
| FIFA STREET 3 | | |
| NFL TOUR | | |
| RUGBY 2008 | | |
| MADDEN NFL EN ESPANOL | | |
| **Total Frontline** | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Games FY09 vs. FY08

**FY09 (Feb E)**

| **Games Titles** | **Units** | **Net Rev** |
|---|---|---|
| *$MM 08 Plan Rates* | **K** | **$'000** |
| NFS 2009 | REDACTED | |
| MERCENARIES 2 | | |
| WARHAMMER: AGE OF RECKONING - PC | | |
| BATTLEFIELD: BAD COMPANY | | |
| DEAD SPACE | | |
| SKATE.2 | | |
| SPORE | | |
| C&C RED ALERT 3 | | |
| MIRRORS EDGE | | |
| TIBERIUM | | |
| GODFATHER 2 | | |
| SABOTEUR | | |
| LORD OF THE RINGS: ACTION | | |
| LEFT4DEAD | | |
| BATMAN 2 | | |
| ROCK BAND EP | | |
| MASS EFFECT 1 | | |
| DRAGON AGE 1 | | |
| ROCK BAND EP2 [DIST] | | |
| SPORE HANDHELD | | |
| SPORE EP1 | | |
| BATTLEFORGE | | |
| BURNOUT FREESTYLE | | |
| SPORE BOOSTER | | |
| CRYSIS EP1 | | |
| **Total Frontline** | | |
| *FL % of Total* | | |
| Catalog | | |
| *Catalog % of Total* | | |
| **Total Games** | | |
| **YOY Growth** | | |

**FY08 (Feb E)**

| **Games Titles** | **Units** | **Net Rev** |
|---|---|---|
| | **K** | **$'000** |
| ROCK BAND | REDACTED | |
| NFS PRO STREET | | |
| THE SIMPSONS | | |
| HALF-LIFE 2: ORANGE | | |
| SKATE. | | |
| BURNOUT PARADISE | | |
| MEDAL OF HONOR: AIRBOR | | |
| ARMY OF TWO | | |
| MEDAL OF HONOR: HEROES | | |
| CRYSIS | | |
| HELLGATE: LONDON | | |
| NINJA REFLEX | | |
| C&C: RTS EP1 | | |
| ORCS AND ELVES | | |
| RAIL SIMULATOR | | |
| **Total Frontline** | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# Sims FY09 vs. FY08

| Sims Titles | FY09 (Feb E) Units K | FY09 (Feb E) Net Rev $'000 |
|---|---|---|
| *$MM 08 Plan Rates* | | |
| MYSIMS 2 | REDACTED | |
| SIMS 3 | | |
| SIMANIMALS | | |
| MYSIMS PARTY | | |
| SIMS 2 EP 8 | | |
| SIMS 2 DOUBLE DELUXE | | |
| SIMCITY FY09 | | |
| SIMCITY SOCIETIES DELUXE | | |
| SIMS 2 SP8 | | |
| SIMS 2 KITCHEN AND BATH STUFF (SP7) | | |
| SIMS 2 NDS FY09 | | |
| **Total Frontline** | | |
| *FL % of Total* | | |
| Catalog | | |
| *Catalog % of Total* | | |
| **Total Sims** | | |
| **YOY Growth** | | |

| Sims Titles | FY08 (Feb E) Units K | FY08 (Feb E) Net Rev $'000 |
|---|---|---|
| MYSIMS | REDACTED | |
| SIMS 2 CASTAWAY | | |
| SIMS 2 DELUXE | | |
| SIMS 2 BON VOYAGE (EP6) | | |
| SIMCITY SOCIETIES | | |
| SIMS 2 FREE TIME (EP7) | | |
| SIM CITY -NDS | | |
| SIMS 2 H&M FASHION STUFF (SP5) | | |
| SIMS 2 TEEN STYLE STUFF (SP6) | | |
| SIMS PET STORIES | | |
| SIMS CASTAWAY STORIES | | |
| SIMS SNAPCITY (DOWNLOADABLE 2) | | |
| SIMS BUMPERBLAST (DOWNLOADABLE 1) | | |
| **Total Frontline** | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

EA00030555

# Casual FY09 vs. FY08

| Casual Titles | FY09 (Feb E) Units | FY09 (Feb E) Net Rev |
|---|---|---|
| *$MM 08 Plan Rates* | K | $'000 |
| HARRY POTTER - HALF BLOOD PRINCE | REDACTED | |
| HASBRO LITTLEST PET SHOP | | |
| BOOM BLOX | | |
| HASBRO NERF SHOOTOUT | | |
| MONOPOLY HN | | |
| TRIVIAL PURSUIT | | |
| HASBRO DIGITAL PLAYROOM | | |
| BOOGIE II | | |
| BRAIN QUEST | | |
| ZUBO | | |
| HENRY HATSWORTH | | |
| **Total Frontline** | | |
| *FL % of Total* | | |
| Catalog | | |
| *Catalog % of Total* | | |
| **Total Casual** | | |
| **YOY Growth** | | |

| Casual Titles | FY08 (Feb E) Units | FY08 (Feb E) Net Rev |
|---|---|---|
| | K | $'000 |
| HARRY POTTER ORDER OF THE PHOENIX | REDACTED | |
| BOOGIE | | |
| SMARTY PANTS | | |
| POGO TO GO | | |
| **Total Frontline** | | |

* Includes Package & Non Package Units/Net Revenue

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

EA00030556

# Other FY09 vs. FY08

| Other Titles | FY09 (Feb E) Units | FY09 (Feb E) Net Rev |
|---|---|---|
| *$MM 08 Plan Rates* | K | $'000 |
| PLACEHOLDER | REDACTED | |
| DIGITAL DIST PLACEHOLDER | | |
| MTX 360 PLACEHOLDER | | |
| **Total Frontline** | | |
| *FL % of Total* | | |
| Catalog | | |
| *Catalog % of Total* | | |
| **Total Other** | | |
| **YOY Growth** | | |

| Other Titles | FY08 (Jan E) Units | FY08 (Jan E) Net Rev |
|---|---|---|
| | K | $'000 |
| XBOX LIVE REV SHARE | REDACTE D | |
| COMPANY STORE | | |
| LICENSE/OEM - CORPORATE | | |
| PLACEHOLDER/WIN 95 CD | | |
| EAC COMPANY STORE | | |
| PLACEHOLDER/E-COMMERCE | | |
| EA.COM WEBSITE ADVERTISING | | |
| XBOX LIVE GAMER PICS & THEMES | | |
| EDS | | |
| PLACEHOLDER - DIRECT SALES SHIPPING | | |
| MUSIC | | |
| EA PC INTERNET - SUBSCRIPTION | | |
| FERRARI - MICROSOFT TRADEMARK LICENSE | | |
| PORSCHE - MICROSOFT FORZA 2 TRADE | | |
| NOT REQUIRED | | |
| EA PC INTERNET - OTHER | | |
| EA OTHER MISC REVENUE | | |
| AGE OF SHADOWS | | |
| SIN EPISODES: EMERGENCE | | |
| POGO LIC. REVENUE | | |
| **Total Frontline** | | |

REDACTED

Source: Final Feb D7 for FY08 & FY09



Counsel Only: Confidential - Subject to Protective Order

# FY09 Product Assumptions


Counsel Only: Confidential - Subject to Protective Order

# FY09 Sports Planning

Market Outlook

REDACTED

•

•

•

•

*Per NPD as of December 2007



Counsel Only: Confidential - Subject to Protective Order 

# Historical Sports Performance

## Overall Market vs. Sports Genre and Madden Franchise

| **Revenue** | **Yr 1** | **Yr 2** | **Yr 3** | **Yr 4** | | | | | **CY05-07** | **CY03-07** |
|---|---|---|---|---|---|---|---|---|---|---|
| *YOY Growth* | **CY00** | **CY01** | **CY02** | **CY03** | **CY04** | **CY05** | **CY06** | **CY07** | **3YR CAGR** | **5YR CAGR** |
| Market | | | | | | REDACTED | | | | |
| Sports | | | | | | | | | | |
| Football | | | | | | | | | | |
| Madden | | | | | | | | | | |
| **Seg. Sh. (Madden)** | | | | | | | | | | |

| **Units** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| *YOY Growth* | **CY00** | **CY01** | **CY02** | **CY03** | **CY04** | **CY05** | **CY06** | **CY07** | **3YR CAGR** | **5YR CAGR** |
| Market | | | | | | REDACTED | | | | |
| Sports | | | | | | | | | | |
| Football | | | | | | | | | | |
| Madden | | | | | | | | | | |
| **Seg. Sh. (Madden)** | | | | | | | | | | |

- REDACTED
- REDACTED
- REDACTED

*Based on NA GAP Estimate

# Platform Baselines

Planning Benchmarks for Iterative Sports Franchises

| | CY08 Revenue Growth Market | Sports | Comparison Data Points / Rationale |
|---|---|---|---|
| PS3 | | | REDACTED |
| Xbox 360 | | | |
| Wii | | | |
| PS2 | | | |
| NDS | | | |
| PSP | | | |
| PC | | | |

**PS3** - REDACTED

**X360** -

**Wii** -

**PS2** -



Counsel Only: Confidential - Subject to Protective Order

# Champions League 09

**Forecast Heat Map**

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | UEFA CL 09 FY09 | UEFA 07 FY07 | % | UEFA CL 09 FY09 | UEFA 07 FY07 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| X360 | | | | | | |
| PSP | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDA

**Marketing Spend:** RED CTED

**Notes:** ACT

ED

- REDACTED
- REDACTED

**Product Info**

- REDACTED
- REDACTED

**Comparison Titles:**

- REDACTE
D

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Forecast Heat Map

REDACTED

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** NA

**Notes:**

- REDACTED

**Product Info**

- REDACT
- REDACTED
- REDACTED

**Comparison Titles:**

- REDACTED

**Pricing:**

| | Launch | Markdown |
|---|---|---|
| NDS | NA | NA |

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Euro 2008

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Euro 08 FY09 | UEFA 07 FY07 | % | Euro 08 FY09 | UEFA 07 FY07 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| X360 | | | | | | |
| PSP | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**P**

REDACTED

-
-
-
-
-
-

**Comparison Titles:**

- REDACTE D

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-

r

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Facebreaker

**Forecast Heat Map** REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Facebrker FY09 | FN Rd 3 FY07 | % | Facebrker FY09 | FN Rd 3 FY07 | % |
| PS3 | REDACTED | | | | | |
| X360 | | | | | | |
| Wii | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED
**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

## Product Info

- REDACTED
-
-
-
-

## Comparison Titles:

- REDACTED
-
-

**Pricing:** REDACTED

## Forecast Justification

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Fight Night Rd 4

**Forecast Heat Map**

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | FN Rd 4 FY09 | FN Rd 3 FY07 | % | FN Rd 4 FY09 | FN Rd 3 FY07 | % |
| PS3 | REDACTED | | | | | |
| X360 | | | | | | |
| PS2 | | | | | | |
| XBOX | | | | | | |
| PSP | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# FIFA 2009

**Forecast Heat Map** REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | FIFA 09 FY09 | FIFA 08 FY08 | % | FIFA 09 FY09 | FIFA 08 FY08 | % |
| PS2 | | | | | | |
| PS3 | | | | | | |
| Wii | | | | | | |
| X360 | | | | | | |
| NDS | | | | | | |
| PSP | | | | | | |
| PC | | | | | | |
| **Total** | 1 | | | | | |

REDACTED

EA
Nintendo
Konami
Sony
Sega
Midway
All th

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# FIFA Street 3

**Forecast Heat Map** ▽ △

| | FIFA Street 3 | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| PS2 | REDACTED | |
| Wii | | |
| **Total** | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Madden 2009

## Forecast Heat Map

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Madden 09 FY09 | Madden 08 FY08 | % | Madden 09 FY09 | Madden 08 FY08 | % |
| NGC | REDACTED | | | | | |
| PS2 | | | | | | |
| PS3 | | | | | | |
| Wii | | | | | | |
| X360 | | | | | | |
| Xbox | | | | | | |
| NDS | | | | | | |
| PSP | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

EA00030570

# Madden 09 en Espanol

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Mdn Esp 2 FY09 | Mdn Esp 1 FY08 | % | Mdn Esp 2 FY09 | Mdn Esp 1 FY08 | % |
| PS2 | REDACTED | | | | | |
| X360 | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# March Madness 09

**Forecast Heat Map**

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | March Madness 09 FY09 | March Madness 08 FY08 | % | March Madness 09 FY09 | March Madness 08 FY08 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| X360 | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NASCAR 09

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | NASCAR 09 FY09 | NASCAR 08 FY08 | % | NASCAR 09 FY09 | NASCAR 08 FY08 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| X360 | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NBA Live 2009

**Forecast Heat Map**

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | NBA Live 09 FY09 | NBA Live 08 FY08 | % | NBA Live 09 FY09 | NBA Live 08 FY08 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| Wii | | | | | | |
| X360 | | | | | | |
| PSP | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NCAA FB 2009

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | NCAA 09 FY09 | NCAA 08 FY08 | % | NCAA 09 FY09 | NCAA 08 FY08 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| Wii | | | | | | |
| X360 | | | | | | |
| Xbox | | | | | | |
| PSP | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NFL Head Coach 09

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | HC 2 FY09 | Head Coach FY07 | % | HC 2 FY09 | Head Coach FY07 | % |
| PS3 | REDACTED | | | | | |
| X360 | | | | | | |
| PS2 | | | | | | |
| XBOX | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

t

**Product Info**

- REDACTED
-

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# NFL Football Academy

**Forecast Heat Map**

| | Football Academy FY09 Units | Football Academy FY09 Net Rev |
|---|---|---|
| NDS | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- TBD

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# NHL 09

## Forecast Heat Map

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | NHL 09 FY09 | NHL 08 FY08 | % | NHL 09 FY09 | NHL 08 FY08 | % |
| PS2 | | | | | | |
| PS3 | | | | | | |
| X360 | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

REDACTED

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

EA00030578

# Playground 2

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | PG2 FY09 | Playground FY08 | % | PG2 FY09 | Playground FY08 | % |
| Wii | REDACTED | | | | | |
| NDS | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Tiger 2009

**Forecast Heat Map**

REDACTE
D

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Tiger 09 FY09 | Tiger 08 FY08 | % % | Tiger 09 FY09 | Tiger 08 FY08 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| Wii | | | | | | |
| X360 | | | | | | |
| NDS | | | | | | |
| PSP | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED

REDACTED

**Pricing:**

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

EA00030580

REDACTED

# Wii 4330

**Forecast Heat Map**

| Wii 4330 | FY09 Units | FY09 Net Rev |
|---|---|---|
| Wii | REDACTED | |
| NDS | | |
| **Total** | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Zany Golf

**Forecast Heat Map** REDACTED

| Zany Golf | FY09 Units | FY09 Net Rev |
|---|---|---|
| Wii | REDACTED | |
| **Total** | | |

**Metacritic Assumptions:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# BattleForge

**Forecast Heat Map** ▽ △

| | Battleforge | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-
-
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Batman 2

**Forecast Heat Map**

REDACTED

| | Batman 2 | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PS3 | REDACTED | |
| X360 | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# BF: Bad Company

**Forecast Heat Map** ▽ △

| | Bad Company | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| X360 | REDACTED | |
| PS3 | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Burnout Freestyle

**Forecast Heat Map** ▽ △

| | Burnout Freestyle | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| NDS | REDACTED | |
| Wii | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
- 

**Product Info**

- REDACTED
- 
- 
- 
- 
- 

**Comparison Titles:**

- REDACTED
- 
- 
- 

**Pricing:** REDACTED

**Forecast Increase Justification**

- REDACTED
- 
- 

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Burnout Paradise Ultimate Ed.

**Forecast Heat Map** ▽ △

| | Units (000's) | | Net Revenue ($000's) | |
|---|---|---|---|---|
| | Ult. Ed. FY09 | Paradise FY09 | Ult. Ed. FY09 | Paradise FY09 |
| PS3 | REDACTED | | | |
| X360 | | | | |
| PC | | | | |
| **Total** | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Pro**
- REDACTED
-
-
-
-
-

**Comparison Titles:**
- REDACTED

**Pricing:** REDACTED

**Forecast Justification**
- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# C&C 3 Kane’s Wrath (X360)

**Forecast Heat Map** ▽ △

| | C&C Kane's Wrath FY09 Units | FY09 Net Rev |
|---|---|---|
| X360 | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-



Counsel Only: Confidential - Subject to Protective Order

# C&C Red Alert 3

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | C&C RA3 FY09 | C&C 3 FY07/08* | % | C&C RA3 FY09 | C&C 3 FY07/08* | % |
| PS3 | REDACTED | | | | | |
| X360 | | | | | | |
| PC* | | | | | | |
| **Total** | | | | | | |

* PC Uni

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Crysis EP1

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Crysis EP1 FY09 | Crysis FY08 | % | Crysis EP1 FY09 | Crysis FY08 | % |
| PC | REDACTED | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Dead Space

**Forecast Heat Map**

| | Dead Space | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PS3 | REDACTED | |
| X360 | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
- REDACTED

**Product Info**

- REDACTED
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Dragon Age

**Forecast Heat Map** REDACTED

| | Dragon Age | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED

**Comparison Titles:**

- REDACTED
- 

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Godfather 2

**Forecast Heat Map** ▽ △

| | GF2 | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PS3 | REDACTED | |
| X360 | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption** REDACTED

**Marketing Spend** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Left 4 Dead

**Forecast Heat Map** ▽ △

| | Left 4 Dead | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PC | REDACTED | |
| X360 | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# LOTR - Action

**Forecast Heat Map** ▽ △

| | LOTR - Action FY09 Units | LOTR - Action FY09 Net Rev |
|---|---|---|
| PS3 | REDACTED | |
| X360 | | |
| NDS | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-
- t
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Mass Effect PC

**Forecast Heat Map** ▽ △

| | Mass Effect PC | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED
**Marketing Spend:** REDACTED
**Notes:**
- REDACTED
-
-

**Product Info**
- REDACTED

**Comparison Titles:**
- REDACTED

**Pricing:** REDACTED

**Forecast Justification**
- REDACTED
-
-
-

REDACTED


Counsel Only: Confidential - Subject to Protective Order

# Mercenaries 2

**Forecast Heat Map** REDACTED

| | Mercs 2 | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PS3 | REDACTED | |
| X360 | | |
| PS2 | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Mirror's Edge

## Forecast Heat Map

| | Mirror's Edge | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| PS3 | REDACTED | |
| X360 | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**
- REDACTED
-

**Product Info**
- REDACTED
-
-
- t
-

**Comparison Titles:**
- REDACTED
-
-

REDACTED

**Pricing:**

**Forecast Justification**
- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# NFS 2009 (The Chase)

**Forecast Heat Map** REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | NFS 09 FY09 | Pro Street FY08 | % | NFS 09 FY09 | Pro Street FY08 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| Wii | | | | | | |
| X360 | | | | | | |
| NDS | | | | | | |
| PSP | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-

REDACTED

**Pricing:**

**Forecast Justification**

- REDACTED
-
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Saboteur

**Forecast Heat Map** ▽ △

| | Saboteur | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PS3 | REDACTED | |
| X360 | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
- 
- 
- 

**Comparison Titles:**
REDACTED

**Pricing:**
REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Skate.It

**Forecast Heat Map** ▽ △

| | Skate.it | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| Wii | REDACTED | |
| NDS | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-

Skate for the Nintendo Platforms



Counsel Only: Confidential - Subject to Protective Order

# Skate.2

**Forecast Heat Map** REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Skate 2 FY09 | Skate FY08 | % | Skate 2 FY09 | Skate FY08 | % |
| PS3 | REDACTED | | | | | |
| X360 | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**.

- REDACTED
- 
- 

**Product Info**

- REDACTED
- 
- 
- 
- 

**Comparison Titles:**

- REDACTED
- 

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
- 

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Spore

**Forecast Heat Map**

REDACTE
D

| | **Spore** | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PC | REDACTED | |
| NDS | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Spore Booster Pack 1

**Forecast Heat Map** REDACTED

| | Spore BP1 FY09 Units | FY09 Net Rev |
|---|---|---|
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** TBD

**Marketing Spend:** TBD

**Notes:**

- REDACTED

**Product Info**

- REDACTED

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Spore Booster Pack 2

**Forecast Heat Map**

REDACTED

| | Spore BP2 FY09 Units | Spore BP2 FY09 Net Rev |
|---|---|---|
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** TBD

**Marketing Spend:** TBD

**Notes:**

- REDACTED

**Product Info**

- REDACTED

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Spore EP 1

**Forecast Heat Map**

REDACTED

| | Spore EP1 | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** TBD

**Marketing Spend:** TBD

**Notes:**

- REDACTED

**Product Info**

- REDACTED

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Tiberium

**Forecast Heat Map** ▽ △

| | Tiberium | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| PS3 | REDACTED | |
| X360 | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

REDACTED

**Product Info**

REDACTED

**Comparison Titles:**

REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Warhammer Online

**Forecast Heat Map** ▽ △

| | Warhammer AOR | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

The Sims™



Counsel Only: Confidential - Subject to Protective Order

# MySims Party

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | MS Party FY09 | My Sims FY08 | % | MS Party FY09 | My Sims FY08 | % |
| NDS | REDACTED | | | | | |
| Wii | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# MySims Kingdom

**Forecast Heat Map** REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | My Sims 2 FY09 | My Sims FY08 | % | My Sims 2 FY09 | My Sims FY08 | % |
| Wii | REDACTED | | | | | |
| NDS | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# SimCity Creator

**Forecast Heat Map**

REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | SC 09 FY09 | SC NDS FY08 | % | SC 09 FY09 | SC NDS FY08 | % |
| Wii | REDACTED | | | | | |
| NDS | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-
-
-
-
-

**Comparison Titles:**

- REDACTED

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# SimCity Box

**Forecast Heat Map**

REDACTED

| | SimCity Box | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

REDACTED
- 
- 

**Product Info**

REDACTED
- 
- 
- 

**Comparison Titles:**

- REDACTED
- 

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
- 
- 

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# SimCity Destinations (CP1)

**Forecast Heat Map** ▽ △

**Metacritic Assumption:** NA

**Marketing Spend:** NA

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Sims 2 SP 7 (Kitchen and Bath Stuff)

## Forecast Heat Map

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Sims SP7 FY09 | Sims SP6 FY08 | % | Sims SP7 FY09 | Sims SP6 FY08 | % |
| PC | REDACTED | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Sims 2 SP 8 (IKEA Interior Design Stuff)

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Sims SP8 FY09 | Sims SP6 FY08 | % | Sims SP8 FY09 | Sims SP6 FY08 | % |
| PC | | | | | | |
| **Total** | | | | | | |

REDACTED

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Sims 2 EP8 (Apartment Life)

**Forecast Heat Map**

REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Sims EP8 FY09 | Sims EP6 FY08 | % | Sims EP8 FY09 | Sims EP6 FY08 | % |
| PC | REDACTED | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Sims 2 Pets 2 (Apartment Pets)

**Forecast Heat Map** REDACTED

| | Sims 2 Pets 2 FY09 Units | Sims 2 Pets 2 FY09 Net Rev |
|---|---|---|
| NDS | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTE

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-

Sims 2 Pets NDS Sequel



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Sims 3

**Forecast Heat Map**

| | Sims 3 | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| PC | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# SimAnimals

**Forecast Heat Map** ▽ △

| SimAnimals | FY09 Units | FY09 Net Rev |
|---|---|---|
| NDS | REDACTED | |
| Wii | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

Counsel Only: Confidential - Subject to Protective Order

# Boogie Superstar

**Forecast Heat Map**

REDACTED

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | Boogie 2 FY09 | Boogie FY08 | % | Boogie 2 FY09 | Boogie FY08 | % |
| PS2 | REDACTED | | | | | |
| Wii | | | | | | |
| NDS | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Boom Blox

**Forecast Heat Map** ▽ △

| | Boom Blox FY09 Units | Boom Blox FY09 Net Rev |
|---|---|---|
| Wii | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-

Deliver the REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Brain Quest

**Forecast Heat Map** ▽ △

| | Brain Quest | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| NDS | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED

**Comparison Titles:**

- REDACTED
-
-
-
-
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Hasbro Digital Playroom

**Forecast Heat Map**

| | Hasbro Playroom FY09 Units | Hasbro Playroom FY09 Net Rev |
|---|---|---|
| PS2 | REDACTED | |
| NDS | | |
| Wii | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Henry Hatsworth

**Forecast Heat Map** ▽ △

| | Henry Hatsworth | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| NDS | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Littlest Pet Shop

**Forecast Heat Map**

REDACTED

| | Littlest Pet Shop FY09 Units | Littlest Pet Shop FY09 Net Rev |
|---|---|---|
| NDS | REDACTED | |
| Wii | | |
| PS2 | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-
-
-

**Comparison Titles:**

- REDACTED
-
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-

Your Littlest Pet Shop Friends Come to Life



Counsel Only: Confidential - Subject to Protective Order

REDACTED

# Monopoly

## Forecast Heat Map

| | Monopoly | |
|---|---|---|
| | FY09 Units | FY09 Net Rev |
| NDS | REDACTED | |
| Wii | | |
| X360 | | |
| PS2 | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:** REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Nerf Blasters

**Forecast Heat Map** ▽ △

| | Nerf Blasters FY09 Units | FY09 Net Rev |
|---|---|---|
| Wii | REDACTED | |
| NDS | | |
| PC | | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED
-
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# Potter: Half Blood Prince

**Forecast Heat Map** ▽ △

| | Units (000's) | | | Net Revenue ($000's) | | |
|---|---|---|---|---|---|---|
| | HP: HBP FY09 | HP: OOTP FY08 | % | HP: HBP FY09 | HP: OOTP FY08 | % |
| PS2 | REDACTED | | | | | |
| PS3 | | | | | | |
| Wii | | | | | | |
| X360 | | | | | | |
| GBA | | | | | | |
| NDS | | | | | | |
| PSP | | | | | | |
| PC | | | | | | |
| **Total** | | | | | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED
-

**Product Info**

- REDACTED
-
-

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-
-
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# ZUBO Blip

**Forecast Heat Map** ▽ △

| | ZUBO Blip | |
|---|---|---|
| | **FY09 Units** | **FY09 Net Rev** |
| NDS | REDACTED | |
| **Total** | | |

**Metacritic Assumption:** REDACTED

**Marketing Spend:** REDACTED

**Notes:**

- REDACTED

**Product Info**

- REDACTED
-

**Comparison Titles:**

- REDACTED
-

**Pricing:**

REDACTED

**Forecast Justification**

- REDACTED
-

REDACTED



Counsel Only: Confidential - Subject to Protective Order

# EXHIBIT 30

REDACTED

# EA Catalog Deep Dive

August 20, 2008

# Summary

REDACTED

We believe this to be attributed to a few factors:

- REDACTED
-
-
-

REDACTED

# Decay curves are steeper than ever

**% of total title revenue done in year one**

REDACTED

**% of total title revenue done in year one**

REDACTED

REDACTED

REDACTED

(need the actual numbers from Justin)

REDACTED

on PS3 and X360 than on PS2, Game cube and Xbox

# Top 10 titles are dominating

Top 10 catalog as a % of total catalog revenue
REDACTED

REDACTED

REDACTED

# Hit titles are being spread throughout the year

Titles with over 200K sell through-launch month

REDACTED

REDACTED

# Cycle Pricing – New Releases

REDACTED

REDACTED

*Prices represent the simple average of all titles releasing in each CY; Averages do not include previous year's titles

# Retailer shelf space is limited

Slots available in the modular

REDACTED

REDACTED

REDACTED

- REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

- REDACTED

REDACTED

*Source: OTX Research*

# Recommended action steps

REDACTED

REDACTED

- REDACTED
- REDACTED
- REDACTED
- REDACTED

REDACTED

REDACTED

# Call of Duty Case Study

REDACTED

REDACTED

- REDACTED
- REDACTED
- REDACTED

## Call of Duty

REDACTED

- REDACTED





Confidential - Subject to Protective Order

REDACTED

REDACTED

**Marketing Calendar 08**

REDACTED

- Maybe Chris Kos slide that shows announcement etc. Need more detail here.





Confidential - Subject to Protective Order

# EXHIBIT 31




## Available Game Downloads

- Full Game
- Game Demo
- Game Videos
- Game Add-ons
- Gamer Pictures
- Themes
- Avatar Items

XBOX LIVE MARKETPLACE

See All

## Screenshots






## Trailers



High | Low



High | Low

## Features

When an immense mining ship, the USG Ishimura, comes into contact with a mysterious alien artifact in ***Dead Space***, its communications with Earth are mysteriously cut off. Engineer Isaac Clarke is sent to repair the Ishimura's communications array, but he arrives to find a living nightmare: the ship is a floating bloodbath, the crew unspeakably mutilated and infected by an ancient alien scourge. Clarke's repair mission becomes one of survival as he fights not just to save himself, but to return the artifact to the planet — at any cost.

- **Strategic dismemberment:** Shear off limbs with powerful weapons as you carve a bloody path through the alien hordes. Find ways to neutralize attacking enemies effectively or they'll keep coming at you. When ammo runs low, use telekinesis to pick up objects – even the enemies' own arms and legs – and fire them at anything that stands in your way.

## Inside the Game

- Preview: Horror Meets Sci-Fi
- Tips & Tricks: Surviving the Necromorphs
- Dead Space Community Forum

- **Terror in the far reaches of space:** A blood-curdling interactive horror experience features state-of-the art graphics and effects, a panic-inducing audio system, and a truly frightening atmosphere of death and despair.
- **Real zero G:** Battle relentless enemies and crack challenging puzzles in unprecedented zero-gravity environments that reinvent survival horror.
- **Uncover the horrific truth:** Cut through the harrowing mystery to stop the alien onslaught. Discover the tragic story of the Ishimura's downfall through the final, frantic logs of the ship's hideously transformed crew.

## Product Info

**Dead Space™**

**Developer:** Electronic Arts Redwood Shores
**Publisher:** Electronic Arts




**Genre:** Action
**Release Date:** 10/14/2008
**Console:** Xbox 360
**Price: $59.99**

**Game Rating:** M (Mature)
Blood and Gore
Intense Violence
Strong Language

- 1 Player
- In-game Dolby Digital
- HDTV 1080p
- Hard Drive Required
- Storage Device
- Content Downloads

Advertisement





© 2008 Electronic Arts Inc. EA, the EA logo and Dead Space are trademarks or registered trademarks of Electronic Arts Inc. in the U.S.



Microsoft ©2010 Microsoft Corporation. All Rights Reserved
Privacy Statement | Xbox.com Terms of Use | Code of Conduct