# EXHIBIT 74

REDACTED

**Madden-ESPN Cross Purchase survey report**
**Jeff Resnick**
**September 22, 2004**

**Goal:** Understand consumer behavior of Madden 2004 registered users in regard to Madden 2005 and ESPN 2K5.

**Methodology:** REDACTED
REDACTED

**Summary:**

REDACTED

Top reasons that respondents didn't purchase Madden 2005 include:

- REDACTED
-
-
-
-

Top reasons why respondents didn't purchase ESPN 2K5 include:

- REDACTED
-
-

REDACTED

- REDACTED
-
-

REDACTED



Confidential - Subject to Protective Order EA00087623

REDACTED

- REDACTED
-

REDACTED

- REDACTED
-
-
-
-

REDACTED

REDACTED

**Cross-tabs:**

REDACTED

REDACTED

**Conclusion:**

REDACTED



Confidential - Subject to Protective Order EA00087626

**Madden ownership**

- REDACTED
-
-

**Interest in Madden 05**

- REDACTED

**Users who are not interested in purchasing Madden 2005**

- REDACTED

REDACTED



Confidential - Subject to Protective Order EA00087627

**Madden 2005 owners**

- REDACTED
- 

REDACTED

**Owning ESPN Football**

- REDACTED
- 
- 

**Interest in ESPN 2K5**

- REDACTED
- REDACTED



Confidential - Subject to Protective Order EA00087628

**Not owning ESPN 2K5**

REDACTED

- 
- 

REDACTED



Confidential - Subject to Protective Order EA00087629

**Importance in purchasing a football game**

- REDACTED
- 
- 
- 

REDACTED

**Video games**

- REDACTED
- 
- 
- 
- 
- 



Confidential - Subject to Protective Order EA00087630

**EA SPORTS ownership**

- REDACTED

REDACTED

**Demographics**

- REDACTED
-
-
-
-
-
-
-
-
-
-



Confidential - Subject to Protective Order EA00087631

# EXHIBIT 75

REDACTED

# NFL Football Overview

March 2007



# Contents


- Executive Summary
- Entertainment Landscape
- Gaming Marketplace
- Gamer Demographics
- Football Segmentation
- *Madden NFL 07* Profile
- Conclusion
- Appendix

# Executive Summary

As the media landscape expands, gaming now competes with a host of other entertainment mediums.

Fueled by its interactivity, a wider range of consumers are gravitating to gaming.

REDACTED

Great opportunities exist within the football gaming space, led by the continued success of Madden and new properties such as Head Coach.



Confidential - Subject to Protective Order

# Entertainment Landscape



# The entertainment revolution has begun…

Entertainment options have proliferated, resulting in **fragmentation**.

All types of media are moving closer to **convergence.**

Content is becoming increasingly **interactive and non-linear.**

Media has become more **portable**.

This is driven by younger audiences such as **Millennials**.



# Technology continues to evolve…

**Internet (2.0)**
Broadband drives video and music adoption
AIM and social networks make it a global village

**TV**
Distribution models such as TiVo, PPV and downloads grow

**Music**
iPod and iTunes create a cost effective “soundtrack of one’s life”

**Movies**
Home theatre, HD and DVDs make it an improved experience

**Gaming**
Next-gen consoles and new platforms extend audiences and range

**Mobile**
3G makes it a portable all purpose appliance







# This is impacting consumer trends for all

Personalization and customization
*Mobile ringtones and Tiger Game Face*

Self expression and user-created content
*Youtube and Machinima*

Social networking
*MySpace and Xfire*

Multitasking
*Playing games while listening to iPod*

Control of media consumption
*NetFlix and Xbox Live*

Ringtones are a **$3 Billion** market

**60%** of consumer online watch online video monthly

**80%** listen to music while doing something else

**85%** of Xbox 360 owners have downloaded content from Xbox Live

Sources: ZDNet, USA Today, ComScore, MSNBC, Games First, 2006

# As a result, competition is tough

Average free time is 24 hours, yet users cram 44 hours of media consumption.

Mediums that embrace multitasking are on top with consumers:

Internet #1, TV #2, Music #3

Gaming is #4

**3.2** hours per week are spent playing console games and **1.1** hours per week playing handheld games




Source: PSB Segmentation, ages 13-49 2006

# But gaming is effectively competing

## Games vs. Movies vs. Music

Estimated First Week in NA (US $)







| | |
|---|---|
| Pirates of the Caribbean: Dead Man's Chest | $137 MM |
| **Madden NFL 07** | **$103 MM** |
| X-Men: The Last Stand | $103 MM |
| Rascal Flatts: Me and My Gang* | $59 MM |







*Total Gross for 2006
Source: EA internal / Microsoft / Nielsen SoundScan / BoxOfficeMojo / RIAA estimate



Confidential - Subject to Protective Order

# Gaming Marketplace



# The Video Game Industry

Exceeds North American Hollywood box office revenues
Fastest growing media segment




Source: NPD. Note: conservative estimate due to online revenues (not reflected in retail data)

# Top Publishers in NA

| Rank | Publisher | CY 2005 | CY 2006 | Top Titles |
|---|---|---|---|---|
| 1 | **Electronic Arts** | **21.9%** | **21.4%** | **Madden/Need for Speed** |
| 2 | Nintendo of America | 8.8% | 10.3% | Zelda/Pokemon/Metroid |
| 3 | Activision | 9.3% | 8.0% | Tony Hawk/Call of Duty |
| 4 | THQ | 6.4% | 7.2% | Destroy All Humans/WWE |
| 5 | Ubisoft | 4.5% | 5.2% | Splinter Cell/Tom Clancy |
| 6 | Sony | 6.0% | 3.9% | SOCOM/Gran Turismo |
| 7 | Microsoft | 3.4% | 3.8% | Halo/Project Gotham Racing |
| 8 | 2K Games (Take 2) | 1.3% | 3.6% | NBA 2K/MLB 2K |
| 9 | Vivendi Universal | 4.3% | 3.2% | World of Warcraft |
| 10 | LucasArts | 4.4% | 2.9% | Star Wars |

Source: NPD NA Sales (all console and handheld software), 2006 CY

# Platform Transitions

Adoption rates continue to increase as current gamers upgrade and new gamers join the marketplace




Source: NPD / EA Internal Estimates

# EA Sports Sales by Franchise




Source: NPD NA Sales (all console and handheld software), 2004-2006 CY

ELECTRONIC ARTS™

# Gaming Demographics



# Video Game Consumers Overall

REDACTED



REDACTED



ELECTRONIC ARTS™

Source: PSB, PSAM survey, Fall 2006

# Different Strokes for Different Folks…

- REDACTED

REDACTED

Console Gamers

REDACTED



ELECTRONIC ARTS™

# Different Strokes for Different Folks…

- REDACTED

REDACTED

PC Gamers

REDACTED



# Different Strokes for Different Folks…

- REDACTED

Online Casual Gamers

REDACTED

REDACTED

# Cradle to Grave Gamers

**For the first time ever, gamers are now playing throughout their lifetime**




Source: PSB Segmentation, ages 13-49 2006
Ziff Davis Survey, 2005
Kaiser Family Foundation, 2005

# This demographic shift provides opportunities

**As current gamers age, have more disposable income, introduce their kids to gaming**




**Guys that grew up on Madden are now playing it with their sons…**

Source: PSB Segmentation, ages 13-49 2006

# NFL Segmentation Study



REDACTED

REDACTED

REDACTED

REDACTED

Huge potential among gamers who don’t play football games

REDACTED



Confidential - Subject to Protective Order

# Five Male Football Gamer Segments Emerged

REDACTED

BASE: All-male sample; football gamers (N=1,039).

# League Interest levels

REDACTED



Confidential - Subject to Protective Order

*Madden NFL 07*
# Consumer Profile



# Madden NFL 07 Consumer Profile

- **Age breakdown:**
  - REDACTED
  -
  -
  -
- REDACTED
- REDACTED
- **Likes:**
  - REDACTED
- **High satisfaction and repeat ownership:**
  - REDACTED
  -

REDACTED

REDACTED

Source: Madden NFL 07 Consumer Satisfaction Survey 2006

# Conclusion



# Conclusion

Gaming attracts a young, wide, and ethnically diverse base of consumers

New platforms and next gen provide increased opportunities for football gaming

The sports gaming audience continues to thrive, bolstered by the strength of next gen

Current EAS customers are very loyal and eager to return to the franchises

Madden continues to grow and become a cultural phenomenon

New opportunities REDACTED



Confidential - Subject to Protective Order

# Appendix



# Gamer Profile Segments - Technographics

Next gen console ownership is more likely to own multiple platforms and be more serious/hardcore about their gaming

| | | Current Console Only | Next-Gen Console | PC Casual |
|---|---|---|---|---|
| Console Ownership | Xbox | | REDACTED | |
| | Xbox 360 | | | |
| | PlayStation 2 | | | |
| | PlayStation 3 | | | |
| | Nintendo Wii | | | |
| | GameCube | | | |
| | Sony PSP | | | |
| | Nintendo DS | | | |
| | PC | | | |
| | Game Boy Advance | | | |
| Gamer Segment | Casual | | | |
| | Serious | | | |
| | Hardcore | | | |

Source: PSB, PSAM survey, Winter 2007

# Gamer Profile Segments - Demographics

REDACTED

| | | Current Console Only | Next-Gen Console | PC Casual |
|---|---|---|---|---|
| Age | | | | |
| Gender | | | | |
| Income | | | | |
| Race | | | | |

REDACTED

R
E
D
A
C
T
E
D

Source: PSB, PSAM survey, Winter 2007

ELECTRONIC ARTS™

# Gaming in the Entertainment Hierarchy




Source: Frank N. Magid Associates, Inc.

# EXHIBIT 76

REDACTED

EA00876801

# EA SPORTS:
## Madden NFL Low Price Concept Evaluation and Options Study

May 2009

CONFIDENTIAL AND PROPRIETARY Copyright 2008 by Electronic Arts. Any duplication, reproduction, or usage of this document or any portion thereof without the written consent of the firm is prohibited.

SmithGeiger

CONSUMERRESEARCH
EA SPORTS

Counsel Only - Subject to Protective Order

EA00876802

# Table of Contents


| | Slide # |
|---|---|
| The Research | 2 |
| Key Findings | 3 |
| Full-Price, Full-Featured vs. Lower-Price, Fewer Features | 5 |
| New Concepts: Starter Game & Season Update | 11 |
| Estimating the Impact of the New Concepts | 24 |
| Recommendations | 27 |
| Appendix One: Demographics & Respondent Profile | 30 |
| Appendix Two: Current Madden Attitudes & Behaviors | 34 |
| Appendix Three: Gift Buyers | 47 |
| Appendix Four: Estimating the Impact of the New Concepts, Detailed Explanation | 51 |




CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

## The Research

EA00876803

- SmithGeiger conducted comprehensive online interviews with 1,044 respondents across the U.S. Respondents qualified if they met the following criteria:
  - REDACTED
  -
- Among the total sample:
  - REDACTED
  -
  -
  -
- Interviews were conducted from May 1-8, 2009, following 4 focus groups conducted in March 2009.

Counsel Only - Subject to Protective Order

EA00876804

# Key Findings

Counsel Only - Subject to Protective Order

# Key Findings

- REDACTED
- REDACTED
- REDACTED
- REDACTED

EA00876805

Counsel Only - Subject to Protective Order

EA00876806

# Full-Price, Full-Featured vs. Lower-Price, Fewer Features



CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

# Full-Price Madden Preferred Over Lower-Priced

REDACTED

Preferred Version of Madden NFL

REDACTED

-



REDACTED

CONSUMERRESEARCH EA SPORTS

EA00876807

Counsel Only - Subject to Protective Order

# Full-Price Madden Leads Music, Other Sports Titles

EA SPORTS

REDACTED

Preferred Type of Game

REDACTED

EA00876808

Counsel Only - Subject to Protective Order



REDACTED

CONSUMERRESEARCH EA SPORTS

# Lower-Priced Madden Leads Music Titles

REDACTED

Preferred Type of Game

REDACTED

EA00876809

Counsel Only - Subject to Protective Order



*Q17_1. For each of the pairs below, please indicate which option you would prefer to buy or receive, either for yourself or as a gift.*

# Full-Price Preferred by Every Year Buyers

REDACTED

EA00876810

**Preferred Version of Madden NFL Among Madden Buyers**

REDACTED

Counsel Only - Subject to Protective Order



*Q17_1. For each of the pairs below, please indicate which option you would prefer to buy or receive, either for yourself or as a gift.*

EA00876811

# Most Gift Buyers Prefer Full Price

REDACTED

**Preferred Version of Madden NFL Among Gift Buyers**

REDACTED

Counsel Only - Subject to Protective Order



*Q17_1. For each of the pairs below, please indicate which option you would prefer to buy or receive, either for yourself or as a gift.*

CONSUMERRESEARCH EA SPORTS

EA00876812

# New Concepts:
# Starter Game & Season Update

Counsel Only - Subject to Protective Order

## New Concepts:
REDACTED

CONCEPT A " REDACTED

REDACTED

CONCEPT B REDACTED

REDACTED

EA00876813

Counsel Only - Subject to Protective Order

# Season Update Preferred Initially Over Starter Game

REDACTED

Concept Rating

REDACTED

EA00876814

Counsel Only - Subject to Protective Order



*Q18. Based on the description you just read, how favorable is your reaction to this concept?*
*Q27. Based on the description you just read, how favorable is your reaction to this concept?*

# Graphics Critical for Starter Game

REDACTED

EA00876815

REDACTED : Importance of Features

REDACTED

Counsel Only - Subject to Protective Order



REDACTED

CONSUMERRESEARCH
EA SPORTS

REDACTED

REDACTED

REDACTED Importance of Features

REDACTED



REDACTED

CONSUMERRESEARCH EA SPORTS

EA00876816

Counsel Only - Subject to Protective Order

REDACTED

REDACTED

EA00876817

**Average Expected Price Based on Concept Description**

REDACTED

Counsel Only - Subject to Protective Order



*Q19_1 /Q29. Based on the description you read – and assuming the features you think are important are included – what would you expect the price to be for this downloadable update?*

CONSUMERRESEARCH EA SPORTS

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Based on a split sample
Each price point question was asked of 1/3 of Respondents



REDACTED



EA00876818

Counsel Only - Subject to Protective Order

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Based on 92% of Respondents
Who are gamers

EA00876819

Counsel Only - Subject to Protective Order



REDACTED

# Majority Likely to Purchase

REDACTED

REDACTED

REDACTED

REDACTED

Based on a split sample
Each price point question was asked of 1/3 of Respondents

REDACTED



CONSUMERRESEARCH EA SPORTS

EA00876820

Counsel Only - Subject to Protective Order

REDACTED

EA00876821

REDACTED

REDACTED

REDACTED

Counsel Only - Subject to Protective Order

Based on 77% of Respondents
Who are gift buyers of sports games (bought last year/likely to buy this season)

REDACTED



CONSUMERRESEARCH
EA SPORTS

REDACTED

# Impact on Madden Opinions

REDACTED

REDACTED

REDACTED

REDACTED

EA00876822

Counsel Only - Subject to Protective Order



REDACTED

CONSUMERRESEARCH
EA SPORTS

REDACTED

REDACTED

REDACTED

REDACTED

Will definitely buy | Will probably buy | May or may not buy | Will probably NOT buy | Will definitely NOT buy

REDACTED

EA00876823

Counsel Only - Subject to Protective Order

REDACTED

REDACTED

EA00876824

REDACTED

| Change In Likelihood of Purchasing Madden NFL 10 %'s 1+2 | With Release of Starter Game | With Release of Season Update |
|---|---|---|
| Every year Madden buyers | REDACTED | |
| Off-year Madden buyers | | |
| Gift buyers (Bought last year) | | |
| Gift buyers/Non-Madden gamers | | |
| Gift buyers/Non-gamers | | |

REDACTED



Counsel Only - Subject to Protective Order

EA00876825

# Estimating the Impact of the New Concepts



CONSUMERRESEARCH
EA SPORTS

Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- First, we assume total projected revenues of REDACTED
    - REDACTED
- REDACTED
- In our sample, the respondent base (potential Madden audience) breaks down into the following exclusive groups:
    - REDACTED
    -
    -
- We can then generate sales and revenue estimates based on REDACTED
- NOTE: REDACTED

EA00876826

Counsel Only - Subject to Protective Order



CONSUMERRESEARCH EA SPORTS

# Estimating the Impact of the New Concepts

EA0087 6827

Formula:

REDACTED

Final Madden 10 revenue - Initial Madden 10 revenue + New concept revenue = Net gain or loss

REDACTED projected net shifts in revenues are:

REDACTED

Every year buyers:
Off year buyers:
Gift buyers:
**Cumulative Result:**

REDACTED projected net shifts in revenues are:

REDACTED

Every year buyers:
Off year buyers:
Gift buyers:
**Cumulative Result:**

Counsel Only - Subject to Protective Order

EA00876828

# Conclusions and Recommendations

Pursuing a Lower-Priced Concept
Downloadable Content





Counsel Only - Subject to Protective Order

# Conclusions

- Consumer preference indicates REDACTED .
- REDACTED
- REDACTED
- Using a factored calculation to determine the impact of each concept on current sales, REDACTED
- Although the REDACTED
  - Respondents also expect a REDACTED
  - In addition, the REDACTED

EA00876829

Counsel Only - Subject to Protective Order

## Recommendations

REDACTED

- REDACTED
  - **Based on these results and our manual calculation to estimate potential net gain/loss of revenue, I would recommend** REDACTED
- Given the appeal of REDACTED
  - REDACTED
  - In addition, the every year Madden buyers already show REDACTED
- This may provide some of the same positive imagery for Madden as the REDACTED

EA00876830

Counsel Only - Subject to Protective Order



CONSUMERRESEARCH EA SPORTS

EA00876831

# Appendix One

Demographics & Respondent Profile

Counsel Only - Subject to Protective Order

# Demographics (1 of 2)

REDACTED

Age

Ethnicity

Household Income

Employment

EA00876832

Counsel Only - Subject to Protective Order

# Demographics (2 of 2)

REDACTED

Education

Marital Status

Time Zone





EA00876833

Counsel Only

# Profile
## Madden Buyers / Gift Buyers

EA SPORTS

EA00876834

| Profile | Every Year Madden Buyers | Off-year Madden Buyers | Gift Buyers (Bought last year) | Gift Buyers/Non-Madden Gamers | Gift Buyers / Non-gamers |
|---|---|---|---|---|---|
| % Of Total sample | | | REDACTED | | |
| Average age | | | | | |
| % Non-white | | | | | |
| **Platform Ownership** | | | | | |
| Wii owners | | | REDACTED | | |
| PS3 owners | | | | | |
| X360 owners | | | | | |
| **Gamer Type** | | | | | |
| Hardcore gamers | | | REDACTED | | |
| Mid-level gamers | | | | | |
| Casual gamers | | | | | |
| Non-gamers | | | | | |
| **Downloadable Content** | | | | | |
| Have downloaded content | | | REDACTED | | |
| Have paid for downloadable content | | | | | |



CONSUMERRESEARCH EA SPORTS

Counsel Only

EA00876835

# Appendix Two

Current Madden Attitudes & Behaviors





Counsel Only

# Madden the Most Frequently Played of These Sports Titles

REDACTED

EA00876836

Average Hours Per Week Spent Playing Games

REDACTED

1

Based on % of Gamers
Who have played at least one title ('07-'09) in each respective franchise

Counsel Only



REDACTED

CONSUMERRESEARCH EA SPORTS

EA00876837

# More Total Hours Spent on Madden

Particularly among the every year Madden buyers

Average Total Hours Spent Playing Games

REDACTED

Based on % of Gamers
Who have played at least one title ('07-'09) in each respective franchise

Counsel Only



REDACTED

CONSUMERRESEARCH EA SPORTS

# Madden Both a Social and Individual Experience

REDACTED

EA00876838

First Choice Of Ways To Play Madden NFL

REDACTED

REDACTED

Based on 86% of Gamers
Who have played at least one title ('07-'09) in Madden NFL franchise

Counsel Only



REDACTED

REDACTED

EA00876839

## Madden NFL Ownership By Platform

REDACTED

Based on % of Gamers
Who own each respective Madden NFL title

Counsel Only



REDACTED

CONSUMERRESEARCH
EA SPORTS

REDACTED

REDACTED

EA00876840

**Every Year/ Off-Year Game Purchase**

REDACTED

Based on % of Gamers
Who have played at least one title ('07-'09) in each respective franchise



REDACTED

CONSUMERRESEARCH EA SPORTS

Counsel Only

REDACTED

EA00876841

Whereas 2/3 of the off year buyers will only buy if they can get it for less than the standard price

REDACTED

REDACTED

Based on 85% of Gamers
Who have played at least one title ('07-'09) in Madden NFL, NCAA Football, NHL 2K or NBA 2K franchise



REDACTED

CONSUMERRESEARCH EA SPORTS

Counsel Only

# Every Year Buyers Paying a Higher Price

REDACTED

EA00876842

Average Amount Spent on Most Recent Version of Games

REDACTED

Based on % of Gamers
Who own/owned at least one title ('07-'09) in each respective franchise

Counsel Only



REDACTED

CONSUMERRESEARCH EA SPORTS

EA00876843

# Reasons for Buying Madden Every Year

REDACTED

Reasons For Buying Madden NFL Every Year

REDACTED

rs
FL

Counsel Only



REDACTED

CONSUMERRESEARCH
EA SPORTS

# Reasons for Buying Madden Every Year – Open-Ended

EA00876844

**What Are Some Other Reasons Why You Tend to Buy Madden NFL Every Year?**

REDACTED

Based on 34% of Gamers
Who are every year buyers of Madden NFL

Counsel Only



REDACTED

CONSUMERRESEARCH EA SPORTS

# Reasons for NOT Buying Madden Every Year

REDACTED

Reasons For NOT Buying Madden NFL Every Year

REDACTED

EA00876845

f Gamers
dden NFL

Counsel Only



REDACTED

# Reasons for NOT Buying Madden Every Year – Open-Ended

EA00876846

**What Are Some Other Reasons Why You Tend NOT to Buy Madden NFL Every Year?**

REDACTED

Based on 52% of Gamers
Who are off-year buyers of Madden NFL

Counsel Only



REDACTED

CONSUMERRESEARCH
EA SPORTS

# Intent to Purchase Madden 10

REDACTED

EA00876847

Likelihood Of Purchasing Future Titles

% Will Definitely Buy

| Every Year Madden Buyers | Off-year Madden Buyers | Gift Buyers (Bought last year) | Gift Buyers Non-Madden Gamers | Gift Buyers Non-Gamers |
|---|---|---|---|---|

REDACTED

Will definitely buy    Will probably buy

R
E
D
A
C

Counsel Only

EA00876848

# Appendix Three

Gift Buyers



CONSUMERRESEARCH EA SPORTS

Counsel Only

# Gift Buyers More Likely to Purchase Madden

REDACTED

EA00876849

Games Purchased in Past Year (%'s Yes)

% This Game Was Specifically Asked For as a Gift

REDACTED

Based on 60% of Respondents
Who are gift buyers of sports games in past year

Based on % of past year sports game gift buyers
Who bought each respective title



REDACTED

CONSUMERRESEARCH EA SPORTS

Counsel Only

## Sports Games Bought

REDACTED

REDACTED

EA00876850

What Were the Age(s) and Gender(s) of the Person/People You Bought a Sports Game For in the Past Year

REDACTED

Based on 60% of Respondents
Who are gift buyers of sports games (Bought last year)

Counsel Only



REDACTED

CONSUMERRESEARCH EA SPORTS

EA00876851

# Madden Bought Primarily for Males 13+

REDACTED

REDACTED

REDACTED

ents

Who are gift buyers of sports games (Bought last year)



REDACTED

CONSUMERRESEARCH EA SPORTS

Counsel Only

EA00876852

# Appendix Four

Estimating the Impact of the New Concepts, Detailed Explanation

Counsel Only

# Estimating the Impact of the New Concepts

EA0876853

- First, we assume total projected revenues of REDACTED
  - REDACTED
- Next, we apply factors to the REDACTED
  - REDACTED



CONSUMERRESEARCH EA SPORTS

Counsel Only

# Estimating the Impact of the New Concepts

EA00876854

- We then divide the respondent base as follows:
  - REDACTED
- To reach the revenue figure of REDACTED
- We then look at how many of each of these groups would continue to REDACTED



CONSUMERRESEARCH EA SPORTS

Counsel Only

# Estimating the Impact of the New Concepts

EA SPORTS

EA00876855

- First, we assume total potential REDACTED
- Next, we apply factors to the REDACTED
- The exception to these factors is REDACTED
- We then divide the respondent base as follows:
  - REDACTED
  -
  -
  -
- NOTE: REDACTED
  - REDACTED
  -
  -
  -

Counsel Only



EA CONSUMERRESEARCH EA SPORTS

# Estimating the Impact of the New Concepts

EA0087685

- REDACTED

  - Every Year Buyers
    - REDACTED

- **Cumulative Result:** REDACTED

Counsel Only



CONSUMERRESEARCH EA SPORTS

# Estimating the Impact of the New Concepts

EA00876857

- REDACTED
  - Off-Year Buyers
    - REDACTED

- **Cumulative Result:** REDACTED



CONSUMERRESEARCH EA SPORTS

Counsel Only

# Estimating the Impact of the New Concepts

- REDACTED
  - Gift Buyer/Non-Gamers
    - REDACTED
- **Cumulative Result:** REDACTED

EA00876858

Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- REDACTED
  - Gift Buyer/Non-Madden Gamers
    - REDACTED
- REDACTED

EA00876859

Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- REDACTED
  - Every Year Buyers
    - REDACTED
- **Cumulative Result:** REDACTED



EA00876860

Counsel Only - Subject to Protective Order

CONSUMERRESEARCH EA SPORTS

# Estimating the Impact of the New Concepts

- REDACTED
  - Off-Year Buyers
    - REDACTED

- **Cumulative Result:** REDACTED

EA00876861

Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

EA0876862

- REDACTED
  - Gift Buyer/Non-Gamers
    - REDACTED

- **Cumulative Result:** REDACTED

Counsel Only - Subject to Protective Order



CONSUMERRESEARCH EA SPORTS

# Estimating the Impact of the New Concepts

EA00876863

- REDACTED
  - Gift Buyer/Non-Madden Gamers
    - REDACTED
- **Cumulative Result:** REDACTED

Counsel Only - Subject to Protective Order

# EA SPORTS:

## Madden NFL Low Price Concept Evaluation and Options Study

May 2009

CONFIDENTIAL AND PROPRIETARY Copyright 2008 by Electronic Arts. Any duplication, reproduction, or usage of this document or any portion thereof without the written consent of the firm is prohibited.

SmithGeiger

CONSUMERRESEARCH EA SPORTS

# Table of Contents


| | *Slide #* |
|---|---|
| The Research | 2 |
| Key Findings | 3 |
| Full-Price, Full-Featured vs. Lower-Price, Fewer Features | 5 |
| New Concepts: Starter Game & Season Update | 11 |
| Estimating the Impact of the New Concepts | 24 |
| Recommendations | 27 |
| Appendix One: Demographics & Respondent Profile | 30 |
| Appendix Two: Current Madden Attitudes & Behaviors | 34 |
| Appendix Three: Gift Buyers | 47 |
| Appendix Four: Estimating the Impact of the New Concepts, Detailed Explanation | 51 |




CONSUMERRESEARCH EA SPORTS

## The Research

- SmithGeiger conducted comprehensive online interviews REDACTED

  - REDACTED
  -

- Among the total sample: REDACTED
  -
  -
  -
  -

- Interviews were conducted from May 1-8, 2009, following 4 focus groups conducted in March 2009.

# Key Findings

## Key Findings

- REDACTED





Counsel Only - Subject to Protective Order

# Full-Price, Full-Featured vs. Lower-Price, Fewer Features

REDACTED

REDACTED

Preferred Version of Madden NFL

REDACTED



REDACTED

REDACTED

REDACTED

Preferred Type of Game

REDACTED

REDACTED

REDACTED

Preferred Type of Game

REDACTED



*Q17_1. For each of the pairs below, please indicate which option you would prefer to buy or receive, either for yourself or as a gift.*

REDACTED

Preferred Version of Madden NFL Among Madden Buyers

REDACTED



REDACTED



Counsel Only - Subject to Protective Order

REDACTED

REDACTED

## Preferred Version of Madden NFL Among Gift Buyers

REDACTED



*Q17_1. For each of the pairs below, please indicate which option you would prefer to buy or receive, either for yourself or as a gift.*

# New Concepts:
# Starter Game & Season Update





Counsel Only - Subject to Protective Order

## New Concepts:
REDACTED

**CONCEPT A** REDACTED

REDACTED

**CONCEPT B** REDACTED

REDACTED

REDACTED

REDACTED

Concept Rating

REDACTED

REDACTED

REDACTED



REDACTED

CONSUMERRESEARCH
EA SPORTS

# Graphics Critical

REDACTED

REDACTED

Starter Game: Importance of Features

REDACTED



REDACTED



Counsel Only - Subject to Protective Order

REDACTED

REDACTED

## Season Update: Importance of Features

REDACTED



REDACTED



Counsel Only - Subject to Protective Order

REDACTED

REDACTED

Average Expected Price Based on Concept Description

REDACTED



REDACTED



Counsel Only - Subject to Protective Order

REDACTED

REDACTED

REDACTED

REDACTED

Based on a split sample
Each price point question was asked of 1/3 of Respondents

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Based on 92% of Respondents
Who are gamers



REDACTED

CONSUMERRESEARCH EA SPORTS

REDACTED

REDACTED

Based on a split sample
Each price point question was asked of 1/3 of Respondents

REDACTED



CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

REDACTED

REDACTED

REDACTED

Based on 77% of Respondents
Who are gift buyers of sports games (bought last year/likely to buy this season)

REDACTED



CONSUMERRESEARCH EA SPORTS

REDACTED

REDACTED

REDACTED



REDACTED



Counsel Only - Subject to Protective Order

REDACTED

REDACTED

Likelihood of Purchasing Madden NFL When it is Released

REDACTED

REDACTED

REDACTED

REDACTED

## Change in Likelihood of Purchasing Madden NFL When it is Released (Pre-Concept vs. Post-Concept)

REDACTED

REDACTED

# Estimating the Impact of the New Concepts

# Estimating the Impact of the New Concepts

- First, we assume total projected revenues of REDACTED
- Next, we apply factors to REDACTED
- REDACTED
- REDACTED
- NOTE: Estimates based on the following additional considerations/assumptions
  - REDACTED
  -
  -
  -
  -



CONSUMER RESEARCH EA SPORTS

REDACTED

Formula:

REDACTED

REDACTED

REDACTED

REDACTED

# Conclusions and Recommendations

Pursuing a Lower-Priced Concept
Downloadable Content





Counsel Only - Subject to Protective Order

# Conclusions

- Consumer preference indicates that REDACTED .
- REDACTED .
- REDACTED
- Using a factored calculation to determine REDACTED
- REDACTED

## Recommendations
REDACTED

- REDACTED

# Appendix One

Demographics & Respondent Profile

# Demographics (1 of 2)

REDACTED

Age

Ethnicity

Household Income

Employment

# Demographics (2 of 2)

REDACTED

Education

Marital Status

Time Zone





Counsel Only - Subject to Protective Order

# Profile

## Madden Buyers / Gift Buyers

| Profile | Every Year Madden Buyers | Off-year Madden Buyers | Gift Buyers (Bought last year) | Gift Buyers/Non-Madden Gamers | Gift Buyers / Non-gamers |
|---|---|---|---|---|---|
| % Of Total sample | REDACTED | | | | |
| Average age | | | | | |
| % Non-white | | | | | |
| **Platform Ownership** | | | | | |
| Wii owners | REDACTED | | | | |
| PS3 owners | | | | | |
| X360 owners | | | | | |
| | | | | | |
| Hardcore gamers | REDACTED | | | | |
| Mid-level gamers | | | | | |
| Casual gamers | | | | | |
| Non-gamers | | | | | |
| **Downloadable Content** | | | | | |
| Have downloaded content | REDACTED | | | | |
| Have paid for downloadable content | | | | | |



CONSUMERRESEARCH EA SPORTS

# Appendix Two

Current Madden Attitudes & Behaviors

REDACTED

REDACTED

## Average Hours Per Week Spent Playing Games

REDACTED

Based on % of Gamers
Who have played at least one title ('07-'09) in each respective franchise



REDACTED



Counsel Only - Subject to Protective Order

REDACTED

Particularly among the every year Madden buyers

**Average Total Hours Spent Playing Games**

REDACTED

Based on % of Gamers
Who have played at least one title ('07-'09) in each respective franchise



REDACTED



Counsel Only - Subject to Protective Order

# Madden Both a Social and Individual Experience

REDACTED

First Choice Of Ways To Play Madden NFL

REDACTED

Based on 86% of Gamers
Who have played at least one title ('07-'09) in Madden NFL franchise



REDACTED

CONSUMERRESEARCH
EA SPORTS

Counsel Only - Subject to Protective Order

REDACTED

## Madden NFL Ownership By Platform

REDACTED

Based on % of Gamers
Who own each respective Madden NFL title



REDACTED

CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

REDACTED

REDACTED

REDACTED

REDACTED

Based on % of Gamers
Who have played at least one title ('07-'09) in each respective franchise



REDACTED

CONSUMERRESEARCH EA SPORTS

REDACTED

REDACTED

REDACTED

REDACTED

Based on 85% of Gamers
Who have played at least one title ('07-'09) in Madden NFL, NCAA Football, NHL 2K or NBA 2K franchise



REDACTED

REDACTED

REDACTED

Average Amount Spent on Most Recent Version of Games

REDACTED

Based on % of Gamers
Who own/owned at least one title ('07-'09) in each respective franchise



Q8_1.

REDACTED

CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

# Reasons for Buying Madden Every Year

REDACTED

REDACTED

REDACTED



REDACTED

# Reasons for Buying Madden Every Year – Open-Ended

**What Are Some Other Reasons Why You Tend to Buy Madden NFL Every Year?**

REDACTED

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

of Gamers
Who are every year buyers of Madden NFL



REDACTED



Counsel Only - Subject to Protective Order

REDACTED

REDACTED

Reasons For NOT Buying Madden NFL Every Year

REDACTED

amers
en NFL



REDACTED

CONSUMERRESEARCH EA SPORTS

# Reasons for NOT Buying Madden Every Year – Open-Ended

**What Are Some Other Reasons Why You Tend NOT to Buy Madden NFL Every Year?**

REDACTED

Based on 52% of Gamers
Who are off-year buyers of Madden NFL



REDACTED

Counsel Only - Subject to Protective Order

CONSUMER RESEARCH EA SPORTS

# Intent to Purchase Madden 10

REDACTED

Likelihood Of Purchasing Future Titles

% Will Definitely Buy

| Every Year Madden Buyers | Off-year Madden Buyers | Gift Buyers (Bought last year) | Gift Buyers Non-Madden Gamers | Gift Buyers Non-Gamers |
|---|---|---|---|---|

REDACTED

Will definitely buy    Will probably buy



REDACTED



Counsel Only - Subject to Protective Order

# Appendix Three

Gift Buyers





Counsel Only - Subject to Protective Order

# Gift Buyers More Likely to Purchase Madden

REDACTED

Games Purchased in Past Year (%'s Yes)

% This Game Was Specifically Asked For as a Gift

REDACTED



REDACTED

REDACTED

REDACTED

## What Were the Age(s) and Gender(s) of the Person/People You Bought a Sports Game For in the Past Year

REDACTED



*Q16.*

REDACTED

REDACTED

REDACTED

## What Were the Age(s) and Gender(s) of the Person/People You Bought Madden NFL For in the Past Year

REDACTED



REDACTED



Counsel Only - Subject to Protective Order

# Appendix Four

Estimating the Impact of the New Concepts, Detailed Explanation





Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- First, we assume total projected revenues of REDACTED

- Next, we apply factors to the REDACTED





Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- We then divide the respondent base as follows:
  - REDACTED
  -
  -
- To reach the revenue figure of REDACTED
- We then look at how many of each of these groups would continue to REDACTED





Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- First, we assume total potential sales of REDACTED
- Next, we apply factors to REDACTED
- The exception to these factors is REDACTED
- We then divide the respondent base as follows:
  - REDACTED
  -
  -
  -
- NOTE: REDACTED



CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- REDACTED
    - Every Year Buyers
        - REDACTED
- **Cumulative Result:** REDACTED



CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- REDACTED
  - Off-Year Buyers
    - REDACTED

- **Cumulative Result:** REDACTED

# Estimating the Impact of the New Concepts

- REDACTED
  - Gift Buyer/Non-Gamers
    - REDACTED

- **Cumulative Result:** REDACTED

# Estimating the Impact of the New Concepts

- REDACTED
  - Gift Buyer/Non-Madden Gamers
    - REDACTED

- **Cumulative Result:** REDACTED



CONSUMERRESEARCH EA SPORTS

Counsel Only - Subject to Protective Order

# Estimating the Impact of the New Concepts

- REDACTED
  - Every Year Buyers
    - REDACTED
- **Cumulative Result:** REDACTED

# Estimating the Impact of the New Concepts

- REDACTED
  - Off-Year Buyers
    - REDACTED

- **Cumulative Result:** REDACTED

# Estimating the Impact of the New Concepts

- REDACTED
  - Gift Buyer/Non-Gamers
    - REDACTED

- **Cumulative Result:** REDACTED

# Estimating the Impact of the New Concepts

- REDACTED
  - Gift Buyer/Non-Madden Gamers
    - REDACTED

- **Cumulative Result:** REDACTED





Counsel Only - Subject to Protective Order 

# EXHIBIT 77

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

**Number of interviews = 1491** | **Date: February 2008**

**100% of Total**

**Overview:**

REDACTED

*Both current-generation and next-generation gamers say tha* REDACTED *particularly for those who aren't football-game diehards. These more casual football gamers do not feel that they have been given a reason to buy the new titles, as the vast majority think that the* REDACTED

*PS2 gamers also report being held bac* REDACTED

REDACTED

*Respondents say that continual improvements* REDACTED *they want the most in future versions of Madden and NCAA Football.* REDACTED

## *Football Videogames Landscape*

**Attitudes Toward Football Videogames**

REDACTED

REDACTED
REDACTED
REDACTED
REDACTED

# EA Sports Football Abandonment Flash Report

© 2008 SmithGeiger

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

Top Three Reasons for Playing Football Videogames

REDACTED

*The top reasons for playing football videogames are related to* REDACTED *Every age group, purchase behavior group, and demographic subset plays primarily* REDACTED *The proportion of each group playing for* REDACTED

REDACTED

-

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

REDACTED

*Based to average football game-playing time among the four options. May not add up to 100% due to rounding.

REDACTED

**Purchase Urgency for Football Titles ***

REDACTED

- Bought it the day it came out
- Bought it within 2 months of when it came out
- Bought it more than 2 months after it came out

REDACTED

REDACTED

Madden NFL 06

Madden NFL 07

Madden NFL 08

NCAA Football 06

NCAA Football 07

NCAA Football 08

All-Pro Football 2K8

*Based to those respondents who bought each title.

R
E
D
A
C
T
E
D

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

## Madden NFL

### Reasons for Buying Madden NFL 07*
(% of 4+5's)

REDACTED

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Top Three Reasons for Purchasing Madden NFL 07 ***

REDACTED

**Based to those who bought Madden NFL 07 new.*

***When respondents are asked to name only thei***

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

**Number of interviews = 1491**

**Date: February 2008**

**100% of Total**

**Reasons for Buying Madden NFL 08 ***
**(% of 4+5's)**

REDACTED

**Based on those who bought Madden NFL 08 new.*

***While other top reasons for purchase remain***
***for buying Madden 08 than it was for Madden 07 (by more than 10 pts). Compared to 2007,*** REDACTED REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

Top Three Reasons for Purchasing Madden NFL 08 *

REDACTED

*Based on those who bought Madden NFL 08 new.

***A pattern similar to the previous chart emerges in the top three reasons for purchase,*** REDACTED

# EA Sports Football Abandonment Flash Report

© 2008 SmithGeiger

Total

Total

**Number of interviews = 1491**

**Date: February 2008**

**100% of Total**

**New Feature Discovery - Madden NFL 08 ***

REDACTED

**Based on those saying new features were a top reason for buying Madden 08.*

REDACTED

REDACTED

**Based on those who bought Madden NFL 07 new but did not buy Madden NFL 08 and recall ads for Madden 08.*

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Ways Found Out About Madden NFL 08 ***

REDACTED

**Based on those who bought Madden NFL 07 new but did not buy Madden NFL 08.*

REDACTED ***are the top way for non-purchasers to discover Madden 08.*** REDACTED

# EA Sports Football Abandonment Flash Report

© 2008 SmithGeiger

Total

Total

**Number of interviews = 1491** **Date: February 2008**

**100% of Total**

**Reasons for Not Buying Madden NFL 08 ***
**(% of 4+5's)**

REDACTED

**Based on those who bought Madden NFL 07 new but did not buy Madden NFL 08.*

***Further speaking to th***

REDACTED

***Almost as many respondents state that they are also*** REDACTE

***The other top reasons include***

REDACTED

***A sizable portion of PS3 owners say that*** RE DA CT ED

# EA Sports Football Abandonment Flash Report

© 2008 SmithGeiger

Total

Total

**Number of interviews = 1491**

**Date: February 2008**

**100% of Total**

**Top Three Reasons for Not Purchasing Madden NFL 08 ***

REDACTED

-

**Based on those who bought Madden NFL 07 new but did not buy Madden NFL 08.*

***When asked to reduce their list to the top three reasons for non-purchase,*** REDACTED ***As compared to the previous chart, two reasons move up considerably:*** REDACTED ***There are also two reasons that move down the list:*** REDACTED ***Those that have already upgraded are likely to cite their purchase of Madden 07 for their next-gen console as a top reason for not buying 08.*** REDACTED

SmithGeiger

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

EA SPORTS

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Ways Still Playing Madden NFL 07 ***

REDACTED

*Madden 07 is primarily played alone, especially by those still playing on a PS2.* REDACTED

REDACTED

**Potential Madden NFL 09 Features**
**(% of 1+2's)**

REDACTED

*Gamers are most interested in* REDACTED

**Attitudes Towards Madden NFL Online ***

REDACTED

REDACTED

*As expected, PS2 owners* REDACTED *There is no group of significant size that* REDACTED

# EA Sports Football Abandonment Flash Report

© 2008 SmithGeiger

Total

Total

**Number of interviews = 1491** **Date: February 2008**

**100% of Total**

**Purchase Drivers for Madden NFL 09**
**(% of 1+2's)**

REDACTED

***Another popular option is the opportunity to play*** REDACTED

REDACTED

**Attitudes Towards EA NFL License**

REDACTED

# EA Sports Football Abandonment Flash Report

© 2008 SmithGeiger

Total

Total

**Number of interviews = 1491** **Date: February 2008**

**100% of Total**

## *NCAA Football*

**Reasons for Buying NCAA Football 07 ***
**(% of 4+5's)**

REDACTED

**Based on those who bought NCAA Football 07 new.*

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Top Three Reasons for Purchasing NCAA Football 07 ***

REDACTED

**Based to those who bought NCAA Football 07 new.*

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Reasons for Buying NCAA Football 08 ***
**(% of 4+5's)**

REDACTED

*Based on those who bought NCAA Football 08 new.*

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Top Three Reasons for Purchasing NCAA Football 08 ***

REDACTED

**Based on those who bought NCAA Football 08 new.*

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**New Feature Discovery - NCAA Football 08 ***

REDACTED

**Based on those saying new features were a top reason for buying NCAA Football 08.*

REDACTED

**NCAA Football 08 Ad Features (Among Non-Buyers)***

REDACTED

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Ways Found Out About NCAA Football 08 ***

REDACTED

*Based to those who bought NCAA Football 07 new but did not buy NCAA Football 08.*

REDACTED

SmithGeiger

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Reasons for Not Buying NCAA Football 08 ***
**(% of 4+5's)**

REDACTED

*Based to those who bought NCAA Football 07 new but did not buy NCAA Football 08.*

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Top Three Reasons for Not Purchasing NCAA Football 08 ***

REDACTED

**Based to those who bought NCAA Football 07 new but did not buy NCAA Football 08.*

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Ways Still Playing NCAA Football 07 ***

REDACTED

REDACTED

*e*

REDACTED

**Potential NCAA Football 09 Features**
**(% of 1+2's)**

REDACTED

REDACTED

**Attitudes Towards NCAA Football Online ***

REDACTED

REDACTED

.

**Based to those who own or have played NCAA Football 06, NCAA Football 07, or NCAA Football 08.*

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Purchase Drivers for NCAA Football 09**
**(% of 1+2's)**

REDACTED

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

100% of Total

Date: February 2008

## Next-Generation Consoles

**PS3 Purchase Time ***

REDACTED

REDACTED

REDACTED

**Wii Purchase Time ***

REDACTED

**Based to Wii owners.*

**Xbox 360Purchase Time ***

REDACTED

REDACTED

**Based to Xbox 360 owners.*

**Likelihood of Purchasing Next-Generation Console ***
**(% of 1+2's)**




REDACTED

**Based to those who do not own each next-gen console.*

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

**Next-Generation Console Purchasing Soon ***

*Again, the PS3 and Wii show up as more likely upcoming purchases than the Xbox 360.*

REDACTED

**Based to those who do not own each console and is likely to purchase within next 6-12 months.*

**Attitudes Towards Next-Generation Console Purchase ***
**(% of 1+2's)**

REDACTED

**Based to those who haven't upgraded to a next-generation console.*

REDACTED

SmithGeiger

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

## Media Usage

**Top 20 Websites Used Regularly**

REDACTED

**Websites Used for Video Game Reviews**

REDACTED

**Broadcast Television Network Viewing**

REDACTED

**Top 20 Cable Networks Viewed Regularly**

REDACTED

© 2008 SmithGeiger

# EA Sports Football Abandonment Flash Report

Total

Total

Number of interviews = 1491

Date: February 2008

100% of Total

## Magazine Usage

REDACTED

## *Demographic Profile*

| Gender | % |
|---|---|
| REDACTED | |

| Age | % |
|---|---|
| REDACTED | |

| Education Level | % |
|---|---|
| REDACTED | |

| Household Income | % |
|---|---|
| REDACTED | |

| Marital Status | % |
|---|---|
| REDACTED | |

| Ethnicity | % |
|---|---|
| REDACTED | |

| Employment Status | % |
|---|---|
| REDACTED | |