1 | LATHAM & WATKINS LLP
Daniel M. Wall (Bar No. 102580)
2 | Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
3 | San Francisco, California 94111-6538
Telephone: (415) 391-0600
4 | Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
5 | Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated, | CASE NO. C 08-02820 VRW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATIONS RE: BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| ELECTRONIC ARTS INC., a Delaware Corporation | |
| Defendant. | |

1  The parties hereto, through their respective counsel of record, hereby stipulate to
2  the entry of the following Order regarding page limits applicable under the Local Rules in
3  connection with plaintiffs' motion for class certification briefing:
4  WHEREAS plaintiffs filed their motion for class certification on November 9,
5  2009;
6  WHEREAS, pursuant to the Court's January 21, 2010 order, defendant's
7  opposition to plaintiffs' motion for class certification is due on February 19, 2009, plaintiffs'
8  reply in support of their motion for class certification is due on April 2, 2010, and oral argument
9  is set for May 6, 2010 at 10:00 am;
10  WHEREAS on October 28, 2009 the parties stipulated to, and the Court
11  subsequently granted on November 6, 2009, an extension of the page limits allowed by the Local
12  Rules of this Court regarding plaintiffs' motion for class certification, granting plaintiffs 40
13  pages for their memorandum in support of their motion for class certification; defendant 40
14  pages for its memorandum in opposition to plaintiffs' motion for class certification; and
15  plaintiffs 25 pages for their reply in support of their motion for class certification;
16  WHEREAS, given the nature and complexity of the class certification briefing,
17  and plaintiffs' request for a nationwide class under federal and California state law, or in the
18  alternative 20 state subclasses under the state antitrust statutes of the 20 different states, the
19  defendant seeks an extension in page limits in order to fully address the class proposals;
20  WHEREAS plaintiffs do not oppose this request;
21  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
22  undersigned counsel for the parties as follows:
23  1. Defendant's opposition to plaintiffs' motion for class certification shall not
24  exceed 50 pages in length; and
25  2. Plaintiffs' reply memorandum in support of their motion for class certification
26  \ \ \
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION REGARDING CLASS CERT. MOT.
CASE NO. C-08-02820 VRW

shall not exceed 30 pages in length.

**IT IS SO STIPULATED.**

Dated: February 17, 2010    Respectfully Submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara


By _____/s/ Timothy L. O'Mara_____
   Timothy L. O'Mara
   Attorneys for Defendant
   ELECTRONIC ARTS INC.

Dated: February 17, 2010    Respectfully Submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP
  Shana Scarlett

THE PAYNTER LAW FIRM PLLC
  Stuart M. Paynter

By _____/s/ Shana Scarlett_____
   Shana Scarlett
   Attorneys for Plaintiffs
   G. PECOVER and J. LAWRENCE.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/5/2010

_____
THE HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT CHIEF JUDGE

IT IS SO ORDERED
Judge Vaughn R Walker

**ELECTRONIC CASE FILING ATTESTATION**
(General Order No. 45(X)(B))

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITATIONS RE: BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION pursuant to Civil Local Rule 7-12. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Shana Scarlett.

Dated: February 17, 2010

Respectfully submitted,

LATHAM & WATKINS LLP
    Daniel M. Wall
    Timothy L. O'Mara

By      /s/ Timothy L. O'Mara
    Timothy L. O'Mara
    Attorneys for Defendant
    ELECTRONIC ARTS INC.

SF\740141