Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 VRW<br><br>DECLARATION OF STUART M. PAYNTER IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE "EXPERT" OPINION OF JILL HAMBURGER AND TO STRIKE SECTION II.B OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>DATE: May 6, 2010<br>TIME: 10:00 a.m.<br>DEPT: Courtroom 6, 17th Floor<br>JUDGE: Hon. Vaughn R. Walker<br><br>ACTION FILED: June 5, 2008 |

* * * **REDACTED VERSION** * * *

I, STUART M. PAYNTER, declare as follows:

1. I am an attorney licensed to practice before all the courts in the State of California. I am an attorney with the law firm of The Paynter Law Firm PLLC, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Confidential Deposition Transcript of Expert Jill Hamburger, taken on February 26, 2010 in the above-captioned litigation by Anna Steinert, CSR No. 11202;

Exhibit 2: Plaintiffs' Subpoena for Production of Documents to Jill Hamburger, served by Plaintiffs on February 22, 2010 in the above-captioned litigation;

Exhibit 3: Defendant Electronic Arts Inc.'s Responses and Objections to Plaintiffs' Subpoena to Jill Hamburger for Production of Documents in a Civil Case, served by Defendant on February 25, 2010 in the above-captioned litigation;

Exhibit 4: Document Bates-numbered EA00030477-0632, produced in the above-captioned litigation by Defendant Electronic Arts Inc. and designated as "Counsel Only: Confidential – Subject to Protective Order" pursuant to the Stipulated Protective Order Regarding Confidentiality of Documents and Materials (filed Jan. 20, 2009, Ct. Rec. 32) ("Protective Order") in this action;

Exhibit 5: Excerpts from a document Bates-numbered EA000879402-8587, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 6: Document Bates-numbered EA00070561-583, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 7: Document Bates-numbered EA00392705-710, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 8: Transcript entitled, "Q3 2004 Take-Two Interactive Software Earnings Conference Call – Final;"

Exhibit 9: Document Bates-numbered EA00869705, produced in the above-captioned litigation by Defendant Electronic Arts Inc.;

Exhibit 10: Janus M. Ordover & Daniel M. Wall *Understanding Econometric Methods of Market Definition*, Antitrust, Summer, 1989;

Exhibit 11: Document Bates-numbered EA00394589-4652, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 12: Document Bates-numbered EA00393140-145, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 13: Document Bates-numbered EA00009686-9738, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 14: Document Bates-numbered EA00313016, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 15: Document Bates-numbered EA00304848-856, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 16: Document Bates-numbered EA00304845-847, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 17: Document Bates-numbered EA00392705-710, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 18: Excerpt from an excel spreadsheet Bates-numbered EA00254139, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 19: Excerpts from an excel spreadsheet Bates-numbered EA00332021, produced in the above-captioned litigation and designated by Defendant Electronic

Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 20: Excerpt from an excel spreadsheet Bates-numbered EA00333533, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 21: Document Bates-numbered EA000842060-095, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Counsel Only – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 22: Document Bates-numbered EA00846098-6113, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Counsel Only – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 23: Document Bates-numbered EA00428170-192, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 24: Document Bates-numbered EA00008646-682, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Counsel Only – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 25: Document Bates-numbered EA00022344-382, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 26: Document Bates-numbered EA00018655, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 27: Document Bates-numbered EA00018660-8714, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Confidential – Subject to Protective Order" pursuant to the Protective Order entered in this action;

Exhibit 28: Robert S. Pindyck and Daniel L. Rubienfield, *Econometric Models and Economic Forecasts*, p. 304 (4th Ed.); and

Exhibit 29: Document Bates-numbered EA00809469-9500, produced in the above-captioned litigation and designated by Defendant Electronic Arts Inc. as "Counsel Only – Subject to Protective Order" pursuant to the Protective Order entered in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 1, 2010, at Washington, District of Columbia.

/s/ Stuart M. Paynter
STUART M. PAYNTER

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this Declaration of Stuart M. Paynter In Support of Plaintiffs' Motion To Exclude The "Expert" Opinion of Jill Hamburger And To Strike Section II.B of Defendant's Response To Plaintiffs' Motion For Class Certification. In compliance with General Order 45, X.B., I hereby attest that Stuart M. Paynter has concurred in this filing.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett
SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-02820-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com
- **Collegiate Licensing Company**
  hhauck@filicebrown.com
- **Gennaro August Filice**
  hhauck@filicebrown.com,dverduga@filicebrown.com,tcole@filicebrown.com
- **Richard Allen Jones**
  rjones@cov.com
- **Timothy L. O'Mara**
  linda.tam@lw.com,#sfdocket@lw.com,tim.omara@lw.com
- **Stuart McKinley Paynter**
  stuart@smplegal.com
- **Shana E. Scarlett**
  shanas@hbsslaw.com,sf_filings@hbsslaw.com,jeneld@hbsslaw.com
- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com
- **Robert James Wierenga**
  wierenga@millercanfield.com,misisian@millercanfield.com,chapmanD@millercanfield.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Samuel Michael Keller**
,

**Edward C. O'Bannon, Jr.**
,