# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of persons similarly situated,

Plaintiffs,

vs. CASE NO. 08-cv-02820 VRW

ELECTRONIC ARTS, INC., a Delaware Corporation,

Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CONFIDENTIAL DEPOSITION OF EXPERT

JILL HAMBURGER

February 26, 2010

9:10 a.m.

715 Hearst Avenue, Suite 202

Berkeley, California

Anna Steinert, CSR No. 11202
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

# APPEARANCES OF COUNSEL

For Plaintiffs:

THE PAYNTER LAW FIRM PLLC
BY: STUART M. PAYNTER
Attorney at Law
1200 G Street N.W., Suite 800
Washington, D.C., 20005
202.262.4486
stuart@smplegal.com

HAGENS BERMAN SOBOL SHAPIRO, LLP
BY: SHANA E. SCARLETT
Attorney at Law
715 Hearst Avenue, Suite 202
Berkeley, California 94710
510.725.3000
shanas@hbsslaw.com

For Defendant:

LATHAM & WATKINS, LLP
BY: TIM O'MARA
Attorney at Law
505 Montgomery Street, Suite 2000
San Francisco, California 94111
415.391.0600
tim.omara@lw.com

Also Present:

JACOB J. SCHATZ

INDEX OF EXAMINATION

WITNESS: JILL HAMBURGER


| EXAMINATION | PAGE |
|---|---|
| By Mr. Paynter | 5 |


INFORMATION REQUESTED

(None)

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

(None)

INDEX TO EXHIBITS


| Exhibit | Description | Page |
|---|---|---|
| 1 | Declaration and expert report of Jill Hamburger | 6 |
| 2 | Amazon.com printout | 16 |
| 3 | Metacritic NASCAR 08 review | 21 |
| 4 | Peter Moore PowerPoint presentation, Bates EA00010023 through EA00010069 | 98 |
| 5 | BestBuy.com online order printout | 101 |
| 6 | Best Buy Outlet Center online printout | 127 |
| 7 | NBA Live 08 slide copy documents, Bates EA00022344 through EA00022382 | 228 |
| 8 | EA Sports franchise reviews, Bates EA00009711 through EA00009738 | 231 |

DEPOSITION OF JILL HAMBURGER

February 26, 2010

JILL HAMBURGER,

having been first duly sworn, testifies as follows:

EXAMINATION

BY MR. PAYNTER:

09:10:14 Q Hi, good morning.

09:10:14 A Good morning.

09:10:15 Q I'm Stuart Paynter, and I'm counsel for the
09:10:18 Plaintiffs in this matter.

09:10:19 I notice in your expert report that you've
09:10:21 never testified in litigation before.

09:10:26 Have you ever been deposed at all before?

09:10:27 A I have not testified, nor have I been deposed
09:10:31 before.

09:10:32 Q Okay. So as your counsel has probably told
09:10:36 you, I'm going to be asking you questions.

09:10:37 If my question is unclear or you don't
09:10:41 understand it for any reason, just let me know, and I
09:10:45 will try to clarify it.

09:10:46 And your attorney might object and, you know,
09:10:50 you want to give him time to make his objection before
09:10:54 you answer the question, but unless he actually

09:10:57 instructs you not to answer, you have to answer the
09:11:00 question.
09:11:03 Now, finally I'm sure Tim has told you this.
09:11:08 When you're answering, please don't say uh-huh or
09:11:10 huh-uh or something like that. If you're gonna say
09:11:13 yes or no, say yes or no, so it can be picked up on
09:11:18 the record.
09:11:22 Before we go any further, I'd like to hand
09:11:26 you a copy of your declaration and ask this be marked
09:11:29 as Exhibit 1.
09:11:29 (Deposition Exhibit 1 was marked for
09:11:47 identification by the court reporter.)
09:11:49 BY MR. PAYNTER:
09:11:49 Q This is just a housekeeping matter, but if
09:11:52 you look at the first page of the declaration -- I'm
09:11:55 sorry -- the second page of the exhibit, it says dated
09:11:59 February 19, 2009. That's supposed to be 2010; is
09:12:04 that right?
09:12:04 A 2010 would be correct.
09:12:09 Q Okay. Sure.
09:12:09 And can I get you to turn to Page 43 of your
09:12:22 exhibit report?
09:12:24 A Yes, Page 43.
09:12:26 Q And do you see Figure 30, which is titled
09:12:31 "Cumulative Frequency Distributions of Metacritic

09:12:32 Ratings for EA and Take-Two League-License Sports
09:12:36 Games"?
09:12:36 A Yes, I do.
09:12:37 Q Can you tell me how you calculated the
09:12:40 cumulative frequency distributions shown here in
09:12:45 Figure 30?
09:12:47 A The information was taken from information
09:12:50 that counsel was able to help supply, and the opinions
09:12:55 around this chart are based on my information within
09:12:59 my report.
09:13:01 Q So I guess my question then would be, when
09:13:05 you were given this information, how did you calculate
09:13:07 the cumulative frequency distributions in this chart?
09:13:12 A So if you were to take a look at this chart
09:13:14 and you would consider that you're looking at 100
09:13:17 titles, if you go up the lines that says one, of those
09:13:22 hundred titles, a hundred of them would have a
09:13:25 Metacritic score of 59.
09:13:26 If you were to go to the left of the chart
09:13:28 and if you look at those same hundred titles and
09:13:32 you're looking at exclusive and nonexclusive to the
09:13:35 code on -- or the legend on the chart, blue would be
09:13:39 exclusive, the green would be nonexclusive.
09:13:43 If you were to look to the left of the chart
09:13:45 at a Metacritic score which would be 87, for example,

09:13:51 10 percent of them, which are exclusive, would have
09:13:55 that score and, you know, a very small fraction of the
09:13:59 nonexclusive would have that 87 score.
09:14:01 Q Okay. But when you referred to a hundred
09:14:04 titles, do you know how many titles are actually
09:14:07 included -- is it a hundred titles that are included
09:14:10 in this chart or not?
09:14:14 A The average was based on looking at 100
09:14:17 titles.
09:14:19 Q Okay. And let me ask you, how many golf
09:14:24 video games would you say are in the market right now?
09:14:27 A I couldn't tell you exactly how many golf
09:14:32 video games are in the market at this point in time.
09:14:35 Q Is there more than one game that simulates
09:14:39 playing golf in the market?
09:14:40 A It depends what kind of games you would be
09:14:43 looking at. You know, there's -- you could consider
09:14:49 Wii games. You can look at Tiger Woods golf. There
09:14:56 would be a number of games you could look at.
09:14:57 Q Are there a number of games that are similar
09:14:59 to the Tiger Woods golf game?
09:15:02 MR. O'MARA: Objection. Vague and ambiguous.
09:15:05 THE WITNESS: I don't understand the
09:15:06 question.
09:15:06 BY MR. PAYNTER:

09:15:07 Q Are there other games that simulate playing
09:15:10 golf in the manner that the Tiger Woods game does?
09:15:13 MR. O'MARA: Objection. Vague and ambiguous.
09:15:14 THE WITNESS: I don't understand that
09:15:16 question.
09:15:16 BY MR. PAYNTER:
09:15:16 Q What's unclear about that question?
09:15:23 A Exactly what would you -- in terms of how
09:15:25 precise of golf -- how would you explain golf to the
09:15:30 point -- there are Wii games, and there are Tiger
09:15:35 Woods games. Both of them simulate golf, so I'm not
09:15:39 sure in your question.
09:15:40 Q Can you give me some of the titles that you
09:15:42 remember of golf games, either the Wii games or the
09:15:47 Tiger Woods games?
09:15:49 A I can -- you know -- the Tiger Woods, the one
09:15:53 that come to memory immediately would be Wii sports.
09:15:58 Q Okay. And you have Tiger Woods games
09:16:02 categorized as exclusives, correct?
09:16:06 A Tiger Woods games would be categorized as
09:16:11 exclusives.
09:16:12 Q Even though there are other golf games in the
09:16:14 market?
09:16:15 A I am not -- to my memory, I can't recall all
09:16:25 of the golf games that are in the market.

09:16:27 Q But there are other golf games in the market?
09:16:30 A There are other golf games in the market.
09:16:32 Q So why do you have the Tiger Woods game here
09:16:36 in this chart as exclusive?
09:16:37 A That was considered one of the ones we
09:16:40 took -- that I took into account as an exclusive.
09:16:43 Q Why?
09:16:43 A Because of the nature of the game.
09:16:53 Q Can you tell me what about the nature of the
09:16:57 Tiger game made you categorize it as an exclusive even
09:17:02 though there are other golf games in the market?
09:17:04 A That the game would be -- because of the
09:17:08 Tiger Woods license.
09:17:12 Q EA had an exclusive agreement with John
09:17:16 Madden, correct?
09:17:18 A That is correct.
09:17:20 Q And had that exclusive prior to 2005,
09:17:24 correct?
09:17:27 A Prior to 2005, there was an arrangement with
09:17:32 John Madden, yes.
09:17:33 Q And it was exclusive, correct?
09:17:35 A To the best of my memory, yes, that was
09:17:40 exclusive.
09:17:41 Q So since Electronic Arts had an exclusive
09:17:46 agreement with John Madden in 2004, would you

09:17:50 categorize the Madden NFL '05 game as an exclusive?
09:17:53 MR. O'MARA: Objection. Assumes facts not in
09:18:01 evidence.
09:18:01 Only if you know.
09:18:02 THE WITNESS: I'm not an expert in licensing,
09:18:04 and that is not the scope of what I did in my report.
09:18:09 BY MR. PAYNTER:
09:18:09 Q So you didn't choose which games were
09:18:11 exclusives and which games weren't exclusives?
09:18:16 A The report was put together based on
09:18:19 explaining the Metacritic scores and how the
09:18:22 Metacritic scores have impact on the success of games.
09:18:26 The chart was put together with help of counsel.
09:18:29 Q So you have no basis for telling me what --
09:18:33 how the games were categorized as exclusive or
09:18:37 non-exclusives, correct?
09:18:38 A I could not give you the details of that, no.
09:18:43 Q So you have no idea why the FIFA Soccer game
09:18:47 is included as an exclusive, even though there are
09:18:49 other soccer games in the market, correct?
09:18:52 A The purpose, as I reported -- as I talked
09:18:56 within my report, was to illustrate Metacritic scores
09:19:00 and their impact on the success of games.
09:19:06 Q Isn't the purpose of this chart to indicate
09:19:08 that exclusive licensing leads to higher Metacritic

09:19:11 scores?
09:19:16 A Exclusive licensing, as I point out in my chart, there was no diminishing quality in my report in the games. And it is to show that there continues to be great quality in the games, and good quality games sell well that have good reviews, which is the basis for Metacritic scores.
09:19:41 Q So correct me if I'm wrong, but you just said that games that have exclusive licenses continue to be high quality games, correct?
09:19:52 A In my report, I point out the fact that high quality games that continue to have innovation and continue to improve for the consumer year after year seem to rate highly on Metacritic scores or reviews.
09:20:08 Q But there's lots of games with high Metacritic ratings that aren't subject to exclusive licenses, correct?
09:20:16 A There are a number of games that do not have exclusive licenses, yes.
09:20:21 Q And also have high Metacritic scores?
09:20:25 A They have high Metacritic scores.
09:20:27 Q So, in your expert opinion, do exclusive licenses cause higher Metacritic scores?
09:20:34 A There is with high Metacritic scores and exclusive, there is an incentive for publisher to

09:20:44 continue to innovate and make sure it's a high quality
09:20:47 game that consumers come back and purchase.
09:20:52 Q Does that not exist for nonexclusive games?
09:20:59 A The goal of the publisher is to continue to
09:21:03 have games that make top ten of the large percentage
09:21:10 of the market.
09:21:10 Q So the goal of the publisher is to have a
09:21:13 high-quality, top-ten game, whether or not that game
09:21:15 is subject to exclusive, correct?
09:21:18 A That would be their goal -- the goal of the
09:21:21 publisher would be to continue to have high-quality
09:21:24 games that would get good consumer reviews as well as
09:21:28 critical review.
09:21:33 Q Now, looking at this chart again, whoever
09:21:39 made this chart categorized Take-Two's MLB game as an
09:21:44 exclusive in 2006 and 2007, correct?
09:21:47 MR. O'MARA: Objection. Mischaracterizes
09:21:49 evidence. Mischaracterizes the chart. It says MLB in
09:21:55 2005.
09:22:00 BY MR. PAYNTER:
09:22:00 Q You can answer the question.
09:22:04 A The goal of the chart was not to go through
09:22:09 the -- what titles were included in terms of exclusive
09:22:12 and non-exclusive. It was to show the impact of
09:22:18 Metacritic scores and the number of titles that had --

09:22:22 that have strong Metacritic and have average
09:22:26 Metacritic.
09:22:28 Q If you look at the note, it says, "Exclusives
09:22:30 are EA's Madden, NCAA Football, FIFA Soccer, Tiger
09:22:35 games and Take-Two's MLB game in 2006 and 2007."
09:22:40 Does that refresh your recollection that,
09:22:42 according to this chart, Take-Two's MLB was an
09:22:45 exclusive in 2006 and 2007?
09:22:47 A Those titles would be included in this data.
09:22:51 Q Which titles?
09:22:53 A The ones -- the ones that are noted, the
09:22:57 exclusive EA's Madden, NCAA, FIFA Soccer, and Tiger
09:23:01 games.
09:23:05 Q Are you aware that the Take-Two license with
09:23:07 the MLB had an exception for Sony?
09:23:11 MR. O'MARA: Sorry? For what?
09:23:13 MR. PAYNTER: For Sony.
09:23:14 THE WITNESS: I -- I'm not aware of that.
09:23:17 BY MR. PAYNTER:
09:23:19 Q If you had been aware of it, would you have
09:23:21 categorized Take-Two's MLB game as an exclusive in
09:23:24 2006 and 2007?
09:23:29 A The point of the chart, once again, would be
09:23:32 to look at Metacritic scores on exclusives and
09:23:37 non-exclusives. What would be included, not included,

09:23:43 would be to look at what those titles were.
09:23:47 Q Okay. So what I'm asking you is, if you know
09:23:52 that the Take-Two MLB license had an exception for
09:23:57 Sony, would you have included the Take-Two MLB game in
09:24:04 2006 and 2007 as an exclusive?
09:24:06 MR. O'MARA: Objection. Assumes facts not in
09:24:07 evidence.
09:24:35 MR. PAYNTER: She can read the question back
09:24:37 to you.
09:24:38 THE WITNESS: Please repeat the question.
09:24:58 (Record read.)
09:24:58 THE WITNESS: I -- I'm not sure if I would
09:25:02 have included the MLB title or not. I don't know the
09:25:05 nature of the arrangement that Take-Two had with Sony.
09:25:12 BY MR. PAYNTER:
09:25:15 Q I don't think Take-Two had an arrangement
09:25:18 with Sony. But Sony was permitted to produce an MLB
09:25:22 game, correct?
09:25:23 MR. O'MARA: Objection. Assumes facts not in
09:25:24 evidence. Calls for speculation.
09:25:32 BY MR. PAYNTER:
09:25:33 Q You can answer.
09:25:34 A I don't have knowledge of that arrangement.
09:25:40 MR. PAYNTER: Can I mark as Exhibit 2 a
09:25:47 printout from Amazon.com.

09:25:47 (Deposition Exhibit 2 was marked for
09:26:00 identification by the court reporter.)
09:26:00 BY MR. PAYNTER:
09:26:00 Q Are you familiar with that title, MLB Show
09:26:07 '07?
09:26:07 A I have seen MLB Show '07 before.
09:26:10 Q So that's a Major League Baseball game that
09:26:14 was released in the period 2005 to 2007, correct?
09:26:19 A It has a picture -- the picture here has "MLB
09:26:25 '07" so it would have been released in the 2007 time
09:26:30 frame.
09:26:30 Q So Take-Two's MLB game in 2006 and 2007
09:26:35 was -- Take-Two didn't have an exclusive license with
09:26:38 MLB in 2006 and 2007, did they?
09:26:43 MR. O'MARA: Objection. Calls for
09:27:06 speculation.
09:27:06 THE WITNESS: I -- in the nature of my work,
09:27:11 I am not aware of the exclusive licenses. I'm not an
09:27:17 expert on the licensing, so I'm not aware of the
09:27:20 licensing.
09:27:21 BY MR. PAYNTER:
09:27:22 Q This chart only covers games released from
09:27:25 2005 to 2007, correct?
09:27:27 A Correct.
09:27:28 Q So would not have taken into account

09:27:31 Take-Two's NFL-branded game ESPN NFL 2K5, correct?
09:27:43 A As I stated before, the purpose of this chart
09:27:46 was to show the Metacritic score's impact on the
09:27:51 exclusive and non-exclusive. To the exact detail of
09:27:55 every title that was included, I worked with counsel
09:27:59 to prepare this, so I do not have all those details.
09:28:04 Q So you have no idea whether this chart
09:28:06 includes ESPN NFL 2K5?
09:28:29 A To the footnote of the actual report, it
09:28:33 states the titles that are included in this chart.
09:28:39 Q And so -- but it also says it includes games
09:28:43 released starting 2005, correct?
09:28:47 A Correct.
09:28:48 Q The ESPN NFL 2K5 game was not released in
09:28:52 2005, correct?
09:29:07 A I don't have those exact details in front of
09:29:10 me.
09:29:10 Q Are you aware that Electronic Arts has an
09:29:12 exclusive for NCAA basketball?
09:29:16 MR. O'MARA: Objection. Assumes facts not in
09:29:17 evidence. That's also vague and ambiguous as to what
09:29:21 you mean by exclusives.
09:29:31 THE WITNESS: Can you -- I don't understand
09:29:32 that question.
09:29:33 BY MR. PAYNTER:

09:29:33 Q Would you consider Electronic Arts to have an exclusive with NCAA basketball games as you use the term "exclusive" in this chart?
09:29:45 A NCAA would be considered an exclusive game.
09:29:52 Q Did EA have an exclusive with NCAA for basketball games from 2005 to 2007?
09:30:04 A To my recollection of the dates of the exclusives --
09:30:13 MR. O'MARA: I'm sorry. I'm going to object. It's still vague and ambiguous. There's been no clarification on what you mean by "exclusives."
09:30:21 MR. PAYNTER: I'm using "exclusive" in the same way that you are using it in this chart.
09:30:32 MR. O'MARA: I'm sorry. What's the question"?
09:30:33 BY MR. PAYNTER:
09:30:34 Q The question is, was there an exclusive between EA and NCAA or their licensing arm for NCAA basketball games for the period of 2005 to 2007?
09:30:46 MR. O'MARA: Objection. Calls for speculation.
09:30:49 THE WITNESS: I do not have all the dates memorized of -- I'm not an expert on licensing arrangements. I do not have all the dates memorized as to when the exclusive happened and when they did

09:31:05 not happen with EA and Take-Two.
09:31:08 BY MR. PAYNTER:
09:31:10 Q Well, okay. I guess I'm a little bit
09:31:14 confused. If you look at the first page of your
09:31:16 declaration --
09:31:18 A Yes.
09:31:18 Q -- and you see Paragraph 1, you said you have
09:31:23 personal knowledge of the matters referred to in the
09:31:27 expert report.
09:31:31 Did you mean that you have personal knowledge
09:31:33 of all the facts discussed in the expert report, or
09:31:36 did you mean just that you personally reviewed and
09:31:39 approved the declaration before filing it?
09:31:43 MR. O'MARA: Objection. Vague and ambiguous.
09:31:44 THE WITNESS: Can you restate the question?
09:31:46 BY MR. PAYNTER:
09:31:46 Q Yes. In Paragraph 1 of your declaration,
09:31:49 when you say that you have personal knowledge of all
09:31:54 matters referred to, did you mean that you have
09:31:56 personal knowledge of all the facts discussed in your
09:31:58 expert report, or do you just mean that you personally
09:32:01 reviewed and approved your expert report before filing
09:32:05 it?
09:32:10 A I wrote the report. The report is reflective
09:32:13 of my opinions. So to the point if you turn to Page

09:32:31 15, to the matter that you are discussing, my
09:32:38 knowledge was in terms of what happens within the
09:32:43 industry in terms of premium next generation games and
09:32:49 their standard launch price and what happened in this
09:32:52 particular instance, as I outline on Page 15.
09:32:56 Q Yes. I understand that Page 15 is based on
09:33:00 your personal conversations with, for example,
09:33:04 Mr. Eibeler.
09:33:04 But putting aside Page 15, when you say you
09:33:08 have personal knowledge of all matters referred to,
09:33:11 you're saying that you personally wrote and reviewed
09:33:14 this report, correct?
09:33:15 A I wrote this entire report. It's based on my
09:33:18 experience and my years in the industry. That is the
09:33:21 reason that I was hired to do this deposition.
09:33:27 Q But you don't necessarily have personal
09:33:29 knowledge of every single fact in this report; you
09:33:33 relied on others for parts of the report?
09:33:37 A As I wrote the report, I did not have access
09:33:42 to every single report that is cited. The majority of
09:33:47 the report is based on my industry expertise. And
09:33:55 counsel helped in terms of additional reports that I
09:33:57 did not have access to.
09:33:59 Q So going back to this chart on Page 43, can
09:34:04 you tell me why EA Sports NASCAR title was not

09:34:10 included in this chart?
09:34:17 MR. O'MARA: If you know.
09:34:18 THE WITNESS: I don't know.
09:34:18 BY MR. PAYNTER:
09:34:19 Q You have no personal knowledge either way?
09:34:20 A No, I do not know.
09:34:22 Q Electronic Arts has -- NASCAR title has
09:34:28 received some very low Metacritic scores; has it not?
09:34:31 MR. O'MARA: Objection. Calls for
09:34:32 speculation. Assumes facts not in evidence. It's
09:34:39 also vague and ambiguous as to "low."
09:34:51 THE WITNESS: I do not have personal
09:34:52 knowledge of every Metacritic score for every game.
09:34:58 MR. PAYNTER: I'm going to hand you a
09:35:00 printout from Metacritic.com and ask that it be marked
09:35:02 as Exhibit 3.
09:35:02 (Deposition Exhibit 3 was marked for
09:35:28 identification by the court reporter.)
09:35:28 BY MR. PAYNTER:
09:35:28 Q Take your time to read it over.
09:35:30 This is a Metacritic score for NASCAR 08 on
09:35:34 the PS3, correct?
09:35:36 A Give me a moment to read that.
09:35:38 Q Sure. Sure.
09:36:06 Just to be more specific, the 57 on the first

09:36:09 page is the Metacritic score of NASCAR 08 on the PS3,
09:36:16 correct?
09:36:23 A It reads NASCAR 08, the title of the document
09:36:29 is Metacritic, and it has a score of 57.
09:36:35 Q Do you have any reason to believe that --
09:36:39 that the 57 is not the Metacritic for NASCAR 08 on
09:36:45 PS3?
09:36:50 A It states 57 on the document.
09:36:52 Q So you have no reason to believe that that is
09:36:55 not the Metacritic score for NASCAR 08 on the PS3.
09:37:04 A It says Metacritic on the document.
09:37:10 Q Now, that is lower than the lowest score on
09:37:14 this chart, correct?
09:37:15 A Yes, the chart starts at score 59.
09:37:21 Q Are you aware that Electronic Arts had an
09:37:24 exclusive with NASCAR during this period?
09:37:29 A I am not aware of every single exclusive that
09:37:35 was in play at that point in time.
09:37:37 Q Are you aware of this one, the one with
09:37:39 NASCAR between Electronic Arts and NASCAR?
09:37:44 A That was not the focus of my report.
09:37:48 Q So you were or you weren't aware?
09:37:50 A I was not aware of.
09:37:51 Q Should NASCAR have been included in this
09:38:01 chart, in your opinion?

09:38:09 A In my opinion, the top -- we were -- we
09:38:13 combine 100 games. It would be the top 100 games.
09:38:18 NASCAR may not have been in that 100 games of
09:38:22 exclusive and non-exclusive licenses.
09:38:25 Q So can you tell me in more detail how the
09:38:29 hundred games that comprised this chart were chosen?
09:38:39 A I could not tell you exactly how the other
09:38:41 games on this chart was chosen.
09:38:47 Q When you say a hundred games, do you mean a
09:38:50 hundred titles?
09:38:50 A A hundred titles.
09:38:51 Q And would you consider each year a separate
09:38:56 title or do you mean -- or is EA Madden NFL one title?
09:38:59 A I don't understand the question.
09:39:02 Q When you're saying it includes a hundred
09:39:04 titles, are you counting each version of Madden NFL as
09:39:09 a separate title, or is the title Madden NFL?
09:39:13 A If you were looking over multiple years, my
09:39:19 professional experience would be, you'd look at Madden
09:39:22 for each of those years.
09:39:23 Q As a separate title?
09:39:24 A As a separate title.
09:39:25 Q You have no idea whether that was done in
09:39:27 this instance with this chart?
09:39:29 MR. O'MARA: Objection. Asked and answered.

09:39:43 THE WITNESS: My professional opinion would
09:39:45 be from 2005 to 2007, each of the Madden titles would
09:39:51 have been included as a separate title.
09:39:55 BY MR. PAYNTER:
09:39:55 Q But in this chart, do you know whether that
09:39:58 is the case or not?
09:39:58 MR. O'MARA: Objection. Asked and answered.
09:40:04 THE WITNESS: My professional experience, if
09:40:07 you were to look at the titles from 2005 to 2007, each
09:40:12 of the Madden titles would have been included.
09:40:14 BY MR. PAYNTER:
09:40:15 Q So I'm not asking about your professional
09:40:17 experience. I'm asking about this chart and whether
09:40:20 in this chart each of the Madden versions was
09:40:26 considered a separate title.
09:40:30 MR. O'MARA: Again, objection. Asked and
09:40:33 answered. She clearly testified that she doesn't
09:40:36 know.
09:40:43 THE WITNESS: Once again, in my professional
09:40:45 opinion, based on the chart being cumulative from 2005
09:40:51 to 2007, each of the Madden titles for each of those
09:40:56 years would have been included.
09:40:57 BY MR. PAYNTER:
09:40:57 Q So counsel just said that you testified that
09:41:00 you didn't know the answer to my question. Would you

09:41:02 agree with that?
09:41:03 A I don't know for sure.
09:41:09 Q Do you know why this chart was limited to
09:41:12 sports games?
09:41:19 A The focus of the report is on sports games
09:41:27 and other top ten titles.
09:41:30 Q But this only included sports games, correct?
09:41:33 A I do not know.
09:41:36 Q Well, if you look at the title, it says,
09:41:38 "Cumulative Frequency Distributions of Metacritic
09:41:40 Ratings for EA and Take-Two League-License Sports
09:41:42 Games," correct?
09:41:46 A Correct. It does say "Cumulative Frequency
09:41:40 Distributions of Metacritic Ratings for EA and
09:41:41 Take-Two League-License Sports Games."
09:41:54 Q So it doesn't include non-sports games?
09:41:56 A I do not know.
09:42:00 Q Let me ask you whether it includes the Harry
09:42:06 Potter game set. Do you know?
09:42:08 A I do not know.
09:42:10 Q Do you know if EA has an exclusive license to
09:42:13 produce Harry Potter games?
09:42:22 A Harry Potter is a title that EA has produced.
09:42:25 The nature of their agreement I do not know. I'm not
09:42:29 a licensing expert.

09:42:30 Q Are you aware that most of the Metacritic
09:42:32 scores for EA's Harry Potter titles are below 70?
09:42:36 A I'm not aware of Metacritic scores for every
09:42:39 title.
09:42:40 Q How about the Harry Potter titles?
09:42:42 A I'm not aware of the Metacritic scores for
09:42:45 every title.
09:42:46 Q I'm asking about the Harry Potter titles,
09:42:49 though.
09:42:49 Are you aware that most of the Harry Potter
09:42:52 titles released by Electronic Arts have Metacritic
09:42:55 scores of below 70?
09:42:58 A I have no idea what the Metacritic scores for
09:43:01 Harry Potter are.
09:43:06 Q Can we talk a little bit about your expert
09:43:09 qualifications?
09:43:11 Can you just describe for me in plain English
09:43:15 the areas in which you have expertise and that you
09:43:20 drew upon in drafting your report?
09:43:23 MR. O'MARA: Objection. Vague and ambiguous.
09:43:31 THE WITNESS: Can you repeat that question?
09:43:32 BY MR. PAYNTER:
09:43:32 Q Sure.
09:43:32 I just want you to describe to me in just
09:43:39 plain English the areas in which you have expertise

09:43:41 and which you drew upon in drafting this report.
09:43:45 MR. O'MARA: Same objections.
09:43:52 THE WITNESS: My file that's in my report
09:43:55 points out that I was responsible for the video game
09:43:58 department at Best Buy for over 16 years, and I relied
09:44:05 upon the expertise of running the $4 billion video
09:44:11 game category and the responsibilities needed to do
09:44:14 that.
09:44:16 BY MR. PAYNTER:
09:44:16 Q What I'm asking you is, what was that
09:44:19 expertise?
09:44:22 MR. O'MARA: Objection. Vague and ambiguous.
09:44:26 THE WITNESS: I don't understand what you're
09:44:27 asking.
09:44:29 BY MR. PAYNTER:
09:44:29 Q Well, this report says that you're an expert,
09:44:31 correct?
09:44:31 A I am an expert, yes, that is correct.
09:44:34 Q What are you an expert in?
09:44:36 A I'm an expert in video game industry.
09:44:39 Q Everything to do with the industry?
09:44:42 A From a broad perspective of how the industry
09:44:47 works I would be considered an expert.
09:44:52 Q Are you an expert economist?
09:44:54 A No, I'm not an expert economist.

09:44:57 Q So you have no expertise in the economics of the video game industry?
09:45:01
09:45:02 MR. O'MARA: Objection. Vague and ambiguous. Misstates the testimony.
09:45:03
09:45:18 THE WITNESS: I'm an expert in the retail perspective of the video game business and how a retailer manages the business and the information to do that.
09:45:20
09:45:24
09:45:25
09:45:26 BY MR. PAYNTER:
09:45:26 Q Anything else? Any other area of expertise that you relied upon in drafting this report?
09:45:36
09:45:38 A All of the information that I, over 16 years, have acquired in terms of my dealing with products, with vendors, with industry reports, just the general understanding of the business.
09:45:42
09:45:46
09:45:51
09:45:58 Q From the retail side?
09:46:00 A And the industry side.
09:46:02 Q So other than the retail side, can you tell me what your expertise is?
09:46:04
09:46:07 MR. O'MARA: Objection. Vague and ambiguous.
09:46:11 THE WITNESS: I don't understand the question.
09:46:12
09:46:14 BY MR. PAYNTER:
09:46:14 Q You can't tell me what your areas of expertise are other than saying you have industry
09:46:16

09:46:18 experience?
09:46:20 MR. O'MARA: Objection. Vague and ambiguous.
09:46:22 Argumentative. Asked and answered.
09:46:45 THE WITNESS: Can we take a break?
09:46:46 BY MR. PAYNTER:
09:46:47 Q Let me just finish this section on
09:46:49 qualifications, and we can take a break.
09:46:54 MR. O'MARA: Can you repeat the question?
09:46:58 BY MR. PAYNTER:
09:46:58 Q I'm asking, can you tell me your areas of
09:47:01 expertise other than just telling that you have
09:47:05 general industry expertise in video games?
09:47:08 MR. O'MARA: Same objections.
09:47:13 You can answer.
09:47:14 THE WITNESS: I ran a multi-billion dollar
09:47:17 business for Best Buy, so part of my responsibilities
09:47:20 were marketing, merchandising, budgeting, and internal
09:47:30 and external advocacy for the game department.
09:47:34 BY MR. PAYNTER:
09:47:35 Q So let me take those one at a time.
09:47:37 You would be an expert in retail marketing,
09:47:39 correct?
09:47:40 A Retail marketing would be an expertise, yes.
09:47:49 Q But not marketing from a non-retail
09:47:52 perspective, correct?

09:47:53 MR. O'MARA: Objection. Vague and ambiguous.
09:47:54 THE WITNESS: I don't understand that
09:47:55 question.
09:47:55 BY MR. PAYNTER:
09:47:55 Q You said you are an expert in retail
09:47:58 marketing. Are you an expert in video game marketing
09:48:01 that is not on the retail side?
09:48:03 A Part of being an expert in retail marketing
09:48:07 would be to understand all components of marketing.
09:48:11 Q How about budgeting? Are you an expert in
09:48:15 budgeting other than retail budgeting?
09:48:17 A I don't understand the question.
09:48:21 Q You said you are an expert in budgeting,
09:48:24 correct?
09:48:24 A Part of the responsibilities of being a
09:48:28 merchant in running a large category is understanding
09:48:33 the financials, so that would be budgeting in general.
09:48:37 Q Are you an expert in the way game developers
09:48:43 like Electronic Arts budget for titles?
09:48:47 MR. O'MARA: Objection. Vague and ambiguous.
09:48:49 THE WITNESS: I don't understand the
09:48:50 question.
09:48:51 BY MR. PAYNTER:
09:48:51 Q What's unclear with that question?
09:48:55 A Are you asking if I know how the exact -- how

09:48:59 they do all of their financials and what financials
09:49:01 are produced?
09:49:02 Q Yes.
09:49:02 A I have no idea what their budgeting process
09:49:06 is.
09:49:08 Q Okay.
09:49:10 A I would -- I would assume they use the same
09:49:13 accounting principles that everybody else does, but I
09:49:15 don't know their budgeting process.
09:49:17 Q Would you consider yourself an expert in
09:49:19 accounting?
09:49:20 A I don't have an accounting degree.
09:49:22 Q So you wouldn't consider yourself an expert
09:49:24 in accounting?
09:49:25 A I am not an expert in accounting.
09:49:28 Q How about statistics, would you consider
09:49:31 yourself an expert in statistics?
09:49:33 A I'm not an expert in statistics.
09:49:35 Q And you are not an expert in economics
09:49:38 either, correct?
09:49:39 MR. O'MARA: Objection. Vague and ambiguous.
09:49:41 Asked and answered.
09:49:48 THE WITNESS: I'm not an expert in economics.
09:49:50 BY MR. PAYNTER:
09:49:50 Q Okay. So you're not attempting in your

09:49:53 expert report to define a market as that term is used
09:49:57 in economics, correct?
09:49:59 A I don't understand your question.
09:50:01 Q I'm asking if your report -- are you
09:50:08 attempting to define a market as that term is used in
09:50:14 economics?
09:50:15 MR. O'MARA: Objection. Asked and answered.
09:50:23 Objection. Calls for a legal conclusion.
09:50:35 THE WITNESS: I'm not an expert in economics.
09:50:39 BY MR. PAYNTER:
09:50:39 Q So my follow-up question is, just to make
09:50:42 sure I understand, you're not attempting to define a
09:50:46 market as that term is used in economics, correct?
09:50:50 A I don't understand that question.
09:50:52 Q What's unclear about it?
09:50:53 A I don't understand the question.
09:50:57 Q What don't you understand about the question?
09:51:00 A Maybe you can explain what the point of the
09:51:02 question is.
09:51:04 Q I could, but I'm not going to. I'll just ask
09:51:07 it again, which is, in your report, are you attempting
09:51:10 to define a market as that term is used in economic
09:51:16 analysis?
09:51:19 A My report is my opinions based on my
09:51:24 experience in terms of how marketing, merchandising

09:51:34 happens from a retail perspective in the game
09:51:40 industry.
09:51:40 Q So it is not an attempt to define a market as
09:51:43 that term is used in economics, correct?
09:51:46 A I'm not familiar with that term.
09:51:50 Q So you have no idea, then, either way?
09:51:53 A I'm not familiar with that term.
09:51:55 Q Have you ever published any articles in
09:52:01 scientific or economic publications?
09:52:06 A I have never published any articles in
09:52:09 scientific or economic publications.
09:52:12 Q Other than Electronic Arts, have you been
09:52:15 engaged as a consultant with any other video game
09:52:21 developers since leaving Best Buy in March of 2009?
09:52:24 A I have worked with a number of different
09:52:26 individuals across the gaming industry.
09:52:30 Q You said individuals.
09:52:32 Were any of these individuals video game
09:52:36 publishers or developers?
09:52:37 A Video game publishers, yes, and video game
09:52:40 developers.
09:52:40 Q So other than Electronic Arts, can you tell
09:52:42 me the video game publishers or developers that you
09:52:47 have consulted with since leaving Best Buy?
09:52:54 [redacted]

[redacted]

[redacted]

[redacted]

09:56:21 Q You relied on a very large number of internal Electronic Arts documents in your report.

09:56:29 Can you tell me how you chose those documents?

09:56:31 A Those documents were chosen with the help of counsel in terms of requests in terms of things that were needed.

09:56:44 Q So you sent a request, and then they gave you the documents that you needed?
09:56:49 A No. My report is my experience and based on the areas that I felt were important to focus on documents to help support those points.
09:57:04 Q So I guess what I'm trying to focus on is how did you choose those documents.
09:57:13 A Based on my expertise in terms of documents that have been used in the past.
09:57:20 Q Used in the past by whom?
09:57:22 A By myself within my business over the 16 years of managing a video games business.
09:57:30 Q So there was the universe of documents that you -- Electronic Arts documents that you looked through?
09:57:34 A There was a universe of documents.
09:57:37 Q And you chose these documents?
09:57:39 A The documents were collaborative in terms of they supported the points that came up when I put my opinions together.
09:57:47 Q What do you mean by collaborative?
09:57:50 A They were documents that supported my points.
09:57:54 Q Right. But when you said it was collaborative, what do you mean?
09:57:58 MR. O'MARA: Objection. It was asked and

09:58:00 answered.
09:58:03 THE WITNESS: They were documents that
09:58:05 supported the points that I expressed in my report
09:58:09 based on my experience.
09:58:10 BY MR. PAYNTER:
09:58:11 Q Right. I guess -- I'm not trying to ask
09:58:13 trick question, but what I'm trying to get at is, did
09:58:16 you have a universe of documents and you picked these,
09:58:19 or did you ask counsel or your staff or someone else
09:58:23 for specific documents and they found them for you?
09:58:26 A There was a universal amount of documents and
09:58:32 the ones that supported my points.
09:58:34 Q So what was that universe of documents that
09:58:37 you reviewed?
09:58:37 MR. O'MARA: Objection. It's outside the
09:58:39 scope of discovery. There's a stipulation that puts
09:58:43 that question out of bounds. Stipulation in court
09:58:48 order said documents not relied on in her report are
09:58:53 not subject to discovery and deposition questions.
09:58:54 MR. PAYNTER: I think I'm allowed to ask her
09:58:57 how she chose the documents that she relied on.
09:58:59 MR. O'MARA: Fair enough. And she answered
09:59:01 that question.
09:59:05 MR. PAYNTER: Let's take a break, and we can
09:59:07 come back.

09:59:08 (Recess taken from 9:58 a.m. to 10:10 a.m.)
10:10:39 MR. PAYNTER: Back on the record.
10:10:42 Q So let me ask you again, because I think I'm
10:10:45 entitled to ask this question.
10:10:46 Can you tell me the entire universe of
10:10:49 Electronic Arts documents that you had access to from
10:10:51 which you chose the documents in this expert report?
10:10:54 MR. O'MARA: Objection. It's outside the
10:10:56 scope.
10:11:00 Stuart, how is that in compliance with the
10:11:02 court order on discovery?
10:11:04 MR. PAYNTER: Can you point to me -- if you
10:11:06 need a copy, I can give it to you -- the paragraph
10:11:09 that you think applies then?
10:11:13 MR. O'MARA: Can you hand me a copy?
10:11:15 MR. PAYNTER: Yeah, sure.
10:12:07 MR. O'MARA: By my reading of it, it's clear.
10:12:11 On Paragraph 2, it says, "The following
10:12:11 categories of data, information, or documents need not
10:12:13 be disclosed by any party, and are outside the scope
10:12:16 of permissible discovery (including deposition
10:12:18 questions)."
10:12:19 It talks about any notes or writings and then
10:12:23 it even says down in D, which is a subparagraph of 2,
10:12:29 including deposition questions, it specifically says,

10:12:34 "Other data or information that may have been
10:12:36 considered by an expert but was not relied on by the
10:12:39 expert in forming her or his opinions need not be
10:12:41 disclosed or produced."
10:12:42 MR. PAYNTER: Right. But can you read the
10:12:44 rest of that paragraph, the paragraph you were reading
10:12:51 from?
10:13:11 MR. O'MARA: Yeah. It says nothing in this
10:13:13 paragraph shall be construed to prevent subsequent
10:13:14 deposition questions with respect to any data or
10:13:17 non-privileged information that may be relevant to the
10:13:18 substance of the expert's opinion.
10:13:20 MR. PAYNTER: So it doesn't have to be
10:13:21 disclosed, but I can ask her about it in deposition,
10:13:24 right?
10:13:25 MR. O'MARA: I don't think so. Otherwise it
10:13:27 wouldn't say "including deposition questions."
10:13:31 MS. SCARLETT: We're interested in the actual
10:13:34 identification of the documents that she considered
10:13:35 but not relied on.
10:13:37 MR. PAYNTER: I just want to know the
10:13:38 universe -- the procedure by which she chose the
10:13:42 documents.
10:13:42 MR. O'MARA: That's fine.
10:13:44 BY MR. PAYNTER:

10:13:44 Q Can you tell me the universe of documents
10:13:46 that you had in your possession --
10:13:47 MR. O'MARA: Wait. But that's different than
10:13:48 what the procedure is.
10:13:54 MR. PAYNTER: Let me ask the question, and
10:13:55 then we can decide whether it is or not.
10:13:58 Q Can you tell me the universe of Electronic
10:14:01 Arts internal documents that you had in your
10:14:03 possession and from which you chose the documents you
10:14:06 relied on in this report?
10:14:09 MR. O'MARA: I think it's outside the scope
10:14:12 and I'm happy to stipulate that the universe of
10:14:17 documents was --
10:14:19 MR. PAYNTER: I don't want a stipulation. I
10:14:21 want either her to answer the question, or you to
10:14:26 instruct her not to answer the question.
10:14:27 MR. O'MARA: I'm happy to stipulate what the
10:14:29 answer is, but subject to that, I think it's outside
10:14:32 the scope based on the stipulation in court order on
10:14:36 discovery.
10:14:36 MR. PAYNTER: So are you instructing her not
10:14:38 to answer the question? If you want, just tell me
10:14:48 but --
10:14:48 MR. O'MARA: You can answer to the extent you
10:14:51 know or recall.

10:14:53 THE WITNESS: The report is reflective of my
10:14:57 opinions, my experience, information I sought during
10:15:02 16 years plus, even beyond that, my 30-year career at
10:15:06 retail. And the reports are in the back of the
10:15:11 document that were used, and they were to illustrate
10:15:13 the points throughout the report.
10:15:15 BY MR. PAYNTER:
10:15:16 Q Right. I'm asking you, can you describe for
10:15:19 me the universe of Electronic Arts documents that you
10:15:23 had in your possession from which you chose the
10:15:27 documents you relied upon?
10:15:32 A I don't understand the question.
10:15:36 Are you asking all of the reports that I
10:15:39 listed here that were looked at and some of them were
10:15:43 used to illustrate my points within the report?
10:15:48 Q Let me ask it this way:
10:15:50 Other than the Electronic Arts documents
10:15:55 specifically cited in your report, were you provided
10:15:57 with any other Electronic Arts documents?
10:16:01 A All of the documents that I utilized are
10:16:06 listed in the report.
10:16:10 Q That's what I was asking.
10:16:12 So you didn't have any other documents from
10:16:14 Electronic Arts, other than the ones that are in the
10:16:16 report, correct?

10:16:19 A Yes. All of the reports are listed in the
10:16:23 document.
10:16:24 Q Right. So just to clarify, you didn't have
10:16:26 or don't have in your possession any other internal EA
10:16:31 documents, other than the ones that are listed in your
10:16:35 expert report, correct?
10:16:36 A All the EA documents are listed in the
10:16:38 report.
10:16:39 Q All the ones that you had in your possession?
10:16:41 A All the EA documents that I saw are listed in
10:16:46 the report.
10:16:46 Q Okay. And you didn't choose, though; they
10:16:53 were just provided to you?
10:16:56 A The documents that are in the report support
10:16:58 the points that I made in the report. They're
10:17:03 illustrative of my points.
10:17:05 Q Right. And you yourself did not choose those
10:17:09 documents, correct; you were just provided with them?
10:17:11 MR. O'MARA: Again, I'm going to object that
10:17:13 this whole line of questioning is outside the scope of
10:17:16 permissible discovery in the stipulation of court
10:17:19 order. That's been asked and answered a number of
10:17:23 times.
10:17:33 BY MR. PAYNTER:
10:17:33 Q You could answer, unless he instructs you not

10:17:36 to.
10:17:38 A All of the reports that were used to illustrate my points that are in the document are listed in the document.
10:17:46 Q I understand that. I'm asking you whether you chose them or whether they were provided to you.
10:17:54 A The documents that are listed in the report were given to me by counsel to help support my points.
10:18:08 Q And no other documents from you, correct?
10:18:13 A I have no other documents other than what's listed in the report.
10:18:16 Q Okay. I understand.
10:18:21 Let me ask you, I think, a pretty basic question, which is, you used the term "premium game" and "premium games" a lot in your report.
10:18:31 If I were to give you a newly-released video game that just hit the shelves of retailers, can you tell me the principles and methods that you would use to determine whether it was a premium game?
10:18:45 A If you go to my report, Page 4, 5, and even into 6 and 7, based on my experience, the industry practice for premium games on next generation systems, which would have been Xbox 360, PS3, and Wii, came out at an industry standard price, and I illustrate that on Page 5.

10:19:17 Q I understand that. I think you're jumping ahead a little bit. I want to back up and just start out with my hypothetical; which is, if I were to give you a newly-released video game that just hit the shelves of retailers, could you tell me the principles and methods that you would use to determine whether that game was a premium game?
10:19:41 A Premium games, within my experience, are new games or next generation systems. So that would be for Xbox 360, PS3, and Wii.
10:19:56 Q So every new game for next generation system is a premium game?
10:20:01 MR. O'MARA: Objection. Mischaracterizes testimony.
10:20:22 Read the question back, please.
10:20:26 (Record read.)
10:20:26 THE WITNESS: In my report, in my experience, premium games are next generation games. So Xbox 360, PS3, and Wii.
10:20:44 BY MR. PAYNTER:
10:20:44 Q So that's why I'm asking. Your testimony is that every new game that is released for the Xbox 360, the PlayStation 3, or the Wii is a premium game?
10:20:56 MR. O'MARA: Objection. Mischaracterizes testimony.

10:21:06 THE WITNESS: I don't understand your
10:21:08 question.
10:21:09 BY MR. PAYNTER:
10:21:09 Q Well, I guess I'm trying to get you to define
10:21:13 what a premium game is.
10:21:18 A A premium game, from my experience -- and
10:21:24 I -- there are the games -- the titles that release
10:21:29 for next generation systems is how I utilize "premium
10:21:34 games" in my report.
10:21:35 Q So are there any titles that release for next
10:21:39 generation systems that are not premium games?
10:21:43 A There is a category which I referred to, and
10:21:48 I show illustrations within my report that would be
10:21:50 considered value games.
10:21:53 Q So my question to you, then, if I were to
10:21:57 give you a newly-released video game that just hit the
10:22:01 shelves of retailers, can you tell me the principles
10:22:04 and the methods by which you would use -- which you
10:22:07 would use to determine whether that video game was a
10:22:11 premium game?
10:22:15 MR. O'MARA: As opposed to a value game, you
10:22:18 mean?
10:22:18 MR. PAYNTER: As opposed to whatever other
10:22:21 games that are out there.
10:22:22 THE WITNESS: The majority of games as a

10:22:27 retailer that are presented would be considered
10:22:28 premium games.
10:22:31 BY MR. PAYNTER:
10:22:32 Q But some aren't, correct?
10:22:33 A As to the point other than value games.
10:22:38 Q Again, my question is, if I gave you a
10:22:41 newly-released video game that had just hit the
10:22:44 shelves of retailers, can you tell me the principles
10:22:47 and methods that you would use to determine whether it
10:22:50 was a premium game?
10:22:51 A Well, one -- as a retailer, one would look at
10:22:58 the marketing budget and the positioning of that
10:23:02 particular game.
10:23:04 Q So you would look at the marketing budget?
10:23:08 A Right.
10:23:08 Q So that's the first thing.
10:23:11 What type of marketing budget does a premium
10:23:13 game usually have?
10:23:15 A I'm not an expert on marketing budgets, but
10:23:19 within my report, as I say, the goal of the publisher
10:23:23 is to be in that top-ten title range, so all new
10:23:29 releases they would focus on to make sure that the
10:23:33 quality and the innovation and the marketing were
10:23:36 there to do that.
10:23:40 Q So if I gave you a video game and you were

10:23:45 trying to determine whether it was a premium game, you
10:23:48 would look at the marketing, the quality, and the
10:23:51 innovation; is that correct?
10:23:53 A Well, it would be the publisher's positioning
10:23:57 of that game.
10:23:59 Q What do you mean by "positioning"?
10:24:02 A Well, they would be positioning it as a
10:24:04 premium game or, as pointed out in my report, a lesser
10:24:09 game, which would be considered a value game.
10:24:12 Q So if a publisher positions a premium game --
10:24:16 I'm sorry -- a game as a premium game, you would
10:24:19 consider it a premium game?
10:24:22 A It would be reflective at post -- the sales
10:24:26 would indicate what would need to be done, but the
10:24:31 industry practice is they come out at premium games,
10:24:36 next generation, there's standard industry pricing,
10:24:39 and once they launch, post-launch decisions would be
10:24:43 made as to if they continued to hold that status.
10:24:49 Q If I took a value game and I increased the
10:24:52 marketing budget to the marketing budget of a premium
10:24:56 game, would that make it a premium game?
10:24:58 A No. You don't -- a value game doesn't have
10:25:03 the same R&D, marketing expenses, and is not expected
10:25:09 to be a premium game. It's not merchandised even as a
10:25:16 premium game.

10:25:17 Q So if I were to give you a game, just a
10:25:20 random game that was newly released, in order to tell
10:25:24 me whether it was a premium game, you would need to
10:25:27 know the R&D budget?
10:25:28 MR. O'MARA: Objection. Mischaracterizes
10:25:30 testimony.
10:25:38 THE WITNESS: I would not get into the detail
10:25:41 of the R&D budget. It would be one of the fees as to
10:25:44 the positioning of that game by the publisher.
10:25:51 BY MR. PAYNTER:
10:25:51 Q So if I just gave you a physical copy of a
10:25:54 newly-released game that just hit the shelves of
10:25:57 retailers, based just on having that game in your
10:26:00 possession, you can't tell me whether it's a premium
10:26:03 game, correct?
10:26:07 A That's not practical in terms of what
10:26:09 happens. That's not the reality. The reality is that
10:26:13 a publisher comes in with a marketing plan around a
10:26:17 particular game.
10:26:21 Q The question, though, is, if I were to just
10:26:24 take a newly-released video game and gave it to you,
10:26:26 you have no way of telling me whether that's a premium
10:26:29 game or not, correct?
10:26:31 MR. O'MARA: Objection. Asked and answered.
10:26:33 THE WITNESS: I don't understand the

10:26:34 question.
10:26:38 BY MR. PAYNTER:
10:26:38 Q The question is, if I gave you a newly-released video game that just hit the shelves of retailers, are you able to tell me whether it's a premium game or not?
10:26:50 MR. O'MARA: Objection. Asked and answered.
10:26:54 THE WITNESS: The game that you would give me would be probably for a next generation system, Xbox 360, PS3 or Wii, and it would be probably be priced at industry standard pricing and it would be considered a premium game.
10:27:15 BY MR. PAYNTER:
10:27:15 Q Or it might not be, and then it wouldn't be considered a premium game, correct?
10:27:20 MR. O'MARA: Objection. Vague and ambiguous.
10:27:21 THE WITNESS: I don't understand the question.
10:27:22 BY MR. PAYNTER:
10:27:23 Q When you said it probably would be for the next generation system and it probably would be --
10:27:30 A The vast majority of games that are released are premium games.
10:27:34 Q But some aren't?
10:27:36 A Well, those exceptions would be value games.

10:27:40 Q So I guess what I'm asking you is, if I gave you a video game, a newly-released video game, do you have any way, just based on the video game itself, of telling me whether it's a premium game or a value game?
10:27:53 A The pricing will tell you if it's a premium game or a value game.
10:27:58 Q Anything else?
10:28:00 MR. O'MARA: Objection. Asked and answered.
10:28:04 THE WITNESS: It probably would not be a very good game.
10:28:09 BY MR. PAYNTER:
10:28:09 Q What do you mean by that?
10:28:11 A As pointed out in my report, value games, if you go back to the report, value games are very simplistic and have lower investment, thus a lower retail price point.
10:28:41 Q I guess what I'm getting at is, when you're distinguishing between premium games and value games, do you consider anything other than the pricing?
10:28:52 MR. O'MARA: Objection. Asked and answered.
10:28:56 THE WITNESS: The majority of new releases that launch on next generation, which is Xbox 360, PS3 and Wii, are premium games, the exception being value games which launch usually at 19.99.

10:29:14 BY MR. PAYNTER:
10:29:14 Q So what I'm asking is, if I just gave you a
10:29:18 video game and asked you to determine whether it's a
10:29:21 premium game, you would rely on the pricing, correct?
10:29:27 MR. O'MARA: Objection. Asked and answered a
10:29:28 number of times.
10:29:34 THE WITNESS: The reality of the situation
10:29:36 is, the publisher would give the game, present it, a
10:29:42 premium game would have a marketing plan, would be a
10:29:46 next generation, and the plan would be to launch it at
10:29:50 standard industry pricing. The value game would have
10:29:54 a different scenario, and it would be presented at the
10:29:57 19.99 pricing point.
10:30:00 BY MR. PAYNTER:
10:30:01 Q So I'm just trying to understand your
10:30:02 expertise and your expert methods. If I just gave you
10:30:07 a video game, you have no way of telling me whether
10:30:10 it's a premium game or not?
10:30:13 A If I were to put it into a system and take a
10:30:15 look at it, it would be pretty easy to tell a premium
10:30:19 game versus a value game. As I said, a value game is
10:30:24 much more simplistic and much different than a premium
10:30:28 game.
10:30:28 Q Once you put it into a system, tell me how
10:30:31 you distinguish between premium games and value games.

10:30:35 A As a retailer, myself nor my buyers looked at every single game. We relied on the marketing plan of a particular publisher.
10:30:46 Q And for purposes of this expert report, though, what was your method to determine which games were premium and which games were not premium?
10:30:56 MR. O'MARA: Objection. Assumes facts not in evidence. Mischaracterizes the report.
10:31:09 THE WITNESS: Goes back to my expertise. The majority of the games that launch Xbox 360, PS3 and Wii are premium games that launch at industry standard pricing.
10:31:22 BY MR. PAYNTER:
10:31:22 Q So your testimony under oath to the court is that if you looked at a game on a system and you were able to play the game on a system, you could tell whether it launched at premium pricing?
10:31:36 MR. O'MARA: Objection. That mischaracterizes testimony she just gave. She said she relied on the publishers and the buyers too.
10:31:45 THE WITNESS: As I said before, I would not under oath say that because I do not look at every single game.
10:31:52 BY MR. PAYNTER:
10:31:52 Q Okay. But if you did, if you did look at a

10:31:55 game, could you tell whether it was a premium game or
10:32:02 non-premium game simply by playing it or watching it
10:32:06 be played?
10:32:08 A I would not be able to tell that on every
10:32:11 single game, so I would not want to say I am an expert
10:32:15 of game play as to premium versus non-premium.
10:32:20 Q So you're not an expert on determining which
10:32:23 games are premium and which games aren't premium; you
10:32:27 rely on publishers, correct?
10:32:28 A As I said before, I rely on the publisher's
10:32:32 marketing plan and how they plan to launch the
10:32:38 product.
10:32:38 Q Of the approximately 5,000 video game titles
10:32:43 that are on the market -- let me back up.
10:32:48 You state that there are approximately 5,000
10:32:50 video game titles on the market each year, correct?
10:32:53 A In my report, I quote the 5,000 titles, yes,
10:32:59 that is correct.
10:32:59 Q When you say market, what market are you
10:33:02 talking about?
10:33:03 A All of my opinions are based on my expertise,
10:33:07 which is the U.S. market.
10:33:08 Q U.S. market for what?
10:33:10 A Video games.
10:33:11 Q And so for purposes of this report, did you

10:33:17 assume video games were a single market, or did you
10:33:20 actually determine that video games were a single
10:33:25 market?
10:33:25 MR. O'MARA: Objection. Vague and ambiguous.
10:33:28 THE WITNESS: I don't understand the
10:33:29 question.
10:33:30 BY MR. PAYNTER:
10:33:31 Q Well, the question is, for the purposes of
10:33:33 your expert report, you said the 5,000 games refer to
10:33:38 the video game market.
10:33:40 I'm asking you, did you assume that there is
10:33:44 a market that's limited to video games, or did you
10:33:46 actually determine that this market should define
10:33:56 video games?
10:33:56 A I still don't understand the question.
10:33:58 Q Sure. What's unclear about it?
10:34:01 A I don't refer -- I refer in my report to the
10:34:07 industry, which is the video game industry. I'm not
10:34:10 sure of the terminology that you're using.
10:34:13 Q Well, I believe on Page 12 you said that
10:34:16 there are approximately 5,000 video games, quote, "on
10:34:19 the market."
10:34:22 I'm just asking you -- you told me that
10:34:23 market was video games, so I'm just asking you whether
10:34:27 you assumed that the market was video games or you

10:34:32 actually determined that the market was video games.
10:34:36 A In my report when I mentioned the 5,000 video
10:34:41 games, it goes back to one of the reports that I
10:34:45 relied on, that is in the appendix, of the actual
10:34:49 number of titles that launch in a particular year in
10:34:56 video game industry in the U.S., in North America.
10:34:59 Q So you didn't actually determine that video
10:35:05 games are a single market, did you?
10:35:07 MR. O'MARA: Objection. Calls for a legal
10:35:09 conclusion.
10:35:10 THE WITNESS: I still don't understand what
10:35:13 you mean by that. That's not a terminology that I'm
10:35:18 familiar with.
10:35:18 BY MR. PAYNTER:
10:35:18 Q The answer would be no, right? The answer
10:35:20 would be no, you didn't determine it if you
10:35:24 don't understand the terminology, correct?
10:35:25 A Can you repeat the question?
10:35:26 Q The question is, did you determine that video
10:35:30 games are a single market, or did you just assume that
10:35:34 video games are a single market?
10:35:40 A Once again, I refer to video games as a video
10:35:45 game industry. It's all the software, hardware and
10:35:49 accessories that are sold in the U.S.
10:35:55 Q Okay. In that sense, then, you made no

10:35:58 determination that video games were a single market?
10:36:01 MR. O'MARA: Objection. If you're asking for
10:36:04 a legal conclusion or an economist's conclusion, it
10:36:07 calls for a legal conclusion.
10:36:08 BY MR. PAYNTER:
10:36:09 Q I'm asking her then for --
10:36:13 A I'm not an economist.
10:36:14 Q Okay. So you made no determination that
10:36:18 video games are a single market, correct?
10:36:21 MR. O'MARA: Same objections.
10:36:24 THE WITNESS: I'm not familiar with that
10:36:25 terminology, so to answer from an economist's point of
10:36:30 view, I cannot answer that.
10:36:33 BY MR. PAYNTER:
10:36:34 Q Can you tell me of these 5,000 video game
10:36:37 titles on the market what percentage are premium
10:36:41 games?
10:36:42 A As I cite in my report, my opinion is -- and
10:36:50 I use the 80/20 rule and I also -- if you go to Page
10:36:57 13 of my report, there is limited shelf space. So
10:37:02 5,000 launch -- of the titles that launch, 20 percent
10:37:09 of the titles do 80 percent of the business. So even
10:37:12 if you took the 20 percent of those titles, not all of
10:37:17 those titles would fit on the shelf counts that I
10:37:21 have. So the majority of those titles are premium

10:37:25 titles.
10:37:25 Q But of the 5,000 games, you can't give me a percentage that represent premium games?
10:37:31 A I would say a large percentage of them are premium games if they see the light of day to get on a shelf. A lot of them don't.
10:37:41 Q Can you give me a ball park, then, of the percentage of the 5,000 video game titles that are premium games?
10:37:48 MR. O'MARA: If you know.
10:37:49 THE WITNESS: I don't know that answer.
10:37:57 BY MR. PAYNTER:
10:37:58 Q You state that, looking at Page 2, "All premium games on next generation platforms launch at the same retail price."
10:38:07 Can you tell me the principles or methods that you used to reach that conclusion?
10:38:12 A My experience that is premium games for next generation, which is PS3, Wii -- Xbox 360, PS3 and Wii launch at premium pricing of standard industry pricing.
10:38:32 Q So you didn't actually do any survey or statistical analysis of video games on the market today, correct?
10:38:39 A It would be my experience as a retailer as to

10:38:42 what I did at the retailer that I worked for, Best
10:38:45 Buy, as well as what I saw my competitors do.
10:38:54 Q In determining what is a premium game, if a
10:38:57 publisher launched a $59 price point, you would assume
10:39:01 it was a premium game, correct?
10:39:04 A Premium games launch at the industry standard
10:39:07 pricing, which is 59.99, or Xbox 360, Wii and PS3.
10:39:17 Q Does a non-premium game ever launch at the
10:39:22 $59 price point --
10:39:29 MR. O'MARA: Objection. Vague and ambiguous.
10:39:29 BY MR. PAYNTER:
10:39:29 Q -- for the Xbox 360 and PS3?
10:39:33 A The majority of games are premium games,
10:39:35 except for the other extreme, which are value games at
10:39:39 19.99.
10:39:39 Q What I'm asking you is, do non-premium games
10:39:44 ever launch, in your experience, at 59.99?
10:39:48 MR. O'MARA: Objection. Vague and ambiguous.
10:39:53 THE WITNESS: The majority of games that are
10:39:56 premium games for the new platforms, the next
10:39:59 generation, which are Xbox 360, PS3 and Wii, they
10:40:04 launch at industry standard pricing.
10:40:06 BY MR. PAYNTER:
10:40:06 Q I realize that. I don't know why my question
10:40:09 is confusing.

10:40:14 What I'm asking is, do non-premium games ever
10:40:17 launch at 59.99?
10:40:18 MR. O'MARA: Objection. Asked and answered.
10:40:20 THE WITNESS: Please ask the question again.
10:40:22 BY MR. PAYNTER:
10:40:22 Q Do non-premium games ever launch at 59.99?
10:40:34 MR. O'MARA: Same objection.
10:40:36 THE WITNESS: The majority of games launch at
10:40:39 premium pricing of next generation at the industry --
10:40:45 at the industry standard pricing, which is 59.99.
10:40:49 BY MR. PAYNTER:
10:40:49 Q Okay. I understand that. You said that
10:40:52 multiple times.
10:40:53 But what I'm asking is, do non-premium games
10:40:56 ever launch at 59.99?
10:41:00 MR. O'MARA: Objection. Vague and ambiguous.
10:41:08 THE WITNESS: The majority of games that
10:41:11 launch are premium games.
10:41:14 BY MR. PAYNTER:
10:41:15 Q But focusing on non-premium games, do they
10:41:17 ever launch at 59.99?
10:41:18 MR. O'MARA: Same objection.
10:41:25 THE WITNESS: Majority of games are premium
10:41:27 games that launch at 59.99.
10:41:33 BY MR. PAYNTER:

10:41:33 Q But some games are non-premium games,
10:41:36 correct?
10:41:36 A The majority of games are premium games,
10:41:40 other than the exception of value games.
10:41:43 Q Do value games ever launch at 59.99?
10:41:48 A They would not be called value games if they
10:41:51 launched at 59.99. The value games are 19.99.
10:41:56 Q So if I took a value game that is currently
10:41:59 19.99 and then I launch it at 59.99, would you then
10:42:05 classify it as a premium game?
10:42:10 A It's not a realistic scenario that a
10:42:15 publisher nor a retailer would launch a 19.99 game at
10:42:19 59.99.
10:42:24 Q Focusing on the next generation games, you
10:42:30 told me that there were value games that launch at
10:42:35 19.99 and premium games that launch at 59.99, correct?
10:42:38 A Correct.
10:42:39 Q Do games ever launch at any other prices for
10:42:42 the next generation platforms?
10:42:43 MR. O'MARA: Objection.
10:42:43 Can you read the question again?
10:43:03 (Record read.)
10:43:03 THE WITNESS: Just so we're clear, are you
10:43:06 talking about Xbox 360 and PS3, and are you including
10:43:09 Wii?

10:43:10 BY MR. PAYNTER:
10:43:10 Q For the next generation platforms Xbox 360 10:43:13 and PS3, do games ever launch at a price other than 10:43:21 59.99 or 19.99?
10:43:28 A As I stated in my report, if you go to 10:43:41 Page 7, Paragraph 2, the last sentence, "The only 10:43:56 exceptions are collector's editions."
10:43:57 Q I understand that's the only exception for 10:43:59 premium games. Let's just focus on the value games.
10:44:03 Do value games ever launch for the next 10:44:07 generation platforms at a price other than 19.99?
10:44:11 A The characterization of value games, from my 10:44:15 experience, are 19.99 games. So there could be 10:44:24 exceptions. I have seen exceptions where you might 10:44:28 see a 9.99, so it would be anything that is in that 10:44:36 range of a lower-quality game of a lower value.
10:44:43 Q So value games launch at 19.99 or below; 10:44:47 would that be accurate?
10:44:47 A From my experience, I consider value games 10:44:50 19.99 and below.
10:44:53 Q Are there any games that launch at prices 10:44:56 between 19.99 and 59.99 on next generation platforms, 10:45:03 excluding the Wii?
10:45:06 A You may -- there may be an exception where 10:45:11 the development budget and the expectation of the

10:45:15 sales may not be there, and that would be presented
10:45:17 from the publisher in terms of their deviation from
10:45:23 industry standard.
10:45:24 Q And so those games that deviate from the
10:45:29 industry standard and launch between 19.99 and 59.99,
10:45:33 would you consider those games to be premium games?
10:45:39 A Premium games, as I state, you know, next
10:45:42 generation, the majority launch at 59.99. I would not
10:45:46 consider that a premium game.
10:45:53 Q So you don't consider a game a premium game
10:45:56 unless it's priced at 59.99?
10:45:57 MR. O'MARA: Objection. Mischaracterizes
10:45:59 testimony. She mentioned the collector's edition.
10:46:10 BY MR. PAYNTER:
10:46:10 Q Let me rephrase the question.
10:46:11 You don't consider a game a premium game
10:46:14 unless it is priced at 59.99 or above on the Xbox 360
10:46:20 and PS3 or 49.99 or above on the Wii, correct?
10:46:30 A The majority of the premium games on the next
10:46:34 generation, with the exception being Wii at 49.99,
10:46:41 launch at 59.99.
10:46:42 Q So what I'm asking you is, if it launches
10:46:46 below those prices, you wouldn't consider them a
10:46:49 premium game, correct?
10:46:50 A To my point, the majority of premium are at

10:46:55 those price points. That's industry standard.
10:46:58 Q So that means some that are premium are not
10:47:01 at those price points?
10:47:03 MR. O'MARA: Objection. Asked and answered.
10:47:06 THE WITNESS: The majority launch at the
10:47:08 59.99 for Xbox 360 and PS3 and 49.99 for Wii.
10:47:16 BY MR. PAYNTER:
10:47:16 Q How about the ones that are in the minority,
10:47:20 would you consider those games to be premium games,
10:47:23 the ones that are above 19.99 but below the premium
10:47:27 price points?
10:47:32 A Back to the publisher's positioning, they are
10:47:36 not positioned as premium games.
10:47:40 Q But some are launched in between those price
10:47:42 points, correct? I'm asking you if you would consider
10:47:45 them premium games.
10:47:47 MR. O'MARA: Objection. Asked and answered.
10:48:00 THE WITNESS: The publishers are not
10:48:02 positioning them that way in terms of marketing and
10:48:05 development budget.
10:48:06 BY MR. PAYNTER:
10:48:07 Q I'm asking whether you, as an expert, would
10:48:10 consider them to be premium games.
10:48:15 A They would not be positioned that way, so I
10:48:19 would not consider them premium games.

10:48:22 Q When a publisher does decide to launch a game at a price between 19.99 and 59.99, what are some of the factors that would cause it to do that?
10:48:43 A There are a few examples, and they're lower quality, lower investment, and lower sales expectation.
10:49:01 Q Would competition cause a publisher, maybe, to launch a price at a -- a game at a price between 19.99 and 59.99 on the Xbox 360 or PS3?
10:49:14 MR. O'MARA: Objection. Vague and ambiguous.
10:49:20 THE WITNESS: My experience has not seen that happen.
10:49:27 BY MR. PAYNTER:
10:49:27 Q You've never seen that happen?
10:49:29 A My experience is, all games launch at the premium pricing for next generation being an example, and then once sales takes into play, adjustments are made accordingly.
10:49:48 Q Does determining what is or what isn't a premium game, in your view, require any special expertise, or could your average hard-core gamer do it?
10:50:03 A The marketing and development plans presented as the positioning by the publisher would be dictated in terms of how that game would be positioned in all

10:50:19 next generation games. Premium games launch at
10:50:24 industry standard pricing, and any discounting does
10:50:28 not take place until sales come into play. That has
10:50:32 not been my experience.
10:50:36 Q So in determining what is a premium game, you
10:50:38 told me you rely on the publishers, correct?
10:50:43 A Publisher's positioning, correct.
10:50:44 Q Any gamer could do that as well, correct?
10:50:47 MR. O'MARA: Objection. Vague and ambiguous.
10:50:56 THE WITNESS: Could you repeat the question?
10:50:57 BY MR. PAYNTER:
10:50:57 Q Yeah. I don't think it's complicated.
10:51:01 I guess my original question was, does
10:51:02 determining what is or isn't a premium game require
10:51:04 any kind of special expertise, or could your average
10:51:08 hard-core gamer do it?
10:51:10 MR. O'MARA: Objection. Vague and ambiguous.
10:51:19 THE WITNESS: The, you know, positioning and
10:51:22 marketing as presented by the publisher and then
10:51:26 agreed upon by the retailer are critical in terms of
10:51:30 the resources that are deployed for each. I think
10:51:37 that is a necessary component, in my experience, as to
10:51:41 if it's a premium game or not.
10:51:44 BY MR. PAYNTER:
10:51:44 Q So what I'm asking you is, to determine

10:51:48 whether something is a premium game or not, do you
10:51:51 need any special expertise, or if I talk to a
10:51:56 hard-core gamer, they would be able to tell me what
10:51:59 games are premium and what games aren't premium?
10:52:01 MR. O'MARA: Objection. Vague and ambiguous.
10:52:03 Asked and answered.
10:52:09 THE WITNESS: The expertise would be -- an
10:52:14 experience would be critical as to how the game would
10:52:17 be positioned, both from the publisher and the
10:52:19 retailer, as to a premium game.
10:52:21 BY MR. PAYNTER:
10:52:22 Q But once the publisher and retailer had
10:52:26 positioned the game, could I as a hard -- could any
10:52:30 hard-core gamer distinguish between premium and
10:52:32 non-premium games?
10:52:34 MR. O'MARA: Objection. Vague and ambiguous.
10:52:35 Asked and answered.
10:52:39 THE WITNESS: The industry standard in terms
10:52:42 of premium games launching for Xbox 360 and PS3 at 59
10:52:52 and 49 for Wii is commonly understood by the gaming
10:52:59 community, the consumer. That would be considered, in
10:53:03 my mind, based on my experience, they would consider
10:53:06 that a premium game.
10:53:08 BY MR. PAYNTER:
10:53:08 Q So you don't -- your testimony is you don't

10:53:11 need special expertise to determine what is or isn't a
10:53:14 premium game, correct?
10:53:15 MR. O'MARA: Objection. Mischaracterizes
10:53:17 testimony. Asked and answered.
10:53:30 THE WITNESS: Just as the publisher and
10:53:35 retailer -- you know, all premium games for next
10:53:42 generation are launched at standard industry pricing.
10:53:46 The consumer's familiar with that pricing, from my
10:53:50 experience. That would be their expectation.
10:53:53 BY MR. PAYNTER:
10:53:53 Q So once a game is launched, do you need any
10:53:58 special expertise to determine whether it's a premium
10:54:01 game or not, or could your average hard-core gamer
10:54:06 determine whether it is premium or not?
10:54:08 MR. O'MARA: Objection. Asked and answered
10:54:10 several times now.
10:54:16 If you don't have anything further to add,
10:54:17 you could say you don't have anything further.
10:54:19 THE WITNESS: I don't have anything further
10:54:22 to add.
10:54:23 BY MR. PAYNTER:
10:54:23 Q Maybe I'll try to clarify.
10:54:24 What I'm trying to ask is, once a game has
10:54:27 been launched, so it's in the market, do you need any
10:54:31 special expertise to determine whether it is or it

10:54:35 isn't a premium game, or could your average hard-core
10:54:39 gamer do it?
10:54:41 MR. O'MARA: Objection. Asked and answered.
10:54:47 THE WITNESS: The retailer, the publisher,
10:54:50 and the consumer, based on my experience, would make
10:54:53 the assumption it is a premium game because the
10:54:58 industry standard pricing on PS3 and Xbox 360 would be
10:55:04 59 and on Wii it would be 49. So the assumption of
10:55:10 all parties would be that it is a premium game.
10:55:13 BY MR. PAYNTER:
10:55:14 Q So "all parties" is the consumer, the
10:55:16 retailer, and the publisher?
10:55:18 A The consumer, the retailer, and the
10:55:21 publisher.
10:55:21 Q So if it's priced at 59.99, you assume it's a
10:55:24 premium game, correct?
10:55:26 A The games that are launched at 59.99 for Xbox
10:55:33 360 and PS3 and 49.99 for Wii, the industry standard
10:55:42 is that they would be premium games.
10:55:45 Q So every game that is launched at that price
10:55:48 point, in your view, is a premium game?
10:55:54 A A premium game in terms of the positioning,
10:55:57 that's subjective in terms of once the consumer plays
10:56:00 it and that's where the post-launch discounting comes
10:56:04 into play.

10:56:07 Q So other than price, you yourself do not have
10:56:12 and haven't used any method to distinguish between
10:56:15 premium and non-premium games, correct?
10:56:17 MR. O'MARA: Objection. Mischaracterizes her
10:56:18 testimony.
10:56:20 THE WITNESS: It goes back to the publisher's
10:56:23 positioning on how they want to market and merchandise
10:56:28 that game. The industry standard for premium games
10:56:33 for next generation is, Xbox 360 and PS3 launch at 59
10:56:38 and Wii at 49. That's the industry standard.
10:56:43 BY MR. PAYNTER:
10:56:44 Q In your report, for purposes of
10:56:46 distinguishing between premium and non-premium games,
10:56:48 you simply relied on price points, correct?
10:56:51 MR. O'MARA: Objection. Mischaracterizes
10:56:54 testimony.
10:56:55 BY MR. PAYNTER:
10:56:55 Q At launch.
10:56:59 A Taking into consideration the positioning and
10:57:05 the marketing of the publisher on all next generation
10:57:13 games, PS3, Xbox 360 launch at 59.99 is the industry
10:57:21 standard and on Wii 49.99.
10:57:24 Q Can you just define for me what you mean by
10:57:27 publisher's positioning?
10:57:28 A Their marketing plans, what do they plan to,

10:57:31 in terms of advertising, display in store, TV
10:57:39 commercials, possibly, events, anything to help
10:57:44 support the title.
10:57:50 Q If I took a game at a non-premium price point
10:57:56 at launch and I increased the marketing budget to
10:58:00 premium levels, could I then sell that game at premium
10:58:07 prices?
10:58:07 A My experience is there is a reason why it was
10:58:10 not at premium pricing. It's probably the quality of
10:58:13 the game is not there nor that research and
10:58:18 development has been given to that game.
10:58:26 Q When you say "quality of the game," how do
10:58:29 you, as an expert, measure that quality?
10:58:32 A The consumers continue to expect innovation.
10:58:36 And as I point out in my report, if it's a sequel,
10:58:42 each sequel needs to get consistently better year
10:58:47 after year. It has to maximize the quality in the
10:58:51 system.
10:58:51 Q But you, as an expert, didn't measure the
10:58:54 quality of any games referenced in your report?
10:58:58 A We have to rely, in my experience, on the
10:59:03 expertise of the publisher in terms of explaining what
10:59:07 types of innovations and changes they've made.
10:59:12 Q So you yourself have no ability or would not
10:59:19 be able to take all the games on the market today and

10:59:24 examine their quality and determine whether they're
10:59:27 selling it at a premium price point or not, correct?
10:59:30 A I don't understand the question. Can you
10:59:32 repeat that?
10:59:33 Q Yes. You yourself would not be able to take
10:59:38 all the games on the market today or a random sampling
10:59:42 of those games and determine whether or not they were
10:59:45 selling at a premium price point based on your
10:59:49 examination of the gaming quality, correct?
10:59:52 MR. O'MARA: Objection. Vague and ambiguous.
10:59:55 You're talking at launch?
10:59:59 THE WITNESS: They would have to -- my
11:00:02 earlier point, if they're next generation, they would
11:00:06 have launched at the industry standard pricing. And
11:00:12 if they were on the shelf, the sales would have been
11:00:15 analyzed and the quality would be dictated as to --
11:00:21 this is post-launch -- where their pricing was. So
11:00:25 based on sales -- you know, they're launched as
11:00:30 premium titles, but the rate of sale, if it's not
11:00:33 there, it would be adjusted.
11:00:38 MR. O'MARA: Could we just take another
11:00:40 five-minute break?
11:00:42 MR. PAYNTER: Let me just finish this line,
11:00:47 and then we'll be done. It's a follow-up question.
11:00:48 Q If I give you a random selection of ten

11:00:50 games, could you tell me which of those games are
11:00:53 premium games and which are non-premium games based on
11:00:57 the, quote, "quality of the games"?
11:01:02 A Repeat your question.
11:01:03 Q If I gave you a random selection of 5,000
11:01:10 games on the market, would you be able to tell me
11:01:12 which of those in the random selection are premium
11:01:16 games and which are non-premium games based on the,
11:01:21 quote, "quality of the games"?
11:01:21 MR. O'MARA: Objection. Incomplete
11:01:25 hypothetical.
11:01:26 THE WITNESS: I don't understand that
11:01:27 question.
11:01:27 BY MR. PAYNTER:
11:01:28 Q What don't you understand about the question?
11:01:29 A It's more complicated. There would be other
11:01:33 factors that you would have to look at and I don't
11:01:36 understand -- are you saying would I take those ten
11:01:40 games and play them?
11:01:42 Q Well, I'm asking you.
11:01:47 If I gave you ten games selected at random,
11:01:50 can you tell me which ones are premium games and which
11:01:52 are not premiums game based on the, quote, "quality of
11:01:55 the games"?
11:01:57 MR. O'MARA: Objection. It's an incomplete

11:01:59 hypothetical.
11:01:59 It's not clear to me what you're asking.
11:02:05 She'd look at the price points at launch or that she'd
11:02:08 have access to the publisher's positioning? Are you
11:02:10 asking her whether she'd just play them to look at
11:02:14 them or she'd actually play them?
11:02:16 BY MR. PAYNTER:
11:02:17 Q I'm asking purely about quality.
11:02:23 A I don't understand the question because there
11:02:25 are more factors that would enter into that in terms
11:02:27 of defining quality.
11:02:31 Q Do you have a definition of "quality" that
11:02:33 you would use?
11:02:34 A Well, as pointed out in my report, there's a
11:02:36 number of things that dictate quality: Review scores,
11:02:44 sell-through, consumer buzz. There's a lot of things
11:02:47 that would be taken into consideration. But initially
11:02:52 the majority of the games are launched as premium
11:02:55 games, and post-launch sales are analyzed to see if
11:03:00 discounting is needed.
11:03:01 Q So review scores on, say, Metacritic dictate
11:03:07 quality?
11:03:07 MR. O'MARA: Objection. Mischaracterizes
11:03:08 testimony.
11:03:09 THE WITNESS: Metacritic scores are just one

11:03:11 input. There are multiple inputs.
11:03:13 BY MR. PAYNTER:
11:03:14 Q In fact, Metacritic scores don't dictate
11:03:17 quality at all, right? They're just a reflection of
11:03:20 quality, correct?
11:03:21 A They're a reflection of reviews by game
11:03:24 reviewers.
11:03:25 Q So they don't actually determine game
11:03:28 quality, correct?
11:03:29 A I don't understand the question.
11:03:31 Q Well, Metacritic scores don't determine the
11:03:34 quality of the game; they reflect it, correct?
11:03:38 A Metacritic scores are subjective reviewers as
11:03:42 to their perception of a good game or a poor game.
11:03:47 Q But they don't determine a game's quality,
11:03:50 correct?
11:03:51 A Metacritic scores impact a game sales.
11:03:56 Q But they don't determine its quality?
11:04:00 A I would say Metacritic scores would be a
11:04:04 determiner of -- it would be a reviewer of quality.
11:04:10 Q So getting back to my original question, if I
11:04:14 gave you ten games, would you have any way of telling
11:04:20 me which games have the, quote, "quality" of a premium
11:04:23 game and which games did not have the, quote,
11:04:27 "quality" of a premium game?

11:04:30 MR. O'MARA: Same objections. Incomplete
11:04:32 hypothetical.
11:04:37 THE WITNESS: My expertise is not a game
11:04:40 developer or a designer. I rely on the positioning of
11:04:45 the publishers at sales presentation as to these
11:04:54 games, new titles being premium games that will be the
11:05:01 next generation that will be launched at the industry
11:05:05 standard pricing.
11:05:07 BY MR. PAYNTER:
11:05:07 Q So Electronic Arts is a game publisher,
11:05:09 correct?
11:05:09 A Electronic Arts is a game publisher.
11:05:12 Q So for Electronic Arts' games, you just rely
11:05:15 on the Electronic Arts to tell you what game is
11:05:17 premium and what game is not premium?
11:05:20 MR. O'MARA: Objection. Assumes facts not in
11:05:21 evidence. Vague and ambiguous.
11:05:23 I don't know what games you're even talking
11:05:34 about.
11:05:34 THE WITNESS: There's a lot of input to that
11:05:36 discussion. It would be their marketing plan, it
11:05:41 would be looking at the game, but they would be
11:05:42 highlighting the changes. It would be how they plan
11:05:50 to promote, what are they going to do to partner with
11:05:55 the retailer. So it wouldn't be one component. It

11:05:58 would be many components.
11:06:02 BY MR. PAYNTER:
11:06:02 Q When you were working at Best Buy and to this
11:06:06 day, you relied on the publishers to tell you which
11:06:09 games were premium and which games were not premium,
11:06:13 correct?
11:06:13 A As a retailer, in my experience, we would
11:06:20 work with the publisher on their launch plans and
11:06:25 presentation plans, and post-launch consumer
11:06:30 acceptance would quickly tell you if it's a quality
11:06:33 game or not.
11:06:36 Q Ultimately, then, do consumers determine what
11:06:41 is a quality game or not?
11:06:43 MR. O'MARA: Objection. Vague and ambiguous.
11:06:51 THE WITNESS: Sales is a strong indicator of
11:06:53 quality games.
11:06:57 BY MR. PAYNTER:
11:06:57 Q So, ultimately, consumers determine what is
11:07:01 ultimately a premium game, correct?
11:07:03 MR. O'MARA: Objection. Mischaracterizes
11:07:05 testimony. Vague and ambiguous.
11:07:11 THE WITNESS: Can you repeat the question?
11:07:12 BY MR. PAYNTER:
11:07:14 Q Well, if consumers ultimately determine
11:07:17 quality, right?

11:07:20 MR. O'MARA: Objection. Mischaracterizes
11:07:23 testimony.
11:07:23 MR. PAYNTER: Sorry. Strike that.
11:07:24 Q Consumers ultimately determine what is a
11:07:27 quality game, correct?
11:07:28 MR. O'MARA: Objection. Mischaracterizes
11:07:29 testimony. She said that's just one indicator, sales
11:07:33 were.
11:07:35 THE WITNESS: Sales is one input to the
11:07:37 quality of a game.
11:07:40 BY MR. PAYNTER:
11:07:40 Q Is it one input into what is a premium game?
11:07:44 A Sales is an input to a quality game.
11:07:47 Q So is it an input into what is a premium
11:07:50 game, as you used that term in your report?
11:07:53 MR. O'MARA: Objection. Vague and ambiguous.
11:07:57 THE WITNESS: The majority of games that
11:07:58 release on next generation are premium games, and they
11:08:02 launch at the industry standard pricing.
11:08:04 BY MR. PAYNTER:
11:08:05 Q So actual sales of the game, in your view,
11:08:10 have nothing to do with whether you classify a game as
11:08:13 a premium game or a non-premium game?
11:08:17 MR. O'MARA: Objection. Mischaracterizes
11:08:19 testimony.

11:08:27 THE WITNESS: As noted in my report, many
11:08:30 games are sequels so, in my experience, it would be
11:08:34 easy to look at previous -- previous sequels to have
11:08:43 an indicator of how a game may do or like titles in
11:08:49 the case of if there is a sequel. But sales
11:08:53 eventually will be an indicator in terms of customer
11:08:56 acceptance, as well as other pieces.
11:09:00 BY MR. PAYNTER:
11:09:00 Q Are you familiar with the Arena Football game
11:09:03 that you cite in your expert report?
11:09:05 A Yes, I am familiar with Arena Football.
11:09:09 Q And was that a premium game, in your view?
11:09:12 A That would be -- Arena Football would be an
11:09:17 example where EA did not put a huge research and
11:09:22 development budget into it, and it did not anticipate
11:09:26 that it would have strong sales.
11:09:31 Q Were the graphics inferior to the Madden
11:09:37 game?
11:09:38 A In my experience, if you have a lower R&D
11:09:43 budget, your features, quality of graphics, et cetera,
11:09:47 would be different than a premium -- what would be
11:09:51 considered a premium game.
11:09:53 MR. O'MARA: It's ten after. We're going to
11:09:55 take a break.
11:09:57 MR. PAYNTER: Let's take a five-minute break.

11:09:59 (Recess taken from 11:09 a.m. to 11:20 a.m.)
11:20:52 BY MR. PAYNTER:
11:20:53 Q So picking up where we left off, I was asking
11:20:55 you about the Arena Football game made by Electronic
11:21:00 Arts. Can you tell me whether, in your view, it's a
11:21:05 premium game?
11:21:10 A I'd have to go to that.
11:21:12 Q Page 7.
11:21:13 A Page 7 of the report here.
11:21:18 As I note in my report, EA didn't anticipate
11:21:23 it to have strong sales nor had they put the type of
11:21:30 resources into it in terms of an R&D budget. So they
11:21:35 came to the retailers with a lower price point.
11:21:41 Q So then would you consider it a premium game
11:21:44 or not?
11:21:45 A Premium games on next generation systems, as
11:21:52 I've stated before, for PS3 and 360 were at 59.99 and
11:21:58 Wii at 14.99. Previous to that, if you were to look
11:22:03 at Xbox and PS2, it would have been 49.99.
11:22:08 So if a publisher -- I think in this
11:22:10 particular instance we're referring to PS2 as well as
11:22:17 PS3, so previous generation and next generation, both
11:22:21 of those came out at lower than industry standard
11:22:24 pricing, so it would be considered not a premium game.
11:22:29 Q Because it didn't launch at a premium price?

11:22:35 MR. O'MARA: Objection. Mischaracterizes
11:22:37 testimony.
11:22:39 THE WITNESS: The point of why it was not
11:22:44 launched at a 29.99 price point was, EA positioned it
11:22:53 as being not anticipating to have strong sales and not
11:22:58 of the same quality as their other titles.
11:23:02 BY MR. PAYNTER:
11:23:03 Q But the reason that you, as opposed to EA,
11:23:07 classified it as a non-premium game is because they
11:23:09 didn't launch it at a premium price point, correct?
11:23:15 A As I stated before, it was also the
11:23:17 positioning. When the publisher and the retailer
11:23:21 discussed the particular title as to the launch plans,
11:23:28 it would not be considered a premium game.
11:23:30 Q Is it possible for a publisher to position a
11:23:35 game as a premium game but launch it at a non-premium
11:23:41 price?
11:23:41 MR. O'MARA: Objection. Vague and ambiguous.
11:23:48 THE WITNESS: Could you repeat the question?
11:23:49 BY MR. PAYNTER:
11:23:49 Q Is it possible for a publisher to position a
11:23:52 game as a premium game but still launch it at a
11:23:57 non-premium price?
11:24:00 A I don't believe launching a game as a premium
11:24:04 game and not being a premium game would be realistic

11:24:10 because the publisher would lose credibility with the
11:24:13 retailer in terms of positioning something as a
11:24:16 premium game. Sales would quickly dictate that it
11:24:22 wasn't a premium game.
11:24:23 Q So if you want to determine a publisher's
11:24:28 positioning, you could do it by looking at the price
11:24:31 at which the games released at launch?
11:24:34 MR. O'MARA: Objection. Vague and ambiguous.
11:24:38 THE WITNESS: Can you repeat the question?
11:24:39 BY MR. PAYNTER:
11:24:39 Q If you wanted to determine the publisher's
11:24:44 positioning, you could do it by looking at the price
11:24:49 the game is being launched at; is that right?
11:24:56 MR. O'MARA: Objection. Vague and ambiguous.
11:24:57 THE WITNESS: To my report and to previous
11:25:01 discussion, there are a lot of factors that go into
11:25:05 what is a premium game. So the publisher and the
11:25:09 retailer would look at -- discuss what is the
11:25:14 positioning and marketing plan and, as stated, all
11:25:18 premium next generation games, be it Xbox 360 or PS3
11:25:25 at 59.99 or Wii at 49.99, launch at industry standard
11:25:33 pricing, and the plans to support that would support a
11:25:37 premium title.
11:25:38 BY MR. PAYNTER:
11:25:39 Q So other than positioning and marketing, what

11:25:41 other factors go into determining whether a game is a
11:25:46 premium game?
11:25:48 A In addition to merchandising and marketing to
11:25:52 determine a premium game, one could also look at
11:26:03 other -- like historical -- if it was a sequel,
11:26:08 historically has it performed for that particular
11:26:14 publisher would be another input, but it's
11:26:18 complicated. It's not just looking at the price.
11:26:21 Q So you told me the inputs are positioning and
11:26:24 marketing, merchandising, historical performance if
11:26:27 it's a sequel.
11:26:28 Are there any other inputs that you would use
11:26:30 to determine whether a game is a premium game?
11:26:34 A As I said before, we would see screen shots
11:26:37 or some actual game play, but only as an input.
11:26:42 Q So if I give you two screen shots, how would
11:26:49 you measure whether -- how would you determine whether
11:26:53 one is a screen shot from a premium game versus a
11:26:56 non-premium game?
11:26:57 A I would not have that expertise to do that by
11:27:02 looking at two screen shots. The reality of the
11:27:09 situation is, usually a game developer is there with
11:27:16 the publisher explaining the differences when a new
11:27:20 game is reviewed, why the quality has improved and
11:27:24 what's different about it.

11:27:27 Q So you rely on the information from the publishers?
11:27:31 MR. O'MARA: Objection. Vague and ambiguous.
11:27:34 Rely for what?
11:27:35 BY MR. PAYNTER:
11:27:36 Q Determining whether a game is a premium or a non-premium game.
11:27:44 A In reality, from my experience, that is one of the inputs and the reputation of that particular publisher and their track record.
11:28:03 Q So other than the reputation of the publisher and the track record and the information that the publisher gives you, would there be anything else that you would rely on in determining whether a game is a premium game or not?
11:28:16 A Those are the only things I could think of at this moment.
11:28:25 Q So you make no independent determination yourself whether a game is a premium game or non-premium game?
11:28:34 MR. O'MARA: Objection. Vague and ambiguous.
11:28:36 THE WITNESS: We look at all of those. In my experience as a retailer, we look at all those inputs. So all of those inputs help us make a determination.
11:28:49 BY MR. PAYNTER:

11:28:49 Q All those inputs from the publisher?
11:28:52 A From the publisher and our experience in
11:28:54 dealing with the publisher, other publishers and other
11:28:58 games.
11:29:01 Q So you -- so if I gave you two game titles to
11:29:05 compare side by side, you would -- and one was a
11:29:09 premium game and one was a non-premium game, you could
11:29:12 tell which was a premium game?
11:29:15 MR. O'MARA: Objection. Incomplete
11:29:16 hypothetical.
11:29:20 THE WITNESS: Based on my experience,
11:29:23 strictly looking at a screen shot, you could not do
11:29:29 that in just a screen shot. There would be other
11:29:32 inputs that would be necessary.
11:29:34 BY MR. PAYNTER:
11:29:34 Q By playing the game, you couldn't do it
11:29:36 either?
11:29:38 MR. O'MARA: Objection. Incomplete
11:29:39 hypothetical.
11:29:47 THE WITNESS: As I indicated in my
11:29:48 experience, we didn't play every game.
11:29:53 BY MR. PAYNTER:
11:29:54 Q Have you personally played any of the games
11:29:56 in your expert report?
11:30:00 A I have played some of the games with my son.

11:30:06 Q Which ones would those be?
11:30:09 A My son is a big Madden and NCAA fan.
11:30:13 Q So you've played the Madden and the NCAA
11:30:17 games?
11:30:17 A I have played Madden and NCAA.
11:30:20 Q Looking at your Footnote 5 you say, "The
11:30:24 pricing decision for Arena Football likely factored
11:30:26 into account the lower anticipated demand for the game
11:30:28 at the outset and the corresponding lower R&D budget."
11:30:34 Do you personally know that for a fact?
11:30:39 A Could you clarify your question?
11:30:40 Q Sorry. The sentence where you said, "The
11:30:24 pricing decision for Arena Football likely factored
11:30:26 into account the lower anticipated demand for the game
11:30:28 at the outset and the corresponding lower R&D budget,"
11:30:54 I'm asking you whether you personally know whether
11:31:00 that is the reason for the lower pricing.
11:31:05 A This would be -- in my experience, if a
11:31:10 publisher was to not be solid in terms of their
11:31:19 anticipation of sales, it would be in their best
11:31:24 interest to discuss that with the account in terms of
11:31:30 why they would be making adjustments.
11:31:34 Q So, in other words, they launched it at a
11:31:37 lower price so they would have more people buying it;
11:31:40 is that right?

11:31:40 MR. O'MARA: Objection. Mischaracterizes the
11:31:44 document. Assumes facts not in evidence. Calls for
11:31:53 speculation.
11:31:53 THE WITNESS: They didn't anticipate it to
11:31:56 have strong sales from the get-go.
11:32:02 BY MR. PAYNTER:
11:32:02 Q In your expert opinion, if they launched it
11:32:04 at 59.99, would sales have been the same or less or
11:32:10 more?
11:32:13 MR. O'MARA: Objection. Vague and ambiguous.
11:32:16 THE WITNESS: Can you repeat the question?
11:32:18 BY MR. PAYNTER:
11:32:18 Q I'm saying, if Arena Football had been
11:32:24 launched at, I'll say, 49.99, because I realize now
11:32:27 that this is the PS2 platform, in your experience,
11:32:31 would it have sold more units, the same number of
11:32:37 units, or less units than it actually sold launching
11:32:41 it at 29.99?
11:32:43 MR. O'MARA: Objection. Vague and ambiguous.
11:32:44 Incomplete hypothetical.
11:32:51 THE WITNESS: I don't think that's a
11:32:52 realistic scenario unless it had all of the
11:32:55 positioning and marketing of premium titles for that
11:33:00 generation being PS2 and Xbox. It wouldn't be
11:33:07 realistic that it would do well.

11:33:11 BY MR. PAYNTER:
11:33:12 Q What I'm asking is, if the marketing and positioning were the same, the only difference is that they launched it at 49.99 rather than at 29.99, do you think it would have sold the same number of copies that it sold?
11:33:30 MR. O'MARA: Objection. Vague and ambiguous.
11:33:35 THE WITNESS: Can you repeat the question?
11:33:36 BY MR. PAYNTER:
11:33:36 Q Yes.
11:33:37 Here you say, "The Arena Football title, released in February 2006, was launched at 29.99 on the PS2 and Xbox platforms."
11:33:46 I'm asking you, if instead EA had launched it at 49.99, in your expert opinion, would it have sold the same number of copies?
11:33:56 MR. O'MARA: Objection. Vague and ambiguous.
11:34:02 THE WITNESS: It's hard to answer that question without knowing what their marketing and positioning are. It's not a realistic scenario. They wouldn't position it at 49 unless they had a marketing and positioning plan to support it.
11:34:14 BY MR. PAYNTER:
11:34:14 Q I'm asking you to assume everything. The marketing, the positioning, everything is the same.

11:34:19 The only difference is that instead of launching it at
11:34:22 29.99, it launches it at 49.99, and I'm asking you, in
11:34:27 your expert opinion, if the number of copies sold
11:34:29 would have been the same.
11:34:31 MR. O'MARA: Objection. Vague and ambiguous.
11:34:40 THE WITNESS: If you add all those
11:34:42 components, you're talking about a completely
11:34:44 different game, so I don't think that's a fair
11:34:46 comparison.
11:34:49 BY MR. PAYNTER:
11:34:49 Q So your expert testimony is that just by
11:34:51 changing the price it becomes a completely different
11:34:55 game?
11:34:55 MR. O'MARA: Objection. Mischaracterizes
11:34:57 testimony. That's not what she said.
11:34:59 THE WITNESS: I did not say that to the point
11:35:03 of -- we discussed an additional marketing --
11:35:16 positioning and marketing plan in addition to price is
11:35:20 what I stated.
11:35:21 BY MR. PAYNTER:
11:35:22 Q And my hypothetical was, nothing changes
11:35:25 except for the price.
11:35:27 And what I'm asking you is, if all they did
11:35:30 was to raise the price to 49.99 at launch, would that
11:35:34 have affected, in your expert opinion, the number of

11:35:37 copies sold?
11:35:39 A It's not a realistic scenario.
11:35:45 Q Why is that? Is it because they wouldn't
11:35:48 have sold enough copies to make it profitable at
11:35:52 49.99?
11:35:52 MR. O'MARA: Objection. Calls for
11:35:54 speculation. Vague and ambiguous.
11:35:58 THE WITNESS: You can't just raise a price
11:35:59 without a marketing and positioning plan.
11:36:05 BY MR. PAYNTER:
11:36:06 Q So let's say, then, that they had a marketing
11:36:10 and positioning plan. Could they have sold the Arena
11:36:14 Football game at 49.99 and sold the same number of
11:36:17 copies with an adequate marketing and positioning
11:36:20 plan?
11:36:20 MR. O'MARA: Objection. Vague and ambiguous.
11:36:22 Incomplete hypothetical. Calls for speculation.
11:36:28 THE WITNESS: Once again, it's an unrealistic
11:36:32 scenario because if they would have raised the
11:36:35 marketing and positioning plan, you would have a
11:36:37 completely different game, and their anticipation
11:36:42 would have been completely different.
11:36:44 BY MR. PAYNTER:
11:36:44 Q Why would you have had a completely different
11:36:46 game?

11:36:46 A You would have something different to talk
11:36:49 about in terms of marketing and positioning.
11:36:51 Q Well, let's say they've already made the
11:36:53 game. The game's done. It's been made. It's been
11:36:56 developed. And all they do is raise the price. Do
11:36:59 you have any idea what effect that would have on the
11:37:02 number of copies that they told?
11:37:04 MR. O'MARA: Objection. Incomplete
11:37:05 hypothetical.
11:37:11 THE WITNESS: The retailer, in my experience,
11:37:15 more than likely to the inputs we discussed before,
11:37:21 looking at the marketing and the positioning plan and
11:37:24 screen shots, et cetera, probably would not have
11:37:28 carried the game if it was strictly a matter of --
11:37:34 alls they did was raise the price. The game would be
11:37:39 different. I don't think it's a realistic scenario.
11:37:42 BY MR. PAYNTER:
11:37:42 Q It's not realistic because if they just
11:37:45 raised the price, they wouldn't have sold enough
11:37:47 copies to make it worthwhile for retailers to carry
11:37:50 the game, correct?
11:37:51 MR. O'MARA: Objection. Mischaracterizes
11:37:53 testimony. Assumes facts not in evidence. It's an
11:37:55 incomplete hypothetical.
11:37:59 THE WITNESS: I -- I don't understand the

11:38:03 question. I don't think it's a realistic scenario.
11:38:06 BY MR. PAYNTER:
11:38:06 Q And I'm asking you why it isn't realistic.
11:38:12 A Because in my experience, nobody would -- a
11:38:19 publisher would not strictly raise the price unless
11:38:21 there was some reason for doing so in terms of the
11:38:26 quality of the game, the positioning, the marketing.
11:38:31 Q And the reason is, if they raise the price
11:38:34 without changing anything else, they would sell fewer
11:38:37 copies, correct?
11:38:39 MR. O'MARA: Objection. Vague and ambiguous.
11:38:44 THE WITNESS: Once again, I think it's hard
11:38:46 to comment on that scenario. I think it's
11:38:50 unrealistic.
11:38:50 BY MR. PAYNTER:
11:38:51 Q Once again, I'm asking why is it unrealistic.
11:38:55 Is it unrealistic because if they raise the price
11:38:59 without changing anything else they would sell fewer
11:39:02 copies?
11:39:03 MR. O'MARA: Objection. Vague and ambiguous.
11:39:04 Incomplete hypothetical. Asked and answered.
11:39:17 THE WITNESS: In my experience, it's not
11:39:21 realistic that a publisher would raise the price
11:39:24 without changing the marketing and the positioning and
11:39:29 the features. There's a lot of components.

11:39:43 BY MR. PAYNTER:
11:39:43 Q Let me ask you this:
11:39:44 If Electronic Arts could have sold Arena Football game at 49.99 and sold the exact number of copies, it would have done so, correct?
11:39:54 MR. O'MARA: Objection. Assumes facts not in evidence. Incomplete hypothetical. Calls for speculation.
11:40:03 THE WITNESS: One again, it would be considered -- if they felt that it was a 49.99 title, it would be positioned as a premium game on current generation, at that time it would have been 360 or Xbox and PS2, and all premium games at industry standard was 49.99.
11:40:27 BY MR. PAYNTER:
11:40:27 Q So your testimony, then, is that if Electronic Arts knew that it could sell the Arena Football game at 49.99 and sell the exact number of copies that it would sell at 29.99, it might still launch the game at 29.99?
11:40:47 MR. O'MARA: Objection. It's an incomplete hypothetical. Calls for speculation.
11:40:51 You can answer.
11:40:52 THE WITNESS: Can you repeat the question?
11:40:54 BY MR. PAYNTER:

11:40:54 Q I'm asking you, the original question was, if Electronic Arts knew that it could sell the Arena Football game at 49.99 and sell the exact same number of copies that it would sell at 29.99, it would launch it at 49.99, right?
11:41:12 MR. O'MARA: Objection. Calls for speculation as to what EA would do.
11:41:24 THE WITNESS: I don't know what they would be thinking in terms of doing that. The anticipation, in my experience, of a retailer would be a premium game for that generation would launch at standard pricing, which is 49.99, and it would have the feature sets and the marketing and the positioning to support it.
11:41:48 BY MR. PAYNTER:
11:41:48 Q Okay. So I guess what you're saying is, you don't have any experience or expertise in the internal process within a publisher, like Electronic Arts, that would have led it to launch it at 29.99 price point rather than 29.99 or 49.99 price point for a title like Arena Football?
11:42:10 MR. O'MARA: Objection. Mischaracterizes testimony.
11:42:15 THE WITNESS: Can you repeat that?
11:42:16 BY MR. PAYNTER:
11:42:18 Q You don't have any expertise yourself in the

11:42:21 internal process, internal to the Electronic Arts or
11:42:24 any other publisher, that would lead it to pick a
11:42:29 particular launch price for a game?
11:42:35 MR. O'MARA: Objection. Mischaracterizes
11:42:36 testimony.
11:42:39 THE WITNESS: Alls I know from my experience
11:42:42 is that the expectation of a retailer is premium
11:42:46 games -- and in this particular instance since we're
11:42:51 referring to PS2 -- would be that PS2 and Xbox at that
11:42:57 time, if they were considered a premium game, they
11:42:59 would launch at industry standard pricing, which would
11:43:02 be 49.99.
11:43:03 BY MR. PAYNTER:
11:43:03 Q Okay. So your experience is from a retail
11:43:06 perspective. You don't have experience in the
11:43:09 internal process by which publishers decide which
11:43:12 games they're going to launch at premium price points
11:43:17 and which games they're not going to launch at premium
11:43:20 price points, correct?
11:43:21 MR. O'MARA: Objection. Mischaracterizes
11:43:22 testimony.
11:43:22 THE WITNESS: I'm not sure what you mean by
11:43:24 "process."
11:43:28 BY MR. PAYNTER:
11:43:28 Q Do you know what the internal process at

11:43:32 publishers like Electronic Arts is when they decide a
11:43:35 launch price for a game?
11:43:39 A Alls I can comment on is, my expectation as a
11:43:44 retailer is that a premium title for PS2 or Xbox at
11:43:49 that time would have launched at 49.99.
11:43:56 Q Do you have any firsthand experience with the
11:43:59 internal process at video game publishers by which
11:44:03 they determine the launch prices, or is the experience
11:44:06 that you're relying on based on your experience on the
11:44:10 retail side?
11:44:14 A As I state, my experience would be industry
11:44:17 standard in terms of the expectation of what premium
11:44:22 priced titles launch at both in this instance when
11:44:26 we're referring to last generation and what is
11:44:29 happening with the current generation.
11:44:32 Q But you have no experience in the process by
11:44:35 which a publisher decides whether to launch something
11:44:40 as a premium title or a non-premium title, correct?
11:44:44 MR. O'MARA: Objection. Vague and ambiguous.
11:44:45 Mischaracterizes testimony.
11:44:53 THE WITNESS: I have nothing further to add
11:44:57 other than the expectation from a retail perspective.
11:45:05 BY MR. PAYNTER:
11:45:05 Q Okay. I think that answers my question.
11:45:07 Your testimony is from a retail perspective,

11:45:10 correct?
11:45:10 MR. O'MARA: Objection. Mischaracterizes
11:45:12 testimony. Vague and ambiguous.
11:45:16 THE WITNESS: From a retail perspective, the
11:45:19 expectation is, in this particular instance, PS2 and
11:45:25 Xbox games that were considered premium would launch
11:45:28 at standard industry pricing at 49.99.
11:45:33 BY MR. PAYNTER:
11:45:33 Q And you're not able to tell me the process by
11:45:35 which a publisher like Electronic Arts determines
11:45:38 whether to launch a game like, for instance, Arena
11:45:42 Football as a premium game or as a non-premium game,
11:45:46 correct?
11:45:52 A I have no -- I do not understand or I have no
11:45:58 insight to the process as to -- I want to restate
11:46:08 that. I'm not really sure I understand your question,
11:46:19 so if you could repeat your question.
11:46:22 Q If the answer is no, then the answer is no.
11:46:25 We can move on. If you understand the process, I want
11:46:28 to ask you about it.
11:46:29 The question would be, do you have any
11:46:31 personal knowledge of the internal process by which a
11:46:36 publisher like Electronic Arts determines whether to
11:46:40 launch a game at a premium price point or a
11:46:44 non-premium price point?

11:46:46 A I'm not aware of the internal process.
11:46:53 Q Looking at Footnote 5 where you refer to a lower R&D budget for Arena Football, Arena Football would have -- could have benefitted from the R&D budget via other football games, correct?
11:47:15 A My experience was that it was a completely different style of football game. How they utilized resources internally I have no access to.
11:47:33 Q Are you familiar with the title NFL Head Coach?
11:47:36 A Yes, I am familiar with the title NFL Head Coach.
11:47:42 Q Would you consider NFL Head Coach to be a premium title?
11:47:48 A I am familiar with the title. I don't recall the details of the marketing or positioning plan when that came out.
11:48:03 Q I'm going to hand you a PowerPoint presentation from Peter Moore, EA Sports president, and I'd like to ask that this be marked as Exhibit 4.
11:48:12 (Deposition Exhibit 4 was marked for identification by the court reporter.)
11:48:36 MR. PAYNTER: This is a confidential document, so I presume we'll designate this transcript as confidential.

11:48:54 MR. O'MARA: That will be great.
11:48:56 BY MR. PAYNTER:
11:48:56 Q I'd like you to turn to the page that is
11:48:59 marked --
11:49:03 A Can we pause a minute and look through this
11:49:07 document?
11:49:09 Q Take your time. I can tell you I'm only
11:49:12 going to ask you about the NFL Head Coach page, which
11:49:19 is 10059, but take as much time as you need to to read
11:49:23 through the document.
11:51:01 I think you may be on the page that I want to
11:51:03 talk about, if you are done reviewing it.
11:52:14 Are you finished reviewing?
11:52:17 A Yes.
11:52:17 Q If you look at the page -- I belive you're on
11:52:19 the page that's marked 00010059 titled "NFL Head Coach
11:52:27 09," correct?
11:52:28 A The document reads, "Head Coach 09" and it's
11:52:31 EA00010059.
11:52:36 Q And if you look at the box on the upper
11:52:38 right-hand corner, it states Head Coach is a deep,
11:52:41 premium title. Actually -- sorry. Let me correct
11:52:45 that.
11:52:46 It states, "HC is a deep, premium title."
11:52:53 A The document states that.

11:52:56 Q HC refers to Head Coach, presumably?
11:53:02 MR. O'MARA: Objection. Calls for
11:53:03 speculation.
11:53:06 THE WITNESS: I'm not sure what they meant by
11:53:09 HC.
11:53:11 BY MR. PAYNTER:
11:53:12 Q Well, you don't think it means Head Coach?
11:53:15 MR. O'MARA: Objection. Calls for
11:53:39 speculation.
11:53:39 THE WITNESS: I could not say definitively
11:53:42 but --
11:53:46 BY MR. PAYNTER:
11:53:46 Q Assuming that HC stands for Head Coach, would
11:53:50 you agree with the assessment that it's a deep,
11:53:52 premium title?
11:53:54 MR. O'MARA: Objection. Calls for
11:54:02 speculation.
11:54:02 THE WITNESS: I don't know. I don't know the
11:54:03 context of what this verbiage refers to. I have not
11:54:09 seen the game. I don't know what it's in comparison
11:54:16 to. So alls I can say is, it says, "HC is a deep,
11:54:21 premium game," but in what context, I do not know.
11:54:27 BY MR. PAYNTER:
11:54:27 Q So you have no knowledge as to whether NFL
11:54:32 Head Coach 09 is a premium game or not?

11:54:36 A Based on just this page, I couldn't make a
11:54:40 comment. I don't know.
11:54:46 Q I want you to -- I want to hand you an
11:54:50 exhibit which is a printout from your former employer,
11:54:55 BestBuy.com, and these are newly-released games, I
11:55:03 will represent.
11:55:12 MR. PAYNTER: I'll have this marked as
11:55:13 Exhibit 5.
11:55:13 (Deposition Exhibit 5 was marked for
11:55:27 identification by the court reporter.)
11:55:27 BY MR. PAYNTER:
11:55:28 Q The first game here is Super Street Fighter
11:55:31 IV, correct?
11:55:32 A Yes. The document shows Super Street Fighter
11:55:36 IV as the first game.
11:55:37 Q In your opinion, would that be a premium game
11:55:39 or a non-premium game?
11:56:10 MR. O'MARA: I'm going to object. According
11:56:16 to this document, it hasn't been released yet.
11:56:21 MR. PAYNTER: Correct. This is available for
11:56:23 pre-order.
11:56:44 THE WITNESS: The focus of my report is --
11:56:47 you know, my experience and practice from a retail
11:56:54 perspective, sometimes the online channel is different
11:57:04 than the advertising -- circular channel in terms of

11:57:09 pricing and there can be differences.
11:57:12 BY MR. PAYNTER:
11:57:12 Q So games that would sell at a premium price
11:57:16 on what you'd call the circular channel would
11:57:20 sometimes sell at a non-premium price online?
11:57:24 MR. O'MARA: Objection. Mischaracterizes
11:57:26 testimony.
11:57:35 THE WITNESS: These particular games would
11:57:37 probably be marketed and positioned differently in
11:57:41 store than online.
11:57:43 BY MR. PAYNTER:
11:57:44 Q Okay. I'm just trying to understand exactly
11:57:46 what the differences are.
11:57:47 Do some games sometimes sell for premium
11:57:52 prices in stores but sell for less than premium prices
11:57:57 online?
11:57:58 MR. O'MARA: Objection. It's vague and
11:57:59 ambiguous and incomplete hypothetical.
11:58:08 THE WITNESS: My experience is the -- what
11:58:15 you would see in terms of the expense for the
11:58:19 positioning and the marketing in store and in ad are
11:58:24 completely different than what we see online.
11:58:30 BY MR. PAYNTER:
11:58:32 Q Once again, are there occasions when a game
11:58:35 sells for a premium price in the store but for lower

11:58:42 than premium price online?
11:58:46 MR. O'MARA: Objection. Vague and ambiguous.
11:58:48 Incomplete hypothetical.
11:58:52 THE WITNESS: I would -- my opinion of this
11:58:55 would be that this is a competitive response to an
11:58:58 online retailer.
11:59:00 BY MR. PAYNTER:
11:59:00 Q So these games may sell for a premium price
11:59:05 in the stores but for below premium online?
11:59:10 A There are instances where online will be more
11:59:15 aggressive than in store because of the competitive
11:59:19 nature of the online channel.
11:59:21 Q And so you will get prices that are below
11:59:24 premium prices online, correct?
11:59:26 MR. O'MARA: Objection.
11:59:27 BY MR. PAYNTER:
11:59:28 Q Occasionally, I'm not asking about always,
11:59:32 but you will occasionally get premium price games
11:59:34 priced below premium prices online, correct?
11:59:36 MR. O'MARA: Objection. Vague and ambiguous.
11:59:38 Incomplete hypothetical.
11:59:42 THE WITNESS: My experience would be that
11:59:44 this is a competitive reaction to an online retailer.
11:59:47 BY MR. PAYNTER:
11:59:47 Q So this first game, Super Street Fighter IV,

11:59:53 could be sold at a premium price in the store; is that
11:59:58 correct?
11:59:58 MR. O'MARA: Objection. Calls for
12:00:03 speculation.
12:00:03 THE WITNESS: My experience would be that
12:00:07 Super Street Fighter IV would probably be marketed,
12:00:11 merchandised, and advertised differently in the insert
12:00:17 and in the actual store environment than online.
12:00:17 BY MR. PAYNTER:
12:00:20 Q So it might be marketed as a premium game in
12:00:23 the store?
12:00:25 A Super Street Fighter IV could be marketed as
12:00:29 a premium game in store and in ad.
12:00:37 Q How about the other games on this list? For
12:00:41 example, Dragon Age Origins Awakenings, do you know
12:00:43 whether that is a premium game or not?
12:00:45 MR. O'MARA: Objection. Vague and ambiguous.
12:00:56 THE WITNESS: Once again, to my earlier
12:00:59 comment, I'm not sure on the marketing and positioning
12:01:04 of these, and there can be differences online versus
12:01:09 in store and in ad.
12:01:19 BY MR. PAYNTER:
12:01:19 Q Let me ask you a little bit about the game
12:01:23 Grand Theft Auto. You're familiar with the Grand
12:01:28 Theft Auto title, correct?

12:01:29 A Yes, I'm familiar with Grand Theft Auto.
12:01:31 Q You testified on Page 7 of your report that
12:01:35 Grand Theft Auto adheres to standardized launch
12:01:39 pricing, correct?
12:01:43 A My experience has been that Grand Theft Auto
12:01:46 would be considered a premium title, and on next
12:01:51 generation for PS3 and Xbox 360, it would launch at
12:01:56 standard industry pricing as would it for Wii.
12:02:02 Q Are you aware that Take-Two sometimes offers
12:02:16 additional downloadable missions or chapters for Grand
12:02:24 Theft Auto?
12:02:24 A It is common for software publishers to have
12:02:27 additional content post-launch.
12:02:29 Q These downloadable missions are sold at less
12:02:34 than the price of a full Grand Theft Auto game,
12:02:38 correct?
12:02:38 MR. O'MARA: Objection. Assumes facts not in
12:02:40 evidence.
12:02:41 You can answer.
12:02:44 THE WITNESS: Usually, in my experience, the
12:02:52 additional content is at a lesser price. It's not
12:02:57 considered a full game.
12:02:58 BY MR. PAYNTER:
12:02:58 Q It's a different pricing strategy than the
12:03:00 one used by Electronic Arts in its Madden games,

12:03:05 correct?
12:03:05 MR. O'MARA: Objection. Assumes facts not in
12:03:06 evidence.
12:03:06 THE WITNESS: I don't understand the
12:03:07 question.
12:03:08 BY MR. PAYNTER:
12:03:09 Q Well, the fact that Take-Two offers
12:03:11 additional downloadable missions or chapters for its
12:03:15 Grand Theft Auto game is a different pricing strategy
12:03:20 than what Electronic Arts uses for its Madden game,
12:03:23 correct?
12:03:24 MR. O'MARA: Objection. Assumes facts not in
12:03:25 evidence. Vague and ambiguous.
12:03:35 THE WITNESS: I don't understand the
12:03:36 question.
12:03:39 BY MR. PAYNTER:
12:03:39 Q Is it the same pricing strategy?
12:03:43 MR. O'MARA: Objection. Vague and ambiguous.
12:03:47 THE WITNESS: On the boxed product, my
12:03:49 experience is that the pricing -- I want to restate
12:03:56 that.
12:03:58 My experience on boxed product is that with
12:04:02 Grand Theft Auto and Madden, they would be both
12:04:06 considered premium games. If we're referring to next
12:04:13 generation, so on Xbox 360 and PS3 and Wii, they would

12:04:18 have launched at standard industry pricing.
12:04:20 BY MR. PAYNTER:
12:04:20 Q To your knowledge, has Electronic Arts ever
12:04:22 allowed consumers to purchase belated team rosters and
12:04:26 team uniforms without upgrading to the newest version
12:04:31 of Madden?
12:04:37 A I'm not familiar with what the pricing is
12:04:39 around that. I don't know. I am familiar with the
12:04:42 practice of additional content for other publishers,
12:04:49 and I'm familiar with the example that you bring up of
12:04:52 Grand Theft Auto.
12:04:54 Q Are you familiar with the title Grand Theft
12:04:57 Auto episodes from Liberty City?
12:04:59 A Yes, I am familiar with Grand Theft Auto
12:05:03 episodes from Liberty City.
12:05:07 Q And would you consider that to be a premium
12:05:09 game?
12:05:14 A If you're referring to the full-box product,
12:05:18 yes, I would consider it a premium game if it were
12:05:25 launched as a premium full game. But the name is
12:05:30 familiar. The particulars of how robust that game
12:05:37 was, I don't know right at this moment.
12:05:39 Q So just to be clear, I'm referring to a
12:05:43 launch as a packaged good that you buy in a Best Buy
12:05:49 store. Does that help you answer the question of

12:05:51 whether you would consider it a premium game?
12:05:55 A You're not referring to the additional
12:05:57 content, but the full packaged game?
12:06:01 Q Yes. Actually if you go back to the Best Buy
12:06:10 pre-order list where it's listed there as a packaged
12:06:15 game.
12:06:15 A This one right here?
12:06:16 Q Yes. So it's sold as a packaged good. So
12:06:21 what I'm asking is, would you consider it to be a
12:06:24 premium game?
12:06:34 A Because this game releases on 3/30/2010, I
12:06:37 don't have all of the -- because I'm not in chair at
12:06:41 this point and I don't know the particulars of the
12:06:43 positioning and marketing plan, I would have to
12:06:47 speculate at this point.
12:06:52 Q So even though it appears that it's being
12:06:56 launched at 39.99, it could be a premium game,
12:07:00 correct?
12:07:00 MR. O'MARA: Objection. Assumes facts not in
12:07:01 evidence. Mischaracterizes the document.
12:07:15 THE WITNESS: As I stated, I'm not familiar
12:07:16 with the marketing plan. I can only make assumptions
12:07:19 based on seeing only a segment of the overall
12:07:24 strategy.
12:07:25 BY MR. PAYNTER:

12:07:25 Q Are you familiar with the LEGO Star Wars games?
12:07:29 A I'm familiar with the name, yes.
12:07:34 Q Are you familiar with the LEGO Star Wars and LEGO Star Wars II?
12:07:39 A I'm familiar with the names, yes.
12:07:42 Q Are you aware that their sales approached the levels of Madden?
12:07:46 A They were very strong sellers. I don't know the exacts of the sales data.
12:07:52 Q Would you call LEGO Star Wars a premium game, LEGO Star Wars and LEGO Star Wars II?
12:08:06 A Once again, I was not that close to the actual launch, so I'm not familiar with how it was positioned and marketed. So I'm not sure what the strategy was between the publisher and the retailer at that point in time.
12:08:24 Q So even though you were aware that it was an extremely successful game and the sales approached those of Madden, it might not be a premium game?
12:08:35 A I'm not sure what the marketing and merchandising plan exactly was for LEGO.
12:08:41 Q Well, it must have been pretty good, right, because the sales approached Madden?
12:08:47 MR. O'MARA: Objection. Assumes facts not in

12:08:51 evidence. Vague and ambiguous.
12:08:57 THE WITNESS: There again, it's hard to comment with just one fact and not seeing, you know, the overall plan and what those sales were and for what time frame.
12:09:13 BY MR. PAYNTER:
12:09:14 Q Let me ask you about the Sims 2 game. Are you familiar with that game?
12:09:19 A I'm familiar with Sims 2, yes.
12:09:21 Q Is it a premium game?
12:09:25 A There again, Sims 2 -- can you give me more detail around Sims 2?
12:09:33 Q What do you need to know?
12:09:35 A When did it launch?
12:09:37 Q I'm not sure exactly when it launched. Why does it matter?
12:09:46 A There again, it's hard to comment without the exact marketing plan in terms of, you know, how it was positioned, how it was marketed. I don't recall the exact detail of every single game that went to market. I only can refer back to what I know as kind of the industry standard in terms of pricing for premium games on next generation, as we talked about for PS3, Xbox 360, and Wii.
12:10:20 Q Let me ask you about your assertion that the

12:10:23 only exceptions to premium pricing are collector's
12:10:27 editions and games sold with hardware peripherals.
12:10:33 That's an accurate summary of your testimony, correct?
12:10:35 A Right. I got that on Page 7 also, yes.
12:10:44 Can you repeat that?
12:10:45 Q My question would be, can you tell me what a
12:10:50 collector's edition is?
12:10:52 A In my experience, a collector's edition would
12:10:56 take a game, put it in -- an example would be
12:11:02 collectible tin, perhaps, with a T-shirt. So there
12:11:07 would be additional value to the consumer.
12:11:12 Q So if I gave you a video game at random, can
12:11:15 you just walk me through the principles and
12:11:18 methodology that you would use to determine whether a
12:11:20 game was a collector's edition?
12:11:23 A There again, the publisher would position it
12:11:27 as a collector's edition. It would be something that
12:11:29 an avid gamer would be very interested in, in terms
12:11:33 of -- it would be in a majority of instances a premium
12:11:40 game that there would be a lot of consumer interest,
12:11:44 and it would give that consumer additional value, for
12:11:48 example, a T-shirt, a collectible figure, something of
12:11:54 that nature.
12:11:54 Q Sometimes collector's editions actually
12:11:57 comprise two separate games that have been bundled,

12:12:01 correct?
12:12:01 A Usually it's a game with some additional
12:12:05 content. It would get pretty pricy if there were
12:12:10 multiple games but one doesn't come to me right now
12:12:13 but there may be an example.
12:12:15 Q Are you familiar with the Madden collector's
12:12:18 edition?
12:12:21 A I can't tell you the exacts of what the
12:12:25 collector's edition would have been.
12:12:38 Q Can I ask you to look back at -- I can't
12:12:42 remember the exact number -- but the presentation of
12:12:46 Peter Moore?
12:12:47 A Yeah.
12:12:47 Q And again I'm on the same page, 10059.
12:12:56 Do you see at the bottom where it says
12:12:58 "Bundle with Madden CE for early ship"?
12:13:03 Does that refresh your recollection that Head
12:13:07 Coach at one point was bundled with Madden in the
12:13:12 collector's edition?
12:13:13 MR. O'MARA: Objection. Assumes facts not in
12:13:17 evidence.
12:13:17 THE WITNESS: I don't recall the details of
12:13:20 this -- what is mentioned here.
12:13:23 BY MR. PAYNTER:
12:13:24 Q Let me ask you, are there any additional

12:13:29 manufacturing costs typically associated with
12:13:33 releasing a Collector's edition as opposed to a
12:13:37 regular edition?
12:13:37 MR. O'MARA: Objection. Vague and ambiguous.
12:13:40 THE WITNESS: Can you repeat that?
12:13:41 BY MR. PAYNTER:
12:13:42 Q Are there additional manufacturing costs
12:13:45 typically associated with releasing a collector's
12:13:49 edition of a premium title as opposed to a regular
12:13:52 edition?
12:13:52 MR. O'MARA: Objection. Vague and ambiguous.
12:13:56 THE WITNESS: I -- I don't know the actual
12:14:00 financials. As a retailer, I would assume the
12:14:05 packaging is more expensive, as well as whatever the
12:14:09 additional item that's put in, but I don't know the
12:14:14 particulars of the cost to do that. So I'm only
12:14:19 making assumptions.
12:14:20 BY MR. PAYNTER:
12:14:23 Q So you don't know if there are significant
12:14:25 additional development costs that would be typically
12:14:28 associated with releasing a collector's edition?
12:14:31 MR. O'MARA: Objection. Vague and ambiguous.
12:14:32 THE WITNESS: Without the particulars of what
12:14:36 goes into the collector's edition, I couldn't comment.
12:14:39 BY MR. PAYNTER:

12:14:39 Q But, in general, do you have any opinion?
12:14:42 MR. O'MARA: Objection. Vague and ambiguous.
12:14:48 THE WITNESS: Without the particulars of what you're referring to as to what's in it and understanding the cost, I can't comment.
12:14:59 BY MR. PAYNTER:
12:14:59 Q In your expert opinion, why do publishers make -- occasionally make a collector's edition and a standard edition of the same game instead of making a single version and charging a single uniform price?
12:15:18 A In my experience, it's usually the fan base of that particular title. They are fans and consumers and like the additional content, and they would be considered, you know, avid users.
12:15:39 Q So it gives them an opportunity to charge average users substantially more for a small amount of additional content?
12:15:48 MR. O'MARA: Objection. Vague and ambiguous. Mischaracterizes testimony.
12:15:59 THE WITNESS: The reason is that I would not characterize it as charging more. It's to continue to delight the fan base.
12:16:11 BY MR. PAYNTER:
12:16:11 Q Sorry. To continue to do what?
12:16:15 A To delight the fan base, that they stay

12:16:19 interested in whatever the particular franchise is and
12:16:21 stay interested in a particular game. Usually you'd
12:16:25 see something at collector's edition with sequels.
12:16:29 Q So your expert view is that the reason, say,
12:16:34 Electronic Arts releases a Madden collector's edition
12:16:37 is not to make additional profit but to, quote,
12:16:41 "delight the fan base"?
12:16:42 MR. O'MARA: Objection. It's outside the
12:16:43 scope of the opinions she's offering. It's vague and
12:16:46 ambiguous. It mischaracterizes testimony.
12:16:57 THE WITNESS: Ultimately it's to keep the
12:17:00 customer interested in the particular franchise,
12:17:02 whatever that might be, and ultimately the franchise
12:17:13 continues to sell.
12:17:16 BY MR. PAYNTER:
12:17:16 Q So Electronic Arts' primary motivation is to
12:17:21 make profit, correct?
12:17:23 MR. O'MARA: Objection. That's outside the
12:17:25 scope of the opinion she's offering. It's vague and
12:17:27 ambiguous. Calls for speculation.
12:17:37 THE WITNESS: Make more money, I think is
12:17:40 your quote, would be one of the -- wouldn't be the
12:17:43 only motivator. It's continued interest in the
12:17:49 franchise.
12:17:51 BY MR. PAYNTER:

12:17:52 Q Let me ask you about this second category of
12:17:55 exceptions to premium pricing that you've identified,
12:17:58 which is games sold with hardware peripherals.
12:18:02 Now, an example of such a game would be
12:18:09 Guitar Hero, correct?
12:18:10 A Guitar Hero would be an example.
12:18:12 Q What peripherals is Guitar Hero sold with?
12:18:16 A Guitar Hero was originally sold with a
12:18:20 guitar, and additional instruments were added down the
12:18:23 road.
12:18:27 Q But you can purchase the Guitar Hero without
12:18:29 the peripherals, correct?
12:18:31 A You can purchase the software separately.
12:18:34 Q And when you purchase it without the
12:18:38 peripherals, sometimes it is sold for premium price,
12:18:41 and sometimes it is sold for below premium price,
12:18:44 correct?
12:18:44 MR. O'MARA: Objection. Assumes facts not in
12:18:45 evidence.
12:18:53 THE WITNESS: For the purpose of my report,
12:18:54 the majority of the sales on Guitar Hero, in my
12:18:58 experience, at that point and its life cycle was as a
12:19:03 bundled product, so I can't comment on that.
12:19:06 BY MR. PAYNTER:
12:19:06 Q Well, Guitar Hero, you would consider it a

12:19:09 premium game, correct?
12:19:10 A Guitar Hero was a premium game because of the experience and the marketing plan, consumer buzz, all of the factors and positioning, the marketing.
12:19:25 Q So when Guitar Hero 2, without peripherals, was launched for the Xbox 360, do you know what the launch price was?
12:19:35 A Not off the top of my head, I cannot tell you.
12:19:37 Q How about Guitar Hero 2 without peripherals launched for the PS3, do you know what the launch price was?
12:19:42 A Off the top of my head, I can't tell you what it was.
12:19:49 Q If I told you that the launch price was 49.99, would that cause you to revise your opinion that all premium games launch at 59.99 on the PS3 and Xbox 360?
12:20:03 A No. The majority of games -- majority of premium games for next generation on Xbox 360 and PS3 launch at 59.99.
12:20:18 Q So your testimony is that the majority of games, of premium games, for the Xbox 360 and the PlayStation 3 launch at 59.99?
12:20:30 A My experience is the majority of Xbox 360 and

12:20:35 PS3 platform premium games at industry standard is
12:20:44 59.99.
12:20:44 Q So there is a minority of premium games that
12:20:48 launch on the Xbox 360 and PlayStation 3 for less than
12:20:53 59.99, correct?
12:20:54 MR. O'MARA: Objection. Mischaracterizes
12:20:57 testimony. Assumes facts not in evidence.
12:21:07 THE WITNESS: Can you repeat that?
12:21:09 MR. PAYNTER: Can you read back the question,
12:21:12 please?
12:21:12 (Record read.)
12:21:39 THE WITNESS: My experience is the
12:21:42 majority -- I couldn't comment on the numbers that
12:21:50 don't launch it. The industry standard is 59.99.
12:21:56 BY MR. PAYNTER:
12:21:56 Q And I understand that. All I'm asking you
12:21:59 is, there is a minority of premium games that don't
12:22:03 launch at the industry standard price of 59.99 for the
12:22:08 Xbox 360 and PS3, correct?
12:22:14 MR. O'MARA: Objection. Assumes facts not in
12:22:15 evidence. Mischaracterizes testimony.
12:22:17 THE WITNESS: I'm not sure if they would be
12:22:19 considered premium games, once again, unless I
12:22:22 understood the positioning and marketing and the plans
12:22:26 that the publisher had in place for that particular

12:22:29 game.
12:22:31 BY MR. PAYNTER:
12:22:31 Q You already told me that Guitar Hero 2 is a
12:22:33 premium game, correct?
12:22:34 A My experience at that time in terms of -- it
12:22:41 was my assumption, as you're referring to the initial
12:22:45 launch of Guitar Hero 2, the positioning and the
12:22:48 marketing around that game and the consumer buzz would
12:22:57 have -- even in advance would have positioned it as a
12:23:01 premium game.
12:23:02 MR. O'MARA: It's 12:20. I want to break for
12:23:06 lunch.
12:23:06 MR. PAYNTER: Sure. Let me finish this up.
12:23:08 Q So if Guitar Hero 2 without peripherals for
12:23:10 the PS3 was introduced at a launch price of 49.99,
12:23:15 that would mean that not all premium games launched at
12:23:21 49.99, correct?
12:23:22 MR. O'MARA: Objection. Assumes facts not in
12:23:24 evidence. Incomplete hypothetical.
12:23:29 THE WITNESS: I don't know the particulars of
12:23:30 why that decision was made.
12:23:31 BY MR. PAYNTER:
12:23:32 Q But if it was made, that would mean that not
12:23:34 all premium games launched for the Xbox 360 and PS3 at
12:23:39 59.99, correct?

12:23:39 MR. O'MARA: Objection. Assumes facts not in
12:23:40 evidence. It's an incomplete hypothetical.
12:23:45 THE WITNESS: Once again, I don't know the
12:23:48 marketing and the positioning plans and the decision
12:23:53 of why it was positioned there. I don't know.
12:23:55 BY MR. PAYNTER:
12:23:55 Q I'm not asking you why it was positioned
12:23:57 there. I'm telling you, assuming it was positioned at
12:24:04 that price point, at 49.99, wouldn't it mean that not
12:24:10 all premium games for the Xbox 360 and PS3 launch at
12:24:13 59.99?
12:24:14 MR. O'MARA: Objection. Assumes facts not in
12:24:15 evidence. It's vague and ambiguous.
12:24:21 THE WITNESS: I don't have enough information
12:24:23 to agree to that.
12:24:27 BY MR. PAYNTER:
12:24:28 Q Well, let me walk it through step by step.
12:24:31 You told me that Guitar Hero 2 is a premium
12:24:33 game, correct?
12:24:34 A Based on my experience in terms of the
12:24:35 marketing, positioning, and the consumer buzz around
12:24:40 that launch, yes.
12:24:41 Q Okay. So if it launched without peripherals
12:24:46 for 49.99 on the PS3 and the Xbox 360, it would
12:24:51 logically follow that not all premium games launch on

12:24:56 the Xbox 360 and PS3 for 59.99, correct?
12:25:00 MR. O'MARA: Objection. Assumes facts not in evidence. Asked and answered. Vague and ambiguous. Calls for speculation.
12:25:21 THE WITNESS: I'm not sure you're saying at the time of launch would be the scenario you're -- I don't understand the question.
12:25:57 (Record read.)
12:25:57 THE WITNESS: Based on that question, I couldn't comment that that is true.
12:26:04 BY MR. PAYNTER:
12:26:04 Q Why not?
12:26:05 A Because my experience has not been -- the clarification -- I'd like to clarify that answer.
12:26:19 Are you asking at the time of launch no peripherals and a 49.99 price point? So is it a hypothetical?
12:26:32 Q Yes. I'm asking you, if Guitar Hero 2 without peripherals at the time of launch for the PS3 was priced at 49.99, wouldn't that mean that not all premium games are launched at 59.99 for the PS3 and Xbox 360?
12:26:52 MR. O'MARA: Objection. Incomplete hypothetical. Calls for speculation. Asked and answered.

12:27:00 THE WITNESS: That did happen, and you
12:27:02 probably would not have gotten the consumer interest
12:27:06 and response because it would have been a completely
12:27:08 different product and different marketing and
12:27:12 positioning plan.
12:27:14 BY MR. PAYNTER:
12:27:14 Q So what if it did happen? Would that mean
12:27:18 that not all premium games launch at 59.99 for the
12:27:22 Xbox 360 and PS3?
12:27:25 MR. O'MARA: Objection. Asked and answered.
12:27:26 It's an incomplete hypothetical. Calls for
12:27:29 speculation. It's vague and ambiguous. After this
12:27:32 answer we're taking lunch.
12:27:34 THE WITNESS: Once again, it would have been
12:27:38 completely positioned differently, and the marketing
12:27:42 plan would have been different.
12:27:44 MR. O'MARA: Break for lunch.
12:27:45 MR. PAYNTER: Okay. Break for lunch.
12:38:32 (Lunch recess was taken from 12:27 p.m.
01:18:06 to 1:25 p.m.)
01:18:06 BY MR. PAYNTER:
01:25:26 Q I have a couple of quick follow-up questions
01:25:29 on your qualifications and just your background.
01:25:34 Other than your bachelor's degree in retail
01:25:37 merchandising, do you have any other degrees, academic

01:25:40 degrees?
01:25:40 A No other academic degrees.
01:25:44 Q Can you tell me just a little bit about the
01:25:46 company that you formed in 2009? How many employees
01:25:58 do you have?
01:25:58 A Right now I work singularly. It's just me.
01:26:02 Q So it's basically a solo --
01:26:02 A Yup.
01:26:02 Q -- consulting practice?
01:26:05 A Yup. Yup. Yes, it is. Solo consulting
01:26:07 firm, yes.
01:26:07 Q Now, I'd like you to turn and take a look at
01:26:07 Page 9 of your report. I'm going to ask you a couple
01:26:09 of questions about Figure 4 on Page 9.
01:26:16 Can you tell me the principles and methods
01:26:19 you used to create this Figure 4?
01:26:23 MR. O'MARA: Objection. Mischaracterizes the
01:26:25 report. Figure 4 is straight out of an EA document.
01:26:43 BY MR. PAYNTER:
01:26:44 Q So you didn't actually create this chart
01:26:44 yourself; is that correct?
01:26:44 A The chart is illustrative of my opinion
01:26:47 that's in the report.
01:26:48 Q But you didn't actually create this chart?
01:26:50 A I did not create the chart.

01:26:55 Q So this line marked "baseline," you don't
01:26:57 know how that line was calculated, correct?
01:27:00 A Well, I understand -- this illustrates the
01:27:04 points in terms of post-launch discounting, and the
01:27:08 chart is a good illustration of that.
01:27:11 Q But do you know how the line marked
01:27:18 "baseline" was calculated?
01:27:19 A I could not give the specifics of how it was
01:27:22 calculated. I know the methodology of how it was
01:27:26 done.
01:27:26 Q Can you tell me generally the methodology by
01:27:29 which that line was calculated?
01:27:34 A If -- most publishers, in my experience, have
01:27:37 a decay curve so without -- you have the baseline,
01:27:44 which is the blue. If a price move was not made, this
01:27:49 is the decay curve in terms of the unit sell-through
01:27:52 and the weeks of sale out on the floor at the
01:27:55 retailer.
01:27:55 Q Can you tell me how you calculate a decay
01:27:59 curve?
01:28:00 MR. O'MARA: Objection. Vague and ambiguous.
01:28:01 You can answer.
01:28:05 THE WITNESS: The decay curve in this
01:28:07 particular instance would be to look at it going week
01:28:11 by week the sell-through in terms of where the sales

01:28:14 ended up from launch all the way -- this chart takes
01:28:20 you to 25 weeks out as to what the units in the week
01:28:24 of sale -- what's happening for that particular title.
01:28:31 BY MR. PAYNTER:
01:28:31 Q Do you know what title this chart relates to?
01:28:34 MR. O'MARA: Objection. Assumes facts not in
01:28:35 evidence.
01:28:44 You could look at the document.
01:28:54 THE WITNESS: My understanding, to illustrate
01:28:56 my point of post-launch discounting, this is
01:29:00 illustrative of what happens from launch, which the
01:29:04 majority is the back half, through the holiday season.
01:29:08 BY MR. PAYNTER:
01:29:09 Q But you have no idea what title this relates
01:29:11 to?
01:29:11 MR. O'MARA: Objection. Assumes facts not in
01:29:14 evidence as to a specific title.
01:29:24 THE WITNESS: I do not know exactly what
01:29:25 title this relates to.
01:29:27 BY MR. PAYNTER:
01:29:27 Q Do you know if it relates to a specific
01:29:29 title?
01:29:29 A I do not know if it relates to a specific
01:29:34 title. Based on my experience, I've seen other charts
01:29:38 like this, and this would be in parallel, in terms of

01:29:42 the information would be consistent.
01:29:46 Q I believe you said that these weeks represent
01:29:50 a range of dates through the holiday season, is that
01:29:54 correct, the weeks in the X-axis of this chart?
01:29:57 A Usually when you're looking at key launches,
01:30:02 based on my experience in the gaming industry, a lot
01:30:05 of them happen in the back halves, so it's usually the
01:30:09 fall period through the holiday period. Because when
01:30:11 you look at -- elastic consumers are more
01:30:17 price-sensitive consumers. They tend to buy in the
01:30:20 holiday season.
01:30:22 Q But you don't actually know what calendar
01:30:25 dates these curves correspond to, correct?
01:30:29 A I do not know what calendar dates these
01:30:32 correspond to.
01:30:34 Q On the Y-axis where it says "unit
01:30:39 sell-through," what are the units being referred to?
01:30:45 A It's illustrative of the particular amount of
01:30:49 units of a particular SKU, Week 1 all the way to Week
01:30:54 25.
01:30:54 Q So Week 1 sold 12,000 units?
01:30:57 A Yes. 12,000 units sell-through Week 1 to
01:31:05 somewhere less than 2000 by Week 25.
01:31:12 Q Staying on this same page, if you look at the
01:31:16 first paragraph, do you see where it states, "For

01:31:18 annual release titles like Madden NFL, price
01:31:22 discounting at the close of a sports season
01:31:24 re-stimulates demand"?
01:31:27 A The document reflects the price discounting,
01:31:31 as you read it.
01:31:32 Q So in that sense, the sports season there you
01:31:36 would be referring to is the football season, correct?
01:31:42 A If we're referring to Madden, it would be for
01:31:45 the football season and the next sequel to Madden,
01:31:49 yes.
01:31:50 Q Just to kind of state the obvious, can you
01:31:55 tell me when the NFL football season ends?
01:31:59 A At the Superbowl time frame.
01:32:04 Q I'm going to hand you what I'd like marked
01:32:09 Exhibit 6.
01:32:09 (Deposition Exhibit 6 was marked for
01:32:19 identification by the court reporter.)
01:32:19 BY MR. PAYNTER:
01:32:19 Q I will represent that this is a printout from
01:32:21 your former employer, BestBuy.com.
01:32:31 You can take your time to look through it.
01:32:57 And so right now Madden NFL 10 for Xbox 360
01:33:03 and PS3 is selling for 59.99, correct?
01:33:09 MR. O'MARA: Objection. Assumes facts not in
01:33:25 evidence.

01:33:25 THE WITNESS: According to the document,
01:33:27 Madden NFL 10 for Xbox 360 and PlayStation 3 is listed
01:33:34 here for 59.99.
01:33:36 BY MR. PAYNTER:
01:33:38 Q It's printed as of February 26, 2010.
01:33:40 So does that indicate to you that at least as
01:33:43 of that date, on BestBuy.com, Madden NFL 10 was
01:33:48 selling for what you referred to as industry standard
01:33:52 premium pricing?
01:33:53 MR. O'MARA: Objection. Vague and ambiguous.
01:33:57 THE WITNESS: Can you restate the question?
01:33:59 BY MR. PAYNTER:
01:33:59 Q Yes.
01:34:00 So you'll see the document is dated at the
01:34:04 bottom February 26, 2010.
01:34:08 So does that indicate to you that at least as
01:34:12 of that date Madden NFL 10 was selling on BestBuy.com
01:34:16 for industry standard premium launch price?
01:34:26 A I would have two concerns in terms of the
01:34:29 contents of the document. One, it says the outlet
01:34:33 center, which is a subset of Best Buy Game Center on
01:34:37 dot-com. So I'm not sure on the context of, you know,
01:34:42 where this was put up, was there a mistake made, I
01:34:47 don't know, and how does it compare to advertised
01:34:51 pricing on the inserts so --

01:34:54 Q I'm not going to --
01:34:55 A -- in my experience, at this time of year,
01:35:05 you would see differences -- you would see some
01:35:13 promotions or things to stimulate price in this point
01:35:18 of a life cycle, so I'm not sure.
01:35:21 Q For Madden?
01:35:22 A And other titles that have been out for a
01:35:25 while. So I'm not sure.
01:35:27 Q Well, how about -- specifically let's talk
01:35:31 about Madden. And you say that for annual releases
01:35:37 like Madden NFL, price discounting at the close of the
01:35:42 sports season restimulates demand, correct?
01:35:46 I'm just quoting from Page 9.
01:35:49 A If there is still consumer demand at that
01:35:52 point in time. I don't know, not being in chair right
01:35:56 now, how Madden NFL 10 is doing. This would be
01:35:59 illustrative of typically what would happen in terms
01:36:04 of planning holiday discounting.
01:36:07 Q So, in your experience, based on your time at
01:36:13 Best Buy, can you tell me typically when after the
01:36:16 close of the NFL season you could typically see
01:36:20 discounting of Madden NFL?
01:36:23 A It would depend on the sales rate at that
01:36:27 point in time in terms of if it was still selling well
01:36:31 how much it would need to be discounted. But the

01:36:35 chart represents illustratively in terms of
01:36:39 historically, so there isn't an exact point in time
01:36:43 that that happens.
01:36:44 Q I realize that there is not an exact point in
01:36:47 time, but can you just give me, based on your
01:36:49 experience at Best Buy, just an approximate point in
01:36:52 time after the close of the sports season that you
01:36:58 would see discounting of Madden NFL?
01:37:01 A I can't give you an exact time as to -- it's
01:37:06 based on sales rate, and it would be decided between
01:37:09 the publisher and retailer in terms of how that title
01:37:12 was doing.
01:37:13 Q So historically approximately when has it
01:37:16 occurred?
01:37:17 MR. O'MARA: Objection. Asked and answered.
01:37:24 THE WITNESS: The discounting could be in the
01:37:27 form of permanent discounting or temporary promotions.
01:37:31 So it can vary in terms of the rate of sale.
01:37:35 BY MR. PAYNTER:
01:37:35 Q But when after the close of the sports season
01:37:38 would that typically occur?
01:37:40 MR. O'MARA: Objection. Asked and answered.
01:37:41 She said numerous times that it varies.
01:37:52 BY MR. PAYNTER:
01:37:53 Q You can answer.

01:37:53 A There's not an exact date in time that that
01:37:56 would happen. It varies depending on the rate of
01:38:03 sale.
01:38:03 Q Would it ever occur before the close of the
01:38:08 sports season, in your experience?
01:38:12 MR. O'MARA: Objection. Vague and ambiguous.
01:38:15 Calls for speculation.
01:38:25 THE WITNESS: All titles at retailers, in my
01:38:29 experience, are reviewed on a regular basis to see
01:38:31 sell-through and to determine if there is any type of
01:38:35 promotion that's needed to stimulate sales.
01:38:39 BY MR. PAYNTER:
01:38:40 Q So I'm asking about your sentence that says,
01:38:42 "For annual release titles like Madden NFL, price
01:38:45 discounting at the close of a sports season
01:38:48 re-stimulates demand."
01:38:50 And my question is, is there ever discounting
01:38:53 prior to the close of a sports season, in your expert
01:38:57 experience, for Madden NFL?
01:38:59 MR. O'MARA: Objection. I think it
01:39:01 mischaracterizes her report. Her report also says --
01:39:09 MR. PAYNTER: You can make your objection.
01:39:12 THE WITNESS: To my point, retailers continue
01:39:14 to look at rate of sale, and adjustments need to be
01:39:17 made, either permanent or temporary.

01:39:21 BY MR. PAYNTER:
01:39:21 Q And what determines a rate of sale?
01:39:26 A How fast the customers are purchasing a
01:39:28 product. So on a weekly basis looking at
01:39:32 sell-through.
01:39:32 Q And what is that determined by?
01:39:36 A The number of units that are sold on a weekly
01:39:39 basis.
01:39:46 Q So sitting here today, you're not aware of
01:39:48 any examples where Madden NFL has been discounted
01:39:53 before the close of a sports season, correct?
01:39:55 MR. O'MARA: Objection. Calls for
01:39:56 speculation. Mischaracterizes her testimony.
01:39:58 Mischaracterizes her report.
01:40:06 THE WITNESS: In my experience, retailers
01:40:10 will look at sell-through and determine if promotions
01:40:14 need to be done either temporarily or permanently.
01:40:19 BY MR. PAYNTER:
01:40:19 Q So I'm asking about the Madden NFL title.
01:40:22 In your experience, can you give me an
01:40:24 example of when it was discounted prior to the close
01:40:26 of the football season?
01:40:30 A I can't give an exact example of an
01:40:34 occurrence. I can only speak to my experience that I
01:40:38 have seen titles that have been discounted prior to

01:40:44 expectations due to slow sales and needing to
01:40:48 stimulate a sell-through.
01:40:50 Q So you don't have any specific knowledge that
01:40:53 relates to Madden discounting or Madden sell-through?
01:40:57 MR. O'MARA: Objection. Mischaracterizes the
01:40:59 report. Mischaracterizes her testimony.
01:41:08 THE WITNESS: Can you repeat the question?
01:41:10 BY MR. PAYNTER:
01:41:10 Q You don't have any specific knowledge about
01:41:13 Madden NFL discounting or sell-through, then, correct?
01:41:18 MR. O'MARA: Objection. Vague and ambiguous.
01:41:22 THE WITNESS: In my experience, as retailers
01:41:26 get into the holiday season, there may be occurrences
01:41:33 of promotions, temporary promotions, to stimulate
01:41:38 sales and interest, but I can't give you a specific
01:41:42 example. But in my experience, there are promotions
01:41:46 that do occur.
01:41:49 BY MR. PAYNTER:
01:41:49 Q So you have no idea what the shape of the
01:41:52 decay curve is for Madden NFL, correct?
01:41:56 MR. O'MARA: Objection. Mischaracterizes her
01:41:59 testimony. It's also vague and ambiguous as to which
01:42:06 year, which platform.
01:42:18 THE WITNESS: Can you repeat the question?
01:42:19 BY MR. PAYNTER:

01:42:19 Q Yes.
01:42:20 Do you have any knowledge as to what the decay curve for the Madden NFL title looks like?
01:42:32 A As I illustrate from my report, based on historical internal EA documents, this would be the best representation that I have.
01:42:51 Q What would? Figure 4?
01:42:54 A Figure 4.
01:42:56 Q So your testimony is that that represents the decay curve for the Madden NFL title?
01:43:04 MR. O'MARA: Objection. Mischaracterizes her testimony.
01:43:06 THE WITNESS: My testimony would be Figure 4 is illustrative of planning for a holiday decay curve.
01:43:15 BY MR. PAYNTER:
01:43:15 Q But you have no idea what the Madden NFL decay curve looks like, correct?
01:43:20 MR. O'MARA: Objection. Vague and ambiguous.
01:43:26 THE WITNESS: I don't have a specific Madden decay curve. I don't know specifically.
01:43:34 BY MR. PAYNTER:
01:43:34 Q I'd like to talk a little bit about, I guess to use your terminology, hard-core versus casual gamers, focusing on Page 11, I guess, mainly.
01:43:52 On Page 11 when you say, "Hard-core gamers

01:43:56 are early adopter." What are they early adopters of?
01:44:02 A In my experience, hard-core gamers are the
01:44:04 ones that are usually at a retailer on day one to
01:44:07 purchase the new title. So early adopter of games.
01:44:12 Q Every game?
01:44:13 MR. O'MARA: Objection. Vague and ambiguous.
01:44:21 MR. PAYNTER: What needs clarification?
01:44:24 MR. O'MARA: "Every game," I think, is vague
01:44:27 and ambiguous.
01:44:27 MR. PAYNTER: She said they're purchasers of
01:44:29 games, and my question is are they early adopters of
01:44:33 every game.
01:44:34 THE WITNESS: Usually hard-core gamers are
01:44:40 community that watch reviews, listen to industry buzz,
01:44:47 and are there to try new content.
01:44:53 BY MR. PAYNTER:
01:44:53 Q So, again, when you say, "Hard-core gamers
01:44:57 are early adopters," what are hard-core gamers early
01:45:02 adopters of?
01:45:02 A Hard-core gamers are usually really adopters
01:45:08 of gaming. They're -- they like new game content.
01:45:15 Q So hard-core adopters purchase every game on
01:45:20 the market as soon as it comes out?
01:45:27 A Hard-core gamers buy games across multiple
01:45:33 genres and different types of games so I couldn't tell

01:45:37 you exactly if they purchased every single game, but
01:45:42 they purchased a large amount of games.
01:45:45 Q Did hard-core gamers ever buy games that are
01:45:48 not the, quote, "new and hot games"?
01:45:53 MR. O'MARA: Objection. Calls for
01:45:54 speculation.
01:45:58 THE WITNESS: I can only speak to my
01:46:01 experience that they are purchasers -- large
01:46:05 purchasers of games. They purchase a disproportionate
01:46:10 amount of games.
01:46:11 BY MR. PAYNTER:
01:46:11 Q Do they purchase all their games as soon as
01:46:13 they're launched?
01:46:16 A They purchase games right away. They want to
01:46:19 be one of -- the badge of honors with early adopters
01:46:23 is to have the latest and the greatest, the new games.
01:46:26 Q Do hard-core gamers ever purchase a game that
01:46:30 is not the latest game?
01:46:33 MR. O'MARA: Objection. Calls for
01:46:40 speculation.
01:46:40 BY MR. PAYNTER:
01:46:40 Q Do hard-core gamers ever buy games that are
01:46:43 not simply the latest games?
01:46:48 A In my experience, as we classify very broadly
01:46:55 and simplistically, early adopters and the hard-core

01:47:00 and the casual, we look at as an industry the -- the
01:47:11 newness -- focus more on the large purchasing early in
01:47:17 the life cycle.
01:47:19 Q Sure. The casual gamers, then, tend to not
01:47:24 purchase games right when they are launched, correct?
01:47:27 A They're much more price sensitive, the casual
01:47:31 gamers.
01:47:31 Q The hard-core gamers are the ones who are
01:47:34 purchasing the games right when they are launched,
01:47:36 right?
01:47:36 A Hard-core gamers like to try the latest and
01:47:40 greatest. They want to be there with the newest games
01:47:43 and newest feature sets.
01:47:44 Q But are they also purchasing games that may
01:47:48 have been discounted from launch?
01:47:57 A In my experience, the focus is on the
01:48:02 hard-core gamers kind of being the tastemakers for
01:48:08 gaming for the early purchases. I can't say how much
01:48:14 they buy later on, but they're gamers so they continue
01:48:17 to buy games. But the majority of their purchases are
01:48:21 when games are new and fresh.
01:48:24 Q When you say "majority," do you mean by
01:48:28 dollar amount, or do you mean by title?
01:48:31 A They buy a large number of titles.
01:48:37 Q Right at launch?

01:48:38 A Right at launch.
01:48:39 Q The hard-core gamers obviously will also buy
01:48:44 some titles at a price discounted from the launch
01:48:48 price, correct?
01:48:48 MR. O'MARA: Objection. Assumes facts not in
01:48:49 evidence.
01:48:52 THE WITNESS: To my experience, they really
01:48:57 focus on the propensity of these consumers to buy
01:49:00 early and try the latest and greatest across multiple
01:49:05 games.
01:49:05 BY MR. PAYNTER:
01:49:05 Q So I understand that. I understand that they
01:49:07 are the ones who are buying at the launch price.
01:49:12 But is it your testimony under oath that
01:49:15 hard-core gamers never buy games that have been
01:49:19 discounted from launch price?
01:49:25 A I would not give an affirmative that they
01:49:27 never buy games after a launch price.
01:49:30 Q They probably do, right, because they love
01:49:33 computer games or video games?
01:49:34 A They are avid users of video games.
01:49:38 Q So if they see a good deal on a game that is
01:49:42 discounted from launch price, they likely might buy it
01:49:45 just to try it, no?
01:49:49 MR. O'MARA: Objection. Assumes facts not in

01:49:50 evidence.
01:49:53 THE WITNESS: The point of my report is this group's tendency to buy the latest and the greatest and be the tastemakers for that later group of purchasers in terms of influencers.
01:50:08 BY MR. PAYNTER:
01:50:09 Q Correct. I understand that. I understand that they are the ones who are buying the latest and greatest at full price.
01:50:17 All I'm asking -- I don't know that it's controversial -- don't they also buy other games at discounted prices?
01:50:29 A Hard-core gamers buy a disproportionate amount of games at launch, early in the game's life cycle. But they're gamers so they continue to buy games.
01:50:43 Q At all points in the life cycle?
01:50:45 A They continue to buy games on a regular basis.
01:50:51 Q At all points in the life cycle, correct?
01:50:56 A Well, they're continuing to look for new games, and new games come out on a regular basis. What percent of those are new versus older games, I don't know. They're the ones who tend to buy the most new games.

01:51:09 Q Okay. But they're also buying games that
01:51:13 aren't new? That's all I'm asking.
01:51:15 A I don't know what percent is not new, but
01:51:18 hard-core gamers buy lots of games.
01:51:22 Q You just can't put an exact percent on how
01:51:25 many new games they buy versus non-new games?
01:51:29 MR. O'MARA: Objection. Mischaracterizes her
01:51:30 testimony. Mischaracterizes her report.
01:51:44 BY MR. PAYNTER:
01:51:44 Q You can answer.
01:51:46 A Back to my report and the point is, research
01:51:50 and studies in my professional experience is that they
01:51:55 buy a large number of games early in the life cycle.
01:52:01 Q But they also buy games later in the life
01:52:06 cycle; you just can't give an exact percentage?
01:52:09 MR. O'MARA: Objection. Asked and answered.
01:52:11 THE WITNESS: They buy a large amount of
01:52:13 games. I cannot give exactly when they buy those.
01:52:17 They buy the majority early in the life cycle. How
01:52:21 many they buy later, I do not know.
01:52:28 BY MR. PAYNTER:
01:52:28 Q You referred to some studies that have shown
01:52:30 this. Can I ask you the principles and methods that
01:52:34 were used in those studies?
01:52:36 A In my experience, there's been lots of

01:52:38 consumer segmentation studies. As I said, the most
01:52:44 simplistic way to explain it would be hard-core and
01:52:48 casual gamers, but they're broken out in terms of who
01:52:52 are the heavy game buyers. And they're usually the
01:52:57 avid gamers.
01:52:57 Q You're not aware of any studies that say avid
01:53:01 or hard-core gamers don't ever buy games that have
01:53:05 been discounted from launch price, correct?
01:53:10 A It's never really a focus on -- it's usually
01:53:18 more of a focus on the number of units that they
01:53:21 purchase.
01:53:24 Q Okay. Could I be a hard-core Madden gamer
01:53:27 but a casual gamer for shooter titles?
01:53:32 MR. O'MARA: Objection. Vague and ambiguous.
01:53:36 THE WITNESS: Can you repeat the question?
01:53:37 BY MR. PAYNTER:
01:53:38 Q I'm just trying to wrap my head around the
01:53:43 concept of a hard-core gamer.
01:53:44 My question would be, could I be a hard-core
01:53:47 Madden gamer who always buys Madden right when it's
01:53:51 released at a premium price but be a casual gamer for
01:53:56 shooter titles?
01:53:57 MR. O'MARA: Objection. Vague and ambiguous.
01:54:04 THE WITNESS: Research that I've seen in my
01:54:07 professional experience is gamers, hard-core gamers

01:54:11 buy across genres. So if you are a consumer who likes
01:54:18 Madden and shooters and you are hard-core, you would
01:54:21 probably be buying those all early because of your
01:54:26 propensity to like those two genres. Most of the
01:54:31 gamers play across genres, hard-core gamers.
01:54:36 BY MR. PAYNTER:
01:54:36 Q The hard-core gamers, even though they play
01:54:41 across genres, they do buy some games at discounted
01:54:41 prices, right?
01:54:41 MR. O'MARA: Objection. Vague and ambiguous.
01:54:46 THE WITNESS: Can you ask that question
01:54:47 again?
01:54:47 BY MR. PAYNTER:
01:54:47 Q Yeah. I'm not trying to be confusing.
01:54:49 I understand your point that hard-core gamers
01:54:52 buy across genres, but they do buy some games at
01:54:57 prices discounted from launch price, correct?
01:55:02 A They buy majority of the games early in their
01:55:05 life cycle, and research shows that they buy games
01:55:10 across genres.
01:55:11 Q So my question is, if they buy the majority
01:55:14 of games early in the life cycle, then they buy some
01:55:19 games later in the life cycle, correct?
01:55:22 A I've not seen research, so I wouldn't be
01:55:29 familiar with breaking it out that way. Usually what

01:55:33 the studies and the way we look at it is the early
01:55:36 adopters and the type of games they buy and how many
01:55:40 they buy, and usually hard-core gamers buy early in
01:55:46 the life cycle multiple games across multiple genres.
01:55:50 Q So you have no idea whether they also buy
01:55:54 games at discounted prices after launch?
01:56:01 A If it's a good game, they probably have
01:56:05 bought it -- not -- I couldn't answer that they never
01:56:10 buy discounted games. Their propensity is to buy lots
01:56:16 of games early to be the first to try those games.
01:56:19 But they're gamers, so how many they buy early versus
01:56:23 how many they buy later and what prices, I don't have
01:56:27 the exacts on that.
01:56:29 Q So if I'm a hard-core gamer for the games --
01:56:33 strike that.
01:56:33 For the games that hard-core gamers buy
01:56:41 later, they're sensitive to the price of those games,
01:56:44 correct?
01:56:44 MR. O'MARA: Objection. Assumes facts not in
01:56:45 evidence. Calls for speculation.
01:56:55 THE WITNESS: Hard-core gamers, really their
01:57:01 motivator is to try the latest and the greatest. I
01:57:05 would think a small percent wait to try a game later
01:57:09 in the life cycle. They want to try them early.
01:57:15 BY MR. PAYNTER:

01:57:15 Q But some percentage of them do buy games
01:57:19 discounted in the life cycle, correct?
01:57:21 MR. O'MARA: Objection. Asked and answered a
01:57:23 number of times now.
01:57:35 THE WITNESS: In my experience, I have not
01:57:38 looked at it that way. Hard-core gamers tend to buy a
01:57:42 lot of games early in the life cycle so they could be
01:57:46 the latest, the greatest, and across multiple genres
01:57:51 have been my experience. The exacts as to whether
01:57:54 they buy any later, I do not know.
01:58:05 BY MR. PAYNTER:
01:58:05 Q So how do you know that hard-core gamers are
01:58:08 price sensitive?
01:58:10 A Because the research that I've seen in terms
01:58:15 of segmentation studies over multiple years show that
01:58:21 there is a definite divide between an avid gamer and a
01:58:26 non-avid gamer and when they purchase and how much
01:58:29 they purchase.
01:58:37 Q But you just told me you don't know how many
01:58:40 titles hard-core gamers purchase at a discounted
01:58:44 price?
01:58:44 A The focus is usually how many games they buy
01:58:49 at -- they're usually price insensitive so how many
01:58:56 they buy early on. They want to be the first to
01:58:59 purchase the games. So usually price isn't a

01:59:02 motivator, but the content is the motivator.
01:59:07 Q Well, price is a motivator for the games that they purchase at discounted price, correct?
01:59:16 MR. O'MARA: Objection. Assumes facts not in evidence. Calls for speculation.
01:59:19 THE WITNESS: As I said, in my experience, that isn't an area that's focused on, so I really don't know if and how many because it's the reverse. We spend most of our time in terms of avid gamers how much they buy early to set the stage to influence the more casual gamer in terms of being that tastemaker.
01:59:48 BY MR. PAYNTER:
01:59:48 Q When you say segmentation studies, for purposes of your report, are you relying on any segmentation studies specific to the sports genre?
01:59:59 A Most of this, in my report, is based on my professional experience, so over my 16-plus years, every publisher has come in at some point in time with a segmentation study that basically breaks gamers into hard-core gamers and casual gamers as an easier way to market to them.
02:00:26 Q When you say the hard-core gamers are price insensitive, can you tell me what principles and methods you used to arrive at that conclusion?
02:00:34 A Back to my professional experience, these are

02:00:38 the gamers who just want to be there with the latest
02:00:44 and greatest. At Best Buy, these were the people who
02:00:48 camped outside all night to make sure they got a game
02:00:51 on release day. It's about content. It's not driven
02:00:54 by price.
02:00:57 Q So you didn't actually conduct a
02:01:00 price-sensitivity study?
02:01:05 A I didn't conduct a price-sensitivity study.
02:01:06 Most of my publishers did lots of consumer studies.
02:01:10 So that's where I have formulated my professional
02:01:14 opinion over many years.
02:01:15 Q So you relied on studies from Electronic
02:01:19 Arts?
02:01:19 A Electronic Arts in the past has presented
02:01:23 studies, as every other publisher.
02:01:29 Q How about elasticity studies, have you done
02:01:33 any elasticity study?
02:01:34 A I personally have not done elasticity
02:01:36 studies, but I've seen studies done by publishers.
02:01:39 Q And did you rely on any for your conclusion
02:01:46 in this report that hard-core gamers are price
02:01:51 sensitive?
02:01:52 A Once again, my study is based on 16-plus
02:01:56 years of experience in terms of all the information I
02:02:00 was privy to and how we formulated our marketing

02:02:03 plans.
02:02:05 Q So you can't point me to a single
02:02:08 price-sensitivity or any elasticity study that shows
02:02:12 that Madden purchasers or majority of them are not
02:02:16 price sensitive, can you?
02:02:18 A Can you repeat that question?
02:02:19 Q Can you point me to any price-sensitivity
02:02:24 study or elasticity study that demonstrates that
02:02:27 Madden NFL purchasers are not price sensitive?
02:02:31 A The only thing that I could state is -- and I
02:02:39 have not memorized every document in the exhibits --
02:02:46 but I believe there are studies that show what percent
02:02:49 of sales are done early in the life cycle, which would
02:02:56 support my experience that I've seen over many years.
02:03:00 We look at the percent of sales early on, and that's
02:03:05 the conclusion and the information that has been
02:03:08 presented to me by many publishers.
02:03:10 Q So the only basis for your conclusion that
02:03:15 Madden NFL purchasers, majority of them are price
02:03:21 insensitive is the fact that the majority of Madden
02:03:24 games are sold in the initial period?
02:03:27 MR. O'MARA: Objection. Mischaracterizes her
02:03:29 testimony. Asked and answered.
02:03:39 THE WITNESS: It is my professional opinion
02:03:42 after years of experience in the category and having

02:03:45 seen what happened at Best Buy and what happened at 02:03:47 many of our competitors is that Madden sales happened 02:03:52 very early in the life cycle because of this avid fan 02:03:58 base called the core gamer.

02:04:13 BY MR. PAYNTER:

02:04:13 Q Can we turn now to Page 12, and I'd like to 02:04:15 talk to you a little bit about this section, Part C.

02:04:22 The conclusion of this section is that, and 02:04:25 I'm quoting I guess from Page 14, "Ultimately, every 02:04:28 game competes for shelf space, and once a game makes 02:04:32 it onto retail shelves, it competes against every 02:04:35 other game on those same shelves," correct?

02:04:38 A The point or the professional opinion of this 02:04:44 is that the huge percentage of the games are 02:04:47 concentrated in the top ten. And because of that, 02:04:55 those titles compete, and within genre and across 02:05:03 genre, they compete for shelf space.

02:05:05 Q So can you tell me the principles and methods 02:05:08 that you used to determine that once a game makes onto 02:05:17 a retail shelf it competes against every other game on 02:05:22 those same shelves?

02:05:23 A Because as I point out on Page 13, and the 02:05:25 appendix accords it with an illustration, there are 02:05:30 more titles released than there are shelf slots at 02:05:35 various retailers. So each title needs to stand on

02:05:40 its own.
02:05:45 Q How did you conclude from that that they are
02:05:48 competing against each other?
02:05:53 A Because back to the 80/20 rule, or as I state
02:05:56 in my report the 90/10, a huge percent of the business
02:06:01 is done off a small number of the titles, and those
02:06:04 titles are multi-genre. They go across many genres.
02:06:14 Q So because there's limited shelf space, games
02:06:18 are forced to compete against each other; is that
02:06:20 correct?
02:06:20 MR. O'MARA: Objection. Mischaracterizes her
02:06:22 testimony and her opinion.
02:06:26 THE WITNESS: Each title has to survive on
02:06:28 the merit of its sales, so we look at all titles and
02:06:33 the performance, and the ones that are strong stay in
02:06:40 the assortment.
02:06:47 BY MR. PAYNTER:
02:06:47 Q If I give you a video game, how would you go
02:06:50 about determining what competes with that video game?
02:06:53 MR. O'MARA: Objection. Vague and ambiguous.
02:06:57 THE WITNESS: It would be on the merit of the
02:06:59 sales.
02:07:00 BY MR. PAYNTER:
02:07:01 Q Can you tell me what you mean by that?
02:07:04 A Can you clarify the question? I'm not sure

02:07:07 if I understand your question.
02:07:08 Q The question is, if I gave you a video game
02:07:11 title, say, Madden NFL, how would you go about
02:07:16 determining what products on the marketplace compete
02:07:21 with that video game title?
02:07:23 MR. O'MARA: Objection. Vague and ambiguous.
02:07:29 THE WITNESS: All products, in essence,
02:07:31 compete with that title.
02:07:32 BY MR. PAYNTER:
02:07:32 Q Because there's limited shelf space?
02:07:34 A There's limited shelf space. So it would be,
02:07:38 for example, at Best Buy approximately 400 to 500
02:07:42 titles are carried. That would be one of those titles
02:07:46 and it would compete with everything else and it would
02:07:49 have to hold its rate of sale to stay in assortment.
02:07:55 Q But you also sell computers at Best Buy,
02:08:00 correct?
02:08:00 A But I'm not responsible for computers. I'm
02:08:03 responsible for assortment in the game department.
02:08:04 Q But computers are sold on shelves at Best
02:08:09 Buy, right?
02:08:09 A Computers are sold on shelves at Best Buy.
02:08:12 Q So ultimately would Madden NFL games also be
02:08:15 competing for shelf space with computers?
02:08:19 MR. O'MARA: It's vague and ambiguous. It's

02:08:22 beyond her scope.
02:08:26 THE WITNESS: I don't understand that question.
02:08:27 BY MR. PAYNTER:
02:08:28 Q How would you determine what products Madden NFL competes with? You told me that it competed with other video games because it was competing for shelf space, correct? But video games are competing with computer shelf space, correct?
02:08:49 MR. O'MARA: Objection. Assumes facts not in evidence.
02:08:54 THE WITNESS: In my experience, retailers have a limited amount of space within their game department. So for the scope of my report, I focused on what the direct competition would be, which would be games within the game department. So Madden would compete with other games within the game department.
02:09:15 BY MR. PAYNTER:
02:09:17 Q Well, you have a limited amount of space in the store as a whole, too, correct?
02:09:21 MR. O'MARA: Objection. Beyond the scope of her report. It's argumentative as well.
02:09:33 THE WITNESS: The focus of my report is the video game department.
02:09:38 BY MR. PAYNTER:

02:09:38 Q But I'm asking you about the store as a
02:09:40 whole. The store as a whole has a limited amount of
02:09:43 shelf space, correct?
02:09:44 MR. O'MARA: Asked and answered. It's
02:09:46 argumentative. It's beyond the scope of the report.
02:09:48 I'm not sure what the point is.
02:09:52 THE WITNESS: It would not be a normal course
02:09:54 to compare a title to the rest of the store on a
02:10:01 weekly basis.
02:10:01 BY MR. PAYNTER:
02:10:02 Q Not on a weekly basis, but you, as the head
02:10:04 of the video game department, would allocate a certain
02:10:10 amount of shelf space, correct?
02:10:11 A Every retailer has some footprint within
02:10:14 their department that they work with; that would be
02:10:18 correct.
02:10:18 Q How would you determine the amount of shelf
02:10:20 space that was allocated to video games?
02:10:24 A That shelf space is a very complicated
02:10:29 budgeting process, and for most retailers, it's very
02:10:37 difficult to even adjust that on a year-to-year basis
02:10:40 because of the cost of changing the store. So we
02:10:48 really focus within the space -- the video game
02:10:51 department is really the focus that I focus on, not
02:10:55 against all other products in the store.

02:10:58 Q But at some level video games are competing
02:11:02 for shelf space with DVDs, correct?
02:11:06 MR. O'MARA: Objection. It's beyond the
02:11:09 scope of her report.
02:11:19 THE WITNESS: An analysis of SKUs across the
02:11:23 entire footprint of store is not done on a weekly
02:11:27 basis.
02:11:28 BY MR. PAYNTER:
02:11:28 Q I understand it's not done on a weekly basis.
02:11:31 Is it ever done on any basis?
02:11:35 THE WITNESS: SKU productivity is looked at
02:11:38 within departments as a broad swath across the store
02:11:46 occasionally. But as I said, it's very expensive to
02:11:49 adjust that, and in many instances you have to work
02:11:52 within the footprint that you have. That has been my
02:11:56 experience.
02:11:56 BY MR. PAYNTER:
02:11:56 Q But it is adjusted occasionally, correct?
02:12:01 A Occasionally, but it is a costly thing to do,
02:12:04 so we work on how to maximize the footprint within
02:12:08 gaming.
02:12:08 Q When it is adjusted, you, as the head of the
02:12:13 video game department, would be competing for shelf
02:12:17 space with other departments, correct?
02:12:18 MR. O'MARA: Objection. Asked and answered.

02:12:19 Vague and ambiguous.
02:12:25 THE WITNESS: That was not the focus of my
02:12:29 report. Within gaming, we rarely, in my experience,
02:12:33 look at productivity in that way in terms of shelf
02:12:38 space.
02:12:43 BY MR. PAYNTER:
02:12:44 Q But when you do -- you said it is done
02:12:49 occasionally -- when you do, video games are competing
02:12:51 for shelf space with, for example, music, DVDs,
02:12:55 correct?
02:12:56 MR. O'MARA: Objection. Beyond the scope of
02:13:00 the report.
02:13:04 THE WITNESS: Can you repeat that question?
02:13:08 BY MR. PAYNTER:
02:13:09 Q I said when you do undertake one of these
02:13:12 store-wide SKU reviews, video games are competing --
02:13:17 as a whole competing for store space with, for
02:13:22 example, music, DVDs, correct?
02:13:24 MR. O'MARA: Objection. Beyond the scope of
02:13:25 her report.
02:13:32 THE WITNESS: I would like to clarify.
02:13:34 There's never a SKU-by-SKU comparison. It's
02:13:37 productivity of the footprints of a particular
02:13:40 department. So you would never look at SKU by SKU.
02:13:44 That's not done. It's the productivity of the

02:13:48 department.
02:13:48 BY MR. PAYNTER:
02:13:48 Q So when these reviews of department productivity are undertaken, the departments are competing with each other for shelf space, correct?
02:13:58 MR. O'MARA: Objection. Beyond the scope of the report.
02:14:07 THE WITNESS: I can't answer your question because it's so rarely done. It's not in the normal course of action.
02:14:19 BY MR. PAYNTER:
02:14:19 Q I'm going to ask you to look at Page 29 where in Figure 18 you have a photograph of a portion of the Best Buy shelving configuration.
02:14:33 A Correct. The photograph on Page 29 is a picture of a Best Buy shelf configuration, Figure 18.
02:14:42 Q So all the games shown in this picture compete with each other?
02:14:48 A For the positions within this section, this would be a subsection of the SKUs that we carry. We would look at sales rate on all these SKUs, and they would have to earn their positioning based on the rate of sale.
02:15:09 Q So then is the answer to my question yes, in your experience, all these game titles compete with

02:15:16 each other in the marketplace?
02:15:18 A As I pointed out, games compete within genre
02:15:24 and across genre.
02:15:25 Q Can you tell me a little more about how games
02:15:28 compete within genre?
02:15:29 A Well, it's a course of -- in my experience,
02:15:35 as a course of review, you look at games that are
02:15:41 similar in terms of shooters, but we don't even look
02:15:46 that far. You could say as an industry that they
02:15:49 compete with it. They compete as a total. We look
02:15:52 at -- we carry 500 games. We look at the top 1 to the
02:15:57 bottom 500 and make a decision on a weekly basis as to
02:16:03 what needs to be done to keep it in the assortment.
02:16:06 Q So I guess when you said games compete within
02:16:11 genre, what did you mean by that?
02:16:12 MR. O'MARA: Objection. Asked and answered.
02:16:19 THE WITNESS: Games compete against all other
02:16:23 games. In my experience, that's how we looked at it.
02:16:28 It was really a matter of if there's 500 games, game 1
02:16:34 through 500 has to hold itself on its own merit in
02:16:38 terms of performance.
02:16:39 BY MR. PAYNTER:
02:16:39 Q So I understand that games compete with all
02:16:41 other games, and you said that they also compete
02:16:43 within genres. I just want you to discuss a little

02:16:48 bit more how they compete within genres.
02:16:51 MR. O'MARA: Objection. Asked and answered.
02:16:57 THE WITNESS: All games compete against each other so if you were to -- and genres are very fluid. They change on a regular basis. So you can look at a Rock Band versus a Guitar Hero because they're similar, but you would never make a sales analysis on just Rock Band versus Guitar Hero. That would be your first slice, but then it would be against all other games. So that's the point of within genre and against all genres. You would never look at just those two. That would be the first subdivision, and then it would be against all other games. So they would have to hold their merit across the whole assortment.
02:17:47 BY MR. PAYNTER:
02:17:47 Q Looking at this picture, is it your testimony under oath, then, that the Ultimate Ninja III game that you see there pictured on the first row competes with EA'S NHL hockey game?
02:18:08 A For shelf space, those two compete.
02:18:11 Q For the consumer's dollar?
02:18:14 A They compete. As the studies have shown, gamers buy across genre so they compete.
02:18:22 Q So your testimony is that Ultimate Ninja III

02:18:26 competes with EA's NHL hockey game?
02:18:30 MR. O'MARA: Objection. Asked and answered.
02:18:32 She said yes, it does.
02:18:38 THE WITNESS: They compete. All games in the
02:18:41 assortment have to hold their merit in terms of
02:18:47 placement so they all compete with each other.
02:18:50 BY MR. PAYNTER:
02:18:50 Q So what are the principles and methods that
02:18:53 you used to conclude that Ultimate Ninja III competes
02:18:58 with EA's NHL hockey games?
02:18:59 A Because on my experience, it's in the
02:19:01 assortment, and the sales rate has to justify for it
02:19:04 to continue to keep in that assortment. So there is
02:19:08 competition.
02:19:13 Q If I combine your video game department with
02:19:19 your DVD department, would video games then compete
02:19:24 with DVDs?
02:19:26 MR. O'MARA: Objection. Calls for incomplete
02:19:30 hypothetical. Calls for speculation. It's outside
02:19:32 the scope of the report.
02:19:36 THE WITNESS: Not a realistic scenario.
02:19:40 Games and DVDs are completely separate departments,
02:19:44 and DVDs are also looked at that all DVDs compete
02:19:49 against each other. And they -- same type of
02:19:54 methodology, many DVDs are looked at DVD 1 through DVD

02:20:01 3,000.
02:20:01 BY MR. PAYNTER:
02:20:02 Q What are the other departments at Best Buy?
02:20:06 MR. O'MARA: Objection. Outside the scope of
02:20:08 her report.
02:20:12 THE WITNESS: Clarify your question.
02:20:15 BY MR. PAYNTER:
02:20:15 Q What is a name of another department at Best
02:20:17 Buy?
02:20:17 MR. O'MARA: Objection.
02:20:18 BY MR. PAYNTER:
02:20:18 Q Other than video games?
02:20:20 MR. O'MARA: Objection. It's outside the
02:20:22 scope of the report.
02:20:24 THE WITNESS: Computer department.
02:20:24 BY MR. PAYNTER:
02:20:24 Q So does every item in the computer department
02:20:30 compete with every other item in the computer
02:20:33 department?
02:20:33 MR. O'MARA: Objection. It's outside the
02:20:34 scope of her report. It's beyond her expertise.
02:20:36 Calls for speculation. It's vague and ambiguous.
02:20:46 THE WITNESS: Every SKU, if you were to look
02:20:49 at computers, they would earn their placement on the
02:20:52 shelf in terms of their rate of sale. So all the

02:20:55 computers would compete against each other.
02:20:58 BY MR. PAYNTER:
02:20:59 Q You sell more than just video games
02:21:01 themselves in the video game department, right?
02:21:03 A Yes. Video games consist of video game
02:21:08 software, video game hardware, and video game
02:21:11 peripherals.
02:21:12 Q So does video game hardware compete with
02:21:16 video game software for shelf space?
02:21:19 MR. O'MARA: Objection. Vague and ambiguous.
02:21:22 THE WITNESS: Can you clarify that question?
02:21:23 BY MR. PAYNTER:
02:21:24 Q Yes. Does video game hardware compete with
02:21:26 video game software for shelf space in the video game
02:21:32 department?
02:21:32 MR. O'MARA: Objection. Vague and ambiguous.
02:21:33 THE WITNESS: Video game software by the
02:21:40 nature of the business always has more space because
02:21:44 of the SKU count. Video hardware has a relatively
02:21:50 small SKU count.
02:21:51 BY MR. PAYNTER:
02:21:52 Q But there is a limited amount of space in the
02:21:54 video game department, right?
02:21:55 A The video game department is limited, but
02:21:58 hardware wouldn't have an impact because there is a

02:22:03 very limited number of systems. The software, there
02:22:07 is more titles available, as I point out in the
02:22:09 report, that any one retailer could ever handle.
02:22:14 Q So your testimony, then, is that video game
02:22:18 hardware doesn't compete at all for shelf space with
02:22:21 video game software?
02:22:27 MR. O'MARA: Objection. Mischaracterizes her
02:22:28 testimony.
02:22:28 THE WITNESS: Video game hardware is what you
02:22:33 need to actually play the software. So you might --
02:22:38 you could not have a department unless you carry the
02:22:41 three platforms to actually run the software on.
02:22:46 So I don't understand the question because
02:22:51 there isn't a space issue in most instances with
02:22:56 hardware.
02:23:01 BY MR. PAYNTER:
02:23:03 Q Let me ask you a question about the Ultimate
02:23:05 Ninja III game.
02:23:05 If the developer of the Ultimate Ninja III
02:23:08 game gave away the Ultimate Ninja III game for free,
02:23:11 would that affect the sales prices or the sales
02:23:15 volumes of any of the other games in this picture?
02:23:20 MR. O'MARA: Objection. Incomplete
02:23:21 hypothetical. Vague and ambiguous.
02:23:23 THE WITNESS: Can you repeat the question?

02:23:25 BY MR. PAYNTER:
02:23:25 Q Yes.
02:23:25 If the distributor, the publisher of Ultimate
02:23:32 Ninja III gave that game away for free, in your expert
02:23:35 experience, would that affect the sales price or the
02:23:38 sales volume of any of the other titles in this
02:23:41 picture?
02:23:44 MR. O'MARA: Same objection. Incomplete and
02:23:52 nonsensical hypothetical.
02:23:59 THE WITNESS: In my professional opinion, no.
02:24:02 In fact, their giving it away free would probably
02:24:06 devalue the title even more.
02:24:10 BY MR. PAYNTER:
02:24:11 Q What if they slashed the price in half?
02:24:15 MR. O'MARA: Objection. Calls for an
02:24:17 incomplete hypothetical. It's vague and ambiguous.
02:24:28 THE WITNESS: Can you repeat the question?
02:24:30 BY MR. PAYNTER:
02:24:30 Q Yes.
02:24:30 If right here -- if the maker of Ultimate
02:24:37 Ninja III at this point in time slashed the price in
02:24:40 half, would that affect the sales prices or sales
02:24:47 volumes of any of the other titles in this picture?
02:24:51 MR. O'MARA: Objection. Calls for incomplete
02:24:54 hypothetical. It's vague and ambiguous.

02:24:56 THE WITNESS: Each title would still have to
02:24:59 earn its spot in terms of the rate of sale. So your
02:25:07 assumption would be that even cut in half, the title
02:25:13 would continue to do better than anything else in the
02:25:16 assortment, and we don't know that.
02:25:20 BY MR. PAYNTER:
02:25:21 Q I guess my question is, if the price of
02:25:26 Ultimate Ninja III were cut in half, would that have
02:25:28 any effect on the sales volume or the sales prices of
02:25:31 these other titles in this picture?
02:25:33 MR. O'MARA: Objection. Vague and ambiguous.
02:25:35 BY MR. PAYNTER:
02:25:35 Q In your expert opinion.
02:25:37 MR. O'MARA: Objection. It's vague, and it
02:25:41 calls for an incomplete hypothetical.
02:25:44 THE WITNESS: I -- I don't know what the
02:26:00 consumer response would be.
02:26:09 MR. O'MARA: Before we go on, it's about
02:26:11 2:30. Can we take five minutes?
02:26:13 MR. PAYNTER: Let me just finish with this
02:26:16 shelf space first, and then I'll take a break.
02:26:18 Q Looking at Figure 18, you could actually see
02:26:22 prices, correct?
02:26:25 A On Figure 18?
02:26:26 Q 18.

02:26:27 A Yes.
02:26:29 Q The lowest price is 19.99, and the highest
02:26:33 price pictured is 39.99, correct?
02:26:38 A This picture reflects 39.99 and 19.99.
02:26:41 Q So your testimony under oath is that even
02:26:43 though some of these games cost double what some of
02:26:47 the other games cost, they all compete with each
02:26:50 other?
02:26:51 MR. O'MARA: Objection. Asked and answered a
02:26:53 number of times.
02:27:18 THE WITNESS: I think the one -- you know --
02:27:21 there again you're looking at a point in time -- these
02:27:24 are all PlayStation 2, and PlayStation 2 are titles
02:27:30 that's to be illustrative in terms of how the
02:27:32 merchandising is done. But PlayStation 2 is past
02:27:36 generation, and this customer has not moved up to
02:27:42 PlayStation 3 and is very price sensitive. So in this
02:27:48 particular instance, you would see a lot of variation
02:27:51 in pricing.
02:27:51 BY MR. PAYNTER:
02:27:52 Q So even though there is a huge variation in
02:27:54 pricing, your testimony is that these games all
02:27:57 compete with each other?
02:27:58 MR. O'MARA: Objection. Asked and answered.
02:28:02 And very clearly answered.

02:28:05 THE WITNESS: Yes. That is accurate. All
02:28:09 these games would compete with each other.
02:28:10 BY MR. PAYNTER:
02:28:11 Q But for consumer's dollar, not just for shelf
02:28:17 space?
02:28:17 A Well, the shelf space and ultimately the
02:28:20 purchasers in terms of what gets purchased and what
02:28:23 doesn't.
02:28:26 Q Your conclusion that ultimately every game
02:28:30 competes for shelf space and once a game makes it onto
02:28:34 a retail space it competes against every other game on
02:28:38 the same shelf, that doesn't apply to BestBuy.com,
02:28:43 correct?
02:28:44 MR. O'MARA: Objection. Vague and ambiguous.
02:28:53 THE WITNESS: Usually my experience, dot-com
02:28:56 retailers, because of the nature of having infinite
02:29:04 shelf space, being digital, carry huge assortments.
02:29:08 And it's more about breadth of assortment than
02:29:14 anything else.
02:29:14 BY MR. PAYNTER:
02:29:15 Q So what is the primary composition for Madden
02:29:18 NFL sold on BestBuy.com?
02:29:23 MR. O'MARA: Objection. Vague and ambiguous.
02:29:32 THE WITNESS: It would be multiple titles,
02:29:35 but the number varies widely. And those titles do not

02:29:41 have to compete for shelf space, so it can stay up
02:29:46 there much longer. So it still competes, but there's
02:29:51 infinite assortment as compared to a physical
02:29:55 retailer.
02:29:55 BY MR. PAYNTER:
02:29:55 Q So it competes with everything on
02:29:57 BestBuy.com?
02:29:59 MR. O'MARA: Objection. Mischaracterizes her
02:30:00 testimony. Vague and ambiguous.
02:30:09 THE WITNESS: Once again, the merchant -- the
02:30:14 dot-com just like the retail store has a merchant
02:30:20 responsibility so they're responsible for the
02:30:23 financials of the gaming department. So ultimately
02:30:31 they're going to make sure that they're featuring the
02:30:33 titles that can drive the most consumer sales. It's
02:30:37 different than retail. Their catalogue is infinite as
02:30:42 compared to a physical Best Buy store.
02:30:45 BY MR. PAYNTER:
02:30:45 Q So what does Madden NFL compete with when
02:30:49 it's sold on a Web site like BestBuy.com?
02:30:52 A It would compete against other top games
02:30:56 because Madden NFL, more than likely, would be a
02:31:00 feature game, and it would compete against other
02:31:04 feature games on dot-com, which usually are
02:31:09 multi-genre.

02:31:09 Q So other than top games, what else would
02:31:14 Madden NFL compete with when it's sold on BestBuy.com?
02:31:18 MR. O'MARA: Objection. It's vague and
02:31:20 ambiguous as to time, platform, a number of other
02:31:22 items.
02:31:30 THE WITNESS: In my experience, it would --
02:31:32 as I said, it would compete with other top games.
02:31:38 MR. PAYNTER: Let's take a five-minute break.
02:42:53 (Recess taken from 2:31 p.m. to 2:42 p.m.)
02:42:53 BY MR. PAYNTER:
02:42:54 Q So when you concluded that the Madden NFL
02:42:58 title competes with all other video games, did you
02:43:04 conduct a SNIP test?
02:43:06 A Can you repeat the question.
02:43:09 Q When you concluded in your expert opinion
02:43:11 that the Madden NFL title competes with all other
02:43:15 video games, did you conduct a SNIP test?
02:43:18 A I'm not familiar with that terminology.
02:43:23 Maybe you could explain it.
02:43:24 Q A significant increase in price,
02:43:29 non-transitory increase in price test.
02:43:32 A I personally would not have conducted that,
02:43:34 no.
02:43:34 Q Did you conduct a cross-price elasticity of
02:43:39 demand study for Madden NFL?

02:43:42 A Can you repeat that question?
02:43:47 Q Yes. When you concluded that the Madden NFL
02:43:51 title competed with all other video games, did you
02:43:54 conduct a cross-price elasticity of demand study?
02:43:58 A I personally would not have conducted such a
02:44:01 study.
02:44:02 Q So that -- so such a study was not the basis
02:44:06 of your opinion, correct?
02:44:08 A My opinion is based on my years of
02:44:12 experience.
02:44:13 Q Not on a cross-price elasticity of demand
02:44:16 study, correct?
02:44:24 A Can you clarify your question again, please?
02:44:26 Q Yes. I'm simply asking, when you concluded
02:44:28 that the Madden NFL title competed with all of the
02:44:32 video games, did you conduct a cross-price elasticity
02:44:38 of demand study?
02:44:39 A I did not conduct a cross-price elasticity
02:44:44 demand study.
02:44:46 Q Did you use the regression approach proposed
02:44:51 by Horowitz?
02:44:53 MR. O'MARA: Objection. Vague and ambiguous.
02:44:56 MR. SCHATZ: Could we just stipulate to this?
02:45:02 THE WITNESS: I personally did not use a
02:45:06 Horowitz demand study.

02:45:10 BY MR. PAYNTER:
02:45:10 Q Did you use the price correlation test of Stigler & Sherwin?
02:45:16 A Some of the documents that perhaps illustrate or support my point may have used those, but I'm not aware of what documents were produced from those individuals.
02:45:35 Q Stigler and Sherman?
02:45:41 A No, I'm not aware of who Stigler -- is it Sherwin?
02:45:47 Q Yes.
02:45:47 A No, I'm not aware of them.
02:45:48 Q Have you done any consumer surveys to see what consumers view as substitutes to interactive football software?
02:45:55 A I personally have not done any consumer surveys for substitutes for Madden football.
02:46:02 Q For purposes of concluding that the Madden NFL title competes with all other video games, did you rely on any consumer surveys that surveyed what consumers viewed as substitutes for the Madden NFL video game?
02:46:23 A Once again, as I have said previously, over my many years of experience, I have seen studies that indicate gamers play across genre. I cannot attribute

02:46:39 those to any specific study that you have mentioned.
02:46:47 And in my report, in support of my opinions, there may
02:46:55 be documents that are cited that may have used that
02:47:00 but I'm not particular -- I'm not aware of -- of those
02:47:06 particular names.
02:47:07 Q So to the best of your knowledge, when you
02:47:15 concluded that Madden completed with all of the video
02:47:19 games, you can't point me to a consumer survey that
02:47:25 was done to determine what consumers view as a
02:47:30 substitute for Madden NFL software?
02:47:33 MR. O'MARA: Objection. Asked and answered.
02:47:39 THE WITNESS: Part of the reason I was hired
02:47:43 was my vast experience over many, many years, and my
02:47:52 opinion is based on that experience and the success of
02:47:57 the video game department at Best Buy. And that's
02:48:04 what's led me to my opinion.
02:48:06 BY MR. PAYNTER:
02:48:06 Q To the best of your recollection, have you
02:48:08 ever seen a consumer survey that surveyed what
02:48:11 consumers view as a substitute for Madden NFL video
02:48:16 games?
02:48:17 A Any survey that I have ever seen talks more
02:48:26 about the propensity of consumers to buy games across
02:48:32 multiple genres, not necessarily substitution studies.
02:48:41 Q When you determined that Madden competed with

02:48:48 all other video games, did you look at the Madden NFL
02:48:53 title's peculiar characteristics or uses?
02:48:58 MR. O'MARA: Objection. Vague and ambiguous.
02:48:59 THE WITNESS: Can you repeat that?
02:49:02 BY MR. PAYNTER:
02:49:03 Q When you determined that the Madden NFL video
02:49:07 game title competed with all other video games, did
02:49:10 you look specifically at the Madden title's unique
02:49:15 characteristics and uses?
02:49:16 MR. O'MARA: Objection. Vague and ambiguous.
02:49:23 THE WITNESS: I don't understand that
02:49:26 question.
02:49:30 BY MR. PAYNTER:
02:49:31 Q So the answer would be no?
02:49:32 MR. O'MARA: No. The answer is she doesn't
02:49:35 understand the question.
02:49:36 BY MR. PAYNTER:
02:49:37 Q What I'm asking is, when you determined that
02:49:39 Madden NFL competed with all other video games, in
02:49:43 making that determination, did you look at the unique
02:49:47 characteristics or uses of the NFL software?
02:49:50 MR. O'MARA: Objection. Asked and answered.
02:49:52 She said she didn't understand the question.
02:50:01 THE WITNESS: Are you asking if I played the
02:50:04 game and could recite all the features of the game? I

02:50:09 don't understand the question.
02:50:10 BY MR. PAYNTER:
02:50:11 Q I'm quoting from the Supreme Court case in
02:50:15 Brown Shoe. Are you familiar with that decision?
02:50:18 A I am not familiar with that Supreme Court
02:50:21 case.
02:50:24 Q Did you look to determine whether the Madden
02:50:39 NFL title had distinct customers?
02:50:42 MR. O'MARA: Objection. Vague and ambiguous.
02:50:51 THE WITNESS: As a retailer, it is a common
02:50:53 practice through the various segmentation studies that
02:50:58 publishers bring in to understand the characteristics
02:51:04 of various game consumers to better serve them and
02:51:11 market to them. So I have seen studies like that in
02:51:15 the past.
02:51:16 BY MR. PAYNTER:
02:51:17 Q So you have seen studies that -- strike that.
02:51:21 Your testimony is that you have seen studies
02:51:23 that Madden NFL has distinct consumers?
02:51:26 MR. O'MARA: Objection. Mischaracterizes her
02:51:28 testimony.
02:51:33 THE WITNESS: I can't speak to a specific
02:51:35 Madden study, that I recall, but I can speak to the
02:51:38 fact that there are lots of consumer studies that talk
02:51:42 about the characteristics of various game players so

02:51:47 we can better understand and market to them.
02:51:53 BY MR. PAYNTER:
02:51:53 Q You're not aware of any study specifically
02:51:56 with regard to the Madden NFL game?
02:52:00 MR. O'MARA: Objection. Asked and answered.
02:52:01 THE WITNESS: Not one that I can specifically
02:52:04 recall. I can only comment on seeing studies of that
02:52:10 sort across multiple -- broad -- let me restate that.
02:52:16 I've seen studies from publishers across
02:52:20 multiple game titles.
02:52:28 BY MR. PAYNTER:
02:52:28 Q Let me ask you a little bit about Part D of
02:52:32 your report on Page 15.
02:52:39 A Can you give me a moment?
02:52:40 Q Yeah, sure.
02:53:10 You state here that you are aware that
02:53:12 Take-Two publicly announced in 2004 that it did not
02:53:16 intend to maintain its promotional pricing starting
02:53:19 2005, correct?
02:53:20 MR. O'MARA: Objection. Mischaracterizes the
02:53:21 document.
02:53:30 THE WITNESS: In my report when I recapped my
02:53:35 experience at that time, I do mention the fact that
02:53:39 they did come out with the announcement that they
02:53:43 intended to raise the pricing of her next generation

02:53:47 games. I don't recall the specifics. I think it may
02:53:52 be in details of the documents, but yes, it's in my
02:53:59 explanation here.
02:54:02 BY MR. PAYNTER:
02:54:03 Q Take-Two made that announcement after it knew
02:54:05 that EA had signed an exclusive with the NFL and the
02:54:08 NFLPA; isn't that right?
02:54:11 MR. O'MARA: Objection. Assumes facts not in
02:54:12 evidence. Calls for speculation.
02:54:21 THE WITNESS: I don't have those documents as
02:54:24 the exact timing in front of me.
02:54:25 BY MR. PAYNTER:
02:54:25 Q You have no idea whether Take-Two made that
02:54:29 announcement before or after it knew that EA had
02:54:33 signed an exclusive with the NFL and NFLPA, correct?
02:54:37 A I do not recall the exact timing.
02:54:39 Q Now, you also say that Mr. Eibeler --
02:54:39 Is that how you pronounce his name?
02:54:39 A Eibeler, yeah.
02:54:43 Q -- personally told you that, and I'm quoting,
02:54:47 "Take-Two intended to raise the price of its sports
02:54:51 title back to industry standard prices in subsequent
02:54:54 years."
02:54:55 Other than your conversations with
02:54:58 Mr. Eibeler, do you have any other basis for believing

02:55:00 that Take-Two intended to raise the price of its
02:55:03 sports titles back to industry standard prices in
02:55:06 subsequent years?
02:55:09 MR. O'MARA: Other that the price release
02:55:13 cited here in the report?
02:55:15 MR. PAYNTER: Is that an objection?
02:55:16 MR. O'MARA: It's an objection. It's
02:55:18 mischaracterizing the written opinion.
02:55:26 THE WITNESS: Basically the point of this
02:55:31 piece in my report was to recall my conversation and
02:55:35 to point out the fact that this was a one-time
02:55:38 anomaly, and Take-Two did in fact move the pricing
02:55:43 back up to what we would consider industry standard
02:55:49 pricing for premium games.
02:55:55 And this would be a good time to clarify.
02:55:57 The point is -- because we talked about this
02:56:00 earlier when you're looking at some of the exhibits --
02:56:03 is the fact that there are occasionally anomalies, but
02:56:12 the standard industry practice is to be at that
02:56:16 standard pricing on next generation titles, premium
02:56:22 titles at the 59.99 price point and just as we saw as
02:56:28 to what happened. Not to say there are never -- very,
02:56:34 very occasions that that may happen, but the standard
02:56:37 within the industry is -- as we spent a lot of time
02:56:40 on -- is to launch premium titles at the 59.99

02:56:50 industry -- industry accepted pricing on premium
02:56:56 titles.
02:56:56 BY MR. PAYNTER:
02:56:56 Q Can I ask you how many conversations on the
02:56:59 subject you had with Mr. Eibeler?
02:57:01 A In this particular instance he called me just
02:57:06 to ask, because in the regular course of business in
02:57:09 my position, I talked to Mr. Eibeler my opinion on
02:57:14 what would happen, as this was a one-time occurrence,
02:57:20 when they raised the pricing the following year how I
02:57:23 felt -- what I felt would happen?
02:57:28 Q So it was a single conversation you had with
02:57:31 him?
02:57:31 A It was a single conversation.
02:57:32 Q And do you remember when it was?
02:57:36 A It was prior to them actually making the
02:57:39 move. He was contemplating bringing the title out at
02:57:44 an aggressive one-time price point.
02:57:47 Q Sorry. Can you tell me exactly -- when you
02:57:52 say prior, can you give me a month and a year or --
02:57:58 A This was six years ago. I can't give you the
02:58:03 exact time. Mr. Eibeler, in a regular course of
02:58:08 action, we would -- you know -- he would ask for my
02:58:14 opinion, because of how long I had been around, as to
02:58:17 what I thought about the strategy. So it was prior.

02:58:20 I can't give you the exact day or time.
02:58:23 Q Do you know whether it was before or after
02:58:27 Take-Two knew that EA had executed an exclusive with
02:58:32 an NFL?
02:58:33 MR. O'MARA: Objection. Asked and answered.
02:58:38 THE WITNESS: I don't know. Our conversation
02:58:40 did not evolve around that. It was more about the
02:58:45 one-time pricing strategy.
02:58:48 BY MR. PAYNTER:
02:58:50 Q Okay. Just to clarify, you don't recall
02:58:53 whether this conversation occurred before or after EA
02:58:58 executed the exclusive with the NFL?
02:59:00 MR. O'MARA: Objection. Mischaracterizes her
02:59:02 testimony. She's already said that occurred before.
02:59:04 MR. PAYNTER: Tim, Tim, you are not allowed
02:59:05 to testify.
02:59:06 MR. O'MARA: I'm not.
02:59:07 MR. PAYNTER: Yes, you are. You can make
02:59:09 objections, but you are not allowed to just give her
02:59:11 the answer.
02:59:12 MR. O'MARA: I'm not giving her the answer.
02:59:14 She gave you the answer, and you're trying to confuse
02:59:16 her. She already said that --
02:59:17 MR. PAYNTER: Tim, Tim --
02:59:18 MR. O'MARA: -- they had the conversation

02:59:18 before the pricing came out.
02:59:20 MR. PAYNTER: Tim, you're testifying.
02:59:21 MR. O'MARA: No, I'm not because she
02:59:23 testified. You can read back what she said. All you
02:59:25 have to do is read back what she said.
02:59:28 MR. PAYNTER: She said she didn't know when
02:59:30 it happened.
02:59:30 MR. O'MARA: She said she didn't know
02:59:32 exactly, but it happened before the pricing event.
02:59:35 MR. PAYNTER: You're clearly testifying on
02:59:36 the record. You're obviously coaching the witness.
02:59:37 MR. O'MARA: I'm not coaching the witness.
02:59:39 It's what she said.
02:59:40 MR. PAYNTER: You're allowed to make
02:59:42 objections, not characterize her testimony.
02:59:43 MR. O'MARA: So my objection is you're
02:59:45 mischaracterizing her testimony, and you're misleading
02:59:46 her.
02:59:52 THE WITNESS: Repeat the question.
02:59:53 BY MR. PAYNTER:
02:59:53 Q The question is, did you have this
02:59:54 conversation with Mr. Eibeler before or after EA
03:00:00 executed the exclusive with the NFL?
03:00:03 MR. O'MARA: Same objections.
03:00:11 THE WITNESS: The point I made before, had

03:00:13 the conversation before they actually made the price move. So where that fell into when the agreement -- I don't recall. As retailers, we were all surprised when we -- nobody was aware. We did not discuss -- Mr. Eibeler and I did not discuss any exclusive agreement in our conversation. It was strictly about the pricing.

03:00:42 BY MR. PAYNTER:

03:00:42 Q So what is the pricing that you are referring to?

03:00:45 A He asked my opinion of if they were going to come out for one-time at 19.99 the ability to move it back up to 59.99 the following year. And my conversation was my experience across many years of retail what had happened when a consumer saw one price and then you try to move it up to another price and that was my concern.

03:01:11 Q So what did you tell him?

03:01:13 A My concern at that point was, you know, from a consumer perspective, would you have trained them to expect a different price point, it would be a shock to see it at a higher price. That was the conversation, just based on not the game business but other businesses in terms of when a price was put out there and you tried to put it to another price. That was

03:01:44 the conversation.
03:01:45 Q Did he specifically tell you that he planned to raise it to a full premium price the next year or did he say he planned to raise it gradually to a premium price or a series of years or did he not say either way?
03:02:00 A To the best of my recollection of the conversation, he was going to raise it back to regular price. And in my mind, regular price would have been, you know, the 49 or 59. At this point we're moving into the next generation, so it would have been 59.99.
03:02:20 Q And did he say he was going to do that the next year or did he say he was going to phase it in or did he not get into that level of detail?
03:02:27 A I don't recall the level of detail. It was, I was going to move it to regular price next year so...
03:02:38 Q I want to look at the last paragraph, and you state that, quote, "A value price point does not provide sufficient funds to cover the ongoing expenditures, platform development, title development, marketing, licensing fees, et cetera, required to make a premium game title."
03:02:58 When you say "value price point," are you referring to the 19.99 price point?

03:03:02 A That is terminology we use within the industry as 19.99 being a value price point, because the expectation would be at 19.99, it would be of lower quality and of lower play value.

03:03:18 Q But do you believe that the Take-Two ESPN 2K5 game was of lower quality?

03:03:27 A As I state in my report, I think it was a one-time market share grab.

03:03:33 Q Grabbing market share from what?

03:03:36 A To make a statement in terms of a price that really brought in, as we talked about, consumers, all consumers in quickly because of the price point because it was a no-risk proposition.

03:03:52 Q So by pricing the NFL 2K5 title at 19.95, they're trying to grab market share from EA's Madden title, in your opinion?

03:04:05 A I think market share, in general. It would compete against everything in that window and be a huge seller. Anything that was -- that had come out, and I don't recall all the titles that were launched in that window, but it would be -- if we were to go to look at data, it would probably have blown the numbers away on everything in that window.

03:04:28 Q So by pricing lower, they gained more consumers, more purchasers?

03:04:33 MR. O'MARA: Objection. Vague and ambiguous.
03:04:38 THE WITNESS: Can you repeat the question?
03:04:39 BY MR. PAYNTER:
03:04:40 Q Yes. I'm just trying to understand what you're saying. So by pricing their game lower, they sold more units, correct?
03:04:48 A They -- it was in that point in time a very aggressive price point, as I said, a no-risk proposition for people to try a game. It was even before -- you know, value games are much more prevalent now than they were even then. So it was a very eye-opening price point for all consumers to try a game.
03:05:22 Q So they sold more than they would have if they had priced it higher, correct?
03:05:26 MR. O'MARA: Objection. Calls for speculation.
03:05:30 THE WITNESS: I wouldn't know that unless -- if they had come out with the standard industry pricing at that time, it would have had to hold its merit against all the other titles that were launching at that point in time. So I don't know what the rate of sale would have been.
03:05:49 BY MR. PAYNTER:
03:05:50 Q You said they did it to gain market share, so

03:05:53 presumably they did it to sell more units, correct?
03:05:56 A They did it to sell units, but as I pointed
03:06:00 out, it's a one-time anomaly. The history will show.
03:06:04 The next year they went to 59.99 because it's not a
03:06:07 sustainable strategy.
03:06:09 Q I realize it's not sustainable, but that year
03:06:12 it worked, correct?
03:06:13 MR. O'MARA: Objection. It's vague and
03:06:14 ambiguous.
03:06:20 THE WITNESS: They sold a lot of units
03:06:22 because it would be typical of what you would see for
03:06:26 a $20 price point.
03:06:27 BY MR. PAYNTER:
03:06:28 Q So more people bought it than would have
03:06:30 bought it if it had been priced at $49, correct?
03:06:35 A As I said, a lot of units moved through. It
03:06:39 was a no-risk proposition. You had a lot of -- across
03:06:46 a lot of customer segments because of the purchasing
03:06:50 price point.
03:06:57 Q You list a couple of ongoing expenditures
03:07:01 that Take-Two had to make, platform development, title
03:07:06 development, marketing, licensing fees, and then you
03:07:09 say "et cetera." Other than the expenditures listed,
03:07:11 what other expenditures are necessary to make a
03:07:14 premium game title?

03:07:16 A Well, let's see. Let me see what we haven't
03:07:20 mentioned. You have to pay royalties to the game
03:07:30 company. They have to work with the retailer. Some
03:07:35 percent is, you know, for lack of the better term,
03:07:39 I'll call it crude for markdowns, promotions, events,
03:07:45 all those sort of things, so there's a lot of dollars
03:07:47 that go into it. So you have, you know, all the
03:07:50 things that a publisher has to worry about, but
03:07:53 there's a lot of expenditures in terms of the
03:07:58 retailer.
03:07:59 As I said before, they're gonna want to mark
03:08:03 it and promote. So it costs a lot to do that. So
03:08:07 there's a lot of those costs, too.
03:08:09 Q So is it your expert opinion that Take-Two
03:08:12 did not generate sufficient revenue from the sale of
03:08:16 its NFL 2KF game to cover its ongoing expenditures?
03:08:18 MR. O'MARA: Objection. Vague and ambiguous
03:08:20 as to year.
03:08:25 THE WITNESS: I'm not sure. You're gonna
03:08:27 have to clarify that question, or repeat it, at least.
03:08:36 BY MR. PAYNTER:
03:08:37 Q So is it your expert opinion that Take-Two
03:08:41 did not generate sufficient revenue from the sale of
03:08:45 its NFL 2K5 title at the 19.95 launch price point to
03:08:54 cover its -- what you call the ongoing expenditures?

03:09:01 A For 2004 or 2005 -- for what time frame? To
03:09:07 do a title the next year or that year? Can you
03:09:10 clarify?
03:09:12 Q Well, you testified that the value price
03:09:15 point does not provide sufficient funds to cover
03:09:17 ongoing expenditures?
03:09:19 So my question is, is it your expert
03:09:21 conclusion that Take-Two didn't generate over the life
03:09:28 of the title sufficient funds from a sale of its NFL
03:09:33 2K5 title to cover the cost of platform development,
03:09:37 title development, and the other expenditures you
03:09:40 identified?
03:09:40 MR. O'MARA: Objection. Vague. Ambiguous.
03:09:46 THE WITNESS: I think that's a complicated
03:09:49 question. In terms of the reason they were able to go
03:09:52 out at 19.99 was an advantageous situation in that
03:10:02 particular year, but going forward, if they were to
03:10:05 have to produce a sequel for the next year, which
03:10:09 would mean to get those consumers to come back again,
03:10:13 they would have to make improvements in the game, new
03:10:17 features, improve the quality, new marketing budgets,
03:10:23 et cetera. No, they would not be able to do it in a
03:10:27 19.99 price point.
03:10:28 BY MR. PAYNTER:
03:10:29 Q What principles and methods did you use to

03:10:30 reach that conclusion?
03:10:32 A My professional experience, one of the things
03:10:39 that we would look at is, you know, how much does it
03:10:44 cost to make a title. Roughly there are estimates,
03:10:48 but there are reports out there in terms of title, how
03:10:55 much it costs to -- you know -- and these are
03:10:57 estimates because even the people who write the
03:11:00 reports don't have exacts -- but if you were to look
03:11:03 at all of these and any kind of estimates, the number
03:11:08 of units you would have to sell and the retail you
03:11:11 would have to charge to break even, this wouldn't be
03:11:17 possible. And there are -- there are reporting
03:11:20 companies who do estimates on that.
03:11:23 Q But did you do an analysis of those factors
03:11:28 for purposes of this report --
03:11:30 MR. O'MARA: Objection.
03:11:31 BY MR. PAYNTER:
03:11:31 Q -- for purposes of concluding that Take-Two
03:11:34 could not generate sufficient funds to cover ongoing
03:11:39 expenditures at the 19.99 price point?
03:11:41 MR. O'MARA: Objection. Vague and ambiguous.
03:11:48 THE WITNESS: My opinion is, based on my
03:11:51 experience, having seen these break-even analyses,
03:11:54 that it would be impossible.
03:11:55 BY MR. PAYNTER:

03:11:56 Q But you have never seen a break-even analysis
03:11:58 for the NFL 2K5 game, have you?
03:12:01 A It is common knowledge in the game industry
03:12:06 the cost of development for key titles, and people use
03:12:12 estimates all the time on how much it costs to make a
03:12:15 title. So it's -- I personally did not do an
03:12:21 analysis, but I have seen an analysis that would say
03:12:25 this is impossible.
03:12:26 Q You've seen a specific analysis for the NFL
03:12:29 2K5?
03:12:30 A I've seen a specific analysis by platform for
03:12:34 360 games, PS3 games.
03:12:44 Q And ESPN NFL 2K5 wasn't released on those
03:12:50 platforms, was it?
03:12:55 A No. That game was not available, but to the
03:12:58 point of my report, it was a one-time anomaly.
03:13:03 Because going forward into Mr. Eibeler and my
03:13:09 conversation and to the press release they made, they
03:13:12 didn't intend to do it going forward because it would
03:13:15 be impossible because of the economics.
03:13:17 Q But you didn't examine any profit-and-loss
03:13:20 statements for Take-Two for its 2K5 game, correct?
03:13:24 A No. It's just my knowledge of break-even
03:13:27 scenarios in terms of what it costs to produce and be
03:13:31 profitable with the game.

03:13:32 Q Did you perform any modeling of its cost?
03:13:35 A I did not do any specific modeling of
03:13:41 these -- of that game. Basically, as I said, in my
03:13:45 years of experience, I've seen a lot of reporting, as
03:13:49 well as in the appendix of this report, we quote the
03:13:53 very few number of titles that ever hit a million
03:13:58 units. And in most instances a game doesn't really
03:14:04 make money until it hits that, based on my experience.
03:14:11 Q Can you tell me the price point at which
03:14:13 Take-Two would have generated sufficient gross revenue
03:14:17 to cover what you call ongoing expenditures?
03:14:22 A I don't understand the question. At what
03:14:24 price point and at what time?
03:14:26 Q Yes, that's the question. At what price
03:14:28 point for the NFL 2K5 game would Take-Two have
03:14:35 generated sufficient revenue to cover its ongoing
03:14:40 expenditures?
03:14:40 MR. O'MARA: Objection. Calls for
03:14:42 speculation.
03:14:48 THE WITNESS: All I can refer to, as I've
03:14:54 pointed out a number of times, premium games on next
03:14:58 generation systems, the industry -- standard industry
03:15:03 pricing is -- especially for Xbox 360 and PS3 would
03:15:09 have been 59.99. And my experience is, on those rare
03:15:18 occasions when people do deviate to market share grab,

03:15:27 that is not a sustainable strategy because the
03:15:31 economics would not allow you to go below that price
03:15:34 point and be profitable.
03:15:39 BY MR. PAYNTER:
03:15:39 Q So your testimony is that Electronic Arts --
03:15:43 sorry strike that.
03:15:44 Your testimony is that the ESPN NFL 2K5 game
03:15:49 could not have been sold below a premium price point
03:15:55 and still have been profitable?
03:15:56 MR. O'MARA: Objection. Mischaracterizes her
03:15:59 testimony. It's also vague and ambiguous. What
03:16:01 platform, what year, and what other factors?
03:16:05 THE WITNESS: My report states my opinion.
03:16:12 It is -- long-term it would not be profitable for --
03:16:20 let me restate that.
03:16:21 Long-term Take-Two would not have a
03:16:26 sustainable model to continue to price their sports
03:16:30 games at 19.99 and continue to innovate and draw
03:16:35 interest of consumers.
03:16:37 BY MR. PAYNTER:
03:16:37 Q Okay. So my question is, with respect to the
03:16:41 ESPN NFL 2K5 game, can you tell me the price point at
03:16:48 which that game would have been profitable?
03:16:50 A I can't tell you a specific price point that
03:16:56 it would be profitable. I only can comment on

03:16:59 break-even scenarios that I've seen in the past, and
03:17:03 it would have to be closer to industry standard
03:17:08 pricing based on other -- based on platform --
03:17:15 economic that I've seen.
03:17:16 Q So you didn't do any economic or econometric
03:17:20 analysis to determine the break-even price point of
03:17:25 the ESPN NFL 2K5 game?
03:17:29 A I personally did not do that. Once again, I
03:17:32 base my opinion on my experience.
03:17:41 Q Now, the amount of gross revenue that
03:17:44 Take-Two can generate from the sale of any particular
03:17:47 game depends not only on the price at which it sells
03:17:50 the game but also on the number of units sold,
03:17:53 correct?
03:17:53 A Can you repeat the question?
03:17:55 Q The amount of revenue that Take-Two generates
03:17:58 depends not only on the price that it sells the game
03:18:02 but also on the number of units that it sells,
03:18:04 correct?
03:18:14 A Profitability for a publisher would be -- is
03:18:18 based on unit sales. The key to success, as I pointed
03:18:23 out multiple times in the report, would be a
03:18:29 disproportionate share in the industry in terms of
03:18:32 that top-tier million units-plus sold. Sales is a
03:18:36 major motivator. Sale of units are a major motivator

03:18:40 for publishers.
03:18:42 Q I'm not talking about profitability. I'm
03:18:45 talking about gross revenue.
03:18:47 Take-Two's gross revenue is a function of the
03:18:49 price that it sells the game and the number of units
03:18:52 sold, correct?
03:18:53 MR. O'MARA: Objection. Vague and ambiguous.
03:19:03 It's beyond the scope of her report.
03:19:07 THE WITNESS: I don't understand the
03:19:09 question. I don't understand the unit piece. I don't
03:19:14 understand the pricing piece, if you're talking cost,
03:19:17 retail.
03:19:19 BY MR. PAYNTER:
03:19:19 Q I'm talking about the game that Take-Two --
03:19:22 the price that Take-Two sells the game at to
03:19:26 retailers.
03:19:28 So Take-Two's revenue is determined by its
03:19:33 wholesale price that it sells to retailers times the
03:19:38 number of units sold, correct?
03:19:41 A Yes. Their wholesale price would have been
03:19:45 impact on their profitability.
03:19:48 Q Again, I'm just simply talking about
03:19:50 Take-Two's gross revenue for their ESPN NFL 2K5 game.
03:19:57 It's determined by its wholesale prices and its units
03:20:01 sold, correct?

03:20:04 A I would assume there are other things that go
03:20:06 into their P&L, but in most basic terms, that would be
03:20:12 a factor.
03:20:12 Q So do you know how many units of ESPN NFL 2K5
03:20:16 Take-Two sold?
03:20:18 A They sold a significant amount. I can't
03:20:22 quote the number off the top of my head.
03:20:27 Q Do you know whether it sold more or less than
03:20:29 the basketball or hockey games, its own basketball or
03:20:34 hockey games?
03:20:35 MR. O'MARA: Objection. Calls for
03:20:38 speculation. Beyond the scope of her report.
03:20:40 THE WITNESS: As I said before, it was a
03:20:44 one-time market share grab. I'm sure they sold
03:20:47 significant units, and it was an anomaly that that
03:20:52 stood out in that time frame.
03:20:54 BY MR. PAYNTER:
03:20:54 Q Is it theoretically possible that Take-Two
03:20:59 would lose money on a lower volume basketball game
03:21:05 priced at, say, $29 but make money on a higher volume
03:21:11 football game?
03:21:11 MR. O'MARA: Objection. Calls for
03:21:12 speculation. Incomplete hypothetical.
03:21:18 THE WITNESS: As I point out, history shows,
03:21:24 it was a one-time event, and very quickly the next

03:21:28 year they went back to 59.99 on their other sports
03:21:33 titles.
03:21:34 BY MR. PAYNTER:
03:21:34 Q They weren't allowed to make an NFL football
03:21:38 game, correct?
03:21:39 MR. O'MARA: Objection. Beyond the scope of
03:21:42 the report.
03:21:43 THE WITNESS: But they had an NHL and NBA
03:21:47 title that was at 59.99.
03:21:48 BY MR. PAYNTER:
03:21:48 Q How does history show that they would have
03:21:51 sold a football game at 59.99?
03:21:55 A The point of my report was that they took
03:21:58 those games back up to 59.99.
03:22:00 Q Well, they didn't take the football game back
03:22:03 up to 59.99, did they?
03:22:05 MR. O'MARA: Objection. It's argumentative.
03:22:12 THE WITNESS: I have no more comments.
03:22:15 BY MR. PAYNTER:
03:22:15 Q Well, they weren't allowed to produce the
03:22:17 football game, correct?
03:22:18 MR. O'MARA: Objection. Beyond the scope of
03:22:20 her report. It's argumentative. It also assumes
03:22:29 facts not in evidence.
03:22:29 THE WITNESS: Could we take a quick break?

03:22:35 MR. PAYNTER: Let me just -- I'd like to
03:22:36 finish this section, and then we can take a quick
03:22:38 break, although I'd like to note for the record that
03:22:40 we've been taking very -- many and somewhat lengthy
03:22:45 break.
03:22:45 MR. O'MARA: I'm going to object to that
03:22:47 statement. We've been taking a break about once an
03:22:50 hour, which is pretty standard, and the breaks have
03:22:51 not been overly long.
03:22:51 MR. PAYNTER: Can we have the question read
03:22:51 back for the witness?
03:23:04 (Record read.)
03:23:04 MR. PAYNTER: Objection. It's vague and
03:23:05 ambiguous. Assumes facts not in evidence.
03:23:17 THE WITNESS: There was -- as I point out in
03:23:19 my report, they continued to produce other sports
03:23:24 games, but no, there was not a football game that
03:23:28 year.
03:23:33 BY MR. PAYNTER:
03:23:33 Q When you state that there is, quote, "No
03:23:35 rational reason to believe that Take-Two would have
03:23:38 priced a football game any different than it has
03:23:41 priced its professional basketball and hockey game,"
03:23:43 one rational reason would be that its football game
03:23:47 sold more units than its basketball and hockey titles,

03:23:51 correct?
03:23:51 MR. O'MARA: Objection. Argumentative.
03:23:54 Assumes facts not in evidence.
03:23:56 THE WITNESS: The point of my report is the
03:24:00 19.99 price point would be not economically feasible
03:24:05 going forward, and that was shown when they raised
03:24:10 their other two titles back up to 59.99 the next
03:24:15 generation.
03:24:15 BY MR. PAYNTER:
03:24:15 Q Those titles have different unit volumes,
03:24:17 correct?
03:24:17 MR. O'MARA: Objection. Assumes facts not in
03:24:19 evidence.
03:24:22 THE WITNESS: It supports that all next
03:24:39 generation premium titles launched at standard
03:24:41 industry pricing.
03:24:43 BY MR. PAYNTER:
03:24:43 Q That wasn't my question.
03:24:44 My question was, those titles that you just
03:24:46 referred to had different unit volumes, correct?
03:24:50 MR. O'MARA: Objection. Assumes facts not in
03:24:51 evidence. It's argumentative. Asked and answered.
03:24:58 THE WITNESS: My experience is a lot of
03:25:01 titles would have different unit volumes, but they
03:25:06 would be considered premium titles, not all of them

03:25:11 are the same. They would launch a next generation at
03:25:16 industry standard pricing for Xbox 360 and PS3 at
03:25:23 59.99. Price wouldn't be a determiner of the volumes.
03:25:29 They all have to stand on their own in terms of their
03:25:33 merit and consumer acceptance.
03:25:40 BY MR. PAYNTER:
03:25:41 Q So I guess the question is, if you have a
03:25:44 game with very high volumes, you could profit on a
03:25:51 lower price, no?
03:25:53 MR. O'MARA: Objection. Assumes facts not in
03:25:55 evidence. Calls for speculation. Asked and answered
03:26:00 a number of times.
03:26:04 THE WITNESS: In my experience, based on the
03:26:07 break-even analysis, the number of units you would
03:26:08 have to do to make that feasible would be
03:26:11 unprecedented to the top-volume SKUs that have sold
03:26:17 historically. So you would have to sell an awful lot
03:26:21 of units.
03:26:22 BY MR. PAYNTER:
03:26:22 Q How many?
03:26:23 A I have no idea, but you could do simple math
03:26:28 in terms of current standard industry retail pricing
03:26:31 and units and cut that pricing in half, and simple
03:26:37 math would say you have to sell double. So it would
03:26:41 have to be very dramatic.

03:26:43 Q So wouldn't simple math say that if the volume of, say, the Madden game was double the volume of the hockey game, you could sell the Madden game for half the price, all other factors being equal?
03:26:58 MR. O'MARA: Objection. Mischaracterizes her testimony. Incomplete hypothetical.
03:27:03 THE WITNESS: The point of my report is, would you then have the dollars to continue to innovate on the title to make sure that you kept the consumer interest? With the economics, would it make sense to do that?
03:27:22 MR. PAYNTER: Let me move on, and let's talk about the next section here.
03:27:26 MR. O'MARA: Hold on. She asked for a break.
03:27:28 MR. PAYNTER: Sorry. Yeah.
03:27:30 (Recess taken from 3:27 p.m. to 3:33 p.m.)
03:33:05 BY MR. PAYNTER:
03:33:07 Q So, I'm looking at Page 16, which is a section entitled "Cross-Genre Competition."
03:33:15 Can you tell me the principles and methods that you used to conclude on Page 16 that, quote, "The most intense competition for any game at any given time comes from whatever other titles are hot on the same release period, regardless of genre or apparent 'closeness' in content"?

03:33:34 A Can you give me a moment to refresh my
03:33:36 memory?
03:33:37 Q Yeah. Sure.
03:34:03 A This particular sentence refers to the fact
03:34:06 that if you look over the last two to three years in
03:34:11 the game business, larger and larger share of the
03:34:16 business is coming out of the top-ten titles. And
03:34:20 there's different illustrations within the report that
03:34:26 shows the ebb and flow of various genres as consumers
03:34:31 move back and forth and they go for the latest and
03:34:35 greater contents. So they move across genres. That's
03:34:38 the point.
03:34:39 Q So I understand what the point is, but can
03:34:42 you tell me the principles or methods by which you
03:34:45 arrived that point?
03:34:46 A Well, back to what we have talked about
03:34:52 previously is lots of studies, consumer segmentation
03:35:00 studies show that hard-core gamers and even casual
03:35:06 gamers, but especially the gamers who buy early on buy
03:35:13 lots of different games. So -- and there's lots of
03:35:20 reports cited -- illustrations through my report that,
03:35:26 for example, Rock Band affected sales of even the
03:35:34 sports titles, as it drew attention to the latest and
03:35:39 greatest and something that was a new gaming
03:35:41 experience, and gamers bought that instead.

03:35:45 So -- and I think within here there's a chart
03:35:50 further back on the next, Page 17, that if you look
03:35:52 over the past few years those genres ebbed and flowed
03:35:59 depending on what the hot titles are. And, in
03:36:02 particular, family were Rock Band and Guitar Hero
03:36:05 which appeal to -- you know -- that avid gamer has
03:36:11 risen dramatically, again substantiating the fact that
03:36:15 they just want that latest and greatest game
03:36:18 experience.
03:36:18 Q So we'll get that chart in a second, but if
03:36:22 you look -- still looking at this Page 16, you have a
03:36:27 footnote there, Footnote 26, where you say, "In
03:36:30 reality, premiums games also compete against value
03:36:34 games and other forms of entertainment."
03:36:37 What documents or data did you analyze to
03:36:42 reach that conclusion?
03:36:45 A It gets back to the discussion we just had.
03:36:49 All games compete against each other.
03:36:52 Q Okay. But this says they also compete with
03:36:54 other forms of entertainment. Do you agree with that?
03:36:59 A In my professional opinion -- and you see
03:37:02 more and more of it -- you know, people are starting
03:37:04 to play games on their iPhones. They're starting to
03:37:09 play games online as the gaming experiences and game
03:37:17 sites are better. So, you know, there is gaming and

03:37:21 other forms of entertainment, B movies, so there are a
03:37:27 lot of things that can occupy the consumer's time.
03:37:31 Q So when you say compete, you mean compete for
03:37:34 the consumer's time?
03:37:36 A Consumer mind share and wallet.
03:37:41 Q Doesn't Madden compete with the same other
03:37:44 forms of entertainment as Halo?
03:37:52 MR. O'MARA: Objection. Vague and ambiguous.
03:37:53 THE WITNESS: Can you repeat the question?
03:37:54 BY MR. PAYNTER:
03:37:55 Q Yes. Does Madden NFL compete with the same
03:37:59 other forms of entertainment as Halo?
03:38:03 MR. O'MARA: Objection. Vague and ambiguous.
03:38:09 THE WITNESS: Madden would be -- Madden, like
03:38:11 any other game that you would list, Madden, Halo,
03:38:17 Grand Theft Auto, all games compete.
03:38:23 BY MR. PAYNTER:
03:38:24 Q With the same other forms of entertainment?
03:38:27 MR. O'MARA: Objection. Vague and ambiguous.
03:38:31 THE WITNESS: I'm not sure in the context of
03:38:35 what other forms of entertainment you are referring to
03:38:38 specifically.
03:38:38 BY MR. PAYNTER:
03:38:39 Q I'm using that phrase in the same way that
03:38:42 you use it in Footnote 26.

03:38:48 A Well, I think in a broader sense the point
03:38:51 here was premium games compete against other premium
03:38:57 games, which we talked a lot about, but in a bigger
03:39:02 picture, you could in fact say that all forms of
03:39:04 entertainment also compete against games.
03:39:07 Q Now I'm confused. First you say all video
03:39:13 games compete against each other. Now you told me
03:39:15 that premium games compete against other premium
03:39:18 games. Now you're telling me that all video games
03:39:21 compete against all other forms of entertainment.
03:39:25 Which is it?
03:39:26 MR. O'MARA: Objection. Argumentative.
03:39:32 THE WITNESS: The most important competition
03:39:34 in terms of what determines shelf placement, sales and
03:39:40 development and things we talked about are games
03:39:44 against other games. In a broader sense, you could
03:39:53 say that, you know, in terms of mind share with
03:39:57 consumers, there are other things that occupy their
03:40:01 time. But in terms of financial investments, shelf
03:40:04 placement, we don't look at those other things. We
03:40:06 look at games against other games. In terms of making
03:40:10 our financial decisions, you have to be aware there's
03:40:14 other things out there, but they aren't directly
03:40:19 impacting how much shelf space a retailer would get at
03:40:25 this point in time. Not yet.

03:40:26 BY MR. PAYNTER:
03:40:26 Q So when you're talking about competition, you're really focused on shelf space?
03:40:30 A The big decision that needs to be made is, because of limited shelf space, what titles you carry, and ultimately that proves out in terms of profitability of both you and the publisher.
03:40:44 Q Let me talk to you a little bit about this chart on Page 17.
03:40:51 Can you tell me, just in general, what is this family of genre that's referenced?
03:40:58 A In the appendix I talk about genres. They're very, very fluid. Family is kind of a new emerging genre that's really come on the scene almost recently. We would have driven that, that's this broader consumer, a little bit. But what really has driven it is Rock Band and Guitar Hero, and that has been the big piece of the family growth.
03:41:28 Q Are the demographics of purchasers of family games different than the demographics of purchasers of some of these other categories?
03:41:38 A That's where it gets really very, very fluid. If you were to look at the purchaser of Guitar Hero and Rock Band, that is a hard-core gamer so there is -- there -- so the growth of family to the point it

03:41:59 has taken away from some of these other genres because
03:42:04 it does -- because of the experience, which is unlike
03:42:07 anything that's been out there. It has appealed to
03:42:12 some of these hard-core gamers, which would
03:42:18 additionally play sports and shooters and racing and
03:42:21 things of that nature.
03:42:22 Q So what's the answer to my question?
03:42:25 Is there any difference in the demographics
03:42:28 of the purchasers of the family genre games versus the
03:42:33 shooter strategy and the other game genres that you
03:42:38 have listed here?
03:42:38 MR. O'MARA: Objection. Asked and answered.
03:42:43 THE WITNESS: I think family, my professional
03:42:46 opinion, is really diluted right now because the
03:42:49 inclusion of the music genre gets blended in with the
03:42:57 family genre. So it isn't as clean as one would like
03:43:01 it to be. Rock Band and Guitar Hero is a significant
03:43:05 portion of this. So to say family in its purest sense
03:43:09 is this casual broader consumer is difficult because
03:43:13 music is sitting in here. So it would look different
03:43:18 if you had which -- like I said, genres are fluid.
03:43:22 That's why retailers don't even necessarily organize
03:43:25 by genre. If you were to pull out music, it would
03:43:29 probably look even different.
03:43:31 BY MR. PAYNTER:

03:43:31 Q The demographics would look different?
03:43:34 MR. O'MARA: Objection. Mischaracterizes her
03:43:36 testimony.
03:43:36 BY MR. PAYNTER:
03:43:36 Q Sorry. Is that what you meant?
03:43:38 If you pulled out music from the family
03:43:40 category, would the demographics be different than the
03:43:43 other categories?
03:43:44 MR. O'MARA: Objection. Vague and ambiguous.
03:43:45 THE WITNESS: I don't -- your question was
03:43:48 genres, and now you're talking about the demographics.
03:43:53 If you pulled out music, it would be, you
03:43:56 know, a whole line, and the demographic would be
03:44:02 different than a family demographic, yes.
03:44:04 BY MR. PAYNTER:
03:44:04 Q What would the difference be?
03:44:07 A I think you would see -- I know you would, in
03:44:10 my professional opinion -- I don't have the facts in
03:44:12 front of me -- you would see a lot of hard-core gamers
03:44:15 in the family and music genre.
03:44:17 Q So how would they differ? The demographics
03:44:22 would be the same?
03:44:24 A I don't understand your question.
03:44:25 Q I guess I'm asking you, are there any
03:44:28 differences in the demographics in the purchasers in

03:44:32 these various genres?
03:44:33 In other words, is the demographic that buys
03:44:36 family games different than the demographic that buys
03:44:39 action adventure games?
03:44:42 A What's different is one is price sensitive
03:44:45 and one is price insensitive. Family is probably more
03:44:48 price sensitive and waits later to purchase their
03:44:52 titles.
03:44:56 Q Are most family gamers hard-core gamers?
03:45:05 MR. O'MARA: Objection. Vague and ambiguous.
03:45:10 THE WITNESS: Family gamers are usually not
03:45:14 hard-core gamers. In this -- this chart, though,
03:45:19 because of the music genre being included, would not
03:45:24 be a clean-cut demographic, so it would be hard
03:45:29 without getting the information to really understand
03:45:31 the demographics.
03:45:32 BY MR. PAYNTER:
03:45:32 Q Let me ask you just in general the numbers on
03:45:35 the left-hand side here.
03:45:37 A Uh-huh.
03:45:37 Q And what do they represent, the dollar
03:45:41 figures?
03:45:47 A The -- it's illustrative in terms of the
03:45:50 growth. Those dollars specifically would be the size
03:45:58 of those particular genres to kind of add up to the

03:46:00 overall software industry. Now, if this includes PC
03:46:06 or video games only, I don't know exactly. I would
03:46:12 assume it's video games only.
03:46:15 Q And do you know if these dollar figures are
03:46:18 in thousands or millions or --
03:46:21 A There isn't a footnote here to say that. I
03:46:26 think the point is it's illustrative and coincides
03:46:30 with my professional opinion and other charts that I
03:46:33 have seen that family continues to grow.
03:46:37 Q So sitting here, you don't know whether these
03:46:39 are thousands or millions?
03:46:44 A Well, the overall game business is 20
03:46:49 billion, so I would assume that we are talking at the
03:46:52 high point in the 2.5 billion, but I would have to
03:46:56 verify.
03:46:58 Q So do you know the source of data used to
03:47:01 create Figure 8?
03:47:06 A Figure 8 was compiled with the help of
03:47:13 counsel in terms of access to a chart that helped
03:47:19 illustrate the point that I made in my report.
03:47:23 Q You just cut and pasted it from an EA
03:47:28 document, correct?
03:47:28 A I believe the document -- yeah, the document
03:47:31 is in the -- cited in this document.
03:47:37 Q So you didn't actually create this chart

03:47:39 yourself?
03:47:39 A I did not say I had created the chart myself. It's illustrative of the point of the ebb and flow of the genres, which is my opinion as stated in the report.
03:47:53 Q Now, on Page 18, you conclude that, "Indicative of inter-genre competition, the family genre's steep increase in growth from roughly 8 percent of the market in 2006 to over 25 percent in 2008 has been at the expense of other genres, such as sports, which has suffered an overall decline in market share over the same period," correct?
03:48:23 Is that a fair summation of your conclusion?
03:48:27 A Yes. That is based on also what I've seen in my experience in the game business, and it's to the point of that tremendous growth in the music genre in addition to other things that are included in family.
03:48:40 Q What are the principles or methods that you used to arrive at that conclusion?
03:48:48 A It's really taking data, and most of the data comes from NPD, and just charting the genres by year in terms of the growth each year. And there is data to support this.
03:49:04 Q So your testimony is you actually took data from NPD and used to chart the growth of the family

03:49:12 genre?
03:49:13 A I personally did not take NPD data, but
03:49:16 that's where the industry tracking comes from, from
03:49:20 sales data from NPD.
03:49:23 Q But you personally didn't do any analysis, at
03:49:27 least not NPD data, correct?
03:49:31 MR. O'MARA: Objection. Mischaracterizes her
03:49:33 testimony.
03:49:33 You could go ahead.
03:49:35 THE WITNESS: Can you repeat the question?
03:49:36 BY MR. PAYNTER:
03:49:36 Q You personally didn't analyze any NPD data
03:49:40 for the purposes of this report, correct?
03:49:42 A In the history of my career I have never
03:49:45 personally taken NPD data and created my own charts.
03:49:50 There are lots of information and reports out there
03:49:54 from publishers and different data sources, even NPD
03:50:01 itself that does this for you. This is a very common
03:50:05 thing that is tracked in the industry.
03:50:07 Q So looking at this chart here on Page 17,
03:50:13 your conclusion is that the steep growth in the family
03:50:18 genre was at the expense of other genres, such as
03:50:21 sports, correct?
03:50:22 A Yes. It's -- this -- it's an illustration in
03:50:29 support of my opinion which has been supported, you

03:50:37 know, prior, over the last couple of years, my opinion
03:50:43 in terms of how interest on some of the traditional
03:50:47 has been drawn away to some of these new gaming
03:50:51 experiences, be it Rock Band or Guitar Hero.
03:50:53 Q And you believe that this chart demonstrates
03:50:56 that conclusion?
03:50:57 A Yeah, with the dramatic growth of the family
03:51:01 genre, where that is included.
03:51:03 Q Isn't it possible that the family genre is
03:51:06 simply adding new consumers?
03:51:09 A Family genre is one of the hardest genres to
03:51:14 get consumers to gaming. It traditionally is not the
03:51:18 gaming consumer. So the experience, it's been a good
03:51:23 thing for gaming to have some of these new
03:51:27 experiences. In addition to family, you have Wii,
03:51:33 Guitar Hero, and Rock Band in there.
03:51:35 Q And those are the added new consumers, right?
03:51:38 A It's added new consumers, and it's also
03:51:41 brought consumers who traditionally wouldn't look at
03:51:44 games of that genre into -- into the fray.
03:51:48 Q So looking at this chart, one explanation --
03:51:51 another explanation of the chart is that the steep
03:51:55 increase in a family genre shows that it added new
03:51:58 consumers, not that it took away consumers from other
03:52:01 genres, correct?

03:52:02 MR. O'MARA: Objection. Assumes facts not in
03:52:05 evidence.
03:52:05 THE WITNESS: I don't have the data in front
03:52:07 of me, but the industry hasn't grown that dramatically
03:52:11 that it would be additive. It's a shift in some
03:52:15 instances.
03:52:15 BY MR. PAYNTER:
03:52:15 Q Well, if you look at this chart, the family
03:52:18 genre from '06 to '07 increases from 500 to 2,000,
03:52:26 correct, to over 2,000?
03:52:31 A Yes. There's dramatic increase.
03:52:34 Q Well, in fact, according to this chart, it
03:52:38 would be a $1,500 increase. And I realize this is in
03:52:42 millions, but let's just stick with what the -- what
03:52:45 the Y-axis says.
03:52:46 MR. O'MARA: Objection. It's argumentative.
03:52:50 Asked and answered.
03:53:00 THE WITNESS: I would -- you know, we'd have
03:53:02 to pull the exact numbers, but in my professional
03:53:06 opinion, it would not all be additive.
03:53:09 BY MR. PAYNTER:
03:53:10 Q I'm not asking you that.
03:53:13 What I'm asking is, doesn't this chart which
03:53:16 you included in your expert report indicate that the
03:53:19 family genre from '06 to '07 in absolute dollars

03:53:23 increased from 500 to over 2,000?
03:53:27 MR. O'MARA: Objection. It's argumentative.
03:53:30 It's asked and answered. And the document speaks for
03:53:32 itself.
03:53:33 THE WITNESS: There is a dramatic increase in
03:53:35 family from '06 to '07.
03:53:37 BY MR. PAYNTER:
03:53:37 Q Okay. And can you tell me the magnitude of
03:53:41 that increase as shown in this chart?
03:53:43 MR. O'MARA: Objection. The chart shows the
03:53:46 magnitude.
03:53:48 MR. PAYNTER: I'm asking if she can read.
03:53:51 MR. O'MARA: Objection. Argumentative.
03:53:57 THE WITNESS: If you were to look at the left
03:53:59 axis, it's 500 to 2,000. If you were to just look at
03:54:04 pure numbers, it's plus 1,500.
03:54:07 BY MR. PAYNTER:
03:54:08 Q And the shooter genre increases from
03:54:13 approximately 1,000 to 1,500 during the same period,
03:54:16 correct? I believe that's the gray line.
03:54:28 A There is a shooter increase, yup.
03:54:33 Q So since the family genre and the shooter
03:54:36 genre both increased, would that indicate to you that
03:54:38 the family genre does not compete with the shooter
03:54:43 genre?

03:54:43 MR. O'MARA: Objection. Assumes facts not in
03:54:45 evidence. Mischaracterizes the chart.
03:54:52 THE WITNESS: I think you have to look at the
03:54:53 releases in this particular time frame to see was
03:54:56 there -- and we talked about -- I talk about that
03:54:58 later in the report in terms of how titles can have
03:55:04 dramatic spikes. So was there a title at that point
03:55:08 in time that blew away the competition and took all of
03:55:14 the interests, so, you know, such as a Call of Duty
03:55:19 type title.
03:55:19 BY MR. PAYNTER:
03:55:19 Q I thought before that you told me that you
03:55:22 could tell from this chart that the family genre took
03:55:29 customers away from other genres, including sports.
03:55:33 A The family has the most dramatic increase.
03:55:38 The extent for each of those, we'd have to examine all
03:55:42 of them, but there is -- you know -- the shooter is
03:55:47 relatively flat, and all of a sudden there's a spike.
03:55:50 There was probably a significant release at that point
03:55:53 in time.
03:55:53 Q Well, in fact, none of these genres declined
03:55:57 by enough to account for the increase in the family
03:56:01 genre, correct?
03:56:02 A To the point some of it is additive, some of
03:56:06 it is at the expense of other genres.

03:56:09 Q How do you know that it's at the expense of
03:56:12 other genres?
03:56:12 MR. O'MARA: Objection. I think the report
03:56:14 speaks for itself.
03:56:31 THE WITNESS: I think the illustration on
03:56:37 Page 18 is -- is easier to read than the one on
03:56:42 Page 17 in terms of the percentage. I think it shows
03:56:45 that there were declines.
03:56:47 BY MR. PAYNTER:
03:56:47 Q I realize there were declines, but how do you
03:56:50 know that those declines were attributable to
03:56:52 increases in the family genre?
03:56:57 A It's because the family genre has significant
03:57:01 percent of software total in comparison to some of the
03:57:05 others which have gone down dramatically from '02 to
03:57:10 '08.
03:57:14 Q So if during the period of 2006 to 2007
03:57:17 automobile purchases in the United States declined,
03:57:19 would that indicate to you that the family genre of
03:57:23 video games competed with automobiles?
03:57:25 MR. O'MARA: Objection. It's argumentative.
03:57:29 THE WITNESS: I don't understand that
03:57:30 question.
03:57:31 BY MR. PAYNTER:
03:57:31 Q Well, how do these changing percentages

03:57:34 indicate to you that the genres are competing with
03:57:37 each other?
03:57:37 A Because some genres are increasing and some
03:57:49 genres are decreasing, and when you look at the top
03:57:52 ten titles for the past few years, there are
03:57:59 cross-genre titles that can significantly and
03:58:03 consistently stay in those top ten.
03:58:07 Q So if automobiles are increasing in price and
03:58:10 family genre is going down, does that mean that they
03:58:13 compete?
03:58:13 MR. O'MARA: Objection. Argumentative.
03:58:15 THE WITNESS: I don't see the comparison.
03:58:21 BY MR. PAYNTER:
03:58:21 Q You conclude that, "Even consumers who
03:58:24 consider themselves to be sports enthusiasts purchase
03:58:29 non-sports games with high frequency and often forgo
03:58:33 sports title purchases to purchase the latest hit game
03:58:37 regardless of genre."
03:58:37 Can you tell me the principles and methods
03:58:40 that you used to reach that conclusion?
03:58:43 A Once again, if you turn to the report,
03:58:52 Page 26, you could see the competition in terms of
03:59:03 some of the key titles that came out from September
03:59:05 '07 to December '07. There's lots of genres
03:59:09 represented, and that would be based on my

03:59:18 professional experience. And what I continue to see
03:59:21 in terms of the multiple genres in the top ten that --
03:59:29 and the demographic studies that I've seen on
03:59:35 segmentation, consumers buy across by genres.
03:59:42 Q If you're looking at -- look for a moment at
03:59:45 Footnote 13. It's on page 18. I just want to make
03:59:55 sure I'm understanding the parenthetical that you have
03:59:59 there.
04:00:01 A Give me a minute to read it.
04:00:05 Q It's a reference to the Madden NFL 10
04:00:14 consumer satisfaction study.
04:00:28 A Okay.
04:00:29 Q Now, one conclusion of that study, as I read
04:00:36 your footnote, is that 22 percent of gamers who
04:00:40 expressed an interest in purchasing Madden NFL 10
04:00:45 actually intended to purchase Beatles Rock Band as
04:00:48 their next purchase, not Madden NFL 10; is that right?
04:00:53 A Yes.
04:00:56 Q And is it your expert conclusion that that
04:01:00 indicates that Madden NFL 10 competes with Beatles
04:01:05 Rock Band, correct?
04:01:08 A My professional opinion and what I have seen
04:01:11 are, consumers are looking for new experiences, and
04:01:16 Rock Band definitely competed with other hard-core
04:01:20 titles as did Guitar Hero.

04:01:22 Q I understand that, but I'm focusing on your citation of that particular study. Do you believe that that particular study supports your conclusion that the Madden NFL 10 competes with Beatles Rock Band?
04:01:40 A I don't have the study in front of me as cited in all of the exhibits that we have.
04:01:46 Q Uh-huh.
04:01:47 A But, you know, the size of the study, it supports some of the other things that I have seen in terms of share of wallet and share of mind in terms of there's been studies -- there's a lot of buying for the gamers' attention and they are buying cross-genre. So they're buying -- there's a lot of interesting games and they all compete against each other, be it Rock Band, Call of Duty, Madden, and, yeah, I believe the study that they're shifting to buy other genres.
04:02:31 Q So the -- the conclusion of the study that 22 percent of gamers who express an interest in purchasing Madden NFL 10 actually intended to purchase Beatles Rock Band as their next purchase, in your view, would indicate that Madden NFL 10 competes with Beatles Rock Band?
04:02:56 MR. O'MARA: Objection. Asked and answered.
04:03:00 THE WITNESS: It is my experience that yes,

04:03:04 Rock Band does compete with Madden NFL as well as
04:03:07 other titles, especially in the top ten, as we delve
04:03:15 in the report, the Murderer's Row. They're really hot
04:03:21 titles. They really did compete against each other
04:03:24 and take attention. So yes, I do support that.
04:03:27 BY MR. PAYNTER:
04:03:29 Q So if you did a consumer survey now and found
04:03:33 out that 31 percent of consumers interested in buying
04:03:38 Madden 10 actually intended their next purchase to be
04:03:44 a pack of bubble gum, would that indicate to you that
04:03:47 the bubble gum competes with Madden 10?
04:03:50 MR. O'MARA: Objection. Argumentative.
04:03:52 Incomplete hypothetical.
04:03:54 THE WITNESS: We wouldn't do a study that
04:03:56 compared gaming to bubble gum. We would probably
04:04:00 compare to other games because that's the interest
04:04:03 level that they have is to purchase gaming. So
04:04:07 there's been a lot of studies out there as to, you
04:04:12 know, what games do gamers purchase, and that wouldn't
04:04:18 be a fair comparison.
04:04:26 BY MR. PAYNTER:
04:04:27 Q Now, you used the phrase "Murderer's Row"
04:04:31 before. Can you tell me Murderer's Row is?
04:04:36 A That is a -- what EA dubbed internally in
04:04:42 terms of how they want you to call killer

04:04:46 applications, top titles.
04:04:47 I mean, there's a lot of different things that the industry uses to look at these but publishers both -- and if you turn to Page 24 and 25, as a publisher, and it's true both in the game business as well as the movie business, it is really important to figure out where you're gonna launch your titles because there's key titles that come out at key times. And Murderer's Row are what they anticipated top titles are gonna be for the year and watching those titles because they compete with each other.
04:05:34 And there is -- you know -- another chart that I cite in here is, you know, when Grand Theft Auto -- I believe is the one that I used -- when Grand Theft Auto came out in Page 27, it took a significant portion of mind share and wallet share from the consumer because consumers gravitated to buying that title.
04:06:04 So Murderer's Row are what are the anticipated -- I call them tent-pole of mega-hit titles that are gonna come out and to plan carefully where you launch because consumers, in most instances, are gonna have to make a decision, and one may win over the other.
04:06:26 Q If Take-Two increased the launch price of

04:06:29 Grand Theft Auto by, say, 10 percent, what would the
04:06:33 impact on Madden NFL sales be?
04:06:37 MR. O'MARA: Objection. Calls for incomplete
04:06:40 hypothetical.
04:06:40 THE WITNESS: Could you clarify, give me an
04:06:45 example of what time frame and what price?
04:06:47 BY MR. PAYNTER:
04:06:47 Q Sure. If Take-Two had launched Grand Theft
04:06:50 Auto 4 at 65.99, would that have impacted Madden NFL
04:06:59 sales differently than if it had launched it at 59.99?
04:07:03 MR. O'MARA: Objection. Calls for incomplete
04:07:08 hypothetical.
04:07:08 THE WITNESS: A premium title for next
04:07:12 generation, the industry standard would be 59.99. You
04:07:18 know, I don't know the impact, but historically
04:07:22 consumers would, you know, expect something additional
04:07:26 to pay the additional price. So I haven't seen
04:07:32 anybody do that, so I don't know.
04:07:34 BY MR. PAYNTER:
04:07:42 Q I'd like you to take a look now at Page 34
04:07:49 where you talked about Electronic Arts' increased
04:07:53 research and development cost. I believe you state
04:07:56 there that Electronic Arts has increased research and
04:07:59 development expenses for the Madden NFL game
04:08:01 three-fold since executing the December 2004 exclusive

04:08:06 license.
04:08:06 Do you see that section?
04:08:10 A Are you referring to Footnote 51?
04:08:13 Q I'm referring to just this paragraph.
04:08:16 A At the top?
04:08:17 Q At the top, yeah.
04:08:21 A That is -- that's true because the games of 04:08:29 next generation are significantly more expensive to 04:08:32 develop than they were on previous generation, and I 04:08:36 believe in the exhibits, you know, there's a P&L that 04:08:40 shows the increase of R&D year to year since that time 04:08:46 frame.
04:08:46 Q So, just so that I understand, the 04:08:48 development costs industry-wide leapt up when you 04:08:52 moved to the next generation platform?
04:08:54 A Significantly.
04:08:55 Q So you weren't saying that the reason 04:08:59 Electronic Arts' R&D went up is because of the NFL 04:09:03 exclusive, correct?
04:09:05 MR. O'MARA: Objection. Mischaracterizes the 04:09:07 document and her opinion.
04:09:11 THE WITNESS: It's common knowledge in the 04:09:13 industry that next generation systems are -- you 04:09:20 know -- that whole analysis of cost to make titles 04:09:24 have gone up significantly from past generation, which

04:09:28 was PS2, Xbox, to PS3 and Xbox 360. They have gone up
04:09:34 dramatically.
04:09:35 BY MR. PAYNTER:
04:09:35 Q So you are not testifying as an expert that
04:09:37 Electronic Arts increased its R&D expenditures because
04:09:41 of the NFL exclusive, correct?
04:09:47 A Alls I can speak to is my experience that the
04:09:52 cost of the developing a game has gone up, and the
04:09:58 document that shows the R&D for Madden has increased
04:10:01 dramatically over the last few years.
04:10:04 Q Okay. So you don't have an opinion one way
04:10:08 or the other whether it was as a result of the NFL
04:10:12 exclusive?
04:10:13 A My only professional opinion would be the
04:10:17 game companies have to continue to innovate and add
04:10:20 quality to the games to keep the consumer interest.
04:10:24 Q Whether or not they have an exclusive?
04:10:25 A Doesn't matter either way. Otherwise, you're
04:10:28 not gonna have any consumers.
04:10:38 Q Now, I want to understand a little bit
04:10:41 about -- and I think you were going to this -- talk
04:10:43 about launch strategies, mainly talk on Page 26 so if
04:10:50 you want to turn to Page 26.
04:10:57 A I want to go back to that. The statement
04:10:59 that you just made, can you read that back, because I

04:10:59 don't think what I said is what I meant to say.
04:11:39 (Record read.)
04:12:16 THE WITNESS: I think in terms of the
04:12:17 question about an exclusive, I think I would want to
04:12:21 restate that. I think there is more pressure with an
04:12:25 exclusive. All companies have to continue to
04:12:29 innovate, but with an exclusive, I think there
04:12:32 continues to be pressure to innovate and make sure
04:12:38 that you truly have the best game as you go forward.
04:12:47 BY MR. PAYNTER:
04:12:47 Q Is that pressure more or less than if you
04:12:52 don't have any exclusive?
04:13:04 A I think there's, you know, always -- because
04:13:12 of the -- especially when you look at short
04:13:16 development cycles, you have to continue to keep those
04:13:22 consumers interested, and you have to stay true to
04:13:25 whatever that franchise is. So I believe there is
04:13:28 pressure because you're representing that particular
04:13:33 franchise to make sure that it's representative of
04:13:40 that. So, yes, I believe there would be.
04:13:42 Q So Grand Theft Auto would have the similar
04:13:45 pressure to represent its franchise, correct?
04:13:49 A It has to keep true to their consumers in
04:13:52 terms of that continued interest.
04:13:54 Q So let me turn now, and I do want to now talk

04:14:01 a little bit about launch strategies. I'm looking at
04:14:09 Page 26 and your conclusion -- and correct me if I'm
04:14:14 wrong -- is that publishers strive to select release
04:14:18 dates for premium titles that are as far away as
04:14:22 possible from other publishers' release dates for
04:14:25 their premium titles?
04:14:27 A I'm not there yet.
04:14:35 MR. O'MARA: Give her a minute.
04:14:36 THE WITNESS: So we're at 26.
04:14:38 BY MR. PAYNTER:
04:14:43 Q So look at the last paragraph here, if you
04:14:46 want to take some time to review that.
04:15:18 A Okay.
04:15:18 Q So I'm just going to try and paraphrase your
04:15:21 conclusion and correct me if I'm wrong.
04:15:22 Your conclusion is that the publishers strive
04:15:25 to select release dates for premium titles that are as
04:15:29 far away as possible from other publishers' release
04:15:34 dates for their premium titles, correct?
04:15:40 A It's good for the publisher; it's good for
04:15:43 the retailer.
04:15:43 Q So you try to look for what you call a clear
04:15:46 launch window, right?
04:15:48 A Window of opportunity, that is correct. You
04:15:50 look for a window of opportunity.

Q That is because two premium games released at the same time would compete with each other, correct?
A It would be twofold. The games releasing at the same time, as pointed out here, can take a lot of mind share away from one or the other, and it's hard on the retailer, too, in terms of making sure that they're able to market and highlight a particular game. So it's a worry both to the retailer and to the publisher in terms of making sure there is clear windows that you can get maximum focus to a title.
Q And because all premium games compete with each other, if you launched two premium games in the same launch window, they would compete with each other, correct?
A They would compete with each other, but they would also compete with, you know, other recent releases within that time frame.
Q Right. They would compete with premium games in that general launch window, for lack of a better term?
A Yeah. So if the window is crowded and there are five games that release within a week, it gets very crowded.
Q Now, the release date for basketball, football, hockey, and baseball games is largely

04:17:28 determined by the sports season, correct?
04:17:32 A It's dictated. As retailers, we didn't always think that they exactly lined up, but they're close.
04:17:39 Q But, generally, Take-Two and EA release, for example, of their NBA basketball games were at or near the same time, correct?
04:17:50 A They're close to when their actual sports season starts. In terms of how close, one or the other, I can't comment, but the closeness to the actual season is common practice.
04:18:04 Q So as a result, other publishers would try to steer clear of that launch window because, at minimum, two premium games are already launching, correct?
04:18:14 MR. O'MARA: Objection. Incomplete hypothetical. Assumes facts not in evidence.
04:18:25 THE WITNESS: Can you restate the question?
04:18:26 BY MR. PAYNTER:
04:18:26 Q So since Take-Two's NBA game and EA's NBA game are released in the same launch window, because of the underlying sports season, your expert opinion is that other publishers are going to try to steer clear of that launch window when they release their premium titles, correct?
04:18:49 MR. O'MARA: Objection. Vague and ambiguous.

04:18:59 THE WITNESS: I'm not quite sure I understood
04:19:00 that question.
04:19:01 BY MR. PAYNTER:
04:19:01 Q You say that publishers strive to select
04:19:04 release dates for premium titles that are as far away
04:19:08 from other publishers' anticipated release dates as
04:19:13 possible, correct?
04:19:14 A They try to find clear windows. Publishers
04:19:18 try to find clear windows to release their titles.
04:19:22 Q So if publishers know that Take-Two and EA
04:19:25 are releasing NBA basketball game in a certain launch
04:19:30 window, they're gonna steer clear of that launch
04:19:33 window, correct?
04:19:34 MR. O'MARA: Objection. Incomplete
04:19:35 hypothetical.
04:19:43 THE WITNESS: The ideal situation would be,
04:19:45 as a publisher, to have a clear window, not always
04:19:53 realistic, so I'm not -- I'm not sure --
04:19:58 BY MR. PAYNTER:
04:19:58 Q So you would try, to the extent possible, not
04:20:00 to release another premium game when EA's
04:20:05 basketball -- NBA basketball and Take-Two's NBA
04:20:09 basketball --
04:20:09 A I don't think it's genre-specific. Any hit
04:20:13 title that you anticipate to be strong, you would look

04:20:15 for a clear window, so I don't get the question.
04:20:17 Q Yes. So the question is, you would not
04:20:21 release -- publishers would strive not to release a
04:20:25 premium game of any genre in the same launch window as
04:20:31 EA and Take-Two's basketball games, correct?
04:20:36 A A publisher would strive to have as open a
04:20:39 window as possible, no matter what. So I don't get
04:20:45 that question. I don't think they look specifically
04:20:48 at a genre. They look at the most open time to
04:20:53 release their game.
04:20:56 Q Well, let me look at your report again.
04:21:01 You say publishers strive to select release
04:21:03 dates for premium titles that are as far away from
04:21:06 other publishers' anticipated release dates as
04:21:10 possible, correct?
04:21:11 So if two premium basketball games are being
04:21:13 released at essentially the same time, other
04:21:18 publishers would strive to avoid releasing other
04:21:22 premium games at the same time, correct?
04:21:29 MR. O'MARA: Objection. Asked and answered.
04:21:34 THE WITNESS: It wouldn't matter. All the
04:21:40 publishers, basketball, non-basketball, whatever,
04:21:44 would strive to have as open window as possible.
04:21:51 BY MR. PAYNTER:
04:21:51 Q But basketball games have to be released at

04:21:56 the same time, correct?
04:21:57 MR. O'MARA: Objection. Assumes facts not in
04:21:59 evidence.
04:22:02 THE WITNESS: There isn't a -- there isn't a
04:22:05 specific date that you have to have a sports title.
04:22:10 It's within a -- it's within, you know, a time frame
04:22:17 but there isn't a date that everybody launches on. So
04:22:20 I don't understand.
04:22:21 So I guess I would have to see what, you
04:22:28 know -- what you are referring to because it isn't,
04:22:32 like, this day is the day that everything has to be
04:22:34 done. There is a range. And even within those two,
04:22:38 they would look for a range to have the clearest
04:22:42 window as possible.
04:22:43 BY MR. PAYNTER:
04:22:43 Q But it correlates to the underlying sports
04:22:46 season, correct?
04:22:47 A Sometimes yes, sometimes no. NCAA launches
04:22:54 before kids are back in college.
04:23:16 Q I'm going to hand you a document called NBA
04:23:19 Live 08, and let's mark this as Exhibit 7.
04:23:19 (Deposition Exhibit 7 was marked for
04:23:47 identification by the court reporter.)
04:23:47 BY MR. PAYNTER:
04:23:47 Q Before you look at this document, let me just

04:23:49 ask you:
04:23:51 Your testimony is that EA's NBA live game
04:23:56 competes with all other video games on the market,
04:23:59 correct?
04:23:59 A Yeah, it competes. It competes, as I said,
04:24:04 across all genres.
04:24:06 Q When you reached that expert opinion, did you
04:24:08 have a chance to look at this document?
04:24:11 MR. O'MARA: Give her a minute to look at the
04:24:13 document.
04:24:14 THE WITNESS: Yeah. I don't know what the
04:24:15 document is. Okay.
04:27:02 BY MR. PAYNTER:
04:27:03 Q So when you prepared your expert report, did
04:27:05 you review this document?
04:27:06 A I reviewed a lot of documents. Some of the
04:27:15 information looks familiar, so it could be one that's
04:27:18 cited.
04:27:21 Q I will represent to you that it's not cited
04:27:26 in the report. If it's not cited in your report, did
04:27:29 you review it?
04:27:30 A If it's not cited, I have not reviewed it.
04:27:34 I've seen information like this so...
04:27:38 Q If you turn to page marked EA00022352, it's a
04:27:44 slide entitled "Competitive Landscape," correct?

04:27:54 A Is it EA00022352?
04:28:01 Q Correct. So the title of the slide is "NBA
04:28:05 Live 08 Competitive Landscape," correct?
04:28:10 A Yes.
04:28:10 Q And the only two competing titles listed
04:28:14 there are Take-Two's NFL 2K8 game and Sony's NBA 08
04:28:20 game, correct?
04:28:22 A This slide only lists -- it lists NBA 2K8 and
04:28:28 NBA 08. That's what the slide says.
04:28:30 Q Would that indicate to you that the primary
04:28:32 competition to EA's NBA Live 08 game are Take-Two's
04:28:41 NBA 2K8 game and Sony's NBA 08 game?
04:28:45 MR. O'MARA: Objection. Vague and ambiguous.
04:28:48 THE WITNESS: Can you repeat the question?
04:28:49 BY MR. PAYNTER:
04:28:49 Q Yes. Would this slide indicate to you that
04:28:52 the primary competition to Electronic Arts' NBA Live
04:28:57 08 game is Take-Two's NBA 2K8 game and Sony's NBA 08
04:29:03 game?
04:29:03 A I don't know where this document came. I
04:29:09 don't know who wrote it. I don't know if somebody was
04:29:12 told to go look at the two basketball games. I don't
04:29:17 know what context it is in terms of competitive
04:29:22 landscape. Is it within genre? Is it across genre?
04:29:27 I don't believe it. My professional opinion would be

04:29:30 that competitive landscape would be much broader than
04:29:34 just these two titles. So without more detail, it's
04:29:40 hard to comment on this.
04:29:57 Q Hand you another document called franchise
04:30:03 reviews and ask that it be marked as Exhibit 8.
04:30:03 (Deposition Exhibit 8 was marked for
04:30:22 identification by the court reporter.)
04:30:22 THE WITNESS: Can we go back for a second?
04:30:22 MR. PAYNTER: Sure.
04:30:22 THE WITNESS: Can you read my answer on this
04:30:22 one?
04:31:03 (Record read.)
04:31:03 THE WITNESS: I guess the only thing I want
04:31:05 to clarify, I don't believe this is the only
04:31:08 competitive landscape is what I meant by that comment.
04:31:13 BY MR. PAYNTER:
04:31:14 Q But EA believes it, correct?
04:31:16 MR. O'MARA: Objection. Assumes facts not in
04:31:17 evidence. Argumentative.
04:31:18 THE WITNESS: Once again, I don't know the
04:31:20 context of the document. My professional opinion is,
04:31:24 the competitive landscape is much broader. I don't
04:31:27 know who wrote this document, what context the
04:31:31 document was made in.
04:31:35 BY MR. PAYNTER:

04:31:36 Q Going back to Exhibit 8, looking at this first page, it's the franchise reviews for Madden 2008, correct?
04:31:48 MR. O'MARA: Give her time to read it.
04:31:51 MR. PAYNTER: Sure.
04:33:27 THE WITNESS: Okay.
04:33:28 MR. O'MARA: Note for the record the document or the exhibit appears to be incomplete. It began on Page 26.
04:33:41 BY MR. PAYNTER:
04:33:41 Q So my first question is, looking at this first page, it's franchise review of Madden 2005, correct?
04:33:55 MR. O'MARA: I'm going to note that the document is incomplete, and what's being referred to as the first page is actually Page 27.
04:34:01 BY MR. PAYNTER:
04:34:01 Q If you look at EA00009712, it's franchise review for Madden 2005, correct?
04:34:13 A The document states at the top "Franchise Review Madden 2005." The number's EA 00009712. Yup.
04:34:23 Q And under the section "Top Competitors," it lists ESPN football, correct?
04:34:31 A This document states "Top Competitors ESPN Football."

04:34:35 Q Doesn't list any non-football games, correct?
04:34:38 A There are no non-football games here.
04:34:44 Q Do you have any reason to believe that this
04:34:46 is an inaccurate statement of the top competitors for
04:34:50 Madden 2005?
04:34:51 MR. O'MARA: Objection. Assumes facts not in
04:34:52 evidence.
04:34:56 THE WITNESS: One again, I don't know the
04:34:58 context of the report. It looks like -- if you look
04:35:03 back, there's lots of different franchises in here, so
04:35:07 I'm not sure of the purpose of the report because it
04:35:10 goes across multiple genres if you go through the
04:35:13 whole report. So I'm not sure what the purpose of
04:35:17 this report was.
04:35:17 BY MR. PAYNTER:
04:35:19 Q Well, at least one purpose must have been to
04:35:22 identify top competitors, correct?
04:35:24 MR. O'MARA: Objection. Assumes facts not in
04:35:24 evidence. Argumentative.
04:35:33 THE WITNESS: Once again, I'm not sure who
04:35:35 put the report, the purpose of the report, the use of
04:35:42 the report. In my experience, competitors would cross
04:35:52 many genres and look at multiple titles, so I'm not
04:35:58 sure how this was used. So as my report states, I
04:36:05 believe competition is across genre.

04:36:06 BY MR. PAYNTER:
04:36:07 Q The fact that Electronic Arts has a formal presentation that identifies the top competitor to Madden 2005 game as ESPN football doesn't influence your conclusion that Madden 2005 competed with all other video games?
04:36:22 MR. O'MARA: Objection. Assumes facts not in evidence that this is a formal presentation.
04:36:32 THE WITNESS: This could have been some sort of scenario planning in some portion of another report. I don't know how it was utilized at EA.
04:36:43 BY MR. PAYNTER:
04:36:44 Q So under some scenarios Madden 2005 competes with ESPN football?
04:36:50 A Amongst other titles.
04:36:52 Q Can you think of any reason why Electronic Arts would have just randomly listed ESPN football as the top competitor and no other games?
04:37:03 MR. O'MARA: Objection. Calls for speculation.
04:37:05 Do not speculate.
04:37:08 THE WITNESS: I have no idea.
04:37:11 BY MR. PAYNTER:
04:37:11 Q If you look at the next franchise review, it's NCAA Football 2005. It also lists ESPN football

04:37:21 as the top competitor, correct?
04:37:22 MR. O'MARA: Objection. Assumes facts not in
04:37:23 evidence.
04:37:30 THE WITNESS: It's the same sort of document
04:37:33 as before. It lists the ESPN football, but once
04:37:37 again, I'm not sure of the context of this. Scenario
04:37:41 planning to go through franchise by franchise and to
04:37:44 look across all the franchises, I don't know.
04:37:52 BY MR. PAYNTER:
04:37:52 Q If you look at the next one, the NASCAR
04:37:57 franchise review, it says there are no direct
04:38:00 competitors in the NASCAR category, correct?
04:38:13 A Once again --
04:38:14 MR. O'MARA: Objection. Outside the scope of
04:38:18 opinion.
04:38:18 THE WITNESS: I'm not sure if they're looking
04:38:21 within genre, across genre. All I can do is go back
04:38:27 to my professional opinion, as stated in my report,
04:38:29 that consumers shop across genre.
04:38:33 BY MR. PAYNTER:
04:38:33 Q If you look at the next page, it's a
04:38:36 franchise review of EA's hockey games 2005, correct?
04:38:46 A You're ahead of me.
04:38:46 Is that -- NHL Hockey 2005 is the document
04:38:50 title?

04:38:51 Q Correct.
04:38:51 A Yup.
04:38:52 Q And as top competitors, it lists only other hockey games, correct?
04:38:56 A There are hockey games listed there, yes.
04:38:58 Q If you turn to the next page, it's a franchise review of EA's NBA Live 2005 basketball game, correct?
04:39:07 MR. O'MARA: Objection. Outside of the scope of the opinion she's offering.
04:39:13 THE WITNESS: It lists college; it lists basketball games.
04:39:18 BY MR. PAYNTER:
04:39:19 Q Under top competitors, it only lists other basketball games, correct?
04:39:24 MR. O'MARA: Objection.
04:39:27 THE WITNESS: Same. As I stated before, I'm not sure what the context of how this was used.
04:39:33 BY MR. PAYNTER:
04:39:33 Q Well, looking here today, do you have any reason to believe that this is not an accurate statement of the top competitors to EA's NBA Live 2005 game?
04:39:48 A Based on my professional experience and as I've stated in my report and various studies that I've

04:39:58 seen, consumers shop across genre, so I'm not sure how
04:40:04 this was used.
04:40:04 Q The fact that you have seen an internal EA
04:40:07 document that lists as top competitors to its football
04:40:11 game other football games and as a top competitor to
04:40:15 its basketball game other basketball games and as a
04:40:19 top competitor to the hockey game other hockey games,
04:40:23 it doesn't affect your conclusion in any way that
04:40:26 Madden competed with all other video games?
04:40:30 A Madden competes with the games listed here
04:40:34 and other games. So they don't -- Madden just
04:40:40 competes, based on my professional opinion and the
04:40:43 information that I've provided, just against the
04:40:47 titles that are listed on this page. So how this was
04:40:49 used, I'm not sure how they used it internally at EA.
04:40:54 Q Does it compete more with other football
04:40:56 games than other titles?
04:40:58 MR. O'MARA: Objection. Vague and ambiguous.
04:41:02 Platform? Time?
04:41:04 THE WITNESS: It depends upon the strength of
04:41:07 the other titles that are launched at the same time.
04:41:13 MR. PAYNTER: Why don't we take a quick
04:41:15 break.
04:41:18 (Recess taken from 4:41 p.m. to 4:46 p.m.)
04:46:17 MR. PAYNTER: So we're back on the record.

04:46:25 No further questions.
04:46:27 And, Tim, I guess, we've completed the
04:46:32 deposition, and we don't plan on designating any of it
04:46:35 confidential. So you'll have to make any
04:46:37 confidentiality designations that you guys want to do.
04:46:39 MR. O'MARA: Okay. Thank you.
04:46:40 MR. PAYNTER: Thanks a lot.
(The deposition concluded at 4:46 p.m.)
/
/

DECLARATION UNDER PENALTY OF PERJURY

I, JILL HAMBURGER, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on February 26, 2010; that I have made such corrections as appear noted herein in ink, initialed by me; that my testimony as contained herein, as corrected, is true and correct.

DATED this _____ day of ________________, 2010, at _______________________ , California.

_________________________
JILL HAMBURGER

REPORTER'S CERTIFICATION

I, Anna Steinert, a Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the foregoing witness was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me and later transcribed into typewriting under my direction; that the foregoing is a true record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name this 9th day of March, 2010.

/s/ Anna Steinert

Anna Steinert, CSR No. 11202

DEPOSITION ERRATA SHEET

RE: Esquire Deposition Solutions

File No. 35746

Case Caption: GEOFFREY PECOVER, et al.

vs. ELECTRONIC ARTS, INC.

Deponent: JILL HAMBURGER

Deposition Date: February 26, 2010

To the Reporter:

I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me. I request that the following changes be entered upon the record for the reasons indicated. I have signed my name to the Errata Sheet and the appropriate Certificate and authorize you to attach both to the original transcript.

Page No._____Line No._____Change to:_________________________

____________________________________________________________

Reason for change:__________________________________________

Page No._____Line No._____Change to:_________________________

____________________________________________________________

Reason for change:__________________________________________

Page No._____Line No._____Change to:_________________________

____________________________________________________________

Reason for change:__________________________________________

Deposition of JILL HAMBURGER

Page No._____Line No._____Change to:__________________________
_______________________________________________________________
Reason for change:_____________________________________________
Page No._____Line No._____Change to:__________________________
_______________________________________________________________
Reason for change:_____________________________________________
Page No._____Line No._____Change to:__________________________
_______________________________________________________________
Reason for change:_____________________________________________
Page No._____Line No._____Change to:__________________________
_______________________________________________________________
Reason for change:_____________________________________________
Page No._____Line No._____Change to:__________________________
_______________________________________________________________
Reason for change:_____________________________________________
Page No._____Line No._____Change to:__________________________
_______________________________________________________________
Reason for change:_____________________________________________

SIGNATURE:____________________________________DATE:____________
JILL HAMBURGER