# EXHIBIT 28

# ECONOMETRIC MODELS AND ECONOMIC FORECASTS

FOURTH EDITION

**Robert S. Pindyck**
Massachusetts Institute of Technology

**Daniel L. Rubinfeld**
University of California at Berkeley

Irwin McGraw-Hill

Boston, Massachusetts Burr Ridge, Illinois Dubuque, Iowa Madison, Wisconsin
New York, New York San Francisco, California St. Louis, Missouri

Case 4:08-cv-02820-CW Document 131-28 Filed 04/01/10 Page 3 of 3



intuitive result suggests that politics, not just economics, is an important predictor of bond defaults.

---

### 11.1.2 Probit Model

Given the difficulties associated with the linear probability model, it is natural to transform the original model in such a way that predictions will lie in the (0, 1) interval for all $X$. The requirement of such a process is that it translate the values of the attribute $X$, which may range in value over the entire real line, to a probability which ranges in value from 0 to 1. We also would like the transformation to maintain the property that increases in $X$ are associated with increases (or decreases) in the dependent variable for all values of $X$. These requirements suggest the use of the *cumulative probability function*, $F$.[6] The resulting probability distribution might be represented as

$$P_i = F(\alpha + \beta X_i) = F(Z_i) \tag{11.4}$$

Under the assumption that we transform the model by using a cumulative *uniform* probability function, we get the constrained version of the linear probability model $P_i = \alpha + \beta X_i$ (see Exercise 11.3). While numerous alternative cumulative probability functions are possible, we shall consider only two: the *normal* and the *logistic*.

The *probit probability model* is associated with the cumulative normal probability function. To understand this model, assume that there exists a theoretical continuous index $Z_i$ which is determined by an explanatory variable $X$. Thus, we can write

$$Z_i = \alpha + \beta X_i \tag{11.5}$$

Observations on $Z_i$ are not available. Instead, we have data that distinguish only whether individual observations are in one category (high values of $Z_i$) or a second category (low values of $Z_i$). Probit analysis solves the problem of how to obtain estimates for the parameters $\alpha$ and $\beta$ while at the same time obtaining information about the underlying index $Z$.

To focus on this problem consider an analysis of voter behavior in an election. The individual is assumed to vote yes or no when faced with the choice of one of two candidates for an office. In this case, the index $Z_i$ would represent the strength of feeling of individual $i$ for the first candidate for the office. Suppose we know that the index of strength of feeling is a linear function of income $X$.

[6] Recall that a *cumulative probability function* is defined as having as its value the probability that an observed value of a variable $X$ (for every $X$) will be less than or equal to a particular $X$. The range of the cumulative probability function is the (0, 1) interval, since all probabilities lie between 0 and 1.

Then the probit mod
intercept parameters
Let $Y$ represent a d
is selected and 0 whe
each individual voter
the underlying index

Individ

The probit model a
so that the probabilit
from the cumulative n
normal function is wr

where $s$ is a random v
unit variance. By con
represents the probab
the individual's voting
by the area under the
more likely to occur t
Table 11.2 describe
The cumulative norm
pares the probit and l
To obtain an estima
normal function to Ec

We can interpret the
mate of the conditio

TABLE 11.2

| Z | F(Z) | Z |
|---|---|---|
| −3.0 | .001 | .5 |
| −2.5 | .006 | 1.0 |
| −2.0 | .023 | 1.5 |
| −1.5 | .067 | 2.0 |
| −1.0 | .159 | 2.5 |
| −.5 | .309 | 3.0 |
| .0 | .500 | 3.5 |