Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 VRW<br><br>DECLARATION OF SHANA E. SCARLETT IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT<br><br>DATE: May 6, 2010<br>TIME: 10:00 a.m.<br>DEPT: Courtroom 6, 17th Floor<br>JUDGE: Hon. Vaughn R. Walker<br><br>ACTION FILED: June 5, 2008 |

I, SHANA E. SCARLETT, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an attorney with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Inclusive of memoranda, declarations and exhibits, class certification briefing in this case currently totals over 6,700 pages.

3. To date, EA has not noticed the depositions of, requested documents from, or served interrogatories on the proposed state class representatives, other than Mr. Owens and Mr. Pecover. Excluding breaks, Mr. Owens deposition lasted for roughly 2 hours and Mr. Pecover's deposition lasted for roughly three hours. In response to Defendant's requests for production of documents, Mr. Pecover has produced 16 pages of documents and Mr. Owens has produced 3 pages of documents.

4. Mr. Owens responded to requests for production of documents on January 11, 2010 and to EA's interrogatories on January 15, 2010.

5. Attached are true and correct copies of the following exhibits:

Exhibit 1: Defendant Electronic Arts Inc.'s First Set of Special Interrogatories to All Indirect Purchaser Plaintiffs, dated August 26, 2009;

Exhibit 2: Defendant Electronic Arts Inc.'s First Set of Requests for the Production of Documents to All Indirect Purchaser Plaintiffs, dated August 26, 2009;

Exhibit 3: Declaration of Service by U.S. Mail of court documents in the above-captioned litigation to the Attorney General of the State of Hawaii, dated April 1, 2010;

Exhibit 4: Declaration of Service by U.S. Mail of court documents in the above-captioned litigation to the Attorney Generals of the States of Hawaii, Utah and Arizona, dated April 1, 2010;

Exhibit 5: Press Release entitled, "EA's NCAA Football 06 in Stores Today: The Ultimate College Football Experience Features All-New Race for the Heisman Mode," dated July 12, 2005;

Exhibit 6: Press Release entitled, "EA's Madden NFL 06 Hits Store Shelves Today; Best-selling North American Sports Franchise From EA SPORTS Introduces

all New QB Vision and Precision as well as NFL Superstar Mode." Datead August 09, 2005.

Exhibit 7: Press Release entitled, "EA Ships All New Arena Football Videogame Today; New Franchise from EA SPORTS Features Be the Receiver, Telemetry System, Historic Teams, and More," dated February 7, 2006; and

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of April, 2010, in Berkeley, California.

/s/ Shana E. Scarlett
SHANA E. SCARLETT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett
SHANA E. SCARLETT

# Mailing Information for a Case 3:08-cv-02820-VRW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Collegiate Licensing Company**
  hhauck@filicebrown.com

- **Gennaro August Filice**
  hhauck@filicebrown.com,dverduga@filicebrown.com,tcole@filicebrown.com

- **Richard Allen Jones**
  rjones@cov.com

- **Timothy L. O'Mara**
  linda.tam@lw.com,#sfdocket@lw.com,tim.omara@lw.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,sf_filings@hbsslaw.com,jeneld@hbsslaw.com

- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com

- **Robert James Wierenga**
  wierenga@millercanfield.com,misisian@millercanfield.com,chapmanD@millercanfield.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Samuel Michael Keller**
,

**Edward C. O'Bannon, Jr.**
,