UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>                            Plaintiffs,<br><br>    v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>                            Defendant. | No. 08-cv-02820 CW<br><br>STIPULATION AND ORDER APPROVING CLASS NOTICE PLAN<br><br>ACTION FILED: June 5, 2008 |

010017-11  426492 V1

1            WHEREAS on December 21, 2010, this Court issued an Order certifying a class pursuant to Federal Rule of Civil Procedure 23(b)(3);

WHEREAS in the December 21, 2010 Order, this Court required the parties to meet and confer, and file with the Court a draft notice within 60 days of the class certification order;

WHEREAS the parties have submitted a joint motion and agreed on the form, manner, dates, and other matters related to providing notice of this class action to potential members of the Class;

WHEREAS the proposed notice plan is also supported by the declaration of the proposed notice administrators, Larkspur Design Group and Gilardi & Co., LLC, experienced notice administrators;

WHEREAS the forms of the proposed Long Form Notice, Short Form Notice and Postcard Notice are reflected in Exhibits B-C to the Declaration of Daniel Burke re Dissemination of Notice to Class Members;

WHEREAS the parties have agreed that the "Triggering Date" for notice shall be the later of this Court's approval of the parties' proposed notice and notice plan or the U.S. Court of Appeals for the Ninth Circuit's ruling on Defendant's Federal Rule of Civil Procedure 23(f) Petition;

WHEREAS Defendant will, no later than ten days from the Triggering Date, provide the notice administrators with the available contact information of class members, including postal and e-mail addresses;

WHEREAS Class Counsel will, no later than twenty days from the Triggering Date, cause the content of the Short Form Notice to be sent via e-mail to those class members for whom an e-mail address is available;

WHEREAS Class Counsel will, no later than twenty days from the Triggering Date, cause summary notice to be published in an appropriate nationwide publication;

WHEREAS Class Counsel will, no later than twenty days from the Triggering Date, cause the notice to be published on the Internet, according to the terms of the proposed plan;

[PROPOSED] ORDER APPROVING CLASS NOTICE PLAN –    - 1 -
No. 08-cv-02820 CW
010017-11  426492 V1

1    WHEREAS Class Counsel will, no later than forty days from the Triggering Date, cause postcards with the content of the Short Form Notice to be mailed on postcards to those class members whose e-mail "bounced-back" and for whom it has postal addresses;

    WHEREAS the deadline for class members to exclude themselves from the Class will be within one hundred days of the Triggering Date;

    WHEREAS Class Counsel will submit to the Court a list of class members seeking exclusion from the class within 130 days of the Triggering Date.

    NOW, THEREFORE, the Parties hereby stipulate that they agree to and will perform the above-identified matters related to class notice.

DATED:  February 18, 2011            HAGENS BERMAN SOBOL SHAPIRO LLP


                                     By _____/s/ Shana E. Scarlett_____
                                                SHANA E. SCARLETT

                                     715 Hearst Avenue, Suite 202
                                     Berkeley, CA 94710
                                     Telephone:  (510) 725-3000
                                     Facsimile:   (510) 725-3001
                                     shanas@hbsslaw.com

                                     Stuart M. Paynter (226147)
                                     THE PAYNTER LAW FIRM PLLC
                                     1200 G Street N.W., Suite 800
                                     Washington, DC 20005
                                     Telephone:  (202) 626-4486
                                     Facsimile:   (866) 734-0622
                                     stuart@smplegal.com

                                     Steve W. Berman (*Pro Hac Vice*)
                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                     1918 Eighth Avenue, Suite 3300
                                     Seattle, WA 98101
                                     Telephone:  (206) 623-7292
                                     Facsimile:   (206) 623-0594
                                     steve@hbsslaw.com

                                     Class Counsel

DATED:  February 18, 2011            LATHAM & WATKINS LLP


                                     By _____/s/ Timothy L. O'Mara_____
                                                TIMOTHY L. O'MARA

[PROPOSED] ORDER APPROVING CLASS NOTICE PLAN –     - 2 -
No. 08-cv-02820 CW

010017-11  426492 V1

Daniel M. Wall (102580)
Kirsten M. Ferguson (252781)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile:  (415) 395-8095
tim.omara@lw.com
dan.wall@lw.com
kirsten.ferguson@lw.com

Attorneys for Defendant Electronic Arts, Inc.

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER APPROVING CLASS NOTICE PLAN.  In compliance with General Order 45, X.B., I hereby attest that Timothy L. O'Mara has concurred in this filing.

\*     \*     \*

**ORDER**

Pursuant to the above stipulation and the joint motion submitted by the parties on February 18, 2011, including the supporting declaration of Daniel Burke, the Court finds that the proposed notice, which includes both a direct and indirect component, is the best notice that is practicable under the circumstances.

The Court further finds that the proposed forms of notice meet the standards of Federal Rule of Civil Procedure 23(c)(2)(B), as it clearly and concisely states in plain and easily understood language, the nature of the action, the definition of the class certified, the class claims, issues or defenses, that a class member may enter an appearance through an attorney if the member so desires, that the Court will exclude from the class any member who requests exclusion, the time and manner for requesting exclusion and the binding effect of a class judgment on members under Federal Rule of Civil Procedure 23(c)(3).

1    The proposed notice plan is approved, and the parties shall perform the above-identified
2    matters related to class notice.
3    IT IS SO ORDERED.

DATED:  2/22/2011

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER APPROVING CLASS NOTICE PLAN –   - 4 -
No. 08-cv-02820 CW

010017-11  426492 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett<br>SHANA E. SCARLETT