LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation<br><br>Defendant. | CASE NO. C 08-02820 CW<br><br>**JOINT RESUBMISSION PER COURT ORDER, DOCKET NO. 198**<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

On December 21, 2010, the Honorable Vaughn R. Walker issued an Order addressing the parties' various motions to seal related to plaintiffs' motion for class certification. *See* Order at 50-2, Dec. 21, 2010 (Doc. # 198). Pursuant to the Court's Order, the parties (a) have met and conferred in order to ensure that no materials designated in the Court's Order as confidential are publically disseminated, and (b) are resubmitting via ECF public and redacted copies of various materials in accord with Appendix A of the Court's Order.

Accordingly, pursuant to Appendix A of the Court's Order, the parties hereby resubmit a public version of the following:

**Declaration of Steve W. Berman in Support of Plaintiffs' Motion for Class Certification, Nov. 11, 2009 (Doc. #76)**

Dated:  March 21, 2011                              Respectfully Submitted,

                                                    LATHAM & WATKINS LLP
                                                        Daniel M. Wall
                                                        Timothy L. O'Mara


                                                    By  _____/s/ Timothy L. O'Mara_____
                                                        Timothy L. O'Mara
                                                        Attorneys for Defendant
                                                        ELECTRONIC ARTS, INC.

Dated:  March 21, 2011                              Respectfully Submitted,

                                                    HAGENS BERMAN SOBOL SHAPIRO LLP
                                                        Shana Scarlett


                                                    THE PAYNTER LAW FIRM PLLC
                                                        Stuart M. Paynter

                                                    By  _____/s/ Shana Scarlett_____
                                                        Shana Scarlett
                                                        Attorneys for Plaintiffs
                                                        G. PECOVER and J. LAWRENCE, et al.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   JOINT RESUBMISSION OF BERMAN DECL. ISO PLS.' MOT. FOR
    CLASS CERT.
    CASE NO. C-08-02820 CW

## ELECTRONIC CASE FILING ATTESTATION
### (General Order No. 45(X)(B))

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this Notice of Joint Resubmission pursuant to the Court's Order, Docket No. 198. In compliance with General Order No. 45 (X)(B), I hereby attest that the concurrence in the filing of this document has been obtained from Shana Scarlett.

Dated: March 21, 2011

Respectfully submitted,

LATHAM & WATKINS LLP
  Daniel M. Wall
  Timothy L. O'Mara

By   /s/ Timothy L. O'Mara
  Timothy L. O'Mara
  Attorneys for Defendant
  ELECTRONIC ARTS, INC.

SF\824213