Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
Attorneys for Plaintiffs

Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 VRW<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION<br><br>DATE: March 25, 2010<br>TIME: 10:00 a.m.<br>DEPT: Courtroom 6, 17th Floor<br>JUDGE: Hon. Vaughn R Walker<br><br>ACTION FILED: June 5, 2008 |

\* \* \* **REDACTED VERSION** \* \* \*

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Washington. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Andy Latack, *Quarterback Sneak*, Legal Affairs, May 12, 2009, http://www.legalaffairs.org/printerfriendly.msp?id=968;

Exhibit 2: Document Bates-numbered EA00676970-71, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Stipulated Protective Order Regarding Confidentiality of Documents and Materials (filed Jan. 20, 2009, Ct. Rec. 32) in this case;

Exhibit 3: Document Bates-numbered EA00742807-811, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case;

Exhibit 4: Document Bates-numbered EA00434813-16, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case;

Exhibit 5: Document Bates-numbered EA00008724-776, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case;

Exhibit 6: Document Bates-numbered EA00007003-022, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case;

Exhibit 7: Document Bates-numbered EA00022674-2714, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case;

Exhibit 8: Document Bates-numbered EA00307540, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case;

Exhibit 9: ESPN Corporate Information, http://www.espnmediazone.com/corp_info/ (last visited Nov. 3, 2009);

Exhibit 10: Document Bates-numbered EA0000307128, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case;

| | | |
|---|---|---|
| Exhibit 11: | Document Bates-numbered EA00307129, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 12: | Document Bates-numbered EA00308890, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 13: | Document Bates-numbered EA00008613-645, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 14: | Document Bates-numbered EA00033409-463, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 15: | Document Bates-numbered EA00006967-970, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 16: | *ESPN Videogames Announces Tremendous Value for ESPN NFL 2K5; Critic's Choice Game Boasts Groundbreaking New Features at a Must-Have Price*, Business Wire, June 22, 2004, http://findarticles.com/p/articles/mi_m0EIN/is_2004_June_22/ai_n6085892/; |
| Exhibit 17: | Document Bates-numbered EA00018217-222, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 18: | Document Bates-numbered EA00002132-35, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 19: | Document Bates-numbered EA00003568-570, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 20: | Document Bates-numbered NFL 000255, produced in the above-captioned litigation and designated by Third Party National Football League as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 21: | Document Bates-numbered EA00067758-764, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 22: | Document Bates-numbered EA00016563-586, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 23: | Document Bates-numbered EA00067775-76, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| Exhibit 24: | Document Bates-numbered EA00003564-67, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 25: | Document Bates-numbered EA00070242-45, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 26: | Document Bates-numbered EA00070258-59, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 27: | Document Bates-numbered EA00070277-79, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 28: | Document Bates-numbered EA00434813-16, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 29: | Document Bates-numbered EA00009656-685, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 30: | Document Bates-numbered EA00067875-76, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 31: | Document Bates-numbered EA00226146, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 32: | Document Bates-numbered EA00141666-67, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 33: | Document Bates-numbered EA00067806, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 34: | Document Bates-numbered EA00226133, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 35: | Document Bates-numbered EA00033333-350, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 36: | Document Bates-numbered EA00226137, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | |
|---|---|
| Exhibit 37: | Document Bates-numbered EA00226174-75, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 38: | Document Bates-numbered EA00226180-84, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 39: | Document Bates-numbered EA00070398-99, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 40: | Document Bates-numbered EA00309920-22, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 41: | Document Bates-numbered EA00226208-09, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 42: | Document Bates-numbered EA00070561-583, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 43: | Document Bates-numbered EA00227464-65, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 44: | Document Bates-numbered EA00000240-269, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 45: | Document Bates-numbered EA00000235-39, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 46: | Document Bates-numbered EA00310336-37, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 47: | Document Bates-numbered EA00000094-0121, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 48: | Document Bates-numbered EA00000029-059, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| | Exhibit 49: | Document Bates-numbered EA00000001-019, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 50: | Document Bates-numbered EA00020344-46, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 51: | Jon Robinson, *Mr. Robinson's Neighborhood – More on the EA and NFL, plus a few options ESPN has left*, IGN, December 15, 2004, http://sports.ign.com/articles/573/573544p1.html; |
| | Exhibit 52: | Document Bates-numbered EA00334886-87, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 53: | Document Bates-numbered EA00334897-98, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 54: | Document Bates-numbered EA00070258-59, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 55: | Document Bates-numbered EA0074687-89, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 56: | Document Bates-numbered EA00334914-15, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 57: | Document Bates-numbered EA00226878-881, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 58: | Document Bates-numbered EA00336904-06, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 59: | Document Bates-numbered EA00003971-72, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 60: | Document Bates-numbered EA00341426, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 61: | Document Bates-numbered EA00654693, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| Exhibit 62: | Document Bates-numbered EA00344541-42, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 63: | Document Bates-numbered EA00000338-348, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 64: | Press Release, Take-Two Interactive Software, Inc., 2K Sports Announces All-Pro Football 2K8 Now Available (July 17, 2007), *available at* http://ir.take2games.com/releasedetail.cfm?ReleaseID=254505; |
| Exhibit 65: | Document Bates-numbered EA00226894-95, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 66: | Document Bates-numbered EA00000318-337, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 67: | Document Bates-numbered EA00000270-286, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 68: | Document Bates-numbered EA00228367-69, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 69: | Defendant Electronic Arts Inc.'s Responses and Objections to Plaintiffs' Second Set of Special Interrogatories, dated March 4, 2009; |
| Exhibit 70: | Document Bates-numbered EA00001449-1514, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 71: | Document Bates-numbered EA00616146-49, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 72: | Document Bates-numbered EA00615920-23, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 73: | Document Bates-numbered EA00027161, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| | Exhibit 74: | Document Bates-numbered EA00027170, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 75: | Document Bates-numbered EA00027188, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 76: | Document Bates-numbered EA00027268, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 77: | Document Bates-numbered EA00027244, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 78: | Document Bates-numbered EA00027208, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 79: | Document Bates-numbered EA00204517-18, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 80: | Document Bates-numbered EA00204658-59, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 81: | Document Bates-numbered EA00204577-582, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 82: | Document Bates-numbered EA00204452-54, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 83: | Document Bates-numbered EA00204539-543, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 84: | Document Bates-numbered EA00204650-52, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; |
| | Exhibit 85: | Document Bates-numbered EA00718240-48, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| 1 | Exhibit 86: | Document Bates-numbered EA00718246, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 2 | | |
| 3 | Exhibit 87: | Document Bates-numbered EA00718243, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 4 | | |
| 5 | Exhibit 88: | Document Bates-numbered EA00718240, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 6 | | |
| 7 | Exhibit 89: | Document Bates-numbered EA00632317, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 8 | | |
| 9 | Exhibit 90: | Document Bates-numbered EA00632050, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 10 | | |
| 11 | Exhibit 91: | Document Bates-numbered EA00616146-49, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 12 | | |
| 13 | Exhibit 92: | Document Bates-numbered EA00615920-23, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 14 | | |
| 15 | Exhibit 93: | Document Bates-numbered EA00583769, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 16 | | |
| 17 | Exhibit 94: | Document Bates-numbered EA00583742, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 18 | | |
| 19 | Exhibit 95: | Document Bates-numbered EA00583745, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 20 | | |
| 21 | Exhibit 96: | Document Bates-numbered EA00583746, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 22 | | |
| 23 | Exhibit 97: | Document Bates-numbered EA00583747, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 24 | | |
| 25 | Exhibit 98: | Document Bates-numbered EA00583742, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 26 | | |
| 27 | Exhibit 99: | Document Bates-numbered EA00583773, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 28 | | |

| | | |
|---|---|---|
| Exhibit 100: | Document Bates-numbered EA00583774, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 101: | Document Bates-numbered EA00583781, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 102: | Document Bates-numbered EA00594867, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 103: | Document Bates-numbered EA00594868, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 104: | Document Bates-numbered EA00594869, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 105: | Document Bates-numbered EA00594904, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 106: | Document Bates-numbered EA00615894, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 107: | Document Bates-numbered EA00632152, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 108: | Document Bates-numbered EA00718249, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 109: | Excerpts from the Rough Deposition Transcript of Laura Karen Miele, taken on November 3, 2009 in the above-captioned litigation by Cari Drewry, CSR, and provisionally designated as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 110: | Document Bates-numbered EA00204808-811, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 111: | Document Bates-numbered EA00204812-15, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 112: | Document Bates-numbered EA00204816-824, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| Exhibit 113: | Document Bates-numbered EA00204825-836, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 114: | Document Bates-numbered EA00204837-842, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 115: | Document Bates-numbered 00000001.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 116: | Document Bates-numbered 00000002.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 117: | Document Bates-numbered 00000003.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 118: | Document Bates-numbered 00000004.pdf, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 119: | Document Bates-numbered 00000005.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 120: | Document Bates-numbered 00000006.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 121: | Document Bates-numbered 00000007.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 122: | Rule 30(b)(6) Deposition Transcript of Jacob J. Schatz, taken on September 4, 2009 in the above-captioned litigation by Rita R. Lerner, CSR No. 3179 and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case; |
| Exhibit 123: | Document Bates-numbered EA00204843-852, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 124: | Excerpts from the Deposition Transcript of Boyd Beasley, taken on September 2, 2009 in the above-captioned litigation by Lynn E. Darling, CSR No. 6825 and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case; |
| Exhibit 125: | Copy of box packaging for EA Sports Madden NFL 09 video game for the XBOX 360 game platform; |
| Exhibit 126: | Copy of box packaging for EA Sports Madden NFL 09 video game for the PlayStation 3 game platform; |
| Exhibit 127: | Copy of box packaging for EA Sports Madden NFL 09 video game for the Wii game platform; |

| | | |
|---|---|---|
| Exhibit 128: | Excerpts from the Transcript of Proceedings of Hearing on Motion to Dismiss, taken on November 4, 2009 by Margaret Gurule, CSR No. 12976 in the above-captioned litigation; |
| Exhibit 129: | Product description for EA Sports Madden NFL 08 video game for download onto PC platform, *available at* http://eastore.ea.com/ |
| Exhibit 130: | Document Bates-numbered EA00204843-852, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 131: | Document Bates-numbered EA00204858-864, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 132: | Document Bates-numbered EA00204865-872, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 133: | Document Bates-numbered EA00204873-897, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 134: | Document Bates-numbered EA00204989-4917, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 135: | Document Bates-numbered EA00204918-936, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 136: | Document Bates-numbered EA00204937-954, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 137: | Document Bates-numbered EA00204955-972, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 138: | Document Bates-numbered EA00204973-989, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 139: | Document Bates-numbered EA00204990-05007, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 140: | Document Bates-numbered EA00205008-024, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 141: | Document Bates-numbered EA00205025-042, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| Exhibit 142: | Document Bates-numbered EA00205043-060, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 143: | Document Bates-numbered EA00205061-078, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 144: | Document Bates-numbered EA00205078-097, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 145: | Document Bates-numbered EA00205098-5114, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 146: | Document Bates-numbered EA00205115-132, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 147: | Document Bates-numbered EA00205133-151, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 148: | Document Bates-numbered EA00205152-169, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 149: | Document Bates-numbered EA00205170-187, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 150: | Document Bates-numbered EA00205188-5208, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 151: | Document Bates-numbered EA00205209-228, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 152: | Document Bates-numbered EA00205229-248, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 153: | Document Bates-numbered EA00205249-267, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 154: | Document Bates-numbered EA00205268-287, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| Exhibit 155: | Document Bates-numbered EA00205288-5304, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |

| | | |
|---|---|---|
| 1 2 | Exhibit 156: | Document Bates-numbered EA00205306-326, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 3 4 | Exhibit 157: | Document Bates-numbered EA00205328-345, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 5 6 | Exhibit 158: | Document Bates-numbered EA00205346-362, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 7 8 | Exhibit 159: | Document Bates-numbered EA00205363-378, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 9 10 | Exhibit 160: | Document Bates-numbered EA00205380-395, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 11 12 | Exhibit 161: | Document Bates-numbered EA00205396-5412, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 13 14 | Exhibit 162: | Document Bates-numbered EA00205413-426, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 15 16 | Exhibit 163: | Document Bates-numbered EA00205427-442, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 17 18 | Exhibit 164: | Document Bates-numbered EA00205444-459, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 19 20 | Exhibit 165: | Document Bates-numbered EA00205460-474, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 21 22 | Exhibit 166: | Document Bates-numbered EA00205475-489, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 23 24 | Exhibit 167: | Document Bates-numbered EA00205490-5505, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 25 26 | Exhibit 168: | Document Bates-numbered EA00205506-520, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; |
| 27 28 | Exhibit 169: | Document Bates-numbered 00000008.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |

| | | |
|---|---|---|
| Exhibit 170: | Document Bates-numbered 00000010.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 171: | Document Bates-numbered 00000011.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 172: | Document Bates-numbered 00000012.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 173: | Document Bates-numbered 00000013.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 174: | Document Bates-numbered 00000014.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 175: | Document Bates-numbered 00000015.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 176: | Document Bates-numbered 00000016.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 177: | Document Bates-numbered 00000017.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 178: | Document Bates-numbered 00000018.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 179: | Document Bates-numbered 00000019.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 180: | Document Bates-numbered 00000020.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 181: | Document Bates-numbered 00000021.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 182: | Document Bates-numbered 00000022.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 183: | Document Bates-numbered 00000023.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 184: | Document Bates-numbered 00000024.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 185: | Document Bates-numbered 00000025.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 186: | Document Bates-numbered 00000026.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| Exhibit 187: | Document Bates-numbered 00000027.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |

| | | |
|---|---|---|
| 1 | Exhibit 188: | Document Bates-numbered 00000028.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 2 | | |
| 3 | Exhibit 189: | Document Bates-numbered 00000029.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 4 | Exhibit 190: | Document Bates-numbered 00000030.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 5 | | |
| 6 | Exhibit 191: | Document Bates-numbered 00000031.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 7 | Exhibit 192: | Document Bates-numbered 00000032.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 8 | | |
| 9 | Exhibit 193: | Document Bates-numbered 00000033.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 10 | Exhibit 194: | Document Bates-numbered 00000034.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 11 | | |
| 12 | Exhibit 195: | Document Bates-numbered 00000035.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 13 | Exhibit 196: | Document Bates-numbered 00000036.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 14 | | |
| 15 | Exhibit 197: | Document Bates-numbered 00000037.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 16 | Exhibit 198: | Document Bates-numbered 00000038.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 17 | | |
| 18 | Exhibit 199: | Document Bates-numbered 00000039.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 19 | Exhibit 200: | Document Bates-numbered 00000040.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 20 | | |
| 21 | Exhibit 201: | Document Bates-numbered 00000041.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 22 | Exhibit 202: | Document Bates-numbered 00000042.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 23 | | |
| 24 | Exhibit 203: | Document Bates-numbered 00000043.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 25 | Exhibit 204: | Document Bates-numbered 00000044.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 26 | | |
| 27 | Exhibit 205: | Document Bates-numbered 00000045.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; |
| 28 | | |

DECL. OF STEVE W. BERMAN ISO PLS.' MOT. FOR CLASS CERT. – No. 08-cv-02820 VRW  - 15 -
010017-11 337545 V1

| | | |
|---|---|---|
| Exhibit 206: | Document Bates-numbered 00000046.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; | |
| Exhibit 207: | Document Bates-numbered 00000047.doc, produced in the above-captioned litigation by Defendant Electronic Arts, Inc. in this case; | |
| Exhibit 208: | Electronic Arts, About Us: About Electronic Arts, http://aboutus.ea.com/home.action (last visited November 3, 2009); | |
| Exhibit 209: | Electronic Arts, About Us: Executive Officers, http://aboutus.ea.com/executive-sectionofficers.action (last visited November 3, 2009); | |
| Exhibit 210: | Document Bates-numbered EA00204466-476, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 211: | Document Bates-numbered EA00204492-4500, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 212: | Document Bates-numbered EA00204505-516, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 213: | Document Bates-numbered EA00204544-547, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 214: | Document Bates-numbered EA00204571-573, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 215: | Electronic Arts Inc. Pre-Release Software Confidentiality Agreement, produced by Defendant Electronic Arts, Inc. and designated by Defendant as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 216: | Document Bates-numbered EA00204719-721, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 217: | Declaration of Joel Linzer in Response to Plaintiffs' F.R.C.P. 30(B)(6) Deposition Request Dated September 11, 2009; | |
| Exhibit 218: | Document Bates-numbered EA00008019-065, produced in the above-captioned litigation and designated by Defendant Electronic Arts, Inc. as "COUNSEL ONLY: CONFIDENTIAL" pursuant to the Protective Order in this case; | |
| Exhibit 219: | The current firm résumé of Hagens Berman Sobol Shapiro LLP; | |

| | |
|---|---|
| Exhibit 220: | Declaration of Robert Marino in Support of Plaintiffs' Motion for Class Certification, dated August 22, 2009; |
| Exhibit 221: | Declaration of Jose Sanchez in Support of Plaintiffs' Motion for Class Certification, dated October 28, 2009; |
| Exhibit 222: | Declaration of Brad Miller in Support of Plaintiffs' Motion for Class Certification, dated October 31, 2009; |
| Exhibit 223: | Declaration of Robert Zentz in Support of Plaintiffs' Motion for Class Certification, dated November 7, 2009; |
| Exhibit 224: | Declaration of Jeffery Barrett in Support of Plaintiffs' Motion for Class Certification, dated November 2, 2009; |
| Exhibit 225: | Declaration of Jason Clay in Support of Plaintiffs' Motion for Class Certification, dated November 4, 2009; |
| Exhibit 226: | Declaration of James Blann in Support of Plaintiffs' Motion for Class Certification, dated September 2, 2009; |
| Exhibit 227: | Declaration of Mark Heltman in Support of Plaintiffs' Motion for Class Certification, dated October 26, 2009; |
| Exhibit 228: | 2009Declaration of Robert Golomboski in Support of Plaintiffs' Motion for Class Certification, dated August 31, 2009; and |
| Exhibit 229: | Declaration of Justin Voigtschild in Support of Plaintiffs' Motion for Class Certification, dated August 29, 2009. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of November, 2009, at Seattle, Washington.

                                        /s/ Steve W. Berman
                                        STEVE W. BERMAN

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                     /s/ Steve W. Berman
                                     STEVE W. BERMAN

DECL. OF STEVE W. BERMAN ISO PLS.' MOT. FOR CLASS CERT. – No. 08-cv-02820 VRW - 1 -
010017-11 337545 V1