IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELECTRONIC ARTS INC.,<br><br>　　　　Defendant. | No. C 08-02820 CW<br><br>ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION (Docket No. 192) |

　　　On September 8, 2010, Plaintiffs Geoffrey Pecover and Jeffrey Lawrence sought leave to file supplemental authority in support of their motion for class certification. On December 21, 2010, the previously assigned district judge issued his ruling on Plaintiffs' motion for class certification.

　　　Accordingly, Plaintiffs' motion for leave to file supplemental authority is DENIED as moot. (Docket No. 192.)

Dated: 3/28/2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge