UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated, | ) ) ) ) | No. 08-cv-02820 CW |
| Plaintiffs, | ) ) ) | STIPULATION AND [PROPOSED] ORDER APPROVING AMENDED CLASS NOTICE PLAN |
| v. | ) ) | |
| ELECTRONIC ARTS INC., a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) ) | ACTION FILED: June 5, 2008 |

010017-11  455522 V1

1    WHEREAS on December 21, 2010, Judge Walker issued an Order certifying a class

2 pursuant to Federal Rule of Civil Procedure 23(b)(3);

3    WHEREAS pursuant to that order, on February 18, 2011, the parties jointly proposed the

4 form, manner, dates, and other matters related to providing notice of this class action to potential

5 members of the Class;

6    WHEREAS the proposed notice plan was supported by the declaration of the proposed

7 notice administrators, Larkspur Design Group and Gilardi & Co., LLC (collectively "Notice

8 Administrators"), experienced notice administrators;

9    WHEREAS on February 22, 2011, this Court approved the proposed notice and plan to

10 disseminate notice to class members;

11   WHEREAS the original notice plan assumed, based on representations made by Electronic

12 Arts, that 14,677,268 unique email addresses were available for direct notice;

13   WHEREAS on March 28, 2011, Electronic Arts produced approximately 13,060,918 e-mail

14 addresses; after de-duplification and removal of undeliverable e-mail addresses, approximately

15 12,959,776 e-mail addresses were available for direct notice;

16   WHEREAS, Plaintiffs believe the difference in the direct notice e-mail portion of the plan –

17 1,717,492 fewer unique e-mail addresses than originally represented to the Court – is a material

18 change in the notice plan as approved by this Court on February 22, 2011;

19   WHEREAS, however, as explained in the accompanying declaration of Daniel Burke re

20 Dissemination of Notice to Class Members, regardless of this change, because of the success of the

21 online notice campaign the notice plan has satisfied the best practicable notice requirements of

22 Rule 23, including 24,622,976 impressions through sponsored link advertising, 59,946,629

23 impressions through targeting content advertising, 16,894,026 impressions through banner

24 advertising on the Yahoo network, and 28,847,959 impressions through Facebook banner

25 advertising.  The case-dedicated website, http://www.easportslitigation.com, has received 219,019

26 visits to the site, with 200,159 of these being unique visitors.  There have been 300,952 page views

27 of the website, and 60 percent of the traffic to the website has been directed there through the

28

[PROPOSED] ORDER APPROVING CLASS NOTICE PLAN –    - 1 -
No. 08-cv-02820 CW
010017-11  455522 V1

online notice campaign.  In total, the online portion of the notice plan has exceeded the number of impressions expected in each category, for a total of 130,311,590 impressions.  The online advertising efforts have generated 39.7 million more impressions than expected.

WHEREAS in the opinion of Larkspur Design Group, the experienced notice administrator selected by the parties and approved by this Court, the reduction from the lower e-mail and mailing volumes has been counterbalanced by the online efforts exceeding expectations sufficient to meet the constitutional requirements of Federal Rule of Civil Procedure 23.

Accordingly, the parties hereby request this this Court approve the amended notice plan, as meeting the best practicable notice requirements of Rule 23.

DATED:  July 8, 2011            HAGENS BERMAN SOBOL SHAPIRO LLP

By  _____/s/ Shana E. Scarlett_____
        SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 626-4486
Facsimile:   (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com

Class Counsel

DATED: July 8, 2011                     LATHAM & WATKINS LLP

                                        By _____/s/ Timothy L. O'Mara_____
                                                TIMOTHY L. O'MARA

                                        Daniel M. Wall (102580)
                                        Kirsten M. Ferguson (252781)
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, CA 94111
                                        Telephone: (415) 391-0600
                                        Facsimile:  (415) 395-8095
                                        tim.omara@lw.com
                                        dan.wall@lw.com
                                        kirsten.ferguson@lw.com

                                        Attorneys for Defendant Electronic Arts, Inc.

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER APPROVING AMENDED CLASS NOTICE PLAN.  In compliance with General Order 45, X.B., I hereby attest that Timothy L. O'Mara has concurred in this filing.

*     *     *

**ORDER**

Pursuant to the above stipulation, the joint motion submitted by the parties on February 18, 2011, and the supporting declarations of Daniel Burke, the Court finds that the proposed amended notice plan meets the best practicable notice requirements of Rule 23.  The proposed amended notice plan is approved, and the parties shall continue to perform the matters identified in this Court's February 22, 2011, order approving the class notice plan.

IT IS SO ORDERED.

DATED:   **7/12/11**                    _____
                                        HONORABLE CLAUDIA WILKEN
                                        UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER APPROVING CLASS NOTICE PLAN –     - 3 -
No. 08-cv-02820 CW

010017-11  455522 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Shana E. Scarlett
SHANA E. SCARLETT

[PROPOSED] ORDER APPROVING CLASS NOTICE PLAN – - 4 -
No. 08-cv-02820 CW

010017-11  455522 V1

# Mailing Information for a Case 4:08-cv-02820-CW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Leonard W Aragon**
  leonard@hbsslaw.com,amyn@hbsslaw.com,ecfphx@hbsslaw.com

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com

- **Collegiate Licensing Company**
  hhauck@filicebrown.com

- **Kirsten Marie Ferguson**
  kirsten.ferguson@lw.com,nicola.mazumdar@lw.com

- **Gennaro August Filice**
  hhauck@filicebrown.com,dverduga@filicebrown.com,tcole@filicebrown.com

- **Richard Allen Jones**
  rjones@cov.com

- **Timothy L. O'Mara**
  tim.omara@lw.com,linda.tam@lw.com,john.pellegrini@lw.com,susan.pavesi@lw.com,#sfdocket@lw.com

- **Stuart McKinley Paynter**
  stuart@smplegal.com,mgerton@smplegal.com,cboyd@smplegal.com,jmurray@smplegal.com

- **Shana E. Scarlett**
  shanas@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Daniel Murray Wall**
  dan.wall@lw.com,#sfdocket@lw.com

- **Robert James Wierenga**
  wierenga@millercanfield.com,misisian@millercanfield.com,chapmanD@millercanfield.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Celeste H.G. Boyd
The Paynter Law Firm PLLC
1340 Environ Way
Chapel Hill, NC 27517
```