IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>    Defendant.<br>_____/ | No. C 08-2820 CW<br><br>ORDER REFERRING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND TIME FOR FACT DISCOVERY AND TO INCREASE NUMBER OF DEPOSITIONS TO MAGISTRATE JUDGE (Docket No. 259) |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that Plaintiffs' administrative motion to extend time for fact discovery and to increase number of depositions, Docket No. 259, is referred to Magistrate Judge Zimmerman.  Judge Zimmerman may adjust any dates that do not affect the Court's hearing dates, and may recommend changes in the Court's hearing dates.

    IT IS SO ORDERED.

Dated: 11/7/2011

                           CLAUDIA WILKEN
                           United States District Judge

cc: BZ