UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER, et al., | ) |
| Plaintiff(s), | ) No. C08-2820 VRW (BZ) |
| v. | ) **ORDER RE LODGING OF DOCUMENT FOR *IN CAMERA* REVIEW** |
| ELECTRONIC ARTS INC., | ) |
| Defendant(s). | ) |

Counsel for Defendant Electronic Arts, Inc. is hereby **ORDERED** to lodge a copy of the email that is the subject of Plaintiff's motion to compel, currently set for hearing on Wednesday, November 30, 2011, to Chambers by no later than **12:00 p.m., tomorrow, November 29, 2011** for *in camera* review.

Dated: November 28, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PECOVER V. ELECTRONIC ARTS\ORD RE LODGING DOCUMENT.wpd

1