UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY PECOVER, et al.,

       Plaintiff(s),

  v.

ELECTRONIC ARTS INC.,

       Defendant(s).

No. C08-2820 CW (BZ)

**ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND FACT DISCOVERY AND FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS**

    Following a hearing on plaintiffs' administrative motion for an extension of time for close of fact discovery and for leave to increase the number of depositions (Docket No. 259), **IT IS HEREBY ORDERED** that both parties shall be entitled to take an additional **20** depositions (excluding the depositions taken as of the date of the filing of Plaintiff's motion) and that fact discovery shall be extended from **December 15, 2011** to **February 21, 2012**. By **noon** on **Friday, December 2, 2011**, the parties shall submit a proposed stipulation and order scheduling further depositions. Additional depositions are unlikely, but will only be considered if there is a strong, specific showing timely made that depositions taken pursuant

1

1 | to this Order were inadequate to develop a significant issue.
2 | Dated: November 30, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PECOVER V. ELECTRONIC ARTS\ORDER ON ADMIN MOTION FOR EXTENSION OF FACT DISCOVERY.BZ FINAL RULING.wpd

2