Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>REVISED STIPULATION AND [PROPOSED] ORDER PURSUANT TO NOVEMBER 30, 2011 ORDER REGARDING DEPOSITION SCHEDULE<br><br>ACTION FILED: June 5, 2008 |

1    WHEREAS on November 30, 2011 this Court issued an order requesting that the parties
2    submit a stipulation and proposed order regarding the scheduling of further depositions in this case;
3    WHEREAS pursuant to that order, the parties have met and conferred regarding the
4    scheduling of all depositions for current and former Electronic Arts Inc. employees who are
5    represented by Latham & Watkins LLP, counsel for Defendant Electronic Arts Inc.;
6    WHEREAS the parties first submitted a stipulation and proposed order regarding the
7    scheduling of further depositions on Friday, December 2, 2011, counsel for Electronic Arts
8    subsequently learned that a witness was not available on one of the proposed deposition dates, and
9    the parties were thereafter able to agree to an alternative date for that witness;
10   WHEREAS the parties have jointly agreed on the following revised deposition schedule for
11   current and former Electronic Arts Inc. employees represented by Latham & Watkins:

| Deponent | Date | Place |
|---|---|---|
| Nancy Smith | December 15, 2011 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Todd Sitrin | December 20, 2011 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Frank Gibeau | January 6, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Steven Chiang | January 11, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Peter Moore | January 13, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Michelle Weaver | January 17, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |

| Deponent | Date | Place |
|---|---|---|
| Joel Linzner | February 21, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |

WHEREAS on December 1, 2011, Plaintiffs served subpoenas for testimony pursuant to Federal Rule of Civil Procedure 45, with the following dates for third parties outside of the Northern District of California:

| Deponent | Date and Time | Place |
|---|---|---|
| National Collegiate Athletic Association<br>700 W. Washington St.<br>P.O. Box 6222<br>Indianapolis, IN 46206<br><br>c/o Marc T. Quigley<br>Krieg Devault LLP<br>One Indiana Square,<br>Suite 2800<br>Indianapolis, IN 46204 | January 20, 2012<br>9:00am | Price Waicukauski & Riley, LLC<br>Hammond Block Building<br>301 Massachusetts Avenue<br>Indianapolis, Indiana 46204 |
| Collegiate Licensing Company<br>290 Interstate North Circle,<br>Suite 200<br>Atlanta, GA 30339<br><br>c/o Peter M. Boyle<br>Kilpatrick Stockton LLP<br>Ste 900 607 14th St., NW<br>Washington, DC 20005 | January 24, 2012<br>9:00am | 400 Galleria Parkway, Suite 1500,<br>Atlanta, GA 30339 |
| Michael Drucker<br>290 Interstate North Circle,<br>Suite 200<br>Atlanta, GA 30339<br><br>c/o Peter M. Boyle<br>Kilpatrick Stockton LLP<br>Ste 900 607 14th St., NW<br>Washington, DC 20005 | January 25, 2012<br>9:00am | 400 Galleria Parkway, Suite 1500,<br>Atlanta, GA 30339 |

| Deponent | Date and Time | Place |
|---|---|---|
| National Football League Players Association<br>1133 20th Street NW, Ste 600<br>Washington, DC 20036<br><br>c/o David Greenspan<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | January 31, 2012<br>9:00am | The Paynter Law Firm PLLC<br>1200 G Street N.W., Suite 800<br>Washington, DC 20005 |
| ESPN, Inc.<br>c/o David R. Pahl<br>ESPN Plaza<br>935 Middle Street<br>Bristol, CN 06010 | February 6, 2012<br>9:00am | 406 Farmington Avenue<br>Farmington, CT 06032 |
| NFL Properties LLC<br>280 Park Avenue<br>New York, NY 10017<br><br>c/o Derek Ludwin<br>Covington & Burling LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004 | February 16, 2012<br>9:00am | Hagens Berman Sobol Shapiro LLP<br>One Penn Plaza, 36th Floor<br>New York, NY 10119 |
| Neil Glat<br>345 Park Avenue<br>New York, NY 10017<br><br>c/o Derek Ludwin<br>Covington & Burling LLP<br>1201 Pennsylvania Ave. NW<br>Washington, DC 20004 | February 13, 2012<br>9:00am | Hagens Berman Sobol Shapiro LLP<br>One Penn Plaza, 36th Floor<br>New York, NY 10119 |
| Gary Gertzog<br>345 Park Avenue<br>New York, NY 10017<br><br>c/o Derek Ludwin<br>Covington & Burling LLP | February 14, 2012<br>9:00am | Hagens Berman Sobol Shapiro LLP<br>One Penn Plaza, 36th Floor<br>New York, NY 10119 |

REVISED STIPULATION AND PROPOSED ORDER RE DEP.
SCHEDULE – No. 08-cv-02820 CW

| Deponent | Date and Time | Place |
|---|---|---|
| Roger S. Goodell<br>345 Park Avenue<br>New York, NY 10017<br><br>c/o Derek Ludwin<br>Covington & Burling LLP | February 15, 2012<br>9:00am | Hagens Berman Sobol Shapiro LLP<br>One Penn Plaza, 36th Floor<br>New York, NY 10119 |

WHEREAS as recognized by the Court at the November 30, 2011 hearing, it does not have jurisdiction to order the presence of the third parties, but Plaintiffs include this information to demonstrate progress in the proposed schedule. The parties will continue to meet and confer in good faith regarding scheduling third party depositions.

Accordingly, the parties hereby request that this Court approve the proposed deposition schedule, as it relates to the current and former Electronic Arts Inc. employees who are represented by Latham & Watkins LLP, counsel for Defendant Electronic Arts Inc.

DATED: December 5, 2011                HAGENS BERMAN SOBOL SHAPIRO LLP


By _____/s/ Shana E. Scarlett_____
          SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

REVISED STIPULATION AND PROPOSED ORDER RE DEP.
SCHEDULE – No. 08-cv-02820 CW

- 4 –

DATED: December 5, 2011          LATHAM & WATKINS LLP

                                 By _____/s/ Timothy L. O'Mara_____
                                        TIMOTHY L. O'MARA

                                 Daniel M. Wall (102580)
                                 Kirsten M. Ferguson (252781)
                                 505 Montgomery Street, Suite 2000
                                 San Francisco, CA 94111
                                 Telephone: (415) 391-0600
                                 Facsimile:  (415) 395-8095
                                 tim.omara@lw.com
                                 dan.wall@lw.com
                                 kirsten.ferguson@lw.com

                                 Attorneys for Defendant Electronic Arts Inc.


*     *     *

**ORDER**

Pursuant to the above stipulation, the following deposition schedule is hereby ordered by the Court:

| Deponent | Date | Place |
| --- | --- | --- |
| Nancy Smith | December 15, 2011 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Todd Sitrin | December 20, 2011 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Frank Gibeau | January 6, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Steven Chiang | January 11, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |

REVISED STIPULATION AND PROPOSED ORDER RE DEP.
SCHEDULE – No. 08-cv-02820 CW

| Deponent | Date | Place |
|---|---|---|
| Peter Moore | January 13, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Michelle Weaver | January 17, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| Joel Linzner | February 21, 2012 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |

IT IS SO ORDERED.  The Court is troubled by the number of late depositions and will not again extend the deadline.

DATED:   December 6, 2011

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

REVISED STIPULATION AND PROPOSED ORDER RE DEP.
SCHEDULE – No. 08-cv-02820 CW

- 6 –

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2011, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

          /s/ Timothy L. O'Mara
          TIMOTHY L. O'MARA

REVISED STIPULATION AND PROPOSED ORDER RE DEP.
SCHEDULE – No. 08-cv-02820 CW

- 7 –