Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SUPPLEMENTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF NON-PARTY ESPN'S DEPOSITION TESTIMONY<br><br>ACTION FILED: June 5, 2008 |

EAST\47848567.1

1    In order to protect confidential information obtained from non-party ESPN, Inc. ("ESPN") in connection with the above-captioned action, Plaintiffs and Defendant Electronic Arts Inc. ("EA," and collectively with Plaintiffs, the "Parties"), by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation supplements the Stipulated Protective Order Regarding Confidentiality of Documents and Materials that was ordered by the Court in the above-captioned action on January 20, 2009 ("Protective Order"). *See* ECF No. 32.

2. In addition to the provisions and protections contained in the Protective Order, the following shall apply to deposition testimony provided by ESPN in connection with this action.

3. ESPN may designate its deposition testimony as "OUTSIDE COUNSEL ONLY" if it reasonably and in good faith believes that such testimony contains confidential information so commercially sensitive that the protections afforded by the Protective Order are insufficient to adequately protect the interests of ESPN. ESPN shall specify its designations by page and line number.

4. The Parties acknowledge and agree that examples of an appropriate "OUTSIDE COUNSEL ONLY" designation include internal ESPN communications discussing the negotiation of the terms of licensing agreements between ESPN and EA, the terms of licensing agreements between ESPN and licensees other than EA, and internal ESPN communications discussing ESPN's video game licensing strategy.

5. Except as expressly provided below, any deposition testimony provided by ESPN and designated "OUTSIDE COUNSEL ONLY" may be used only for purposes of this action and shall not be given, shown, made available or communicated in any way to anyone except:

   a. the Court, court personnel and court reporters;

   b. outside litigation counsel of record to the Parties, including the legal associates and clerical or other support staff who are employed by such counsel and are working under the express direction of such counsel;

   c. court reporters who record deposition or other testimony in the litigation;

         d.        consultants or experts retained by the Parties;

         e.        any person who is indicated on the face of a document to have been an author, addressee or copy recipient thereof;

         f.        any person whom ESPN agrees to in writing prior to any such disclosure;

         g.        persons or entities that provide litigation support services (*e.g.*, photocopying; videotaping; translating; preparing exhibits or demonstrations; organizing, storing, retrieving data in any form or medium; etc.) and their employees and subcontractors.

6.        Counsel for the Parties shall obtain from all persons who are given access to any deposition testimony provided by ESPN, including deposition testimony designated "OUTSIDE COUNSEL ONLY," written acknowledgement that such persons have read, understand, and will comply with the terms of the Protective Order and this stipulation supplementing the Protective Order.

7.        In the event that a party deems it necessary to disclose any testimony designated as "OUTSIDE COUNSEL ONLY" to any person not specified in Paragraph 5, that party shall notify counsel for ESPN in writing of: (i) the testimony it wishes to disclose; and (ii) the persons to whom such disclosure is to be made.  The proposed disclosure shall not be made absent written permission from ESPN, unless the party wishing to make the disclosure obtains an order from the United States District Court for the District of Connecticut permitting the proposed disclosure.

8.        Any testimony designated as "OUTSIDE COUNSEL ONLY" that is used in connection with any court proceeding shall not lose its outside counsel only status through such use, and the parties shall take all steps reasonably required to protect its confidentiality during such use, including the notice and filing under seal procedures provided in paragraphs 13, 15, and 16 of the Protective Order.

9.        The parties agree that any deposition testimony provided by ESPN, however designated, will be treated in accordance with the Protective Order and this stipulation supplementing the Protective Order, and will not be shown or in any way provided to any third

STIP. AND [PROP.] ORDER SUPPLEMENTING STIPULATED
PROTECTIVE ORDER RE CONF. OF NON-PARTY ESPN
DEPOSITION TESTIMONY – No. 08-cv-02820 CW
EAST\47848567.1

- 2 -

1  party, including during the deposition of other third parties, unless the third party otherwise
2  satisfies an exception to gain access to such confidential information.
3      10.    The United States District Court for the District of Connecticut shall retain
4  jurisdiction over all disputes relating to any subpoena issued by that court to non-party ESPN,
5  including the jurisdiction to resolve any motion for a protective order brought by ESPN pursuant to
6  Fed. R. Civ. P. 45(c).

7  DATED: February 3, 2012              HAGENS BERMAN SOBOL SHAPIRO LLP

                                        By _____/s/ Shana E. Scarlett_____
                                                  SHANA E. SCARLETT

                                        715 Hearst Avenue, Suite 202
                                        Berkeley, CA 94710
                                        Telephone:  (510) 725-3000
                                        Facsimile:   (510) 725-3001
                                        shanas@hbsslaw.com

                                        Stuart M. Paynter (226147)
                                        THE PAYNTER LAW FIRM PLLC
                                        1200 G Street N.W., Suite 800
                                        Washington, DC 20005
                                        Telephone:  (202) 626-4486
                                        Facsimile:   (866) 734-0622
                                        stuart@smplegal.com

                                        Steve W. Berman (*Pro Hac Vice*)
                                        HAGENS BERMAN SOBOL SHAPIRO LLP
                                        1918 Eighth Avenue, Suite 3300
                                        Seattle, WA 98101
                                        Telephone:  (206) 623-7292
                                        Facsimile:   (206) 623-0594
                                        steve@hbsslaw.com

                                        *Class Counsel*

DATED: February 3, 2012              DLA PIPER

                                        By _____/s/ Frank W. Ryan_____
                                                  FRANK W. RYAN

                                        300 Campus Drive, Suite 100
                                        Florham Park, New Jersey 07932-1039
                                        Telephone: (973) 520-2550
                                        Facsimile: ( 973) 520-2551
                                        frank.ryan@dlapiper.com

|   |   |
|---|---|
|   | *Attorneys for Third-Party ESPN, Inc.* |
| DATED:  February 3, 2012 | LATHAM & WATKINS LLP |
|   | By _____/s/ Timothy L. O'Mara_____<br>TIMOTHY L. O'MARA |
|   | Daniel M. Wall (102580)<br>Kirsten M. Ferguson (252781)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 391-0600<br>Facsimile:  (415) 395-8095<br>tim.omara@lw.com<br>dan.wall@lw.com<br>kirsten.ferguson@lw.com |
|   | *Attorneys for Defendant Electronic Arts Inc.* |

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF NON-PARTY ESPN'S DEPOSITION TESTIMONY. In compliance with General Order 45, X.B., I hereby attest that Timothy L. O'Mara and Frank W. Ryan have concurred in this filing.

*        *        *

IT IS SO ORDERED.

DATED:     2/6/2012                                    _____
                                                                           HONORABLE CLAUDIA WILKEN
                                                                           UNITED STATES DISTRICT JUDGE

STIP. AND [PROP.] ORDER SUPPLEMENTING STIPULATED
PROTECTIVE ORDER RE CONF. OF NON-PARTY ESPN
DEPOSITION TESTIMONY – No. 08-cv-02820 CW
EAST\47848567.1

- 4 -

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                  /s/ Shana E. Scarlett
                                                  SHANA E. SCARLETT