Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 626-4486
Facsimile:   (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com

Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>                              Defendant. | No. 08-cv-02820 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE PRODUCTION OF DOCUMENTS BY COLLEGIATE LICENSING COMPANY IN  *IN RE NCAA STUDENT-ATHLETE NAME & LIKENESS LICENSING LITIGATION*<br><br>ACTION FILED:  June 5, 2008 |

WHEREAS the Collegiate Licensing Company is a defendant in the related action, *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, Case No. 4:09-cv-1967 CW (NC)(the "NCAA action");

WHEREAS Plaintiffs in *Pecover v. Electronic Arts Inc.* have issued a number of subpoenas requesting production of documents to the Collegiate Licensing Company;

WHEREAS the subject matter of the documents produced in *In re NCAA Student-Athlete Name & Likeness Licensing Litigation* overlap to some extent with the document requests by Plaintiffs in the *Pecover* litigation;

WHEREAS rather than requiring third party Collegiate Licensing Company to re-review and produce documents in the *Pecover* litigation;

1.     It is hereby stipulated by and between the Plaintiffs and third-party Collegiate Licensing Company in this action that all documents produced by Collegiate Licensing Company in the *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, Case No. 4:09-cv-1967 CW (NC) will be deemed produced in the *Pecover* litigation and may be used in that litigation as if produced in that litigation.  This stipulation is conditioned on Plaintiffs entering into a stipulation with all other parties to the *Pecover* action, including Electronic Arts, to supplement the Protective Order in the *Pecover* action, and the Court entering an order supplementing the Pecover Protective Order, to allow CLC's materials produced in the NCAA action to be subject to the same protections and confidentiality designations as apply in the NCAA action.  A copy of the proposed Stipulation and Proposed Order re Confidentiality of CLC Documents and Materials is attached hereto as **Exhibit 1**.

2.     Plaintiffs and CLC agree that any confidentiality designation made in *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, Case No. 4:09-cv-1967 CW (NC) shall be deemed made in the *Pecover* litigation.

3.     Any materials designated by CLC as CONFIDENTIAL in the NCAA case will be treated as CONFIDENTIAL in accordance with the Protective Order entered in the *Pecover* litigation.  Such materials will be deemed produced in the *Pecover* litigation without any further

1    supplementation of the *Pecover* Protective Order or stipulation among the parties in *Pecover*.

2         4.    Plaintiffs and CLC further agree that any CLC materials produced in NCAA action

3    and designated as COUNSEL ONLY will not be deemed to be produced in *Pecover* unless and

4    until the Court supplements the *Pecover* Protective Order, pursuant to the proposed Stipulation

5    attached as **Exhibit 1**, to afford these materials the same protections in the Pecover action as they

6    are afforded in the NCAA action.

7         IT IS SO STIPULATED

8    DATED:  February 16, 2012                HAGENS BERMAN SOBOL SHAPIRO LLP

9

10                                       By _____/s/ Shana E. Scarlett_____
                                              SHANA E. SCARLETT

11                                       715 Hearst Avenue, Suite 202
                                         Berkeley, CA 94710
12                                       Telephone:  (510) 725-3000
                                         Facsimile:   (510) 725-3001
13                                       shanas@hbsslaw.com

14                                       Stuart M. Paynter (226147)
                                         THE PAYNTER LAW FIRM PLLC
15                                       1200 G Street N.W., Suite 800
                                         Washington, DC 20005
16                                       Telephone:  (202) 626-4486
                                         Facsimile:   (866) 734-0622
17                                       stuart@smplegal.com

18                                       Steve W. Berman (*Pro Hac Vice*)
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
19                                       1918 Eighth Avenue, Suite 3300
                                         Seattle, WA 98101
20                                       Telephone:  (206) 623-7292
                                         Facsimile:   (206) 623-0594
21                                       steve@hbsslaw.com

22                                       Class Counsel

23

24

25

26

27

28

1   DATED:  February 16, 2012          KILPATRICK TOWNSEND & STOCKTON LLP

2
                                       By _____/s/ Peter M. Boyle_____
3                                              PETER M. BOYLE

4                                      608 14th Street, NW, Suite 900
                                       Washington, D.C. 20005-2018
5                                      pboyle@kilpatricktownsend.com

6                                      Attorneys for Third-Party Collegiate Licensing
7                                      Company

8                                *       *       *

9        IT IS SO ORDERED.

10

11

12   DATED:  ‑ February 16, 2012  __     _____
                                         HONORABLE BERNARD ZIMMERMAN
13                                       UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on February 16, 2012, I electronically filed the foregoing document

3   using the CM/ECF system which will send notification of such filing to the e-mail addresses

4   registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby

5   certify that I have mailed a paper copy of the foregoing document via the United States Postal

6   Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the

7   CM/ECF system.

8

9                              /s/ Shana E. Scarlett
                               SHANA E. SCARLETT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1   Shana E. Scarlett (217895)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone:  (510) 725-3000
    Facsimile:   (510) 725-3001
4   shanas@hbsslaw.com

5   Stuart M. Paynter (226147)
    THE PAYNTER LAW FIRM PLLC
6   1200 G Street N.W., Suite 800
    Washington, DC 20005
7   Telephone:  (202) 626-4486
    Facsimile:   (866) 734-0622
8   stuart@smplegal.com

9
    Steve W. Berman (*Pro Hac Vice*)
10  HAGENS BERMAN SOBOL SHAPIRO LLP
    1918 Eighth Avenue, Suite 3300
11  Seattle, WA 98101
    Telephone:  (206) 623-7292
12  Facsimile:   (206) 623-0594
    steve@hbsslaw.com
13

14  Class Counsel

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19  GEOFFREY PECOVER and ANDREW            )   No. 08-cv-02820 CW
    OWENS, on behalf of themselves and a class of  )
20  person similarly situated,             )
                                           )
21                          Plaintiffs,    )   STIPULATION AND [PROPOSED]
                                           )   ORDER SUPPLEMENTING
                                           )   STIPULATED PROTECTIVE ORDER
22          v.                             )   REGARDING CONFIDENTIALITY OF
                                           )   NON-PARTY CLC DOCUMENTS
23  ELECTRONIC ARTS INC., a Delaware       )   AND MATERIALS
    Corporation,                           )
24                                         )
                            Defendant.     )
25  _____)   ACTION FILED:  June 5, 2008

26

27

28

010017-11  496170 V1

1     In order to protect confidential information obtained from non-party The Collegiate

2  Licensing Company ("CLC") in connection with the above-captioned action, Plaintiffs and

3  Defendant Electronic Arts, Inc. ("EA," and collectively with Plaintiffs, the "Parties"), by and

4  through their undersigned attorneys, hereby stipulate as follows:

5     1.     This stipulation supplements the Stipulated Protective Order Regarding

6  Confidentiality of Documents and Materials that was ordered by the Court in the above-captioned

7  action on January 20, 2009 ("Protective Order").  *See* ECF No. 32.

8     2.     In addition to the provisions and protections contained in the Protective Order, the

9  following shall apply to documents and information produced by CLC in connection with this

10  action.

11    3.     CLC may designate any materials, including interrogatory responses, other

12  discovery responses, or transcripts, as "COUNSEL ONLY" if it reasonably and in good faith

13  believes that such document contains confidential information so commercially sensitive that the

14  protections afforded by the Protective Order are insufficient to adequately protect the interests of

15  CLC.

16    4.     The Parties acknowledge and agree that examples of an appropriate "COUNSEL

17  ONLY" designation include internal CLC communications discussing the negotiation of the terms

18  of licensing agreements between CLC and EA, as well as the terms of licensing agreements

19  between CLC and licensees other than EA.

20    5.     Except as expressly provided below, any document produced by CLC and

21  designated "COUNSEL ONLY" may be used only for purposes of this action and shall not be

22  given, shown, made available or communicated in any way to anyone except:

23          a.     the Court, court personnel and court reporters;

24          b.     outside litigation counsel of record to the Parties, including the legal

25                 associates and clerical or other support staff who are employed by such

26                 counsel and are working under the express direction of such counsel;

27          c.     court reporters who record deposition or other testimony in the litigation;

28

STIP. AND [PROPOSED] ORDER SUPPLEMENTING
STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY          - 1 -
OF CLC DOCS AND MATERIALS –No. 08-cv-02820 CW
010017-11  496170 V1

d.      consultants or experts retained by the Parties;

e.      any person who is indicated on the face of a document to have been an author, addressee or copy recipient thereof;

f.      any person whom CLC agrees to in writing prior to any such disclosure.

g.      persons or entities that provide litigation support services (*e.g.*, photocopying; videotaping; translating; preparing exhibits or demonstrations; organizing, storing, retrieving data in any form or medium; etc.) and their employees and subcontractors

6.      Counsel for the Parties shall obtain from all persons who are given access to any documents produced by CLC, including documents designated "COUNSEL ONLY," written acknowledgement that such persons have read, understand, and will comply with the terms of the Protective Order and this stipulation supplementing the Protective Order.

7.      In the event that a party deems it necessary to disclose any document designated as "COUNSEL ONLY" to any person not specified in Paragraph 5, that party shall notify counsel for CLC in writing of: (i) the document it wishes to disclose; and (ii) the persons to whom such disclosure is to be made.  The proposed disclosure shall not be made absent written permission from CLC, unless the party wishing to make the disclosure obtains an order from the United States District Court for the District of Columbia permitting the proposed disclosure.

8.      Any document designated as "COUNSEL ONLY" that is used in connection with any court proceeding shall not lose its outside counsel only status through such use, and the parties shall take all steps reasonably required to protect its confidentiality during such use, including the notice and filing under seal procedures provided in paragraphs 13, 15, and 16 of the Protective Order.

9.      The parties agree that any documents produced by CLC, however designated, will be treated in accordance with the Protective Order and this stipulation supplementing the Protective Order, and will not be shown or in any way provided to any third party, including during the

STIP. AND [PROPOSED] ORDER SUPPLEMENTING
STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY
OF CLC DOCS AND MATERIALS – No. 08-cv-02820 CW
010017-11  496170 V1

- 2 -

1    deposition of other third parties, unless the third party otherwise satisfies an exception to gain

2    access to such confidential information.

3                            **IT IS SO STIPULATED.**

4    DATED:  February 16, 2012              HAGENS BERMAN SOBOL SHAPIRO LLP

5
                                           By _____
6                                              SHANA E. SCARLETT

7                                          715 Hearst Avenue, Suite 202
                                           Berkeley, CA 94710
8                                          Telephone:  (510) 725-3000
                                           Facsimile:   (510) 725-3001
9                                          shanas@hbsslaw.com

10                                         Stuart M. Paynter (226147)
                                           THE PAYNTER LAW FIRM PLLC
11                                         1200 G Street N.W., Suite 800
                                           Washington, DC 20005
12                                         Telephone:  (202) 626-4486
                                           Facsimile:   (866) 734-0622
13                                         stuart@smplegal.com

14                                         Steve W. Berman (*Pro Hac Vice*)
                                           HAGENS BERMAN SOBOL SHAPIRO LLP
15                                         1918 Eighth Avenue, Suite 3300
                                           Seattle, WA 98101
16                                         Telephone:  (206) 623-7292
                                           Facsimile:   (206) 623-0594
17                                         steve@hbsslaw.com

18                                         *Class Counsel*

19

20

21

22

23

24

25

26

27

28   STIP. AND [PROPOSED] ORDER SUPPLEMENTING          - 3 -
     STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY
     OF CLC DOCS AND MATERIALS – No. 08-cv-02820 CW
      010017-11  496170 V1

1  DATED:  February 16, 2012            LATHAM & WATKINS

2                                        By _____
                                               TIMOTHY O'MARA
3
                                         505 Montgomery Street, Suite 2000
4                                        San Francisco, CA 94111-6538
                                         tim.omara@lw.com
5
                                         *Attorney for Defendant Electronic Art,s Inc.*
6
7  DATED:  February 16, 2012            KILPATRICK TOWNSEND & STOCKTON LLP

8                                        By _____
                                               PETER BOYLE
9
                                         608 14th Street, NW, Suite 900
10                                       Washington, D.C. 20005-2018
                                         pboyle@kilpatricktownsend.com
11
12                                       *Attorneys for Third-Party Collegiate Licensing*
                                         *Company*
13
                                    *        *        *
14
15          IT IS SO ORDERED.

16
17  DATED: _____          _____
                                               HONORABLE CLAUDIA WILKEN
18                                       UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28  STIP. AND [PROPOSED] ORDER SUPPLEMENTING           - 4 -
    STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY
    OF CLC DOCS AND MATERIALS – No. 08-cv-02820 CW
    010017-11   496170 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

_____
SHANA E. SCARLETT

STIP. AND [PROPOSED] ORDER SUPPLEMENTING
STIPULATED PROTECTIVE ORDER RE CONFIDENTIALITY
OF CLC DOCS AND MATERIALS – No. 08-cv-02820 CW
010017-11  496170 V1

- 5 -