UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER, et al., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> ELECTRONIC ARTS INC., ) <br> ) <br> Defendant(s). ) <br> ) | No. C08-2820 CW (BZ) <br><br> **ORDER SCHEDULING HEARING** |

A hearing on plaintiff's request to depose Mr. Battle (Docket No. 306) is scheduled for **Thursday, February 23, 2012 at 1:30 p.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 21, 2012

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PECOVER V. ELECTRONIC ARTS\ORDER SCHEDULING HEARING.wpd

1