UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No.08-cv-02820 CW<br><br>STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF NON-PARTY NBA PROPERTIES, INC.'S DOCUMENTS AND MATERIALS<br><br><br>ACTION FILED: June 5, 2008 |

\\\\

In order to protect confidential information obtained from non-party NBA Properties, Inc. ("NBA") in connection with the above-captioned action, Plaintiffs and Defendant Electronic Arts Inc. ("EA," and collectively with Plaintiffs, the "Parties"), by and through their undersigned attorneys, hereby stipulate as follows:

1. This stipulation supplements the Stipulated Protective Order Regarding Confidentiality of Documents and Materials that was So Ordered by the Court in the above-captioned action on January 20, 2009 ("Protective Order").  *See* ECF No. 32.

2. In addition to the provisions and protections contained in the Protective Order, the following shall apply to documents and information produced by NBA in connection with this action.

3. NBA may designate any materials, including interrogatory responses, other discovery responses, or transcripts, as "Confidential – Outside Counsel Only" if it reasonably and in good faith believes that such document contains confidential information so commercially sensitive that the protections afforded by the Protective Order are insufficient to adequately protect the interests of NBA.

4. The Parties acknowledge and agree that examples of an appropriate "Confidential – Outside Counsel Only" designation include the terms of licensing agreements between NBA and licensees.

5. Except as expressly provided below, any document produced by NBA and designated "Confidential – Outside Counsel Only" may be used only for purposes of this action and shall not be given, shown, made available or communicated in any way to anyone except:

    a. the Court, court personnel and court reporters;

    b. outside litigation counsel of record to the Parties, including the legal associates and clerical or other support staff who are employed by such counsel and are working under the express direction of such counsel;

    c. court reporters who record deposition or other testimony in this

STIPULATION AND [~~PROPOSED~~] ORDER
No. 08-cv-02820 CW                - 1 -

action;

  d. outside consultants or experts retained by the Parties for purposes of this action;

  e. any person who is indicated on the face of a document to have been an author, addressee or copy recipient thereof;

  f. any person whom NBA agrees to in writing prior to any such disclosure;

  g. outside persons or entities that provide litigation support services (*e.g.*, photocopying; videotaping; translating; preparing exhibits or demonstrations; organizing, storing, retrieving data in any form or medium; etc.) for this action to the Parties.

6. Counsel for the Parties shall obtain and provide to NBA from all persons who are given access to any documents produced by NBA, including documents designated "Confidential – Outside Counsel Only," written acknowledgement that such persons have read, understand, and will comply with the terms of the Protective Order and this stipulation supplementing the Protective Order.

7. In the event that a party deems it necessary to disclose any document designated as "Confidential – Outside Counsel Only" to any person not specified in Paragraph 5, that party shall notify counsel for NBA in writing of: (i) the document it wishes to disclose; and (ii) the persons to whom such disclosure is to be made.  The proposed disclosure shall not be made absent written permission from NBA, unless the party wishing to make the disclosure obtains an order from the United States District Court for the Southern District of New York permitting the proposed disclosure.

8. Any document designated as "Confidential – Outside Counsel Only" that is used in connection with any court proceeding shall not lose its outside counsel only status through such use, and the parties shall take all steps reasonably required to protect its confidentiality during such use, including the notice and filing under seal procedures provided in paragraphs 13, 15, and

STIPULATION AND [~~PROPOSED~~] ORDER
No. 08-cv-02820 CW

- 2 -

1   16 of the Protective Order.

2         9.     The parties agree that any documents produced by NBA, however designated, will be treated in accordance with the Protective Order and this stipulation supplementing the Protective Order, and will not be shown or in any way provided to any third party, including during the deposition of other third parties, unless the third party otherwise satisfies an exception to gain access to such confidential information as set forth herein.

      10.    The United States District Court for the Southern District of New York shall retain jurisdiction over all disputes relating to any subpoena issued by that court to non-party NBA, including the jurisdiction to resolve any motion for a protective order brought by NBA pursuant to Fed. R. Civ. P. 45(c).

**IT IS SO STIPULATED.**

DATED:  February 24, 2012                         HAGENS BERMAN SOBOL SHAPIRO LLP


By       /s/ Shana E. Scarlett
    SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 626-4486
Facsimile:   (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com

Class Counsel

STIPULATION AND [PROPOSED] ORDER
No. 08-cv-02820 CW

- 3 -

| | | |
|---|---|---|
| 1 | DATED: February 24, 2012 | NBA PROPERTIES, INC. |
| 2 | | By _____/s/ William S. Koenig_____ |
| 3 | | William S. Koenig |
| 4 | | Executive Vice President, Business Affairs and General Counsel |
| 5 | | NBA Properties, Inc.<br>645 Fifth Avenue, New York, NY 10022<br>Telephone: 212.407.8345 |
| 6 | | wkoenig@nba.com |
| 7 | | Attorneys for NBA Properties, Inc. |

DATED: February 24, 2012        LATHAM & WATKINS LLP

By _____/s/ Timothy L. O'Mara_____
  TIMOTHY L. O'MARA

Daniel M. Wall (102580)
Kirsten M. Ferguson (252781)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 391-0600
Facsimile:   (415) 395-8095
tim.omara@lw.com
dan.wall@lw.com
kirsten.ferguson@lw.com

Attorneys for Defendant Electronic Arts Inc.

I, Timothy L. O'Mara, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SUPPLEMENTING STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIALITY OF NON-PARTY NBA PROPERTIES, INC.'S DOCUMENTS AND MATERIALS.  In compliance with General Order 45, X.B., I hereby attest that Shana E. Scarlett and William S. Koenig have concurred in this filing.

**IT IS SO ORDERED.**

DATED:  2/28/2012

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER
No. 08-cv-02820 CW

- 4 -

1 | **CERTIFICATE OF SERVICE**

2 I hereby certify that on February 24, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Timothy L. O'Mara
Timothy L. O'Mara

STIPULATION AND [PROPOSED] ORDER
No. 08-cv-02820 CW

- 5 -