UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER, et al., )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>ELECTRONIC ARTS INC., )<br>)<br>Defendant(s). )<br>_____ ) | No. C08-2820 CW (BZ)<br><br>**BRIEFING ORDER** |

Following a telephone conference at which plaintiffs and defendant were represented by counsel, **IT IS ORDERED** as follows:

    1. Plaintiffs has leave to file motion to compel production of the deposition transcripts referenced in **Docket No. 314** by **March 15, 2012.** Defendant's opposition is due **March 29, 2012**. Any reply shall be filed by **April 5, 2012.** The Court will schedule a hearing if it determines one is necessary.

    2. By **March 5, 2012**, Mr. Sitrin shall write to the FTC

///

///

1

1  requesting a copy of his deposition transcript.

2  Dated: March 1, 2012

3  _____
4                     Bernard Zimmerman
                 United States Magistrate Judge

G:\BZALL\-REFS\PECOVER V. ELECTRONIC ARTS\DISC ORD5.wpd

2