Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>DECLARATION OF STUART M. PAYNTER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO COMPEL PROPER RESPONSES TO REQUESTS FOR ADMISSION<br><br>Date: April 4, 2012<br>Time: 10:00 a.m.<br>Dept: Courtroom C, 15th Floor<br>Judge: Hon. Bernard Zimmerman<br><br>ACTION FILED: June 5, 2008 |

I, STUART M. PAYNTER, declare as follows:

1. I am an attorney licensed to practice before all of the Courts in the State of California. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are correct and true copy of the following:

Exhibit 1: Document Bates-numbered EA00307128, produced in the above-captioned litigation and designated by Defendant Electronic Arts as "Confidential – Subject to Protective Order" pursuant to the Protective Order in this case;

Exhibit 2: Excerpts from the Deposition Transcript of Neil Glat, taken on January 23, 2012, in the above-captioned litigation by Linda J. Greenstein, Professional Shorthand Reporter and Notary Public, and designated "Confidential" pursuant to the Protective Order in this case;

Exhibit 3: Subpoena to Produced Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued to National Basketball Association (and/or NBA Properties, Inc.) by Defendant Electronic Arts, dated February 10, 2012;

Exhibit 4: Letter, Hrishi Karthikeyan of NBA Properties, Inc. to Tim O'Mara of Latham & Watkins LLP, dated March 1, 2012;

Exhibit 5: Plaintiffs' Second Amended Objections and Responses to Defendant Electronic Arts Inc.'s First Set of Requests for Admission, dated March 13, 2012;

Exhibit 6: Plaintiffs' First Amended Objections and Responses to Defendant Electronic Arts Inc.'s First Set of Requests for Admission, dated February 21, 2012;

Exhibit 7: Document Bates-numbered EA00070258-59, produced in the above-captioned litigation and designated by Defendant Electronic Arts as "Confidential – Subject to Protective Order" pursuant to the Protective Order in this case;

Exhibit 8: Document Bates-numbered EA00000701-717, produced in the above-captioned litigation and designated by Defendant Electronic Arts as "Counsel Only: Confidential – Subject to Protective Order" pursuant to the Protective Order in this case;

Exhibit 9: Document Bates-numbered 0001065-66, produced in the above-captioned litigation and designated by third party ESPN as "Confidential" pursuant to the Protective Order in this case;

Exhibit 10: Document Bates-numbered CLC0183535-37, produced in the above-captioned litigation and designated by third party The Collegiate Licensing Company as "Confidential" pursuant to the Protective Order in this case;

Exhibit 11: Excerpts from the Deposition Transcript of Peter Davis, taken on February 16, 2012, in the above-captioned litigation by Michele K. Dew, CRR-RPR, provisionally treated as under seal pursuant to the Protective Order in this litigation pending time for designation by third-party NCAA to expire;

Exhibit 12: Document Bates-numbered EA00225026, produced in the above-captioned litigation and designated by Defendant Electronic Arts as "Confidential – Subject to Protective Order" pursuant to the Protective Order in this case;

Exhibit 13: Excerpts from the Deposition Transcript of Gene Goldberg, taken on September 20, 2011, in the above-captioned litigation by Wayne Hock, Notary Public;

Exhibit 14: Excerpts from the Deposition Transcript of Gary M. Gertzog, taken on January 24, 2012, in the above-captioned litigation by Linda J. Greenstein, Professional Shorthand Reporter and Notary Public, and designated "Confidential" pursuant to the Protective Order in this case;

Exhibit 15: Document Bates-numbered 0000706-735, produced in the above-captioned litigation and designated by third party ESPN as "Confidential" pursuant to the Protective Order in this case; and

Exhibit 16: Expert Report of Jeffrey J. Leitzinger, Ph.D., dated March 8, 2012, designated as "Confidential" pursuant to the Protective Order in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th of March 2012, in Washington, District of Columbia.

/s/ Stuart M. Paynter
STUART M. PAYNTER

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Stuart M. Paynter
STUART M. PAYNTER