UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRONIC ARTS, INC., <br><br> Defendant. | Case No. 08-cv-02820 CW (NC) <br><br> **ORDER DENYING REQUEST TO EXTEND DISCOVERY DEADLINE** <br><br> Re: Dkt. No. 355 |

     Plaintiffs request a further extension of the fact-discovery deadline to depose William P. Battle, the former CEO of nonparty Collegiate Licensing Company. Dkt. No. 355. Plaintiffs' request is DENIED.

     First, the fact-discovery deadline already was extended once before from December 15, 2011, to February 21, 2012. Dkt. No. 286. At the time the Court extended the fact-discovery deadline, the Court required the parties to submit a stipulation containing a schedule for further depositions. *Id.* The stipulation submitted by the parties on December 6, 2011, contained no indication that plaintiffs intended to depose Battle. Dkt. No. 294. The Court entered the stipulation on December 6, 2011, and emphasized that it was "troubled by the number of late depositions and will not again extend the deadline." Dkt. No. 295 at 6.

Case No. 08-cv-02820 CW (NC)
ORDER DENYING REQUEST
TO EXTEND DEADLINE

Second, plaintiffs have not shown good cause for extending the fact-discovery deadline yet again. Plaintiffs have been aware of the significance of Battle's potential testimony for at least three years but did not to seek to depose him until the eleventh hour. Also, plaintiffs' allegation that Battle evaded service of the subpoena compelling his testimony was refuted by a letter submitted by Battle's counsel. *See* Dkt. No. 355, Ex. D.

Finally, plaintiffs have at least one other method available to discover information regarding Collegiate Licensing Company, as the Court recently granted plaintiffs' request to depose Michael S. Drucker, Collegiate Licensing's in-house attorney. Dkt. No. 350.

The parties may object to this order under Federal Rule of Civil Procedure 72(a) within fourteen days of the date this order is filed.

IT IS SO ORDERED.

Date: March 26, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 08-cv-02820 CW (NC)
ORDER DENYING REQUEST
TO EXTEND DISC. DEADLINE

2