IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER; and ANDREW OWENS, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>  Defendant.<br>_____/ | No. C 08-2820 CW<br><br>ORDER APPOINTING TECHNICAL ADVISOR |

Having received his consent to be so appointed, the Court hereby APPOINTS Dr. Timothy F. Bresnahan to serve as the Court's Technical Advisor in the above-captioned case.

Dated: 4/6/2012

CLAUDIA WILKEN
United States District Judge