IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER; and ANDREW OWENS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>    Defendant.<br>_____/ | No. C 08-2820 CW<br><br>ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE |

On April 23, 2012, Plaintiffs filed a motion requesting relief from a non-dispositive pretrial order entered by a Magistrate Judge on April 9, 2012. Pursuant to Local Rule 72-2, the Court hereby sets a briefing schedule on this motion as follows:

Defendant Electronic Arts, Inc. may file an opposition of five pages or less within seven days of the date of this order. Defendant shall address in its response whether Plaintiffs could obtain the transcripts from the FTC through other means, with or without Defendant's written consent to the release of the transcripts to Plaintiffs.

Plaintiffs may file a reply of three pages or less, within four days after Defendants have filed their opposition.

The Court will decide Plaintiffs' motion on the papers.

Dated: 5/2/2012

CLAUDIA WILKEN
United States District Judge