LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: Dan.Wall@lw.com
Email: Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | CASE NO. C 08-02820 CW<br><br>**JOINT ADMINISTRATIVE MOTION AND [PROPOSED] ORDER FOR CASE SCHEDULE MODIFICATION**<br><br>Action Filed: June 5, 2008<br>Judge: The Honorable Claudia Wilken |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT MOT. & [PROPOSED] ORDER FOR CASE SCHEDULE
MODIFICATION
CASE NO. C 08-02820 CW

1    Class Plaintiffs and Defendant Electronic Arts Inc. ("EA") are pleased to report they have
2 reached a settlement in principle.  Accordingly they hereby jointly move the Court to continue all
3 existing deadlines in this case for 60 days in order to allow the parties time to attempt to negotiate
4 a definitive settlement agreement.

5    On Friday, May 4, 2012, the parties mediated this case with former U.S. District Court
6 Judge Layn R. Phillips.  Judge Phillips, presently of Irell & Manella LLP, is one of the leading
7 complex litigation mediators in the United States and has successfully mediated a number of cases
8 in this district.  The mediation session with Judge Phillips was highly productive and resulted in a
9 settlement in principal that is reflected in a nonbinding letter of intent executed by the parties.
10 The letter of intent provides that the parties shall have 45 days to negotiate in good faith regarding
11 a definitive settlement agreement, which remains subject to approval by all parties, and thereafter
12 by the Court.

13    Should the Court believe it would be helpful, Judge Phillips has generously offered to
14 address the status of this matter with the Court and in particular the reasons the parties require 45
15 days to complete their negotiations.  The parties jointly consent to this and waive the mediator's
16 privilege to the extent necessary for the Court to communicate with Judge Phillips, as they believe
17 Judge Phillips is in the best position to address the mediation/settlement status and provide further
18 details to the Court.  Judge Phillips telephone number is (949) 760-5296, and his email address is
19 LPhillips@irell.com.  Judge Phillips has indicated that he is available presently to speak with the
20 Court on this matter.

21    Because upcoming litigation events, including extensive expert discovery and briefing of
22 dispositive motions and other pre-trial motions, will incur considerable expense, and will therefore
23 make settlement more difficult and expensive, the parties jointly request that the case schedule be
24 modified in the interim.   For these reasons, the parties jointly file this administrative motion to
25 request that the Court continue all pending litigation deadlines for 60 days, and set a Case
26 \ \ \ \
27 \ \ \ \
28 \ \ \ \

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

JOINT MOT. & [PROPOSED] ORDER FOR CASE SCHEDULE
MODIFICATION
CASE NO. C 08-02820 CW

Management Conference for July 12, 2012.

Dated: May 7, 2012                    Respectfully Submitted,

                                       LATHAM & WATKINS LLP
                                          Daniel M. Wall
                                          Timothy L. O'Mara

                                            By       /s/ Timothy L. O'Mara
                                                  Timothy L. O'Mara
                                                  Attorneys for Defendant
                                                  ELECTRONIC ARTS, INC.

Dated: May 7, 2012                    Respectfully Submitted,

                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                          Shana Scarlett

                                       THE PAYNTER LAW FIRM PLLC
                                          Stuart M. Paynter

                                       By       /s/ Shana Scarlett
                                             Shana Scarlett
                                             CLASS COUNSEL

## [~~PROPOSED~~] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that all outstanding deadlines in this case are continued for 60 days, except that the date for hearing motions is continued to Thursday, September 27, 2012.  The pretrial conference and jury trial dates are vacated, to be reset if necessary at the case management conference.  A case management conference will be held on Thursday, July 19th, at 2:00 p.m.  The parties shall advise the Court's expert as to how to proceed.

DATED: 5/10/2012

                                             HONORABLE Claudia Wilken
                                             UNITED STATES DISTRICT COURT JUDGE

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

JOINT MOT. & [~~PROPOSED~~] ORDER FOR CASE SCHEDULE
MODIFICATION
CASE NO. C 08-02820 CW