1   LATHAM & WATKINS LLP
        Daniel M. Wall (Bar No. 102580)
2       Timothy L. O'Mara (Bar No. 212731)
    505 Montgomery Street, Suite 2000
3   San Francisco, California  94111-6538
    Telephone:  (415) 391-0600
4   Facsimile:  (415) 395-8095
    Email:    Dan.Wall@lw.com
5   Email:    Tim.OMara@lw.com

6   Attorneys for Defendant
    ELECTRONIC ARTS INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  GEOFFREY PECOVER and ANDREW          CASE NO. C 08-02820 CW
    OWENS, on Behalf of Themselves and A
13  Class of Persons Similarly Situated,       **JOINT STIPULATION AND [PROPOSED]
                                               ORDER TO CONTINUE CASE
14                Plaintiffs,                   MANAGEMENT CONFERENCE**

15       v.
                                               The Honorable Claudia Wilken
16  ELECTRONIC ARTS INC.,                      Courtroom 2, 4th Floor

17                Defendant.

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS the parties informed the Court, on May 7, 2012, that they had reached a

2    settlement in principle, and therefore jointly requested that the court continue all existing

3    deadlines in the case for 60 days in order to allow them time to negotiate a definitive settlement

4    agreement.

5    WHEREAS the Court, on May 10, 2012, granted the parties' Joint Administrative

6    Motion for Case Schedule Modification, continuing all existing deadlines in the case for 60 days.

7    WHEREAS the parties have reached a definitive settlement agreement.

8    WHEREAS the parties are finalizing the settlement agreement documentation, including

9    the motion for preliminary approval.

10   WHEREAS the parties anticipate filing the settlement agreement documentation—

11   including the motion for preliminary approval and all supporting documentation—the week of

12   July 16, 2012, and in any event no later than July 25, 2012.

13   IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

14   respective undersigned counsel, that the parties jointly request that the Case Management

15   Conference—which is currently scheduled for July 19, 2012—be continued until September 27,

16   2012, the date for which the Preliminary Approval Hearing will be noticed.

17   The authority for and concurrence in the filing of this stipulated request has been obtained

18   from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

19

20   Dated: July 12, 2012                    Respectfully Submitted,

21                                           LATHAM & WATKINS LLP
22                                               Daniel M. Wall
                                                 Timothy L. O'Mara
23

24                                           By ___/s/ Timothy L. O'Mara_____
                                                 Timothy L. O'Mara
25                                               Attorneys for Defendant
                                                 ELECTRONIC ARTS INC.
26

27   ///

28

1    Dated:  July 12, 2012                    THE PAYNTER LAW FIRM PLLC
                                              Stuart M. Paynter
2
                                             HAGENS BERMAN SOBOL SHAPIRO LLP
3                                             Steve W. Berman
                                              Shana E. Scarlett
4

5                                         By ___/s/ Shana E. Scarlett_____
                                              Shana E. Scarlett
6                                             CLASS COUNSEL

7

8                                        **<u>ORDER</u>**

9           PURSUANT  TO  THE  PARTIES'  JOINT  STIPULATION,  the  Case  Management

10   Conference scheduled for July 19, 2012 will be continued until September 27, 2012.

11        **IT IS SO ORDERED.**

12

13   Dated:  _____July 17____, 2011

14

15                                         _____

16                                          THE HONORABLE CLAUDIA WILKEN
                                            United State District Chief Judge
17

18

19
     SF\987194
20

21

22

23

24

25

26

27

28