Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>DECLARATION OF STEVE W. BERMAN IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: September 27, 2012<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor<br>Judge: Hon. Claudia Wilken<br><br>ACTION FILED: June 5, 2008 |

I, STEVE W. BERMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Washington. I am the managing partner of the law firm of Hagens Berman Sobol Shapiro LLP, one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. The parties exchanged initial disclosures in this case. Approximately six months after the motion to dismiss was denied, Plaintiffs filed their motion to certify the class. The parties filed extensive briefs and evidence relating to the motion for class certification, including declarations from two economists, one purported industry expert, multiple fact witnesses and thousands of pages of exhibits. In addition, Plaintiffs served a total of twenty-nine written interrogatories and thirty requests for production of documents. Defendant served twenty-eight requests for production of documents and twenty-three interrogatories on Plaintiffs, and Plaintiffs responded to those requests. In total, Plaintiffs reviewed approximately 1,987,345 pages of documents produced by Defendant and another 227,325 pages of documents produced by third parties. Plaintiffs also responded to approximately 1,295 requests for admission. The parties conducted twenty-five depositions of fact and expert witnesses, twenty-two of which were taken by counsel for Plaintiffs.

3. Plaintiffs retained Professor Jeffrey K. MacKie-Mason as an expert in this case. Prof. MacKie-Mason is the Dean of the School of Information, University of Michigan, the Arthur W. Burks Collegiate Professor of Information and Computer Science, a Professor of Economics, and a Professor of Public Policy at the University of Michigan. He received a Ph.D. in Economics from the Massachusetts Institute of Technology in 1986. He, and consultants working with him, had access to significant information concerning Electronic Arts Inc.'s ("Electronic Arts") conduct with respect to the exclusive licenses at issue in the case, spent dozens of hours analyzing this case, and produced multiple reports, including a declaration at class certification, a report on addressing the relevant market, whether Electronic Arts' has monopoly power in the relevant market, whether the challenged conduct enhanced this monopoly power, and whether the challenged conduct

1  resulted in harm to class members. Prof. MacKie-Mason also produced a rebuttal report in this
2  litigation. Plaintiffs also retained Dr. Jeffrey J. Letizinger, an additional economist, to quantify the
3  damages to class members. Likewise, Defendants retained the economist Dr. Joseph P. Kalt, the
4  Ford Foundation Professor of International Political Economy at the John F. Kennedy School of
5  Government, Harvard University, to evaluate whether Electronic Arts' contracts with the NFL
6  Properties LLC ("NFL"), the NFL Players Association ("NFLPA"), Collegiate Licensing
7  Company, and Arena Football League have restrained and harmed competition in an appropriately
8  defined relevant market.

9      4.    On July 15, 2011, the parties attended an all-day mediation in this above-entitled
10  action before Mr. Antonio Piazza of the firm Gregorio, Haldeman, Piazza & Rotman. Both parties
11  submitted mediation briefs discussing the factual and legal underpinnings of their cases. Counsel
12  for both parties attended the mediation. At the time, Electronic Arts' motion to dismiss had been
13  denied, the class had been certified, and the parties were in the midst of discovery. The parties were
14  not able to reach a settlement during this session.

15      5.    In January 2012, I contacted Electronic Arts' in-house counsel, Mr. Jacob Schatz,
16  concerning settlement. Over the following months, the parties continued to discuss a possible
17  settlement of the action on an informal basis. Ultimately the parties agreed to submit to another
18  formal mediation in hopes of reaching a settlement.

19      6.    On May 4, 2012, the parties attended a second mediation before the Honorable Layn
20  R. Philips (Ret.). Once again, both parties briefed their positions prior to the mediation. In addition,
21  both parties addressed questions posed by Judge Philips concerning the strengths and weaknesses
22  of their various arguments. At this mediation, the parties, negotiating at arms' length, agreed to the
23  settlement described in the attached Stipulation and Agreement of Class Action Settlement and
24  Release, Exhibit A.

25      7.    Plaintiffs' counsel fully support the proposed settlement, and it is their informed
26  opinion that, given the uncertainty and expense of pursuing this case through trial, this settlement is
27  fair, reasonable and adequate and in the best interests of the settlement class.

28  BERMAN DECL. ISO PLS.' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION                - 2 -
SETTLEMENT – No. 08-cv-02820 CW

8. Attached are true and correct copies of the following exhibits:

Exhibit A:  Stipulation and Agreement of Class Action Settlement and Release;

Exhibit B:  Proposed Long-Form Notice;

Exhibit C:  Proposed Postcard Notice;

Exhibit D:  Proposed Summary Notice for publication;

Exhibit E:  Firm Resume of Hagens Berman Sobol Shapiro LLP; and

Exhibit F:  Firm Resume of The Paynter Law Firm PLLC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of July 2012, at Seattle, Washington.

/s/ Steve W. Berman
STEVE W. BERMAN

BERMAN DECL. ISO PLS.' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT – No. 08-cv-02820 CW

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2012, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                              /s/ Steve W. Berman
                                              STEVE W. BERMAN