1 | Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
3 | Berkeley, CA 94710
Telephone: (510) 725-3000
4 | Facsimile: (510) 725-3001
jefff@hbsslaw.com
5 | shanas@hbsslaw.com

6 | Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
7 | 1200 G Street N.W., Suite 800
Washington, DC 20005
8 | Telephone: (202) 626-4486
9 | Facsimile: (866) 734-0622
stuart@smplegal.com

11 | Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
12 | 1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
13 | Telephone: (206) 623-7292
Facsimile: (206) 623-0594
14 | steve@hbsslaw.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>NOTICE OF ERRATA<br><br>ACTION FILED: June 5, 2008 |

| | |
|---|---|
| 1 | On July 20, 2012, Plaintiffs filed their Unopposed Notice of Motion and Motion for |
| 2 | Preliminary Approval of Class Action Settlement (ECF No. 376). In support of the motion, |
| 3 | Plaintiffs also filed the Stipulation and Agreement of Class Action Settlement and Release |
| 4 | ("Settlement") (ECF No. 375), attaching several exhibits thereto. Recently, it came to Plaintiffs' |
| 5 | attention that the exhibits filed were not in the order stated in the Settlement and that one exhibit, |
| 6 | Exhibit E, was inadvertently omitted in the filing. Accordingly, Plaintiffs file this Notice of Errata |
| 7 | to correct this error and to attach the missing Exhibit E. |

DATED: September 20, 2012                                HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Shana E. Scarlett
        SHANA E. SCARLETT

Jeff D. Friedman
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Class Counsel*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on September 20, 2012, I electronically filed the foregoing document |
| 3 | using the CM/ECF system which will send notification of such filing to the e-mail addresses |
| 4 | registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby |
| 5 | certify that I have caused to be mailed a paper copy of the foregoing document via the United |
| 6 | States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List |
| 7 | generated by the CM/ECF system. |

                                                    /s/ Shana E. Scarlett
                                                 SHANA E. SCARLETT