Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph: 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com
Attorney for Objector Aaron Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PEACOVER and ANDREW OWENS, on behalf of themselves and a class of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC., a Delaware Corporation,<br><br>Defendant, | Case No. 08-cv-02820 CW (NC)<br><br>The Honorable Claudia Wilkin<br><br>**OBJECTION TO CLAS ACTION SETTLEMENT** |

Aaron Miller, by and through his undersigned counsel, objects to the proposed class action settlement as stated below:

1.  Aaron Miller is a class member residing in the state of Colorado, having received an email notice informing him of the pending class action. Aaron Miller purchased EA Sports Madden NFL 10 videogame for PlayStation 3 on October 23, 2009 from Best Buy in Denver, Colorado. See Exhibit A. Mr. Miller's address and telephone number are in the possession of his undersigned counsel. Mr. Miller is not to be contacted directly as he is represented by counsel.

2.  A proposed class action settlement is intended to benefit all class members, consistent with Rule 23, Federal Rules of Civil Procedure and applicable law. Any such settlement must be fair, adequate and reasonable to all class members. Class members must be given an opportunity to convince the Court that the proposed settlement would not be fair, adequate or reasonable. *Mayfield v. Barr*, 985 F.2d 1090, 1092 (D.C. Cir. 1993); *In re Integra Realty Res. (Integra I)*, 262 F.3d 1089, 1111 (10th Cir. 2001).However, the burden of proof is on the proponent of the settlement, not objectors. Manual for Complex Litigation 4th, §21.634, p. 322.

3.  This Court bears the responsibility to ensure that the recovery represents a reasonable compromise. Accordingly, it is the duty of this Court to assure itself, the class and the public that the applicable and governing criteria material to the proposed settlement are present. Manual for Complex Litigation 4th, §21.61, p. 308.

4.  Before a settlement may be approved, each objection must become a part of the record and this Court must review carefully these objections and set forth on the record a reasoned response to the objections including findings of fact and conclusions of law. *Mandujanov. Basic Vegetable Products, Inc.*, 541 F.2d 832, 835-836 (9th Cir. 1976). To assist this Court in this regard, Objector asserts the following deficiencies in the proposed settlement:

(a)  The Complaint (Doc. 1, para. 1) and the First Amended Complaint (Doc. 252, para. 1) allege that Electronic Arts has driven its competition out of the market for interactive football software and has prevented additional competitors from entering the market. Both complaints also allege that as a direct result of this anticompetitive conduct, the price of interactive football has soared. For example, both complaints cite that prior to signing its exclusive agreements with the NFL, NFLPU, AFL, and NCAA, Electronic Arts charged $29.95

for its flagship product Madden NFL. Immediately after the exclusive agreements entered into effect – and the effective withdrawal of its only competitor from the market – Electronic Arts increased its price for that software nearly 70% to $49.99. *Id.* Objector purchased Madden NFL 10 for $59.99, but can only expect to receive $1.95 as a result of this settlement. This settlement sum seems paltry in light of the 70% + price increase alleged in the complaints and experienced by Objector as a result of the anticompetitive conduct of Electronic Arts.

(b)     The settlement provides for a $27 million common fund, from which all costs of the notice, attorneys' fees, litigation costs, and incentive awards are deducted before distribution to cover claims required to be filed by class members. In addition, the notice touts that the settlement provides that Electronic Arts will not enter into an exclusive trademark license with the AFL or NCAA for five years from the date of approval of the settlement. There is, however, no such restriction on Electronic Arts' continued exclusive licensing agreements with the NFL and NFLPU, thus providing no injunctive-type relief as to its complete grip on the professional football interactive software market and competitive pricing of its flagship product Madden NFL, which is Electronic Arts' only interactive football game net revenue generator of any consequence. See excerpts from Electronic Arts' annual report, Exhibit B, wherein Madden NFL, along with FIFA and Battlefield has been responsible for generating over $3 billion in product revenue for Electronic Arts in 2011 and 2012. The injunctive-type relief in this settlement is therefore of little economic consequence to Electronic Arts.

(c)     The settlement, as proposed, does nothing to reduce the price of Electronic Arts' flagship product, Madden NFL, nor does it open the door to competition. In light of the limited result achieved by class counsel for the class, the 27% attorneys' fee application should be denied and indeed should be significantly reduced below this Circuit's 25% benchmark, as class

counsel is only entitled to an award of attorneys' fees that is reasonable in relation to the result obtained. *In re Bluetooth Headset Products Liability*, 654 F.3d 935, 942 (9th Cir. 2011) *citing Hensley v. Eckerhart*, 461 U.S. 424, 436, 440 (1983) ["Thus, where the plaintiff has achieved 'only limited success,' counting *all* hours expended on the litigation – even those reasonably spent – may produce an 'excessive amount,' and the Supreme Court has instructed district courts to instead 'award only that amount of fees that is reasonable in relation to the results obtained.'"].

5.  Objector adopts any other bona fide objections by other class members.

6.  For all of the foregoing reasons, Objector respectfully submits that the terms of the proposed settlement are not fair, adequate and reasonable to the absent class members.

**WHEREFORE**, Objector requests the following relief:

(a) That the Court not approve the Settlement as proposed.

(b) That the Court not approve the attorneys' fees as requested.

(c) That the Court enter such other Orders as may be necessary and just to effect substantial justice in this cause between the parties and the absent class members.

### NOTICE OF INTENTION TO APPEAR AND BE HEARD

Notice is hereby given that the undersigned counsel intends to appear on behalf of Objector at the Fairness Hearing scheduled on February 7, 2013 at 2:00 p.m., Courtroom 2 of the Oakland Courthouse and requests to be heard. Any presentation will take no longer than 15 minutes.

4

Respectfully submitted,

s/Steve A. Miller
Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph: 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com
Attorney for Objector

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2012, I have filed and served using this Court's ECF system a true and correct copy of the foregoing Objection to Class Action Settlement and in addition have mailed a copy via U.S.P.S. First Class Postage Prepaid to the following:

**CLASS COUNSEL**
Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710

s/Steve A. Miller

# EXHIBIT A

```
         WELCOME TO BEST BUY #211
              DENVER, CO 80222
               (303)758-5805

              Keep your receipt!


         ||||||||||||||||||||||||||||||

Val #: 1362-1860-8522-1838

0211 005 9025 10/23/09       20:59 0309718


9477292   98052                      54.99
 PS3 DUALSHOCK 3 CONTROLLER BL
  ITEM TAX       4.25
9223342   19023                      59.99
 PS3-MADDEN NFL 2010
  ITEM TAX       4.61
8880918   RF-G1160                   59.99
 4' HDMI CABLE
  ITEM TAX       4.63
                           -----------
                   SUBTOTAL    174.97
               SALES TAX AMOUNT  13.49
                           ===========
                      TOTAL    188.46

 xxxxxxxxxxxx6016     VISA     188.46
 AARON   MILLER
 APPROVAL 05597C



         YOUR CUSTOMER SERVICE PIN IS:
              ████████████


         BEST BUY VALUES YOUR FEEDBACK!!
      TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
      WIN A $5,000 BEST BUY SHOPPING SPREE!!

         Visit http://www.bestbuycares.com
         Cuestionario en Español tambien

           & enter the following codes

             Group A:  281917

             Group B:  0659

             Group C:  900429


     NO PURCHASE NECESSARY    Must be legal
      resident of 50 US/DC/PR, 18 or older
      (except residents of AL and NE who
       must be 19 years of age or older)
              2 Drawing Periods:
      8/30/09 - 11/28/09 & 11/29/09 - 2/27/10
       Limit 3 entries per Drawing Period
       For free entry & other details, see
       Official Rules at website or store.
              Void where prohibited.
```



PlayStation.Network

MULTIPLAYER • LEADERBOARDS • LOBBIES/MATCHMAKING
MESSAGING/FRIEND INVITE IN GAME • VOICE CHAT • GAME PLAY
RECORDING AND UPLOAD • ADD-ON CONTENT • TROPHIES

# FIGHT FOR EVERY YARD

▸ **MAKE EVERY PLAY COUNT**
The play isn't over until the whistle blows with all-new Pro-Tak™ animation technology. With three- to nine-man gang tackles, fumble pile-ups, improved blocking schemes, and more, you'll feel what it's like to Fight For Every Yard.

▸ **BUILD AN ONLINE FRANCHISE**
Battle for franchise dominance online with leagues of 32 teams. View standings and stats, make trades, manage depth charts, and more—all from your PLAYSTATION®3 or league's custom web page online.

▸ **EVERYTHING YOU SEE ON SUNDAY**
Feel the emotion and suspense of the NFL like never before as referees pull players off a fumble pile, the chain gang rushes onto the field to measure for a key first down, and jets fly over the stadium before the big game.

▸ **THE EXTRA POINT**
Experience the most immersive franchise mode to date, including an all-new weekly recap show that breaks down the highs and lows of your franchise. Featuring Fran Charles and Alex Flanagan of NFL Network, The Extra Point brings you all of the excitement of your franchise in a network-style show.

▸ **INTERACTIVE INJURY SYSTEM**
Make key personnel decisions when players are injured based on real-time player ratings changes. Keep them in the game and risk further injury or take them out and risk losing the game.


FIGHT FOR THE FUMBLE


ALL-NEW PRESENTATION

Number of players: 1-4 (online: 1-2)   Required hard disk space: At least 276 MB
Online: Broadband required   Supported HD video output: 720p, 1080i, 1080p*

MaddenNFL.easports.com
allmadden.com

HEADSET   DUALSHOCK3

ONLINE PLAY REQUIRES BROADBAND INTERNET CONNECTION.
REGISTRATION REQUIRED TO ACCESS ONLINE FEATURES. EA ONLINE TERMS & CONDITIONS AND FEATURE UPDATES ARE FOUND AT WWW.EA.COM. YOU MUST BE 13+ TO REGISTER WITH EA ONLINE. INCLUDES SOFTWARE THAT COLLECTS DATA ONLINE NECESSARY TO PROVIDE INGAME ADVERTISING. EA MAY PROVIDE CERTAIN INCREMENTAL CONTENT AND/OR UPDATES FOR NO ADDITIONAL CHARGE, IF AND WHEN AVAILABLE.
EA MAY RETIRE ONLINE FEATURES AFTER 30 DAYS NOTICE POSTED ON WWW.EA.COM OR 30 DAYS AFTER THE LAST DAY OF THE 2009-2010 NFL SEASON.
Electronic Arts Inc. 209 Redwood Shores Parkway, Redwood City, CA 94065.
* Video output in Full HD 1080p requires an HDMI cable and a 1080p native display with an HDMI input supporting HDCP.
© 2009 Electronic Arts Inc. EA, EA SPORTS, the EA SPORTS logo and Pro-Tak are trademarks or registered trademarks of Electronic Arts Inc. in the U.S. and/or other countries. All Rights Reserved. The mark "John Madden" and the name, likeness and other attributes of John Madden reproduced on this product are trademarks or other intellectual property of Red Bear, Inc. or John Madden, are subject to license to Electronic Arts Inc., and may not be otherwise used in whole or in part without the prior written consent of Red Bear or John Madden. © 2009 NFL Properties LLC. Team names/logos are trademarks of the teams indicated. All other NFL-related trademarks are trademarks of the National Football League. Officially Licensed Product of NFL PLAYERS | NFLPLAYERS.COM. Dolby and the double-D symbol are trademarks of Dolby Laboratories. All other trademarks are the property of their respective owners.
Licensed for distribution in North America and Mexico on the PLAYSTATION®3 computer entertainment system. See inside for details. "PlayStation", "PLAYSTATION", and "PS" Family logo are registered trademarks and "PS3" is a trademark of Sony Computer Entertainment Inc. "Blu-ray Disc" and "Blu-ray Disc" logo are trademarks. The ratings icon is a trademark of the Entertainment Software Association. Manufactured and printed in the U.S.A. Video output in HD requires cables and an HD-compatible display, both sold separately. Online access requires broadband internet service and a wireless access point or LAN. Certain limitations apply. User is responsible for internet service fees. The PlayStation Network Logo is a service mark of Sony Computer Entertainment Inc. Compatible with most Bluetooth and USB wired headsets. The limitations apply.
Use of the PlayStation®Network is subject to terms of use and applicable privacy policy. Children under 16 will require parental consent. Broadband service required. Some broadband services may not support the PlayStation®Network. Certain content or services may not be available to children under 13. Features and offerings of the PlayStation®Network may change without notice. For more information, please visit www.us.playstation.com. 1902311

DOLBY DIGITAL

EA SPORTS   blu-ray Disc

NFL   NFL PLAYERS

**EVERYONE**
E
ESRB CONTENT RATING   Visit www.esrb.org for rating information   www.esrb.org

Online Interactions Not Rated by the ESRB

⚠ **WARNING:** IF YOU HAVE A HISTORY OF EPILEPSY OR SEIZURES, CONSULT A DOCTOR BEFORE USE. CERTAIN PATTERNS MAY TRIGGER SEIZURES WITH NO PRIOR HISTORY. BEFORE USING AND FOR MORE DETAILS SEE INSTRUCTIONS FOR THE PRODUCT.


0 14633 19023 6

**EXHIBIT B**

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended March 31, 2012

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File No. 000-17948

# ELECTRONIC ARTS INC.
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **94-2838567** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **209 Redwood Shores Parkway Redwood City, California** | **94065** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code:**
**(650) 628-1500**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.01 par value | NASDAQ Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act:**
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☑   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑     Accelerated filer ☐     Non-accelerated filer ☐     Smaller reporting company ☐
(Do not check if a smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☑

The aggregate market value of the registrant's common stock, $0.01 par value, held by non-affiliates of the registrant as of September 30, 2011, the last business day of our second fiscal quarter, was $6,524 million.

As of May 22, 2012 there were 317,863,091 shares of the registrant's common stock, $0.01 par value, outstanding.

**Documents Incorporated by Reference**

Portions of the registrant's definitive proxy statement for its 2012 Annual Meeting of Stockholders are incorporated by reference into Part III hereof.

Item 7:  *Management's Discussion and Analysis of Financial Condition and Results of Operations*

OVERVIEW

The following overview is a high-level discussion of our operating results, as well as some of the trends and drivers that affect our business. Management believes that an understanding of these trends and drivers is important in order to understand our results for the fiscal year ended March 31, 2012, as well as our future prospects. This summary is not intended to be exhaustive, nor is it intended to be a substitute for the detailed discussion and analysis provided elsewhere in this Form 10-K, including in the "Business" section and the "Risk Factors" above, the remainder of "Management's Discussion and Analysis of Financial Condition and Results of Operations," or the Consolidated Financial Statements and related Notes.

*About Electronic Arts*

We develop, market, publish and distribute game software content and services that can be played by consumers on a variety of platforms, including video game consoles (such as the Sony PLAYSTATION 3, Microsoft Xbox 360, and Nintendo Wii), personal computers, mobile devices (such as the Apple iPhone and Google Android compatible phones), tablets and electronic readers (such as the Apple iPad and Amazon Kindle), and the Internet. Our ability to publish games across multiple platforms, through multiple distribution channels, and directly to consumers (online and wirelessly) has been, and will continue to be, a cornerstone of our product strategy. We have generated substantial growth in new business models and alternative revenue streams (such as subscription, micro-transactions, and advertising) based on the continued expansion of our online and wireless platform. Some of our games are based on our own wholly-owned intellectual property (*e.g.*, Battlefield, Mass Effect, Need for Speed, The Sims, Bejeweled, and Plants v. Zombies), and some of our games are based on content that we license from others (*e.g.*, FIFA, Madden NFL, and *Star Wars: The Old Republic*). Our goal is to turn our core intellectual properties into year-round businesses available on a range of platforms. Our products and services may be purchased through physical and online retailers, platform providers such as console manufacturers and mobile carriers via digital downloads, as well as directly through our own distribution platform, including online portals such as Origin and Play4Free.

*Financial Results*

Total net revenue for the fiscal year ended March 31, 2012 was $4,143 million, up $554 million as compared to the fiscal year ended March 31, 2011. At March 31, 2012, deferred net revenue associated with sales of online-enabled packaged goods and digital content increased by $43 million as compared to March 31, 2011, directly reducing the amount of reported net revenue during the fiscal year ended March 31, 2012. At March 31, 2011, deferred net revenue associated with sales of online-enabled packaged goods and digital content increased by $239 million as compared to March 31, 2010, directly reducing the amount of reported net revenue during the fiscal year ended March 31, 2011. Without these changes in deferred net revenue, reported net revenue would have increased by approximately $358 million during fiscal year 2012 as compared to fiscal year 2011. Net revenue for fiscal year 2012 was driven by *FIFA 12, Battlefield 3* and *Madden NFL 12*.

Net income for the fiscal year ended March 31, 2012 was $76 million as compared to a net loss of $276 million for the fiscal year ended March 31, 2011. Diluted earnings per share for the fiscal year ended March 31, 2012 was $0.23 as compared to a diluted loss per share of $0.84 for the fiscal year ended March 31, 2011. Net income increased for fiscal year 2012 as compared to fiscal year 2011 primarily as a result of (1) a $455 million increase in gross profit due to a decrease in the change in deferred net revenue related to certain online-enabled packaged goods and digital content and a greater percentage of net revenue from EA studio and digital products, which have higher margins than our co-publishing and distribution products and (2) a $145 million decrease in restructuring and other charges. The increase in net income was partially offset by (1) a $106 million increase in marketing and sales costs, (2) a $59 million increase in research and development costs, and (3) a $74 million increase in general and administrative costs.

support, and licensing of game software to third-parties. This excludes game software from our MMO games (both game and subscription sales), which is included in service and other revenue as such game software requires continuous hosting support. Product revenue also includes mobile games that do not have an online service component and sales of tangible products such as hardware, peripherals, or collectors' items.



For fiscal year 2012, product revenue was $3,415 million, primarily driven by *FIFA 12, Battlefield 3,* and *Madden NFL 12*. Product revenue for fiscal year 2012 increased $234 million, or 7 percent, as compared to fiscal year 2011. This increase was driven by a $937 million increase primarily from the Battlefield, Crysis, and FIFA franchises. This increase was offset by a $703 million decrease primarily from the FIFA World Cup, Medal of Honor, Rock Band, and Army of Two franchises, as well as *Dante's Inferno*.

*Service and Other Revenue*

Our service revenue includes revenue recognized from games or related content that requires our hosting support to provide substantial gaming experience, and time-based subscriptions. This includes (1) subscriptions for our Pogo-branded online game services, (2) MMO games (both game and subscription sales), (3) entitlements to content that are delivered through hosting services (*e.g.,* micro-transactions for Internet-based, social network and mobile games which includes "freemium" games), and (4) allocated service revenue from sales of online-enable packaged goods with an online service component (*i.e.,* "matchmaking" services). Our other revenue includes non-software licensing and advertising revenue.

For fiscal year 2012, service and other revenue was $728 million, primarily driven by (1) *Star Wars: The Old Republic,* which was launched in the third quarter, (2) our micro-transactions revenue from browser-based games including games played on Facebook such as *The Sims Social,* and (3) our FIFA Ultimate Team add-on game service. Service and other revenue for fiscal year 2012 increased $320 million, or 78 percent, as compared to fiscal year 2011. This increase was primarily driven by a $351 million increase from certain services associated with the FIFA and The Sims franchises, as well as *Star Wars: The Old Republic*. This increase was partially offset by a $31 million decrease in service revenue generated by our Pogo-branded online game services and the Warhammer and Ultima Online MMO franchises. In fiscal year 2013, we expect to increase our total service revenue as compared to fiscal year 2012.

**Net Revenue by Geography**

|  | Year Ended March 31, | | | |
|---|---|---|---|---|
| (In millions) | 2012 | 2011 | $ Change | % Change |
| North America | $1,991 | $1,836 | $155 | 8% |
| Europe | 1,898 | 1,563 | 335 | 21% |
| Asia | 254 | 190 | 64 | 34% |
| Total net revenue | $4,143 | $3,589 | $554 | 15% |

Net revenue in North America was $1,991 million, or 48% of total net revenue for fiscal year 2012, compared to $1,836 million, or 51% of total net revenue for fiscal year 2011, an increase of $155 million, or 8%. Net revenue in Europe and Asia was $2,152 million, or 52 percent of total net revenue for fiscal year 2012, compared to $1,753 million, or 49 percent of total net revenue for fiscal year 2011, an increase of $399 million, or 23 percent. The rapid increase in revenue outside of North America was primarily the result of increased sales from our FIFA, Battlefield, and Crysis franchises in Europe. Additionally, the value of the U.S. dollar relative to foreign currencies contributed to an increase of total reported net revenue of approximately $143 million (primarily the Swiss Franc and Australian Dollar), or 3 percent of total net revenue.

The Tax Relief, Unemployment Insurance Reauthorization, and Job Creation Act of 2010 (the "Act") was signed into law on December 17, 2010. The Act contains a number of provisions including, most notably, a two year extension of the research tax credit. The Act did not have a material impact on our effective tax rate for fiscal 2012 due to the effect of the valuation allowance on our deferred tax assets.

We historically have considered undistributed earnings of our foreign subsidiaries to be indefinitely reinvested outside of the United States and, accordingly, no U.S. taxes have been provided thereon. We currently intend to continue to indefinitely reinvest the undistributed earnings of our foreign subsidiaries outside of the United States.

**Comparison of Fiscal Year 2011 to Fiscal Year 2010**

<u>Net Revenue</u>

### Net Revenue by Product Revenue and Service and Other Revenue

Our total net revenue by product revenue and service and other revenue for fiscal years 2011 and 2010 was as follows (in millions):

|  | Year Ended March 31, | | | |
|---|---|---|---|---|
|  | 2011 | 2010 | $ Change | % Change |
| Net Revenue: | | | | |
| Product | $3,181 | $3,332 | $(151) | (5%) |
| Service and other | 408 | 322 | 86 | (27%) |
| Total net revenue | $3,589 | $3,654 | $ (65) | (2%) |



*Product Revenue*

For fiscal year 2011, product revenue was $3,181 million, primarily driven by *FIFA 11, Battlefield: Bad Company 2,* and *Madden NFL 11*. Product revenue for fiscal year 2011 decreased $151 million, or 5 percent, as compared to fiscal year 2010. This decrease was driven by a $1,070 million decrease primarily from the Rock Band, Half-Life, EA SPORTS Active, and Fight Night franchises. This decrease was offset by a $919 million increase primarily from the Battlefield, Medal of Honor, and FIFA World Cup franchises.

*Service and Other Revenue*

For fiscal year 2011, service and other revenue was $408 million, primarily driven by *FIFA Ultimate Team, Restaurant City,* and *Pet Society*. Service and other revenue for fiscal year 2011 increased $86 million, or 27 percent, as compared to fiscal year 2010. This increase was driven by a $137 million increase from certain franchises, including the FIFA, Madden, and The Sims franchises. This increase was offset by a $51 million decrease from revenue generated by our Pogo-branded online services and the Warhammer and NBA Live franchises.

### Net Revenue by Geography

|  | Year Ended March 31, | | | |
|---|---|---|---|---|
| (In millions) | 2011 | 2010 | $ Change | % Change |
| North America | $1,836 | $2,025 | $(189) | (9%) |
| Europe | 1,563 | 1,433 | 130 | 9% |
| Asia | 190 | 196 | (6) | (3%) |
| Total net revenue | $3,589 | $3,654 | $ (65) | (2%) |

47