UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION



FILED
DEC 1 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| GEOFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ELECTRONIC ARTS INC., a Delaware Corporation, <br><br> Defendant. | Case No.: 08-CV-02820-CW (NC) <br><br> Honorable Claudia Wilken <br><br> OBJECTION TO CLASS SETTLEMEN |

## MARIO WHITMIRE'S OBJECTION TO THE PROPOSED SETTLEMENT AND ATTORNEYS' FEE NOTICE OF INTENT TO APPEAR AND TO BE ABLE TO LISTEN BY TELEPHONE

To The Honorable Claudia Wilken:

1. Mario Whitmire ("Objector"), object to the proposed settlement in the above cases.

2. Mario Whitmire do not intent to appear at the fairness hearing either in person or through counsel but we do request that either objector or their counsel to be able to listen to the proceedings by telephone.

**Objectors or class members**

3. Objector declares that he is a class member. I received notice of the settlement by email.

**Objection to the Settlement**

4. The settlement is not in the best interests of the class, but only serves to benefit the lawyers.

5. The Plaintiffs cannot meet the adequacy of representation requirements of Rule 23.1(a).

6. These are interclass conflicts which require separate representation.

7. I cannot know whether or not this is a good settlement especially because the Court has already certified the class.

8. The settlement benefits only the lawyers and is of little benefit to the class as it does nothing to reduce the price of Defendant's product or increase competition..

9. The settlement lacks commonality and typicality.

10. The fee request is totally and completely excessive.

11. The fee request should be only based value to the class and should not include the costs of the notice and administration.

12. The objector specifically adopt the Objections of all other bona fide objections.

### Relief Requested

Wherefore, Objector prays that the Court deny the proposed settlement, deny the requested fees to Class Counsel and grant Objector such other and further relief as to which Objector may be entitled.

Respectfully submitted,

*Mario Whitmer*
Mario Whitmire.
915 Huntington Drive
Duncanville, TX 75137

Date: December 10, 2012

Objection to Proposed Settlement – Page 2

## Certificate of Service

hereby certify that on the __10__ day of __December__ 2012, a true and correct copy of the Objection to Proposed Settlement was served on all counsel of record by United States mail.

*Mario Whitmire*
Mario Whitmire


United States District Court,
1301 Clay Street,
Oakland, CA 94612


Class Counsel
Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710