<small>
<small>
</small>
</small>

<small>
MARIO WHITMIRE
915 HUNTINGTON DRIVE
DUNCANVILLE, TX 75137
</small>

UNITED STATES DISTRICT COURT
DALLAS TX 750
10 DEC 2012 PM 9 L

United States District Court,
1301 Clay Street,
Oakland, CA 94612

9461252000i