Case 4:08-cv-02820-CW Document 411 Filed 12/17/12 Page 1 of 4



FILED
DEC 17 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **GEOFREY PECOVER** and **ANDREW OWENS**, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**ELECTRONIC ARTS INC.**, a Delaware Corporation,<br><br>Defendant. | Case No.: 08-CV-02820-CW (NC)<br><br>Objection to The Proposed Settlement. |



## JOHN FLYNN'S OBJECTION TO THE PROPOSED SETTLEMENT

Come Now John Flynn filing this objection to the proposed settlement, the notice, class certification, *cy pres*, and attorney fee award.

1. Objector is a class member. I declare, under penalty of perjury that I am a member of the class. I am the owner of several EA Madden NFL brand products including 2008 and 2013 for Play Station. The products were released during the relevant time period 1/1/2005 – 6/21/2012. One was purchased at Game Stop Arlington and the other at Game Stop Dallas. I will supplement this objection with more particular information.

Objection to Proposed Settlement – Page 1

2. Objection is made to the notice given to putative class members. The notice fails to advise that there is a *cy pres* component to the settlement. This component is material and affects the monetary division in a substantial way. It appears that the *cy pres* component is half the total award to the class.

3. In the interest of time and redundancy, Objector adopts the objections of Ted Frank.

4. In summary, Objector objects to:

(a) the adequacy of representation by class representatives. There is a need for additional subgroups and representatives to take into account variances in the different types of purchasers and damages. The trial court was well aware of these flaws at the time of preliminary certification. (*See*, for example, Doc. 198 p. 22-23) The Third Circuit, in *Dewey v. Volkswagon*, 681 F. 3d 170 (3rd Cir. 2012). found classes, analogous to the ones at issue here, to be fatally flawed.

(b) the *cy pres* component is inappropriate. All monies should be paid to the class. This circuit, in *Dennis v. Kellogg Co.*, 687 F. 3d 1149 (9th Cir. 2012) examined *cy pres* awards in a lengthy discussion. To summarize, *cy pres* awards are only appropriate where "proof of individual claims would be burdensome or distribution of damages costly" and where the "distribution of unclaimed funds" will indirectly benefit the entire class. (*See also*, cases cited therein.)

(c) Objector objects to the award of attorney fees and would incorporate herein, in addition to the objections of Objector Frank, the objection of Objector Hope, Section IV.

Objection to Proposed Settlement – Page 2

5. Objector gives notice that he intends to supplement this objection to provide additional purchase details and incorporate any other proper objection.

6. Objector also gives notice that he may retain an attorney to appear in his behalf at the Fairness Hearing.

## Relief Requested

Wherefore, Objector prays that the Court deny the proposed settlement, deny the requested fees to Class Counsel and grant Objector such other and further relief as to which Objector may be entitled.

Respectfully submitted,

John Flynn
2602 McKinney Ave, Suite 210
Dallas, TX 75204

Date: December 10, 2012

Objection to Proposed Settlement – Page 3

## Certificate of Service

I hereby certify that on the __10__ day of __Dec__ 2012, a true and correct copy of the Objection to Proposed Settlement was served on all counsel of record by United States mail.

_____
John Flynn

United States District Court,
1301 Clay Street,
Oakland, CA 94612


Class Counsel
Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710

Objection to Proposed Settlement – Page 4