**DAVID B. WAXMAN**
31715 Birch Circle
Solon, Ohio 44139
(216) 401-3003

December 24, 2012

Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710

United States District Court
Northern District of California
1301 Clay Street
Oakland, California 94612

      Re:   *Geoffrey Pecover and Andrew Owens v. Electronic Arts Inc.*
             U.S. District Court Northern District of California, Oakland Division, Case No. 08-cv-02820 CW

    I am sending this letter to object to the proposed settlement and oppose the motion for attorneys' fees, expenses and participation award, in support of which I adopt the arguments of Objector, Theodore H. Frank, set forth in his "Objection to Proposed Settlement and Opposition to Motion for Attorneys' Fees, Expenses and Participation Awards."

    I am a United States resident who purchased a new Madden Football video game and/or a new NCAA Football videogame for Xbox and/or Xbox 360, am not a director, officer, employee, or representative of Electronic Arts, and am a member of the settlement class and, therefore, have standing to object to the settlement.

                                          Yours very truly,

                                          David B. Waxman