Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>DECLARATION OF JAMIE DILLION IN SUPPORT OF PLANTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date: February 7, 2013<br>Time: 2:00 p.m.<br>Dept: Courtroom 2 - 4th Floor<br>Judge: Hon. Claudia Wilken<br><br>ACTION FILED: June 5, 2008 |

010017-11 570137 V1

I, JAMIE DILLION, declare as follows:

1. I am the Project Manager at Child's Play. I attended Central Washington University where I received a Bachelors of Art Degree in Public Relations and Graphic Design. I respond to donation inquiries, develop corporate sponsorships, address media inquiries, facilitate community fundraisers and publicize event information.

2. Child's Play was founded in 2003 by Mike Krahulik and Jerry Holkins of the online comic strip, Penny Arcade, which concerns itself with video games and gamer culture. Child's Play is dedicated to improving the lives of hospitalized youth, their families and their visitors by providing them with video-game entertainment.

3. Child's Play is 501(c)(3) nonprofit charity registered in Washington state. Child's Play partners with non-profit hospitals and therapy facilities, serving children, their parents, caregivers and loved ones across the world. Child's Play understand s that this case was defined by a nationwide class, and agrees to limit the use of any and all *cy pres* monies received through this Settlement Agreement for the exclusive use of beneficiaries in the United States.

4. Child's Play receives both direct support and in-kind donations. We receive cash donations throughout the year to purchase new consoles, peripherals, and games for hospitals and therapy facilities. These donations allow for children to enjoy age-appropriate entertainment, interact with their peers, friends, and family, and can provide vital distraction from an otherwise generally unpleasant experience. Child's Play also sets up gift wish-lists for individual hospitals, allowing donors to purchase games directly for the hospital of their choice.

5. Child's Play also actively advocates on behalf of hospitalized children by conducting fundraisers, supporting community fundraisers, hosting media events and actively recruiting new hospitals into its network. Child's Play is always striving to pursue new opportunities and expand the positive impact on the lives on children, by researching and pursuing alternate fundraising channels, new donation platforms, additional events and better community support.

6. Over the years, Child's Play has received incredible feedback from parents, doctors, friends, and patients regarding the positive influence of games during hospital stays. Studies have shown that children able to play games while undergoing painful procedures request less pain medication. Technology like the Kinect and Wii Balance Board allow for children to participate in physical therapy activities in an enjoyable, approachable environment. Children also struggle with a lack of normalcy or routine during hospital stays; being able to play a multiplayer game with a sibling or friend, or play a handheld system with a cargiver during a late-night treatment helps ease these additional stresses.

7. In 2009, Child's Play received a one-time donation from Electronic Arts totaling $9188. It is our understading that Electronic Arts collected $4594 from its customers via a downloadable content promotion, and then matched that amount itself. Child's Play did not have and does not have an ongoing relationship to or affiliation with Electronic Arts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of January, 2013, in Seattle, WA.

*[signature]*

JAMIE DILLION

DILLION DECL. ISO PLS.' MOTION FOR FINAL APPROVAL OF SETTLEMENT–No. 08-cv-02820 CW  - 2 -

010017-11  570137 V1

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Shana E. Scarlett
SHANA E. SCARLETT