```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
```

GEOFFREY PECOVER, et al.,

     Plaintiffs,

  v.

ELECTRONIC ARTS INC.,

     Defendant.

NO. C 08-02820 CW

**MINUTE ORDER**
Date: February 7, 2013

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley   Court Reporter:** Eric Throne

**Appearances for Plaintiff:**
Shana Scarlett; Jeff Friedman; Stuart Paynter

**Appearances for Defendant:**
Tim O'Mara

**Appearances for Objector:**
Melissa A. Holyoak

                     **Motions:**

| | | |
|---|---|---|
| Plaintiff | Motion for Attorney Fees | Under Submission |
| Plaintiff | Motion for Final Approval of Class Action Settlement | Under Submission |

Order to be prepared by: Court

Notes:   Motion is argued and submitted by the parties, and taken under submission by the Court. The Court will delay ruling on the motion for final approval of the class action settlement to allow the parties to respond to its concerns regarding allocation. Counsel for Plaintiffs and Defendant shall efile their response within two weeks (or later if counsel wish to await the end of the current claims submission deadline); counsel for objector shall efile its response two days thereafter.

Copies to:  Chambers