
LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
  Timothy L. O'Mara (Bar No. 212731)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
Email:   Dan.Wall@lw.com
Email:   Tim.OMara@lw.com

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation<br><br>Defendant. | Case No. 08-cv-02820 CW<br><br>**JOINT NOTICE REGARDING THE SUBMISSION DEADLINE FOR THE PARTIES' STATEMENT ON THE PLAN OF ALLOCATION** |

This Court held a hearing for the Final Approval of the Class Action Settlement in this case on February 7, 2013.  At that time, the Court directed the parties to e-file their response to the Court's concerns regarding allocation of the settlement fund "within two weeks" of the hearing (i.e., on February 21, 2013), "or later if counsel wish to await the end of the current claims submission deadline."  Minute Order, Feb. 7, 2013 (Doc. No. 441).  Per the Court's Order, the parties have agreed to wait until two weeks after the current claims submission deadline has passed to submit their response.  The resulting schedule is as follows:

<u>March 19, 2013</u>:  Deadline for Defendant's counsel and Plaintiffs' counsel to e-file their response to the Court's concerns regarding allocation.

1    <u>March 21, 2013</u>:  Deadline for Objector's counsel to e-file its response.

3    Dated:  February 21, 2013           Respectfully Submitted,

4                                        LATHAM & WATKINS LLP

5                                            Daniel M. Wall
                                             Timothy L. O'Mara

6                                        By         /s/ Timothy L. O'Mara

7                                            Timothy L. O'Mara
                                             Attorneys for Defendant
8                                            ELECTRONIC ARTS INC.

11   Dated:  February 21, 2013           THE PAYNTER LAW FIRM PLLC
                                             Stuart M. Paynter
12
                                         HAGENS BERMAN SOBOL SHAPIRO LLP
13
                                             Steve W. Berman
                                             Shana E. Scarlett
14
                                         By         /s/ Shana E. Scarlett
15
                                             Shana E. Scarlett
16                                           CLASS COUNSEL

22   SF\3853551

Case 4:08-cv-02820-CW   Document 442   Filed 02/21/13   Page 3 of 3

## ELECTRONIC CASE FILING ATTESTATION

### (Civil Local Rule 5-1(i)(3))

I, Timothy L. O'Mara, am the ECF User whose identification and password are being used to file this Joint Notice Regarding the Submission Deadline for the Parties' Statement on the Plan of Allocation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from Shana Scarlett.

Dated: February 21, 2013

Respectfully Submitted,

LATHAM & WATKINS LLP

Daniel M. Wall
Timothy L. O'Mara

By    /s/ Timothy L. O'Mara
Timothy L. O'Mara
Attorneys for Defendant
ELECTRONIC ARTS INC.

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT NOTICE
CASE NO. 08-CV-02820 CW