Theodore H. Frank (SBN 196332)
MELISSA A. HOLYOAK (MO Bar No. 62602, admitted *pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW, No. 236
Washington, DC 20036
Voice: (703) 203-3848
tedfrank@gmail.com
melissaholyoak@gmail.com

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA 94028
kylefgraham@hotmail.com
(650) 530-2330

*Attorneys for Objector Theodore H. Frank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>    Defendant,<br><br>THEODORE H. FRANK,<br><br>    Objector. | Case No. C 08-02820 CW<br><br>Hon. Claudia Wilken<br><br>**OBJECTOR FRANK'S RESPONSE TO JOINT NOTICE REGARDING THE SUBMISSION DEADLINE FOR THE PARTIES' STATEMENT ON THE PLAN OF ALLOCATION** |

    COMES NOW Objector Theodore H. Frank and responds to the Joint Notice Regarding the Submission Deadline for the Parties' Statement on the Plan of Allocation as follows:

    The settling parties propose a March 19, 2013 deadline for their submission

1  responding to the Court's concerns regarding the settlement's plan of allocation. *See* Joint Notice
2  (Dkt. 442) at 1. The settling parties further propose that Frank respond to the revised plan of
3  allocation just two days later. *Id*. at 2. The proposed response time is insufficient for two reasons.

*First*, because the settling parties' revised plan of allocation could be submitted on the evening of March 19, Frank's counsel will in effect have only one day (March 20) to prepare his response. Frank is an attorney and founder of the Center for Class Action Fairness (the "Center"), a 501(c)(3) organization, representing Frank in this action. The Center has a court-ordered reply brief due on March 20 in the Southern District of California (No. 3:09-cv-02094), the same day the Center would be required to prepare the response to the revised plan of allocation. In addition, while the settling parties are represented by large national law firms with significant resources, the Center is staffed with only three part-time attorneys who have outside commitments and engagements.

*Second*, one day to prepare a response to the revised plan of allocation is insufficient in light of Frank's objection and the information the settling parties will be submitting. Specifically, Frank's objection argued that the settlement's plan of allocation unfairly favored the *cy pres* recipients over the Seventh Generation purchaser class members. *See* Objection (Dkt. 404) at 4-7. At the fairness hearing, the Court advised that the plan of allocation should be revised to ensure increased distribution to the class members. The revised plan of allocation will be submitted on March 19, 2013 – two weeks after the March 5 claims submission deadline – and will involve data regarding the number and average amount of claims. Frank's response to the claims information and whether class members are adequately protected under the revised plan requires thorough analysis that will be difficult to complete in one day.

## CONCLUSION

For the foregoing reasons, Frank requests that his response to the settling parties' revised plan of allocation be due on March 25, 2013, which is less than one week after the settling parties' proposed submission deadline of March 19, 2013.

Dated: February 22, 2013            Respectfully submitted,

*/s/ Melissa A. Holyoak*
Theodore H. Frank (SBN 196332)
Melissa A. Holyoak (MO Bar No. 62602, admitted *pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS LLC**
1718 M Street NW, No. 236
Washington, DC 20036
tedfrank@gmail.com
melissaholyoak@gmail.com
(703) 203-3848

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA 94028
kylefgraham@hotmail.com
(650) 530-2330

*Attorneys for Objector Theodore H. Frank*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via first class mail to the following at the addresses listed below:

Clerk of the Court
U.S. District Court for the Northern District of California
Oakland Division
1301 Clay Street
Oakland, CA 94612

Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710

Tim Bresnahan
Department of Economics
Stanford University
579 Serra Mall
Stanford, CA 94305-6072

DATED this 22nd day of February, 2013.

                                              */s/ Melissa A. Holyoak*

                                              Melissa A. Holyoak