IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and all other similarly situated,

Plaintiffs,

v.

ELECTRONIC ARTS, INC.,

Defendant.

_____/

No. C 08-2820 CW

ORDER EXTENDING TIME FOR RESPONSE BRIEF OF OBJECTOR THEODORE H. FRANK

On February 7, 2013, the Court held a hearing on Plaintiffs' motions for final approval of a class action settlement and for attorneys' fees. Docket No. 441. At that time, the Court delayed ruling on the motion for final approval of the class action settlement to allow the parties to respond to its concerns regarding the allocation of the settlement fund. The Court stated that counsel for Plaintiffs and Defendant were to file their supplemental brief within two weeks thereafter or, if they wished to await the passing of the claims submission deadline, at a later date. The Court stated that counsel for Objector Theodore H. Frank was to file his response two days after Plaintiffs and Defendant filed their brief.

On February 21, 2013, Plaintiffs and Defendant filed a joint notice, stating that they would wait until after the current claim submission deadline had passed to submit their supplemental brief. Docket No. 442. They represented that they would file their brief on March 19, 2013. Thus, because of the Court's prior order, Frank's response was due March 21, 2013.

United States District Court
For the Northern District of California

On February 22, 2013, Frank filed a response to the joint notice, objecting to what he characterizes as a "proposed response time" of two days for his response to their supplemental brief. Docket No. 443.  He argues that, because their supplemental brief "could be submitted on the evening of March 19, Frank's counsel will in effect have only one day (March 20) to prepare his response" and that it will be difficult to complete his submission in one day.  Id. at 2.

Frank's objections are not well-taken.  Plaintiffs and Defendant did not "propose" a two-day time period for Frank's response.  The Court already set that deadline at the February 7, 2013 hearing.  Further, under that schedule, Frank's counsel will have two days, not one, to prepare his response; just as Plaintiffs and Defendant may electronically file their supplemental brief on the evening of March 19, 2013, Frank's counsel may also electronically file his response on the evening of March 21, 2013.  See Civil Local Rule 5-1(e)(4) ("All electronic transmissions of documents must be completed . . . prior to midnight in order to be considered timely filed that day.").

Nevertheless, because Frank represents that his counsel has a prior commitment on March 20, 2013, the Court extends the deadline for his response brief until Friday, March 22, 2013.

IT IS SO ORDERED.

Dated:  2/25/2013

CLAUDIA WILKEN
United States District Judge