IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRONIC ARTS, INC.,<br><br>    Defendant.<br>_____/ | No. C 08-2820 CW<br><br>ORDER APPROVING FORM OF SUPPLEMENTAL CLASS NOTICE |

Having considered the submissions of the parties and the Objector, the Court approves the supplemental class notice as attached hereto.

IT IS SO ORDERED.

Dated: 4/12/2013

                          CLAUDIA WILKEN
                          United States District Judge