IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER, ET AL<br><br>　　　　　Plaintiff,<br>　v.<br><br>ELECTRONIC ARTS INC.<br><br>　　　　　Defendant._____/ | NO. CV 08-02820 CW<br><br>**CLERK'S NOTICE RE DEFICIENCY** |

Please be advised that on April 22, 2013, the incorrect docket event was used by counsel **Administrative Motion Requesting *Nunc Pro Tunc* Approval of Supplemental Class Notice (document #456)**.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator.

Thank you for your cooperation in this matter.

Date: 4/23/2013

　　　　　　　　　　　　　　　　　　　　*Clara Pierce*
　　　　　　　　　　　　　　　　　　　　Clara Pierce
　　　　　　　　　　　　　　　　　　　　510-637-3535
　　　　　　　　　　　　　　　　　　　　Case Systems Administrator