1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION REQUESTING *NUNC PRO TUNC* APPROVAL OF SUPPLEMENTAL NOTICE<br><br>ACTION FILED: June 5, 2008 |

010017-11 603621 V1

1  This matter came before the Court pursuant to Plaintiffs' Administrative Motion
2  Requesting *Nunc Pro Tunc* Approval of Supplemental Notice ("Motion"). Upon consideration of
3  the Motion, the papers submitted in support and in opposition thereto, and good cause appearing,
4  the Motion is GRANTED.

5  IT IS SO ORDERED. The supplemental notice sent to class members beginning on April
6  15, 2013, is approved retroactively. The parties do not need to provide further supplemental notice
7  to the class at this time.

8  Class Counsel is admonished to take greater care in complying with the Court's orders in
9  the future.

10

11  DATED: 4/23/2013

12  THE HONORABLE CLAUDIA WILKEN
    UNITED STATES DISTRICT COURT JUDGE

13  Submitted by:

14  Dated: April 22, 2013

15  HAGENS BERMAN SOBOL SHAPIRO LLP

16

17  By    /s/ Shana E. Scarlett
           SHANA E. SCARLETT

18  Jeff D. Friedman (173886)
    715 Hearst Avenue, Suite 202
19  Berkeley, CA 94710
    Telephone: (510) 725-3000
20  Facsimile:  (510) 725-3001
    jefff@hbsslaw.com
21  shanas@hbsslaw.com

22  Stuart M. Paynter (226147)
    THE PAYNTER LAW FIRM PLLC
23  1200 G Street N.W., Suite 800
    Washington, DC 20005
24  Telephone: (202) 626-4486
    Facsimile:  (866) 734-0622
25  stuart@smplegal.com

26  Steve W. Berman (*Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
27  1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
28  Telephone: (206) 623-7292

[PROPOSED] ORDER GRANTING PLS.' ADMIN. MOTION –
No. 08-cv-02820 CW
- 1 -

Facsimile: (206) 623-0594
steve@hbsslaw.com

*Class Counsel*