Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph: 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com
Attorney for Objector Aaron Miller

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

GEOFFREY PEACOVER and ANDREW OWENS,

Plaintiffs,

v.

ELECTRONIC ARTS, INC.,

Defendant,

Case No. 08-cv-02820 CW (NC)

The Honorable Claudia Wilkin

**SUPPLEMENTAL OBJECTION TO CLASS ACTION SETTLEMENT**

Aaron Miller, by and through his undersigned counsel, supplements his previously filed objection (Doc. 397):

1. The points and objections made by Objector Miller (Doc. 397) are reiterated and incorporated herein.

2. Following objections filed in this matter, and in particular the arguments and efforts of Objector Theodore H. Frank, the Court ordered significant modifications to the plan of distribution. These modifications include using a three times multiplier for the damages alleged, sending settlement checks automatically to seventh generation class members, and eliminating

the cy pres provision in favor of directing that any residual escheat to the federal government (Doc. 449; 454). These changes were made following the initial strong resistance and criticism by class counsel of objectors and their suggestions (Doc. 421).

3. Class counsel, however, have made no concession in their request for fees that exceed the 25% benchmark in this circuit and result in a lodestar multiplier (Doc. 454-1; 389). This Court should discount class counsel's fees in light of their initial inferior settlement, their resistance to objector suggestions, and their unwarranted criticism of objector counsel[1].

Respectfully submitted,

s/Steve A. Miller
Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph: 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com
Attorney for Objector

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May, 2013, I have filed and served using this Court's ECF system a true and correct copy of the foregoing Supplemental Objection to Class Action Settlement.

s/Steve A. Miller

[1] Undersigned counsel, along with other objector counsel, was recently awarded fees in the Central District of California for providing a benefit to the class therein; whereas, class counsel's fee request was reduced by half for having achieved a good, though not exceptional result, despite that class counsel's fee request was for the benchmark 25% of the settlement fund. *Samantha Ellison v. Steven Madden Ltd.*, Case No. 2:11-cv-05935-PSG-AGR (Doc. 68, pg. 3; Doc. 73, pg. 11-17). Undersigned counsel, along with other objector counsel, recently prevailed in the U.S. Court of Appeals for the Ninth Circuit reversing a class action settlement for abuse of discretion where the class representatives and class counsel did not adequately represent the interests of the class. *Radcliffe v. Experian Info. Solutions*, Case No. 11-56376 (Doc. 116-1)(4/22/13).