Theodore H. Frank (SBN 196332)
Melissa A. Holyoak (MO Bar No. 62602, *pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
Voice: (703) 203-3848
tedfrank@gmail.com
melissaholyoak@gmail.com

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA 94028
kylefgraham@hotmail.com
(650) 530-2330

*Attorneys for Objector Theodore H. Frank*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant,<br><br>THEODORE H. FRANK,<br><br>Objector. | Case No. C 08-02820 CW<br><br>**THEODORE H. FRANK'S RENEWED OBJECTION TO PROPOSED SETTLEMENT**<br><br>Hon. Claudia Wilken<br><br>**CLASS ACTION** |

By order dated April 12, 2013, the Court approved the supplemental class notice which set forth an objection deadline of May 15, 2013. *See* Order dated April 12, 2013, Dkt. 454; Supplemental Notice, Dkt. 454-1. Objector Theodore H. Frank hereby renews and incorporates by reference his previous objection, as well as all filings previously submitted by Objector Frank to this Court. *See* Response to Motion for Attorneys' Fees and Objection to Settlement by Theodore H. Frank, Dkt. 404; Response to Notice Regarding Submission for Deadline, Dkt. 443; Response to Proposed Modified Distribution, Dkt. 448; Response to Notice Regarding Supplemental Notice, Dkt. 452.

Further, while local rule does not require a fee petition until entry of judgment, *see* N.D. Cal. Local R. Civ. Proc. 54-5, for belt-and-suspenders reasons, Objector Frank preserves the right to request attorneys' fees in connection with these proceedings. *See Rodriguez v. Disner,* 688 F.3d 645, 659 (9th Cir. 2012) (objectors are entitled to attorneys' fees when they confer a substantial benefit on the class); *see also Reynolds v. Beneficial Nat'l Bank*, 288 F.3d 277, 288 (7th Cir. 2002) (objector potentially entitled to fees when district judge would have ruled the same way even without objectors because "objectors must decide whether to object without knowing what objections may be moot because they have already occurred to the judge").

Dated: May 15, 2013            Respectfully submitted,

*/s/ Melissa A. Holyoak*
Theodore H. Frank (SBN 196332)
Melissa A. Holyoak (MO Bar No. 62602, *pro hac vice*)
**CENTER FOR CLASS ACTION FAIRNESS**
1718 M Street NW, No. 236
Washington, DC 20036
tedfrank@gmail.com
melissaholyoak@gmail.com
(703) 203-3848

Kyle F. Graham (SBN 218560)
1009 Portola Road
Portola Valley, CA 94028
kylefgraham@hotmail.com
(650) 530-2330

*Attorneys for Objector Theodore H. Frank*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system thus effectuating service of such filing all ECF registered attorneys in this case. I further certify that I caused the foregoing document to be sent via first class mail to the following at the addresses listed below:

Tim Bresnahan
Department of Economics
Stanford University
579 Serra Mall
Stanford, CA 94305-6072

DATED this 15th day of May, 2013.

                                              */s/ Melissa A. Holyoak*

                                              Melissa A. Holyoak