UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and JEFFREY LAWRENCE, on behalf of themselves and a class of person similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>    Defendant | Case No. 08-cv-02820 CW<br>CLASS ACTION<br><br>**DECLARATION OF TRICIA M. SOLORZANO ON BEHALF OF SETTLEMENT ADMINISTRATOR REGARDING ADMINISTRATION OF SETTLEMENT** |

I, TRICIA M. SOLORZANO, declare:

1.  I am employed as a case manager by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was retained as the Claims Administrator in this case, and as the case manager, I oversee the administrative services provided. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. I submit this Declaration at the request of Plaintiffs' Counsel regarding the *Pecover, et al. v. Electronic Arts Inc.,* Case No. 08-cv-02820 CW, notice and administration program.

2.  Gilardi, through its in-house advertising agency, Larkspur Design Group (LDG), caused the Summary Notice to be published in the following media outlet: USA Today, on October 18, 2012.

3.  Additionally, Gilardi, through LDG utilized sponsored links and text ads through Google and Bing, display ads through Yahoo, Facebook, Google, and contextual banners through PulsePoint to provide Internet notice of the settlement beginning on October 12, 2012. To date, the implemented Notice

plan has generated the following statistics:

    A. Sponsored Link Advertising

        i. 5,115,149 impressions

    B. Display Advertising

        i. 57,258,387 impressions

    C. Contextual Banners

        ii. 15,155,067 impressions

    4. On or before October 12, 2012, Gilardi caused a copy of the Class Notice to be posted on our website at www.easportslitigation.com. Here, Class Members can view and print copies of the Long-Form Notice, Long-Form Notice in Spanish, Postcard Notice, Preliminary Approval Order, Settlement Agreement, Order Certifying Class, Complaint, and consult Frequently Asked Questions. Class Members can also file an electronic claim on the website.

    5. On or before October 12, 2012, Gilardi caused notice to be electronically mailed to 12,998,082 email addresses. Of these, 2,893,344 emailed notices were not delivered or "bounced." For those class members whose email notices bounced back and had a valid mailing address, Gilardi sent a Postcard Notice to the class members at their mailing address on file.

    6. On or before October 29, 2012, Gilardi caused a Postcard Notice to be mailed to 1,077,902 mailing addresses. The breakdown of the Postcard Notice mailing is as follows: there were 606,099 class members whose email notices were not delivered and had a valid mailing address (see paragraph 7 above), 552,302 class members whose email address were invalid and had a valid mailing address, and 175 class members who had a valid mailing address but no email address. There were 80,674 records that were removed because there were duplicate records.

    7. On April 15, 2013 Gilardi caused a certified supplemental email notification to 9,670,982 class members pursuant to the ORDER REGARDING PLAINTIFFS' PROPOSED MODIFIED DISTRIBUTION OF THE SETTLEMENT FUND. During the first week after the certified supplemental email notification, Gilardi received 69,518 online claims, which exceeded the total number of claims received prior to the supplemental email notice.

8. The postmark deadline for submitting a request for exclusion was May 15, 2013. To date, Gilardi has received 89 Requests for Exclusion.

9. The submission deadline for submitting a Claim online was May 15, 2013. Gilardi received a total of 141,004 online claims.

10. The postmark deadline for submitting a Claim was May 15, 2013. To date, Gilardi has received approximately 2,771 timely mailed Claim Forms. We anticipate receiving additional timely mailed Claim Forms.

11. A final count of eligible claims is unavailable as Gilardi continues to receive timely mailed claims, continues to work with class members to ensure that all submitted claims contain the necessary information, and must still undertake to conduct a final review of claims for duplicate claim submissions.

12. At this time, we estimate that the average claim being paid to Sixth Generation purchasers will be $70.26; and the average claim being paid to Seventh Generation purchasers will be $23.93.

13. Based on estimated claim totals, Gilardi's total cost to administer this settlement is $1,170,141.61. Gilardi received a previous payment of $500,000.00 on October 25, 2012. The total amount remaining due is $670,141.61.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 20th day of May, 2013, at San Rafael, California.

_____
Tricia M. Solórzano

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 20, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                  /s/ Shana E. Scarlett
                                                  SHANA E. SCARLETT

DECL. OF TRICIA M. SOLORZANO ON BEHALF OF SETTLEMENT ADMINISTRATOR