# McKenna Long
# & Aldridge LLP

Albany
Atlanta
Brussels
Denver
Los Angeles
New York

Orange County
Rancho Santa Fe
San Diego
San Francisco
Washington, DC

303 Peachtree Street, NE • Suite 5300
Atlanta, GA 30308
Tel: 404.527.4000
mckennalong.com

KEITH M. KODOSKY
(404) 527-4993

EMAIL ADDRESS
kkodosky@mckennalong.com

May 15, 2013

**RECEIVED**

MAY 2 1 2013

CLAUDIA WILKEN
U.S. DISTRICT JUDGE

**Via 1ˢᵗ Class U.S. Mail**

Hon. Claudia Wilken
United States District Judge
United States District Court,
Northern District of California
1301 Clay St.
Oakland, CA  94612

Class Counsel
Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710

> Re:   *Pecover v. Electronic Arts Inc.,* Civ. Action No. 08-cv-02820 CW
>        (the "Lawsuit")

Dear Judge Wilken and Ms. Scarlett:

By letter dated December 10, 2012, I expressed my strenuous objection to the Proposed Settlement of the Lawsuit on the grounds that it is simply not fair, reasonable or adequate to myself and/or to other members of the proposed class who wish only to see competition return to the NFL videogame landscape after these last 8 very long years.  Although I had hoped to participate telephonically during the last fairness hearing held on February 7, 2013, the financial cost of doing so for an individual like myself proved to be prohibitive.   While I have not heard *anything whatsoever* from Class Counsel regarding my objection, I assume they once again will not be representing my interests (or the interests of all those who feel the same way I do about Electronic Arts' ("EA's") unlawful monopoly over videogame football) at the next fairness hearing.  Accordingly, I write to renew my objection and, for the reasons originally stated in my December 10ᵗʰ letter as well as those set forth below, I respectfully urge the Court not to approve the Proposed Settlement.

Hon. Claudia Wilken
May 15, 2013
Page 2

### Events Occurring After Prior Objection Was Made

As predicted within my previous letter, since the terms of the Proposed Settlement were announced, no other game maker has stepped forward and announced any plans to make a college or other competing football game. The reasons are obvious: the uncertainty surrounding the Ed O'Bannon/NCAA Player Likeness lawsuit makes the development of another college game prohibitively risky, and there simply is *no market* for an unlicensed football game as the makers of Backbreaker football discovered in 2010. Madden's sales numbers, meanwhile, have continued to decline just as I had also predicted, which is further evidence of the market's dissatisfaction with EA's monopoly. See http://www. vgchartz.com/gamedb/?name=madden (reflecting that *Madden 13* sold less than *Madden 12*, which in turn sold less than *Madden 11*, which in turn sold less than *Madden 10*).

The market spoke loudly again when EA was voted the Worst Company in America ("WCIA") in April 2013 by *Consumerist* readers, passing up Bank of America, Ticketmaster and Carnival Cruise Lines to win the "award," making EA the first company to earn a repeat victory of the dubious honor in The Consumerist's annual poll.[1] EA responded to the news by publicly blaming the company's WCIA success on "homophobes and whiny Madden fans." See http://consumerist.com/2013/04/05/ea-admits-it-can-do-better-but-blames-worst-company-success-on-homophobes-and-whiny-madden-fans/. The Consumerist replied to EA's misguided response by noting that "while readers certainly complained about the declining quality of *Madden*, not a single person griped to us about the player(s) on the [*Madden*] box cover" as EA had falsely suggested with its response. See id.

Of course, EA's receipt of the WCIA award followed the resignation of EA's former CEO in March 2013 and preceded the laying-off of 10% of EA's workforce in May 2013. Additional imminent key departures from the company appear likely, given the news this week that the head of EA Sports, Andrew Wilson, and its General Counsel, Stephen Bene, have unloaded their shares in the company. See http://www.joystiq. com/2013/05/10/ea-executives-andrew-wilson-stephen-bene-unload-stocks/. Coincidentally (or not), it was Mr. Wilson who admitted as recently as August 2012 that "*Madden* did not have the [same] level of innovation that some of [EA's] other franchises have had[,]" which again speaks to the effects of EA's monopoly over the last 8 years. See http://www.shack news.com/article/75177/ea-sports-head-admits-madden-franchise-was-not-as-innovative.

---

[1] The Consumerist has been running its WCIA poll since 2006. Past "honorees" include BP, Comcast and Halliburton.

Hon. Claudia Wilken
May 15, 2013
Page 3

### Other Class Member Statements of Objection

Undoubtedly, the Court will receive few if any objections from other dissatisfied football gamers, which I respectfully submit is due more to a lack of familiarity with the objection process on the part of other absent class members than anything else. However, to accurately gauge how these members truly feel about EA's monopolistic practices and the return of competition to the football videogame landscape, the Court need not look any further than popular videogame websites such as www.operationsports.com, where the forums are filled with *thousands* of frustrated class member comments such as:

**JerseySuave4** @ **Jul 22, 2012**
- basically its a settlement that hurts [EA] in their pockets but not much will change unless they lose that deal with the NFL. No other company is going to go out on a limb, take a loss the first couple of years and develop a new NCAA football game. The AFL license is useless.

So basically, unless EA loses the NFL exclusive deal and/or Keller wins his case, this is just a financial hit. If they do lose the NFL, someone might step up to challenge them and if Keller wins then who knows where thats going to leave the NCAA series.

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=1#comments

**clipperfan811** @ **Jul 22, 2012**
- I'm not totally anti EA but I fully agree that lack of competition diminishes the drive from the development team and severely hurts the consumer. Many people can't stay away and that's fine as well, in the end Madden and to a certain extent NFL football have become irrelevant to me.

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=1#comments

**rudeworld** @ **Jul 22, 2012**
- The NFL, who loves competition in all aspect of there sport.... which they know that it makes the game better... But when it comes down to game development their is NO competition and that spoils the actual GAMES WE PLAY. The NFL and EA will renew/extend their contract because they both have the same business model, if you can't beat them... ELIMINATE THE COMPETITION (see USFL and NFL2k for example). I DO MISS THE NFL just as I do NFL2k.... one will come back but lets hope both do.

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=1#comments

**Super Glock** @ **Jul 23, 2012**
- Looks like there will never be competition for NFL video games.

Hon. Claudia Wilken
May 15, 2013
Page 4

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=2#comments

**jersez @ Jul 23, 2012**
- People act like they don't know the answer to this problem. STOP BUYING MADDEN. So many of us bitch about no 2k football, yet most of you give in and buy madden___ . It's not that complicated the NFL wants to make money, once they see madden failing to sell, they'll have to negotiate with someone that will make money for them. The last madden game I've brought, hell the last EA sports product I've brought were Live 05 and Madden 05. Stop giving in and maybe we can get a decent football game. By us not buying madden EA will have to look at their product and improve it, so it's nothing but positive outcomes by not buy madden.

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=2#comments

**testorz @ Jul 23, 2012**
- I would prefer having a choice among sports games!  I've been playing Madden and NCAA football since the old 16-bit SNES days so when 2K sports came along with a fresh take on football, I was excited and often I would buy both Madden and NFL 2K/

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=2#comments

**BK_NC @ Jul 23, 2012**
- I'm not a fan of the way EA has handled NCAA and Madden since going exclusive. I seem to recall there were features in the PS2 glory days in these games that still never made into the "next-gen"                                           360/PS3                                           versions.

I think the article hit the nail on the head. EA really isn't giving up anything in this settlement. It gets this lawsuit out of their hair, and the NFL's also. And it will probably make it cheaper for them to make NCAA football games in the future. And this is a good thing for us??

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=2#comments

**PS3rocks09 @ Jul 23, 2012**
- time for 2K to make a comeback

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=2#comments

**elgreazy1 @ Jul 24, 2012**
- ** I have nothing against Madden or EA; I simply believe in the consumer having a choice.

Hon. Claudia Wilken
May 15, 2013
Page 5


http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=2#comments

**Bob Sacamano** @ **Jul 24, 2012**
• I am currently an antitrust attorney in Washington D.C., and two years ago I visited my favorite website, Operation Sports, to voice my concern Madden had blocked competition to hike pricing and relax innovation, stunting the emergence of online features including coop online franchises. My criticism of Madden got my "greeklee11" screen name permanently banned from the site (http://www.operationsports.com/forum...thread-45.html). Shame on you Operation Sports.

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=3#comments

**Kentucky_Wildcat23** @ **Jul 28, 2012**
• Would love to see 2k get another shot at an NFL game. They did great with 2k5 and I believe they can create some real competition for EA and make them raise their development and game to another level. Competition only makes companies work that much harder to release a great game!

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=3#comments

**rangenius** @ **Jul 29, 2012**
• I would love EA to get some competition. The game has been stale since 2005. They need to focus on the franchise and online franchise part of it, but they never seem to do it, so screw them.

http://www.operationsports.com/MMChrisS/blog/19490-the-madden-monopoly-lawsuit-and-the-future-of-football-gaming/?page=3#comments


And, evidently, it is not just the millions of us frustrated class members who would like to see the return of competition – *one of EA's own employees* was quoted on Twitter *just yesterday* as saying (in response to numerous *Madden* complaints):

**Shopmaster** @Shopmaster
• Man, I wish EA would lose their NFL license so these dudes can go play the game they want.

EA Game Changer, "Shopmaster," May 14, 2013, at https://twitter.com/Shopmaster.


A recent health scare reminded me that 8 years of my life have passed without a quality NFL game being released, and who knows whether I will be around another 8 years from now (or however long this monopoly is allowed to exist). At 42 years old, I have lived to enjoy absolutely fantastic MLB

Hon. Claudia Wilken
May 15, 2013
Page 6

and NBA games made by 2K and SCEA in the face of competition, and those games have in turn enjoyed steadily rising sales figures and Metacritic scores, unlike *Madden*. For all of these reasons, I respectfully ask that you please do not approve the Proposed Settlement so that I (and millions more like me) can finally look forward to the day where competition is allowed to return and we can freely choose and play the football game of our liking. Life is just too short for us to completely miss out on what we truly enjoy.

Thank you once again for considering my objection. Should have any questions, please do not hesitate to contact me.

Very truly yours,

Keith Kodosky

KMK/kk