IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELECTRONIC ARTS, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 08-2820 CW<br><br>ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEYS' FEES (Docket No. 466) |

　　　Having considered Objector Theodore H. Frank's motion for attorneys' fees, and based on his counsel's representation that Class Counsel does not oppose the request, the Court GRANTS the motion.  The Court awards Mr. Frank attorneys' fees in the amount of $33,975, to be paid out of the fee award previously made to Class Counsel.

　　　IT IS SO ORDERED.

Dated: 6/19/2013

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge