Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph: 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com
Attorney for Objector Aaron Miller

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PEACOVER and ANDREW OWENS,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC.,<br><br>Defendant, | Case No. 08-cv-02820 CW (NC)<br><br>The Honorable Claudia Wilkin<br><br>**NOTICE OF APPEAL** |

Objector Aaron Miller hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment and Order of Dismissal with Prejudice (Doc. 465) entered May 30, 2013.

Respectfully submitted,

s/Steve A. Miller
Steve A. Miller (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph: 303-892-9933
Email: sampc01@gmail.com
Attorney for Objector

1