FILED

AUG 16 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GEOFFREY PECOVER; et al., | No. 13-16336 |
| Plaintiffs - Appellees, | Oakland No. 4:08-cv-02820-CW<br>Northern District of California |
| v. | |
| AARON MILLER, | ORDER |
| Objector - Appellant, | |
| V. | |
| ELECTRONIC ARTS INC., | |
| Defendant - Appellee. | |

The assessment conference previously scheduled for September 24, 2013, is taken off calendar.

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).  The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation