1  Shana E. Scarlett (217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  shanas@hbsslaw.com

5  Stuart M. Paynter (226147)
   THE PAYNTER LAW FIRM PLLC
6  1200 G Street N.W., Suite 800
   Washington, DC 20005
7  Telephone: (202) 626-4486
   Facsimile: (866) 734-0622
8  stuart@smplegal.com

9
   Steve W. Berman (*Pro Hac Vice*)
10 HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
11 Seattle, WA 98101
   Telephone: (206) 623-7292
12 Facsimile: (206) 623-0594
   steve@hbsslaw.com
13

14 Class Counsel

15
16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                           OAKLAND DIVISION

19 | GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated, | ) ) ) | No. 08-cv-02820 CW |
   |---|---|---|
   | Plaintiffs, | ) ) ) | STIPULATION AND [PROPOSED] ORDER REGARDING LATE CLAIMS |
   | v. | ) ) | |
   | ELECTRONIC ARTS INC., a Delaware Corporation, | ) ) ) | ACTION FILED: June 5, 2008 |
   | Defendant. | ) ) | |

010017-11  484505 V1

1    Plaintiffs Geoffrey Pecover and Andrew Owens and Defendant Electronic Arts Inc. ("EA")

2  (collectively, "the Parties"), hereby stipulate as follows:

3    1.   WHEREAS, as of August 29, 2013, the Settlement Administrator has received 249

4  late claims;

5    2.   WHEREAS, the value of the late claims does not exceed $50,000;

6    3.   WHEREAS, EA does not oppose permitting payment of late claims received as of

7  August 29, 2013 as if timely made;

8    4.   WHEREAS, sufficient funds remain in the Settlement Fund to pay late claims

9  without any *pro rata* reductions to timely claims;

10   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through

11 their respective counsel of record, that:

12   1.   The Settlement Administrator shall be authorized to pay late claims received as of

13 August 29, 2013 as if such claims were timely made. *See In re Valdez*, 289 Fed. Appx. 204, 206

14 (9th Cir. 2008) (recognizing that the district court accepted a limited number of late-filed claims);

15 *Lemus v. H&R Block Enters., LLC*, 2013 U.S. Dist. LEXIS 103037 (N.D. Cal. July 23, 2013) ("A

16 district court has discretion to allow late claims to a settlement fund.");

17   2.   Payment of late claims received as of August 29, 2013 shall not constitute a waiver

18 of, or in any other way affect, any rights, including but not limited to any and all releases, granted

19 to EA and/or the Released Parties by the Court's May 30, 2013 Final Judgment And Order Of

20 Dismissal With Prejudice (Doc. # 465), the Settlement Agreement (Doc. # 381), or otherwise.

21   Plaintiffs' undersigned counsel, Shana E. Scarlett, hereby attests that Timothy O'Mara,

22 counsel for Defendant, concurs in the filing of this Stipulation, in accordance with Civil Local Rule

23 5-1.

DATED: September 6, 2013          HAGENS BERMAN SOBOL SHAPIRO LLP

By _____s/ Shana E. Scarlett_____
    SHANA E. SCARLETT

STIPULATION RE LATE CLAIMS
No. 08-cv-02820 CW                     -1-
010017-11  484505 V1

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

DATED:  September 6, 2013                LATHAM & WATKINS LLP

                                         By       s/ Timothy L. O'Mara
                                                 TIMOTHY L. O'MARA

                                         Daniel M. Wall (102580)
                                         Timothy L. O'Mara (212731)
                                         Kirsten M. Ferguson (252781)
                                         505 Montgomery Street, Suite 2000
                                         San Francisco, CA 94111
                                         Telephone: (415) 391-0600
                                         Facsimile: (415) 395-8095
                                         tim.omara@lw.com
                                         dan.wall@lw.com
                                         kirsten.ferguson@lw.com

                                         Attorneys for Defendant Electronic Arts Inc.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS ORDERED THAT:**

1. The Settlement Administrator shall be authorized to pay late claims received as of August 29, 2013 as if such claims were timely made. *See In re Valdez*, 289 Fed. Appx. 204, 206 (9th Cir. 2008) (recognizing that the district court accepted a limited

STIPULATION RE LATE CLAIMS
No. 08-cv-02820 CW                           -2-
010017-11  484505 V1

number of late-filed claims); *Lemus v. H&R Block Enters., LLC*, 2013 U.S. Dist. LEXIS 103037 (N.D. Cal. July 23, 2013) ("A district court has discretion to allow late claims to a settlement fund.");

2. Payment of late claims received as of August 29, 2013 shall not constitute a waiver of, or in any other way affect, any rights, including but not limited to any and all releases, granted to EA and/or the Released Parties by the Court's May 30, 2013 Final Judgment And Order Of Dismissal With Prejudice (Doc. # 465), the Settlement Agreement (Doc. # 381), or otherwise.

IT IS SO ORDERED.

DATED: _____

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                                      s/ Shana E. Scarlett
                                                                      SHANA E. SCARLETT