Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY PECOVER and ANDREW OWENS, on behalf of themselves and a class of person similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC., a Delaware Corporation,<br><br>Defendant. | No. 08-cv-02820 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING LATE CLAIMS<br><br>ACTION FILED: June 5, 2008 |

010017-11  484505 V1

Plaintiffs Geoffrey Pecover and Andrew Owens and Defendant Electronic Arts Inc. ("EA") (collectively, "the Parties"), hereby stipulate as follows:

1. WHEREAS, as of August 29, 2013, the Settlement Administrator has received 249 late claims;

2. WHEREAS, the value of the late claims does not exceed $50,000;

3. WHEREAS, EA does not oppose permitting payment of late claims received as of August 29, 2013 as if timely made;

4. WHEREAS, sufficient funds remain in the Settlement Fund to pay late claims without any *pro rata* reductions to timely claims;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through their respective counsel of record, that:

1. The Settlement Administrator shall be authorized to pay late claims received as of August 29, 2013 as if such claims were timely made. *See In re Valdez*, 289 Fed. Appx. 204, 206 (9th Cir. 2008) (recognizing that the district court accepted a limited number of late-filed claims); *Lemus v. H&R Block Enters., LLC*, 2013 U.S. Dist. LEXIS 103037 (N.D. Cal. July 23, 2013) ("A district court has discretion to allow late claims to a settlement fund.");

2. Payment of late claims received as of August 29, 2013 shall not constitute a waiver of, or in any other way affect, any rights, including but not limited to any and all releases, granted to EA and/or the Released Parties by the Court's May 30, 2013 Final Judgment And Order Of Dismissal With Prejudice (Doc. # 465), the Settlement Agreement (Doc. # 381), or otherwise.

Plaintiffs' undersigned counsel, Shana E. Scarlett, hereby attests that Timothy O'Mara, counsel for Defendant, concurs in the filing of this Stipulation, in accordance with Civil Local Rule 5-1.

DATED:  September 6, 2013                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                             By  _____s/ Shana E. Scarlett_____
                                                       SHANA E. SCARLETT

STIPULATION RE LATE CLAIMS
No. 08-cv-02820 CW                              -1-
010017-11  484505 V1

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone:  (202) 626-4486
Facsimile:   (866) 734-0622
stuart@smplegal.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:   (206) 623-0594
steve@hbsslaw.com

Class Counsel

DATED:  September 6, 2013         LATHAM & WATKINS LLP

                                  By _____s/ Timothy L. O'Mara_____
                                         TIMOTHY L. O'MARA

                                  Daniel M. Wall (102580)
                                  Timothy L. O'Mara (212731)
                                  Kirsten M. Ferguson (252781)
                                  505 Montgomery Street, Suite 2000
                                  San Francisco, CA 94111
                                  Telephone: (415) 391-0600
                                  Facsimile:  (415) 395-8095
                                  tim.omara@lw.com
                                  dan.wall@lw.com
                                  kirsten.ferguson@lw.com

                                  Attorneys for Defendant Electronic Arts Inc.

**PURSUANT TO THE PARTIES' STIPULATION,  IT IS ORDERED THAT:**

1. The Settlement Administrator shall be authorized to pay late claims received as of August 29, 2013 as if such claims were timely made.  *See In re Valdez*, 289 Fed. Appx. 204, 206 (9th Cir. 2008) (recognizing that the district court accepted a limited

STIPULATION RE LATE CLAIMS
No. 08-cv-02820 CW                  -2-
010017-11  484505 V1

number of late-filed claims); *Lemus v. H&R Block Enters., LLC*, 2013 U.S. Dist. LEXIS 103037 (N.D. Cal. July 23, 2013) ("A district court has discretion to allow late claims to a settlement fund.");

2. Payment of late claims received as of August 29, 2013 shall not constitute a waiver of, or in any other way affect, any rights, including but not limited to any and all releases, granted to EA and/or the Released Parties by the Court's May 30, 2013 Final Judgment And Order Of Dismissal With Prejudice (Doc. # 465), the Settlement Agreement (Doc. # 381), or otherwise.

IT IS SO ORDERED.

DATED: 9/10/2013

HON. CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE LATE CLAIMS
No. 08-cv-02820 CW
010017-11 484505 V1

-3-

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

s/ Shana E. Scarlett
SHANA E. SCARLETT

STIPULATION RE LATE CLAIMS
 No. 08-cv-02820 CW
010017-11  484505 V1

-4-